IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACK K. DE PIERO,<br><br>            Plaintiff,<br><br>      v.<br><br>PENNSYLVANIA STATE UNIVERSITY and DAMIAN FERNANDEZ, MARGO DELLICARPINI, LILIANA NAYDAN, CARMEN BORGES, ALINA WONG, LISA MARRANZINI, FRIEDERIKE BAER, and ANEESAH SMITH, in their official and individual capacities<br><br>            Defendants. | CIVIL ACTION NO:<br>No. 2:23-cv-02281 |

**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Pursuant to Local Rule of Civil Procedure 7.4(b)(2), counsel for Plaintiff Zack De Piero and counsel for Defendants hereby stipulate as follows:

1. Plaintiff filed an Amended Complaint on July 18, 2023. (Doc. 4).

2. Defendants filed a Motion to Dismiss Plaintiff's Amended Complaint on September 25, 2023. (Doc. 23).

3. Plaintiff filed an Opposition to Defendants' Motion to Dismiss on October 10, 2023. (Doc. 24).

4. Defendants' Reply Brief is currently due on or before Tuesday, October 17, 2023.

5. Defendants shall have until Tuesday, October 24, 2023 to file a Reply Brief in further support of their Motion to Dismiss.

6. No prior extensions for this deadline have been sought.

Respectfully Submitted,

**ALLEN HARRIS PLLC**

/s/ *Michael Thad Allen* (with permission)
Samantha K. Harris
Michael Thad Allen (*admitted pro hac vice*)
PO Box 673
Narberth, PA 19072
(610) 634-8258
sharris@allenharrislaw.com
mallen@allenharrislaw.com
*Attorney for Plaintiff Zachary K. De Piero*

**SAUL EWING LLP**

/s/ *James A. Keller*
James A. Keller, Esq. (ID No. 79855)
Joseph F. O'Dea, Jr., Esq. (ID No. 48370)
Ashley E. Miller, Esq. (*pro hac vice admission forthcoming*)
Matthew J. Smith, Esq. (ID No. 314157)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA, 19102-2186
T: (215) 972-1964
James.Keller@saul.com
Joseph.Odea@saul.com
Ashley.Miller@saul.com
Matthew.Smith@saul.com
*Attorneys for Defendants*

Date: October 13, 2023

**SO ORDERED AND APPROVED:**

**Date:** 10/16/2023        /S/WENDY BEETLESTONE, J.
                                                     , J.

## CERTIFICATE OF SERVICE

I hereby certify that on the date stated below, I caused a true and correct copy of the foregoing *Stipulation for Extension* to be served upon counsel through electronic mail on the following:

Samantha K. Harris
Michael Thad Allen (*pro hac vice admission pending*)
PO Box 673
Narberth, PA 19072
(610) 634-8258
sharris@allenharrislaw.com
mallen@allenharrislaw.com
*Attorney for Plaintiff Zachary K. De Piero*

/s/  *James A. Keller*
James A. Keller, Esq.

Dated: October 13, 2023