## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ZACK K. DE PIERO,

              Plaintiff,

          v.

PENNSYLVANIA STATE UNIVERSITY and
DAMIAN FERNANDEZ, MARGO
DELLICARPINI, LILIANA NAYDAN, CARMEN
BORGES, ALINA WONG, LISA MARRANZINI,
FRIEDERIKE BAER, and ANEESAH SMITH, in
their official and individual capacities

              Defendants.

CIVIL ACTION NO:
No. 2:23-cv-02281

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Zack K. De Piero and

Defendants hereby stipulate to the voluntary dismissal of Defendants Damian Fernandez, Margo

DelliCarpini, and Lisa Marranzini, in their official and individual capacities, with prejudice.

Respectfully Submitted,

**ALLEN HARRIS PLLC**

/s/ *Michael Thad Allen*
Michael Thad Allen (*admitted pro
hac vice*)
Samantha K. Harris
PO Box 673
Narberth, PA 19072
(610) 634-8258
sharris@allenharrislaw.com
mallen@allenharrislaw.com
*Attorney for Plaintiff Zachary K. De
Piero*

**SAUL EWING LLP**

/s/ *James A. Keller*
James A. Keller, Esq. (ID No.
79855)
Matthew J. Smith, Esq. (ID No.
314157)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA, 19102-2186
T: (215) 972-1964
James.Keller@saul.com
Matthew.Smith@saul.com
*Attorneys for Defendants*

Date: September 10, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on the date stated below, I caused a true and correct copy of the foregoing *Stipulation of Dismissal* to be served upon counsel through electronic filing and electronic mail on the following:

Michael Thad Allen (*admitted pro hac vice*)
Samantha K. Harris
PO Box 673
Narberth, PA 19072
(610) 634-8258
mallen@allenharrislaw.com
sharris@allenharrislaw.com
*Attorney for Plaintiff Zachary K. De Piero*

/s/  *James A. Keller*
James A. Keller, Esq.

Dated:  September 10, 2024