*De Piero v. Pennsylvania State University, et al.*, Case No. 2:23-cv-02281

# JOINT APPENDIX PART THIRTEEN App.3000-3326

## Meeting with Carmen Borges - 10/27/21

Two complaints have been filed by Lila and Grace: bullying and harassment.

The meeting was intended to produce dialogue

How can you have a dialogue if you can't ask questions

Taking notes in the meeting

This is the topic ..

I think asking questions is important

We talked about my report initially.

I emphatically said that I'm against

White Teachers Are a Problem is protected speech.

The issue of race is beyond understanding.

I said: it's terrible, it's bad -- we have a really dark history

The university has embraced those in their Strategic Planning… across the university, it's a value to embrace issues to allow equality.

You don't have to agree with it.

I'm isolating provocative statements that elicit a reaction.

It's not easy for them to answer these questions.

Dialogue goes into opportunities to discuss and dissect

It's not easy to give examples.

Carmen keeps saying "what does this mean?"

**Liliana Marika Naydan** to **Everyone**          12:19 PM

o   Listen respectfully,without interrupting.

o   Listen actively andwith an ear to understanding others' views. (Don't just think about what youare going to say while someone else is talking.)

o   Criticize ideas, notindividuals.

o   Commit to learning,not debating. Comment in order to share information, not to persuade.

o   Avoid blame,speculation, and inflammatory language.

o   Allow everyone thechance to speak.

o  Avoid assumptions about any member of the class orgeneralizations about social groups. Do not ask individuals to speak for their(perceived) social group.

**Me** to **Everyone**          12:34 PM

"Without attending to issues of inequity […] we […] reproduce racist discourses and practices in our classrooms."

**Me** to **Everyone**          12:59 PM

""Once white instructors begin to identify how whiteness operates in their own lives, they can begin to deconstruct how white privilege operates within their writing classrooms."

ZDP_00068

How do we raise awareness?


Z: without having abstract,

Examples or solutions?


Carmen, about my "White Teachers Are a Problem" video: I need to "get beyond that."

Carmen: at first, that video "shocked me"

She keeps saying that we need to look for possibilities -- what does this mean?

Me: Everything that I do needs to be able to translate into the classroom

My tone, my body language, my consistency…
~~~> everybody agreed -- complete consensus


When I put people on the spot and ask for examples, ………………

Who was made aware of my report?
- Lila
- Friederike
- In March of last year, 2021, Lila consulted our office regarding a problem she was having with a faculty member.   Of challenging issues, of disagreements, of contradictions….   She consulted as an anonymous situation.  Now the issues with her.


Things went bad

I asked for what sources they were referring to, re SRTEs. This was seen as hostile/aggressive.  I can't ask specific people for research

"Lila is not doing anything that the campus is NOT endorsing.  This is in the campus strategic programming.  … She has the support of the campus -- of the leaders of the campus."

Professional judgments call: "It was not appropriate for me to ask for examples."


"The meeting had not developed into an intellectual discussion -- and from the start, I'm asking for examples."


It's not about WHAT I'm saying.  It's about HOW I'm saying it.

ZDP_00069

Lila and Grace.  Relationships are very badly broken.  There is a big concern about what to do here now.  How can this be fixed to move forward?

TO DO's

- Send Carmen the police emails…
- Anything that would inflame….
- 

ZDP_00070

6/11/23, 10:36 AM                    Gmail - Getting ready for my 10AM chat with Carmen Borges (PSU Affirmative Action office)

 Gmail                                      **Zack De Piero <zack.depiero@gmail.com>**

---

## Getting ready for my 10AM chat with Carmen Borges (PSU Affirmative Action office)
1 message

**Zack De Piero** <zack.depiero@gmail.com>                    Wed, Oct 27, 2021 at 9:07 AM
To: Zack De Piero <zack.depiero@gmail.com>

Getting ready for my 10AM chat with Carmen Borges (PSU Affirmative Action office)


The last time we spoke, you mentioned that I shouldn't have to worry about losing my job because of this.  After bringing this to light, I still do worry about this -- every day -- and I wish I had gotten that in writing or on record somehow.

That said, I'd like to record today's meeting to protect my job in the future.  Do I have your consent to do that?

Our previous conversation -- based on my notes and hyper-vivid memory of the exchange -- Carmen said:

- I need to "be an academician"
- I need to "broaden my perspective"
- "This is about the white race but it's not about you."  "We do not carry the burdens of our ancestors."
- Even after saying that I felt humiliated, disgraced, appalled, harassed + discriminated, Carmen said "I should continue going to these meetings until I get it -- until I understand them."
- She said that I don't have to agree with what's being said.  She also said that I could express my views without fear of losing my job.  She said I'm a great teacher.
- She said that bringing this into training meetings was Lila's "academic freedom"
- At the end of the conversation, she gave me a phone # for mental health support


I'd like to know:

- Who has been made aware of my report?
- What changes have been made to PSU policy?  What will be different based on what I've brought to light?
- Do I need to worry about losing my job?


--
**Zack K. De Piero, Ph.D., M.Ed.**

Assistant Teaching Professor of English and Composition
Penn State Abington
**Zoom** Personal Meeting ID: 243-756-6839 (psu.zoom.us/my/depiero)

ZDP_00091

# Announcements/Reminders

- **Faculty Annual Review (FAR)**
  - Due February 15
  - Please use Activity Insight to generate your report. Training is available: https://activityinsight.psu.edu/2021/12/17/spring-2022-activity-insight-training/
  - Two or three areas of review (depending on appointment):
    - **Tenure-line:** Teaching (40%) / Research (40%) / Service (20%)
    - **Teaching-line:** Teaching (80%) / Service (20%)
  - Rating scale: Poor (1); Fair (2); Good (3); Very Good (4); Excellent (5)



ZDP_01514



# Announcements

- **Travel Funding**
  - Full-time faculty are eligible for funding to support two conferences in 2021/22
  - Supplemental funding remains available
  - Pre-approval process for funding remains unchanged
  - Before planning any university-affiliated/sponsored travel, please check PSU website for important updates re. COVID! (https://travel.psu.edu/ or https://virusinfo.psu.edu/)

- **Purchase Requests**
  - Please seek approval for any purchases or services funded by the university <u>before</u> making the purchase (email Judy and me)
  - This <u>DOES NOT</u> include purchases paid out of personal budgets, including FDGs and Start up funds.
  - Memberships require Chancellor approval: Send an email to James Stewart <u>and</u> Lizanne Sarvey with your name, the name of the organization, and the reason this membership is required.

App.3005

ZDP_01515



# Announcements

- **Travel Funding**
  - Full-time faculty are eligible for funding to support two conferences in 2021/22
  - Supplemental funding remains available
  - Pre-approval process for funding remains unchanged
  - Before planning any university-affiliated/sponsored travel, please check PSU website for important updates re. COVID! (https://travel.psu.edu/ or https://virusinfo.psu.edu/)

- **Purchase Requests**
  - Please seek approval for any purchases or services funded by the university <u>before</u> making the purchase (email Judy and me)
  - This <u>DOES NOT</u> include purchases paid out of personal budgets, including FDGs and Start up funds.
  - Memberships require Chancellor approval: Send an email to James Stewart <u>and</u> Lizanne Sarvey with your name, the name of the organization, and the reason this membership is required.

ZDP_01516



# Announcements

- **Travel Funding**
  - Full-time faculty are eligible for funding to support two conferences in 2021/22
  - Supplemental funding remains available
  - Pre-approval process for funding remains unchanged
  - Before planning any university-affiliated/sponsored travel, please check PSU website for important updates re. COVID! (https://travel.psu.edu/ or https://virusinfo.psu.edu/)

- **Purchase Requests**
  - Please seek approval for any purchases or services funded by the university <u>before</u> making the purchase (email Judy and me)
  - This <u>DOES NOT </u>include purchases paid out of personal budgets, including FDGs and Start up funds.
  - Memberships require Chancellor approval: Send an email to James Stewart <u>and</u> Lizanne Sarvey with your name, the name of the organization, and the reason this membership is required.

ZDP_01517



# ScholarSphere

https://scholarsphere.psu.edu/

A permanent, open access home for your scholarly contributions.











zoom.us Meeting View Edit Window Help
Wed 8:58 AM DePiero, Zack
Dashboard
psu.zoom.us/j/95109
zoom
Zoom Meeting
View
Howard Bogot
Zack DePiero
Steve
Opening Meeting
Tom Stone
Mary Ellen Glick
Karen Marci Weiss Jones
Mendal Diana Polish
Matthew J Rigilano
Kismet Hampton
Kismet Hampton
Pete Bardi
Pete Bardi
Danielle E Discher
Gina Marie Montgomery
Aliyah Murray
Aliyah Murray
Bernard S Rosenberg
Bernard S Rosenberg
1/3
1/3
Jimmy Joseph Pack, Jr.
Rita J Mejias
Terri Stiles
Terri Stiles
Rosa Maria Chism
Rosa Maria Chism
Al Raju
Al Raju
Thomas Heise
Stephanie Dietrich
Stephanie Dietrich
Barry Stephen Goluboff
Caytlin Marie Friis
Jeff Hofer
Unmute
Start Video
67
Participants
Chat
Share Screen
Reactions
Leave

zoom.us Meeting View Edit Window Help
Wed 8:59 AM DePiero, Zack
Dashboard
psu.zoom.us/j/95109
zoom
Zoom Meeting
View
Deborah D. Wright
Dr. Katrina Black Reed
Connecting to audio ...
Marcus Besser
Daniel A Pearson
Ann & Carl
Aneesah S Smith
Robin Melinda Burgess
Matthew Thomas Chellel
Kevin M Mayhew
Nita Guzman Del Vecchio
Lisa Thompson
Karen Suzanne Gould
Sabahattin Gokhan Ozden
Shruti Gupta
Faranak Pahlevani
2/3
Gila Mohadjer
Tejaswi Materla
Alexis Joanna Donohue
Rachael Ortwein
Binh P Le
Patti Scherphorn
Susan Catherine Owens
Olga A Moskaleva (she/...
Olga A Moskaleva (she/her)
P. Collins
Melinda Kennedy
Unmute
Start Video
69
Participants
Chat
Share Screen
Reactions

ZDP_01520

zoom.us Meeting View Edit Window Help
Wed 8:59 AM DePiero, Zack
Dashboard
psu.zoom.us/j/95109
zoom
Zoom Meeting
View
Patti Scherphorn
Susan Catherine Owens
Olga A Moskaleva (she/...
Olga A Moskaleva (she/her)
P. Collins
Melinda Kennedy
Marissa O Nicosia
Jaclyn Pryor
Brenda Marcia Holtzer
Venita T McGuire
Jacob Arthur Benfield
Shayla Johnson
Roy R Robson
Matt M Levy
Michael Bernard Lavetsky
iPhone mary
3/3
Jean McAneney
Steve Finestone
Deanna Bosley
Michael Jason Bernstein
Colleen Elizabeth Mills
Marcus Roux
Sammie Powers
randy
Connecting to audio ···
Mukul Talaty
Austin J Daughton
Unmute
Start Video
70
Participants
Chat
Share Screen
Reactions

# Focus Areas for 2022

- Supporting student success
- Creating an institutional focus on Diversity, Equity, and Inclusion
- Creating a culture of data-informed practices and capacity in our assessment and accountability system Institutional Effectiveness
- Investing in our facilities and the construction of a new Academic Building
- Growing, sustaining, and stewarding our resources
- Enhancing our community partnerships

**PennState**
Abington



ZDP_01523



# Actions to Support Goals

| Focus Area | Actions to Support |
|---|---|
| Student success | • Data informed practices<br>• Expand advising and student support programs<br>• Focus on non-traditional and transfer populations<br>• NACE Competencies Initiative<br>• Strategic Enrollment and Retention Initiative<br>• Expanding the Abington Honors Program to third- and fourth-year students<br>• Align campus initiatives to amplify the impact<br>• Faculty and staff Development |
| DEI | • Cabinet level Standing Committee<br>• External Consultants<br>• Alignment of initiatives<br>• Development of measurable action items to identify and document efforts<br>• Campus-wide engagement |













Recording
You are viewing Opening Meeting's screen
View Options
View
Actions to S
Focus Area
Actions to Support
Student success
Data informed practices
Expand advising and studen
Focus on non-traditional anc
NACE Competencies Initiativ
Strategic Enrollment and Re
Expanding the Abington Hon
Align campus initiatives to a
Faculty and staff Developme
students
DEI
Cabinet level Standing Com
External Consultants
Alignment of initiatives
Development of measurable
Campus-wide engagement
t efforts
Chat
Liliana Marika Naydan to Everyone 9:31 AM
Are faculty with work adjustments entitled to these tests, Lindsay?
Lindsay Wood to Everyone 9:31 AM
Also, you can share the student link with students. Marissa, thank you, I will pass that important request on.
Jac I. Pryor (they/them) to Everyone 9:32 AM
^^^ I agree with this request. It is an equity issue. Vault testing is not practical for many of our students, faculty, and staff.
Russ Webster (PSS, he/him) to Everyone 9:32 AM
RW
Hear, hear, Marissa. We need access to rapid testing.
Lindsay Wood to Everyone 9:32 AM
Yes, Lila! Anybody employed by PSU can order up to 12 tests, regardless of status. This also includes our adjunct instructors , or anybody with a modified work schedule.
Jacob Arthur Benfield to Everyone 9:33 AM
^^Rapid testing is the standard necessary for preventing spread. It is also something that local school districts and comparable colleges have figured out already.
Who can see your messages? Recording On
To: Everyone
Type message here...
Jac I. Pryor (they/them)
Opening Meeting
Howard Bogot
Zack DePiero
Timothy J Smalarz
Click if you want to switch to a different microphone or speaker
Unmute
Start Video
177
Participants
Chat
Share Screen
Reactions
Leave

ZDP_01525

Recording
You are viewing Opening Meeting's screen
View Options
View
Actions to S
Focus Area
Actions to Support
Student success
• Data informed practices
• Expand advising and studen
• Focus on non-traditional an
• NACE Competencies Initiativ
• Strategic Enrollment and Re
• Expanding the Abington Hon
• Align campus initiatives to a
• Faculty and staff Developme
DEI
• Cabinet level Standing Com
• External Consultants
• Alignment of initiatives
• Development of measurable
• Campus-wide engagement
Chat
Lindsay Wood to Everyone 9:31 AM
If you filled out the student form I sent (sorry!) please re-submit using the employee link.
Marissa O Nicosia to Everyone 9:31 AM
MO
I would like to request, once again, that we make rapid testing available on our campus. It is available at University Park for students, staff, and faculty. I would encourage administration to seek out ways to make this happen at Abington. It aligns with the DEI goals that are being outlined here.
Liliana Marika Naydan to Everyone 9:31 AM
Are faculty with work adjustments entitled to these tests, Lindsay?
Lindsay Wood to Everyone 9:31 AM
Also, you can share the student link with students. Marissa, thank you, I will pass that important request on.
Jac I. Pryor (they/them) to Everyone 9:32 AM
^^^ I agree with this request. It is an equity issue. Vault testing is not practical for many of our students, faculty, and staff.
Russ Webster (PSS, he/him) to Everyone 9:32 AM
RW
Hear, hear, Marissa. We need access to rapid testing.
Lindsay Wood to Everyone 9:32 AM
Yes, Lila! Anybody employed by PSU can order up to 12 tests, regardless of status. This also includes our adjunct instructors , or anybody with a modified work schedule.
Jacob Arthur Benfield to Everyone 9:33 AM
^^Rapid testing is the standard necessary for preventing spread. It is also something that local school districts and comparable colleges have figured out already.
Jac I. Pryor (they/them) to Everyone 9:33 AM
^^^
Who can see your messages? Recording On
To: Everyone
Type message here...
Jac I. Pryor (they/them)
Opening Meeting
Howard Bogot
Zack DePiero
Timothy J Smalarz
Click if you want to switch to a different microphone or speaker
Unmute
Start Video
177
Participants
Chat
Share Screen
Reactions
Leave

ZDP_01526

Recording
You are viewing Opening Meeting's screen
View Options
View
Actions to S
Focus Area
Actions to Support
Institutional effectiveness
• Create an IE plan and a colle
dissemination, and action
• Monitor progress of the stra
performance indicators, ber
• Identify and streamline data
institutional data for faculty
Investing in our facilities
• Campus space allocation an
• New Academic Building
• Woodland infill project
• Renovations
• Upgrades in technology and
• Parking
Chat
Jaclyn Pryor to Everyone 9:11 AM
The singing is beautiful but it is not appropriate to be singing indoors right now on account of the Omicron surge. This is an unsafe choice.
Carolyn T Esposito to Everyone 9:11 AM
Absolutely beautiful!
Thank you!
Roxanna Senyshyn to Everyone 9:12 AM
Beautiful. Thank you! Starting a semester with music and singing should become our tradition!
Abigail Olabisi Akande to Everyone 9:12 AM
I agree Roxanna :)
Marissa O Nicosia to Everyone 9:19 AM
^ Beautiful music, but I also do not think it was a safe choice to include singing in the program today.
Jac I. Pryor (they/them) to Everyone 9:20 AM
Thank you, Marissa, for chiming in with your voice.
Liliana Marika Naydan to Everyone 9:20 AM
Thank you, Jac, for saying just what I was thinking. It's sad to me that we've made this choice.
Dawn Kramlich to Everyone 9:20 AM
Agreed, Jac and Marissa. Especially since IHU now exists other than Omicron.
Michael Jason Bernstein to Everyone 9:23 AM
I have similar concerns about opening the meeting with a choir performance
Mendal Diana Polish to Everyone 9:23 AM
Agreed. Thanks for speaking up friends. We have to be in it togethe
community safe. Yikes.
5 New Messages
Who can see your messages? Recording On
To: Everyone
Type message here...
Jac I. Pryor (they/them)
Opening Meeting
Howard Bogot
Zack DePiero
Timothy J Smalarz
Click if you want to switch to a different microphone or speaker
Unmute
Start Video
178
Participants
Chat
Share Screen
Reactions
Leave

Chat
Jaclyn Pryor to Everyone 9:11 AM
The singing is beautiful but it is not appropriate to be singing indoors right now on account of the Omicron surge. This is an unsafe choice.
Carolyn T Esposito to Everyone 9:11 AM
Absolutely beautiful!
Thank you!
Roxanna Senyshyn to Everyone 9:12 AM
Beautiful. Thank you! Starting a semester with music and singing should become our tradition!
Abigail Olabisi Akande to Everyone 9:12 AM
I agree Roxanna :)
Marissa O Nicosia to Everyone 9:19 AM
^ Beautiful music, but I also do not think it was a safe choice to include singing in the program today.
Jac I. Pryor (they/them) to Everyone 9:20 AM
Thank you, Marissa, for chiming in with your voice.
Liliana Marika Naydan to Everyone 9:20 AM
Thank you, Jac, for saying just what I was thinking. It's sad to me that we've made this choice.
Dawn Kramlich to Everyone 9:20 AM
Agreed, Jac and Marissa. Especially since IHU now exists other than Omicron.
Michael Jason Bernstein to Everyone 9:23 AM
I have similar concerns about opening the meeting with a choir performance
Mendal Diana Polish to Everyone 9:23 AM
Agreed. Thanks for speaking up friends. We have to be in it together to keep our community safe. Yikes.
Burcu Ozden to Everyone 9:25 AM
Can faculty be tested weekly if they want?
Lindsay Wood to Everyone 9:26 AM
5 New Messages
Who can see your messages? Recording On
To: Everyone
Type message here...
Click if you want to switch to a different microphone or speaker
Timothy J Smalarz
View
Unmute
Start Video
178
Participants
Chat
Share Screen
Reactions
Leave

ZDP_01528

Recording

You are viewing Opening Meeting's screen View Options

View

Chat

Liliana Marika Naydan to Everyone 9:34 AM

Other colleges have also implemented delayed starts and remote learning because we broke every record with one million cases in a day this week.

Jac I. Pryor (they/them) to Everyone 9:34 AM

^^^

Ellen Marie Murray she/her to Everyone 9:35 AM

EM YES to all of the above.

Mendal Diana Polish to Everyone 9:35 AM

Scary that it seems like we are not listening to the rest of the world.

Bonnie Levinthal to Everyone 9:35 AM

Agreed about the choir...but also about the in person meeting. While I am glad to hear some comments concerning covid I am astounded at what seems like an utter disregard for the safety of faculty, staff and students.

Marissa O Nicosia to Everyone 9:36 AM

MO ^^^

Liliana Marika Naydan to Everyone 9:36 AM

I agree, Bonnie.

jhh16 to Everyone 9:36 AM

j The 24% rule allows people with regular teaching schedules to offer remote instruction for up to 3.5 weeks. I encourage everyone to exercise this option.

Terri Stiles to Everyone 9:36 AM

TS Yes, Montco is remote until February with a reconsideration on January 24th.

Burcu Ozden to Everyone 9:37 AM

^^^^

Bella Eve Friesel to Everyone 9:37 AM

BE MC3 is remote til September.

Jac I. Pryor (they/them) to Everyone

21 New Messages

Who can see your messages? Recording On

To: Everyone

Type message here...

Click if you want to switch to a different microphone or speaker

Unmute Start Video 178 Participants Chat Share Screen Reactions Leave

Recording

You are viewing Opening Meeting's screen View Options

View

Chat

^^^^

Bella Eve Friesel to Everyone 9:37 AM

MC3 is remote til September.

Jac I. Pryor (they/them) to Everyone 9:37 AM

I think this conversation needs to be voiced out loud to ensure that Margot and others are aware of the concerns that are being raised in the chat. I have my hand raised.

Bonnie Levinthal to Everyone 9:37 AM

Can you explain (24%) that rule?

Bernard S Rosenberg to Everyone 9:38 AM

You can have almost 1/4 of your classes remote

Frank D Quattrone to Everyone 9:38 AM

Attendance was absolutely atrocious last semester. Can we expect an improvement this term with the upsurge in Covid cases? But we're still planning to meet in person?

Liliana Marika Naydan to Everyone 9:38 AM

JAC, I agree. II think it should be voiced when the floor opens to questions. Going about business as usual right now makes me feel very uncomfortable.

Rosa Maria Chism to Everyone 9:38 AM

I agree Jac. We need more clarification about that.

Bonnie Levinthal to Everyone 9:38 AM

I don't think any of these topics are as important

Lindsay Wood to Everyone 9:38 AM

Jac, there will be an open comment period after the presentation and in that time we will share questions/comments from the Zoom room. I have a running notes document to also share.

Bella Eve Friesel to Everyone 9:38 AM

Read the letter that was sent from UP yesterday about the 24.5% rule. Faculty can use this when they want to and at their discretion.

Jac I. Pryor (they/them) to Everyone 9:39 AM

Thank you, Lindsay!

Who can see your messages? Recording On

To: Everyone

Type message here...

Timothy J Smalarz

Click if you want to switch to a different microphone or speaker

Unmute Start Video Participants 178 Chat Share Screen Reactions Leave

# Abington by the Numbers

| Metric | Current Data (Fall 2021) |
|---|---|
| Enrollment | 3072/FTE 2918.8 |
| 1st year 1st time freshman retention | 79.3% |
| 4-year graduation rates | 2017 cohort 44.9% |
| 6-year graduation rates | 2015 cohort 52.1% |
| Student demographic profile | [0% American Indian/Alaska Native] [18% Asian] [14% Black/African American] [13% Hispanic/Latino] [0% Native Hawaiian/Pacific Islander] [44%White] [3% Two or more races] [6% International] [2% Race unknown] |
| Faculty by rank | [152 FT faculty] [171 PT faculty] [177 FT staff and technical service] [approx. 70 PT staff and technical service] |
| SCH taught by part time faculty | 34.4% |
| Active Student Organizations | 42 |
| NCAA Division III Athletics | 6 men's teams, 7 women's teams |



# Top Five Degree Programs by Enrollment

| Program | Enrollment |
| --- | --- |
| IST | 148 |
| Business | 134 |
| Criminal Justice (BA + BS) | 114 |
| Psychological and Social Sciences (BA + BS) | 114 |
| Rehabilitation and Human Services | 77 |



# Commitee Members

- **Rachael Brown**, Associate Professor, Mathematics Education
- **Angela Jeon-Huh**, Director, Office of Global Programs
- **Grace Lee-Amuzie**, Assistant Teaching Professor of Applied Linguistics
- **Ahmed Nuriye**, Assistant Professor of Chemistry, Science, and Engineering
- **Aneesah Smith**, Director, Office of Diversity, Equity & Inclusion (ODEI)
- **Paula Smith** (Chair), Head Librarian
- **Boni Wozolek**, Assistant Professor, Education



# DEI Values: Diversity
## Feedback Survey

- Diversity on campus is encompassed by individuals and groups from a broad spectrum of demographic and philosophical differences who engage in conscious practices of equity and inclusion. We embrace diversity as key to a flourishing individual and global community, educational excellence, and sustainable future. Therefore, we commit to increasing visible and invisible forms of diversity, including questions of race/ethnicity, home language, social and economic class, sexual orientations, gender identities, country of origin, age, dis/ability, cultures, political and religious views, or other sociocultural precepts.





# An Early Draft of Recommendations



- Create a culture of accountability across all units
- Develop a DEI Office that serves administration, faculty, staff, and students.
- Identify and increase DEI-related resources. This includes:
  - Funding
  - Leveraging university resources and initiatives
- Develop and maintain DEI-related training that would impact campus culture and climate for all stakeholders.
- Implement intentional and consistent practices and policies around recruitment and retention for underrepresented groups within student, staff, faculty, and administrative bodies.











zoom.us Meeting View Edit Window Help
Wed 10:00 AM DePiero, Zack
You are viewing Opening Meeting's screen
View Options
Recording
View
DynamicActivities FYC...
This quiz was due before class today so that we…
The Roaming Lion
Chance…
Victoria does this!
Word count: ____. I was hoping for 250. No big…
Comments to FEEDBACK grades…
Make it a 0% category……
I'm leaving this note for everybody: Right now…
Awesome feedback AND you participated in our…
# for a counselor…
COOL TEACHING IDEAS…
RESUME…
Chatting with Carla Seward…
Re Friederike FAR meeting…
COG NOTES…
Questions and Comments
Feel free to share ideas, questions, suggestions:
https://forms.gle/gk4eH5owkbV7gsGY7
or
email Paula Smith (Chair): pms20@psu.edu
Opening Meeting
Zack DePiero
Howard Bogot
Timothy J Smalarz
Kismet Hampton
Click if you want to switch to a different microphone or speaker
Unmute
Start Video
175
Participants
53
Chat
Share Screen
Reactions
Leave

zoom.us Meeting View Edit Window Help
Wed 10:01 AM DePiero, Zack
Zoom Meeting
Recording
Questions and Comments
Feel free to share ideas, questions, suggestions:
https://forms.gle/gk4eH5owkbV7gsGY7
or
email Paula Smith (Chair): pms20@psu.edu
Chat
Ellen Marie Murray she/her to Everyone 9:42 AM
Not a good job of reading the room......we should be running with minimal staff on campus and remote classes, at least through the January surge imo.
Liliana Marika Naydan to Everyone 9:42 AM
^^^
Burcu Ozden to Everyone 9:43 AM
does these numbers exclude 2+2 engineering students?
Jac I. Pryor (they/them) to Everyone 9:43 AM
What is animating these high risk choices? (Real question.)
Russ Webster (PSS, he/him) to Everyone 9:43 AM
^^^
Marissa O Nicosia to Everyone 9:44 AM
^^^^
Mendal Diana Polish to Everyone 9:44 AM
^^^
Jac I. Pryor (they/them) to Everyone 9:44 AM
There are transgender, nonbinary, and gender non conforming students on campus.
Lindsay Wood to Everyone 9:44 AM
Burcu, I think it is total enrollment in Abington courses.
Russ Webster (PSS, he/him) to Everyone 9:44 AM
8 New Messages
Who can see your messages? Recording On
To: Everyone
Type message here...

zoom.us Meeting View Edit Window Help
Wed 10:02 AM DePiero, Zack
Zoom Meeting
Recording
1/7
1/7
Ellen Marie Murray she/...
Wan Wei
jhh16
Mary Ellen Glick
Terri Stiles
Dagmara Karnowski
Chat
Bella Eve Friesel to Everyone 9:51 AM
What was she referring to re: Native Americans?
Marissa O Nicosia to Everyone 9:51 AM
Thank you for beginning with a land acknowledgement, Boni!
Jac I. Pryor (they/them) to Everyone 9:52 AM
She is referring to the fact that the College sits on unceded Lenni/Lenape land.
Lindsay Wood to Everyone 9:52 AM
It's the land acknowledgment: http://equity.psu.edu/acknowledgement-of-land
Marissa O Nicosia to Everyone 9:52 AM
Bella, this is where you can learn more about land acknowledgements: https://nativegov.org/a-guide-to-indigenous-land-acknowledgment/
Jac I. Pryor (they/them) to Everyone 9:52 AM
The First Peoples who are indigenous to this area and continue to live on the land.
Roxanna Senyshyn to Everyone 9:52 AM
PSU : https://www.psu.edu/news/campus-life/story/celebrating-national-native-american-heritage-month-penn-state/?utm_audience=Combined&utm_source=newswire&utm_medium=email&utm_campaign=Penn%20State%20Today&utm_content=11-02-2021-21-37&utm_term=TopStories%20-%202
Ellen Marie Murray she/h
16 New Messages
Who can see your messages? Recording On
To: Everyone
Type message here...

zoom.us Meeting View Edit Window Help Wed 10:02 AM DePiero, Zack

Zoom Meeting

Chat

Bella Eve Friesel to Everyone 9:51 AM
BE What was she referring to re: Native Americans?

Marissa O Nicosia to Everyone 9:51 AM
MO Thank you for beginning with a land acknowledgement, Boni!

Jac I. Pryor (they/them) to Everyone 9:52 AM
She is referring to the fact that the College sits on unceded Lenni/Lenape land.

Lindsay Wood to Everyone 9:52 AM
It's the land acknowledgment: http://equity.psu.edu/acknowledgement-of-land

Marissa O Nicosia to Everyone 9:52 AM
MO Bella, this is where you can learn more about land acknowledgements: https://nativegov.org/a-guide-to-indigenous-land-acknowledgment/

Jac I. Pryor (they/them) to Everyone 9:52 AM
The First Peoples who are indigenous to this area and continue to live on the land.

Roxanna Senyshyn to Everyone 9:52 AM
RS PSU : https://www.psu.edu/news/campus-life/story/celebrating-national-native-american-heritage-month-penn-state/?utm_audience=Combined&utm_source=newswire&utm_medium=email&utm_campaign=Penn%20State%20Today&utm_content=11-02-2021-21-37&utm_term=TopStories%20-%202

Ellen Marie Murray she/her to Everyone 9:53 AM
EM Yes, we should begin all official meetings with a land acknowledgement. Thank you, Boni.

Russ Webster (PSS, he/him) to Everyone 9:53 AM
RW We should do a land acknowledgement at the opening of every major meeting.

Bella Eve Friesel to Everyone 9:53 AM
BE I understand, I just could not hear her well.

Jac I. Pryor (they/them) to Everyone 9:53 AM
It's becoming a more common practice, Bella, to begin public gatherings with land acknowledgments. I do it in all my classes and when I give talks.

Lindsay Wood to Everyone 9:53 AM

Who can see your messages? Recording On

To: Everyone

Type message here...

Accurate solutions to the Schrodinger Equation are foundational to the understanding of chemical and biological processes.

- Only simple systems have exact solutions.
- With today's technology, high speed computers that find solutions based on simulation is increasingly attractive.

$$\frac{\partial f}{\partial t} = \frac{1}{2}\nabla^2 f - \nabla \cdot (f\nabla \ln \psi_o) - \left(\frac{H\psi_0}{\psi_0} - E_{ref}\right)f$$

diffusion        drift                        growth

- Anderson's Correction Method adds Walker feed



zoom.us Meeting View Edit Window Help
Wed 10:57 AM DePiero, Zack
You are viewing Opening Meeting's screen
View Options
Recording
View
Colleen Mills
Hate as Backlash: A County-Level Analysis of White Supremacist Mobilization in Response to Racial and Gender "Threats"
PennState
Abington
Colleen Elizabeth Mills
resume drafts
PhD
Screen Shot 2022-01...2.54 AM
Screen Shot 2021-12...2.34 PM
Screen Shot 2022-01...3.22 AM
Screen Shot 2022-01...8.57 AM
Screen Shot 2022-01...3.43 AM
Screen Shot 2022-01...9.00 AM
Unmute
Start Video
106
Participants
Chat
Share Screen
Reactions
Leave

## Anti-Racism Resolution

Abigail Akande,  Penn State Abington

Charles Archer,  Penn State Abington

Rosa-Maria Chism,  Penn State Abington

William Cromar,  Penn State Abington

Ola El-Rashiedy,  Penn State Abington

Melvin Gupton,  Penn State Abington

Sharon Holt,  Penn State Abington

Grace Lee-Amuzie,  Penn State Abington

Liliana Naydan,  Penn State Abington

Marissa Nicosia,  Penn State Abington

Ahmed Nuriye,  Penn State Abington

Paula Smith,  Penn State Abington

Terri Stiles,  Penn State Abington

(Legislative)

**WHEREAS** We condemn racism, and we commit to being an active anti-racist community.

**WHEREAS** Diversity, equity, and inclusion are foundational cornerstones of democracy as well as public education, and they deserve firmer grounding on which to build student success and community.

**WHEREAS** The Pennsylvania State University has undertaken a comprehensive self-study on institutional racism and bias, diversity, equity, and inclusion in response to current events as part of the Presidential Commission on Racism, Bias, and Community Safety and has issued recommendations in their following October 1, 2020 report.[1]

**WHEREAS** We have one of the most diverse student bodies in the Pennsylvania State University system.[2]

---

[1] "Select Penn State Presidential Commission on Racism, Bias, and Community Safety - Recommendations." 1 Oct. 2020, https://www.dept.psu.edu/ur/newsdocuments/Draft_Report-Select_Penn_State_Presidential_Commission_on_Racism_Bias_and_Community_Safety.pdf. Accessed 24 Feb. 2021.

[2] "Common Data Set 2019-2020 Abington - Penn State Fact Book." https://factbook.psu.edu/CDS/20192020/CDS%202019-2020%20Abington.pdf. Accessed 24 Feb. 2021.

ZDP_02381

**WHEREAS** We struggle with retention because many of the students from our service area, which encompasses one of the largest underfunded urban school districts in the nation, require more substantial support in order to find success in college.[3][4][5]

**WHEREAS** Many Black American students face significant financial barriers to the completion of their higher education training due to the legacy of systemic racism that has financially disenfranchised them.[6][7]

**WHEREAS** Studies show that "most people have an implicit and unconscious bias against members of traditionally disadvantaged groups."[8][9][10]

**WHEREAS** Meaningful cultural and structural change requires sustained financial and human resource investment.

**WHEREAS** We hold that Penn State Abington is provided with grossly insufficient funding per student as compared with other campuses in the commonwealth, and we view that as an artifact of systemic racism.[11][12]

**WHEREAS** Penn State Abington has a high student-to-faculty ratio that disadvantages our diverse population of students.[13]

**WHEREAS** Penn State Abington does not have designated resources for faculty development and training and the present Office of Diversity, Equity, and Inclusion (ODEI), which is housed under Student Life, provides programming mostly for students.

---

[3] "Penn State Abington Strategic Plan - Penn State's Strategic Plan." https://strategicplan.psu.edu/files/2018/01/PennStateAbington-SP-wf9guq.docx. Accessed 24 Feb. 2021.
[4] "Graduation and Retention | Data Digest." https://datadigest.psu.edu/dashboards/graduation-and-retention/. Accessed 24 Feb. 2021.
[5] "23 Billion - EdBuild." https://edbuild.org/content/23-billion. Accessed 24 Feb. 2021.
[6] Goldrick-Rab, S.; Anderson, D. M.; Kinsley, P. *Paying the Price: College Costs, Financial Aid, and the Betrayal of the American Dream*; The University of Chicago Press: Chicago ; London, 2016.
[7] Cottom, T. M. *Lower Ed: The Troubling Rise of for-Profit Colleges in the New Economy*; The New Press: New York, 2017.
[8] Jolls, Christine, and Cass R. Sunstein. "The Law of Implicit Bias." *California Law Review*, vol. 94, no. 4, July 2006, p. 969.
[9] Reinholz, Daniel L., et al. "Walking the Walk: Using Classroom Analytics to Support Instructors to Address Implicit Bias in Teaching." *International Journal for Academic Development*, vol. 25, no. 3, July 2020, pp. 259–72.
[10] "Exploring Racial Bias Among Biracial and Single-Race Adults: The IAT." 19 Aug. 2015, https://www.pewresearch.org/social-trends/2015/08/19/exploring-racial-bias-among-biracial-and-single-race-adults-t he-iat/. Accessed 24 Feb. 2021.
[11] See Appendix A
[12] Emling, D. C. *Institutional Racism and Restorative Justice: Oppression and Privilege in America*, 1st ed.; Routledge, 2019. https://doi.org/10.4324/9780429340291.
[13] See Appendix B.

ZDP_02382

**WHEREAS** There is currently no requirement or reward at Penn State Abington for professional development involving racial justice and equity.

**WHEREAS** The current mechanism for reporting racism and bias for students, staff, and faculty at Penn State Abington is reportedly unresponsive and unclear, leaving campus community members without a safe or independent mechanism by which to put forward and resolve their concerns.[14]

**WHEREAS** The student evaluation of faculty teaching is biased, and unfair, especially against faculty of color and minorities perceived not to be authorities in their fields by their students because they look and/or sound different than the white male model of authority.[15] [16]

**WHEREAS** Cultural richness is inappropriately limited in our curriculum whenever it focuses exclusively on the works, lives, and experiences of white, Western culture and fails to focus on works, lives, and experiences of black, indigenous and people of color (BIPOC). This limitation fails to properly serve all of our students.

**WHEREAS** Penn State Abington is a minority-majority campus and disproportionate use of force by police in minoritized communities around the nation, particularly in Black communities, is well documented. Moreover, the campus community has had inadequate involvement in decision-making processes related to policing at Penn State Abington to further create trust between the community and the University police force.[17]

---

**BE IT RESOLVED THAT:**

1. We call on all members of the Penn State Abington campus community to condemn racism and engage in the work of anti-racism.
2. We call on the university administration to recognize and remedy the systemic racism that underpins the current budget model.
3. We call for a collaborative effort from The Pennsylvania State University and Penn State Abington to endow scholarship funds for present and prospective Black American

---

[14] The current reporting system can be accessed here: https://studentaffairs.psu.edu/report

[15] Wallace, Sherri L., et al. "The State of the Literature on Student Evaluations of Teaching and an Exploratory Analysis of Written Comments: Who Benefits Most?" *College Teaching*, vol. 67, no. 1, Jan. 2019, pp. 1–14.

[16] "Teaching while Black at Penn State | Opinion | Daily Collegian." 29 Nov. 2018, https://www.collegian.psu.edu/opinion/letters_to_editor/article_de7f77f4-f389-11e8-8c47-f39a42ca198d.html. Accessed 24 Feb. 2021.

[17] Edwards, Frank, et al. "Risk of Being Killed by Police Use of Force in the United States by Age, Race–Ethnicity, and Sex." *Proceedings of the National Academy of Sciences*, vol. 116, no. 34, Aug. 2019, pp. 16793–98.

ZDP_02383

students to bridge the 44% wealth gap that seriously hinders students from envisioning, aspiring to, and achieving academic success.

4. We call on Penn State Abington to establish paid research opportunities for Black students to support sustained focus on academic work and career exploration by easing economic pressure.

5. We call on Penn State Abington leaders to create internal earmarked research funding (and in partnership with University-wide initiatives) to find answers to systemic racism in areas including, but not limited to, post-secondary education, hiring and employment, K-12 curriculum, television and media, and access to STEM fields.

6. We call on Penn State Abington to invest financially in strengthening the Student Affairs ODEI as a campus partner for students offering programs and resources on Anti-Racism, and sending a representative to the Campus Scholarship Committee.

7. We call on Penn State Abington to establish a faculty and staff-focused Director of Diversity, Equity, and Inclusion who reports to the Penn State Abington Chancellor.  In collaboration with Educational Equity and offices such as Human Resources, Student Affairs ODEI, the Center for Intercultural Leadership and Communication (CILC), and Global Programs, the Director will 1) manage faculty and staff concerns, 2) train faculty and staff, 3) collect and analyze data and inform faculty and staff about what the data suggest, 4) research and implement best practices for diversity and inclusion programming and training (especially for search committees), 5) reestablish a Diversity Advisory Council for the campus as is modeled at the University of Michigan, the University of Southern California's Center for Urban Education,[18] San Diego State University, and The Ohio State University, and we call on Penn State Abington to recruit, hire, mentor, and promote a diverse faculty, including securing consistent, sustained, financial resources to support our Predoctoral Diversity Fellows Program.

8. We call on Penn State Abington to provide faculty and staff with a confidential mechanism to report and resolve instances of bias or racism in the classroom and workplace. That mechanism must be a robust and locally engaged Human Resources presence that is easy to access. It is inappropriate and insufficient to rely only on supervisors for this purpose.

9. We call on Penn State Abington leadership to advocate for the use of equity pedagogy as a standard practice within our academic culture and to support all Penn State Abington faculty in embedding equity pedagogy into their teaching and curricula, especially if racial justice is perceived as tangential to their disciplines.

10. We call on Penn State Abington leadership and faculty to decolonize the curriculum by 1) incentivizing course revisions and course development through grants that integrate anti-racist content across all disciplines, 2) rising to the Presidential Commission's call to

---

[18] "CUE Racial Equity Tools - University of Southern California." https://www.cue-tools.usc.edu/. Accessed 24 Feb. 2021.

ZDP_02384

"Develop, promote, and support research, teaching, and learning that advance antiracist scholarships, pedagogy, and culture," "Identify resources and funds to help departments and programs embed antiracist pedagogy throughout our core curriculum," and "Bring Penn State's General Education curriculum in alignment with antiracist learning objectives and outcomes, including assessment of US/IL and other cultural requirements," and 3) supporting any University Faculty Senate initiatives to require appropriate courses (cf. African American History) within University Requirements.[19]

11. We call on administration to hold all faculty, staff, and administrators accountable for ongoing training, professional development, and self-education in areas of diversity, equity, and inclusion. This training may take place at Abington Academy and ODEI events, as well as through opportunities offered via professional societies and conferences, and lead to changes in teaching, service, administrative, and research practices on our campus that may be assessed by supervisors during, but not limited to, performance reviews, annual reviews, and promotion reviews.

12. We call on the College to develop a required standardized statement for faculty to distribute to students (on the syllabus or otherwise) about diversity, equity, anti-racism, and inclusion, and to revise the "Educational Equity/Report Bias" statement that is currently available to better reflect our shared values.

13. We call on Penn State University to restructure the FAR and Tenure-Review materials to account for the biased nature of SRTEs and embrace the opportunity for faculty to implement a mechanism of their own as specified on page 66 of the 2020-21 Penn State Abington Faculty Handbook that might help to enhance the SRTE and FAR processes, which do not speak to the different talents and abilities of our diverse faculty body.

14. We call for the elimination of the exploitative academic culture of invisible labor wherein Black faculty and staff bear an unfair burden of unacknowledged and unrewarded service and student support that adversely impacts both faculty and student success. As such, Penn State Abington should strive to substantially increase the number of Black faculty and acknowledge and reward these faculty members for the extra service they provide.

15. We call on Penn State Abington to provide enhanced mentoring and support programming to include sponsorship and advocacy for Black faculty to help ensure their success and retention.

16. We call for job advertisements that are posted to a wider range of publications and listservs and that will guarantee reach to a more diverse audience.[20]

---

[19] "Select Penn State Presidential Commission on Racism, Bias, and Community Safety - Recommendations." 1 Oct. 2020, https://www.dept.psu.edu/ur/newsdocuments/Draft_Report-Select_Penn_State_Presidential_Commission_on_Racism_Bias_and_Community_Safety.pdf. Accessed 24 Feb. 2021.

[20] Building on models for best practices such as this one from Berkeley: https://ofew.berkeley.edu/senate-search-guide

ZDP_02385

17. We call for faculty search committees to have the ability to restart searches if pools of finalist candidates do not meet specific diversity ratios that are representative of the student body.[21]

18. We call on administration to develop innovative faculty coaching, mentoring, and advising initiatives for BIPOC students that surpass the parameters of current programs.

19. We call for curricular changes, professional development, and support offices as an effective and institutionally-appropriate response to growing racist violence. We maintain the need for constructive dialogue, forums, and regular diversity and implicit bias training with respect to community police and policing when it comes to our minoritized student body, staff, faculty, and administrators. We seek to participate in the university's reconvened Task Force on Policing and Communities of Color as the model for commonwealth campuses. Our goal is to limit the danger of inviting a police force with no accountability to the campus into our midst.

20. In part because this resolution was conceived following a televised instance of police brutality, which ultimately led to the creation of the George Floyd Memorial Scholarship at Penn State University, we advocate for a policing model with a commitment to transparency, de-escalation training, and ongoing dialogue that promotes an anti-racist culture in practice.

---

[21] "Searching for a diverse faculty - Office for Faculty Equity ...."
https://ofew.berkeley.edu/sites/default/files/searching_for_a_diverse_faculty-_data_driven_recommendations.pdf.
Accessed 24 Feb. 2021.

ZDP_02386

**APPENDIX A**

Operating budget divided by official enrollment for each campus in the commonwealth.

| | Full-time Students | Permanent Operating Budget-General Funds | Per-Student Budget |
|---|---|---|---|
| Abington | 3436 | 33,314,351 | $9,695.68 |
| Altoona | 2990 | 41,356,742 | $13,831.69 |
| Beaver | 568 | 8,322,206 | $14,651.77 |
| Behrend | 3491 | 54,758,702 | $15,685.68 |
| Berks | 2297 | 26,926,705 | $11,722.55 |
| Brandywine | 1312 | 17,178,522 | $13,093.39 |
| DuBuis | 496 | 9,271,370 | $18,692.28 |
| Fayette - Eberly | 577 | 9,888,264 | $17,137.37 |
| Greater Allegheny | 437 | 8,697,150 | $19,901.95 |
| Harrisburg | 4308 | 48,016,813 | $11,145.96 |
| Hazleton | 539 | 12,774,953 | $23,701.21 |
| Lehigh Valley | 959 | 9,162,331 | $9,554.05 |
| Mont Alto | 710 | 11,273,065 | $15,877.56 |
| New Kensington | 528 | 9,747,989 | $18,462.10 |
| Schuylkill | 625 | 10,712,725 | $17,140.36 |
| Shenango | 1012 | 6,608,029 | $6,529.67 |
| Scranton | 373 | 12,902,697 | $34,591.68 |
| Wilkes-Barre | 361 | 8,049,985 | $22,299.13 |
| York | 753 | 14,479,762 | $19,229.43 |

ZDP_02387

**APPENDIX B**

Student-faculty ratios for campuses with public data.[22]

| Campus | Student-Faculty Ratio |
|--------|----------------------|
| Abington | 16.6 |
| Altoona | 13.1 |
| Behrend | 10.3 |
| Berks | 14.7 |
| Harrisburg | 15.4 |

The formula for the ratio is full time equivalent students (full time + 1/3 part time)/ full time equivalent faculty (full time + 1/3 part time). Here are all the numbers for the formula so you can see # of students and # of full time faculty.

Abington
    Full-Time Students: 3112
    Part-Time Students: 284
    Full-Time Faculty: 152
    Part-Time Faculty: 125
Altoona
    Full-Time Students: 2864
    Part-Time Students: 87
    Full-Time Faculty: 194
    Part-Time Faculty: 80

Behrend
    Full-Time Students: 3342
    Part-Time Students: 85
    Full-Time Faculty: 269
    Part-Time Faculty: 171

---

[22] Note that much research shows that small class sizes help students succeed in college.  For instance, see Alice Horning's "The Definitive Article on Class Size" (*WPA: Writing Program Administration* 31.1-3 (2007)).  See also Irenee R. Beattie & Megan Thiele's "Connecting in Class? College Class Size and Inequality in Academic Social Capital" (*The Journal of Higher Education*, 87.3 (2016)), which can be found here: http://dx.doi.org/10.1080/00221546.2016.11777405.  This article is important because it indicates that, especially for Black and Latino students, large class size significantly reduces the social capital students acquire through interaction with professors and peers.  Lower social capital diminishes opportunities for both classroom and workforce success.

ZDP_02388

Berks

      Full-Time Students: 2104
      Part-Time Students: 223
      Full-Time Faculty: 131
      Part-Time Faculty: 52

Harrisburg

      Full-Time Students: 4299
      Part-Time Students: 645
      Full-Time Faculty: 236
      Part-Time Faculty: 169

ZDP_02389

# *Penn State Abington Faculty Handbook*

## 2019-2020



PENN STATE ABINGTON
1600 Woodland Rd., Abington PA 19001

PSU-DE PIERO-000925

Penn State Abington - Faculty Handbook

## Table of Contents

*Penn State Abington Faculty Handbook*

History of Penn State Abington ..................................................................................................4

Academic Administration ..........................................................................................................5

Abington College Undergraduate Research Activities (ACURA)..................................................6

    Undergraduate Research Conference Travel ..........................................................................7

Academic Integrity ....................................................................................................................8

Academic Ranks.........................................................................................................................9

Advising - Faculty ....................................................................................................................10

Advising - Professional.............................................................................................................10

Affirmative Action Policy .........................................................................................................11

Annual Review .........................................................................................................................11

Book Orders .............................................................................................................................11

Class Attendance and Absence of Students .............................................................................11

Excused Absence for Athletic Competition ..............................................................................13

Class Cancellation by Faculty...................................................................................................13

Class Lists ................................................................................................................................13

Class Schedule Creation Guidelines.........................................................................................13

Computer Labs .........................................................................................................................14

Conflict of Interest ..................................................................................................................14

Counseling and Psychological Services (CAPS) .........................................................................15

Course Prerequisites ................................................................................................................15

    Course Release/Compensation Policy for Large Classes .......................................................15

Deferred Grades ......................................................................................................................16

Disability Services ...................................................................................................................16

Drop/Add, Late Drop ...............................................................................................................16

Faculty Appointments..............................................................................................................17

Implementation and Procedures for FARs ...............................................................................18

Faculty Review Committee.......................................................................................................18

First Year Engagement .............................................................................................................19

Food ........................................................................................................................................19

General Education, Writing Across the Curriculum, United States Cultures (US) and International
Cultures (IL)..............................................................................................................................19

PSU-DE PIERO-000926

Penn State Abington - Faculty Handbook

General Examination Policy ........................................................................................................20

Final Examination Policy ...........................................................................................................20

Make-up Tests .........................................................................................................................21

Grade Correction ......................................................................................................................22

Grade Mediation and Adjudication ...........................................................................................22

Grade Submission .....................................................................................................................22

Grading System .........................................................................................................................23

Guidelines for Collecting and Distributing Student Work ...........................................................23

HR-40 Review ...........................................................................................................................24

    Implementation and Procedures for HR-40 ...........................................................................24

Honors Program ........................................................................................................................25

The Schreyer Honors College .....................................................................................................26

Hybrid & Online Course Policy ...................................................................................................26

Independent Study ....................................................................................................................28

Internal Funds ...........................................................................................................................28

    Career Development Professorship .......................................................................................29

    Faculty Development Grants (FDG) .......................................................................................30

    Summer Faculty Fellowships (SFF) ........................................................................................30

    Summer Grants Fellowships (SGF) ........................................................................................31

    Outstanding Research Fellowship .........................................................................................32

    Faculty Teaching Innovation Fellowship ...............................................................................32

    Paul Hutta Endowment for Teaching Innovation ..................................................................33

Labs ..........................................................................................................................................34

Learning Center .........................................................................................................................34

Library .......................................................................................................................................35

Mail, Telephone, Supplies, and Recycling ..................................................................................35

Photocopying ............................................................................................................................36

Online Student Early Progress Report (EPR) ...............................................................................36

New Employees .........................................................................................................................37

New Program Procedure ............................................................................................................38

Non-Discrimination Policy .........................................................................................................39

Office Hours ..............................................................................................................................39

Overload Policy .........................................................................................................................40

Parking, Key Requests, Identification Cards ...............................................................................40

3

PSU-DE PIERO-000927

Penn State Abington - Faculty Handbook

Program Chairs ....................................................................................................................40

Professional Organization Membership ...............................................................................41

Promotion and Tenure...........................................................................................................41

Abington College Promotion and Tenure Policy..................................................................42

Promotion and Tenure Review Timetable for 2019-2020.....................................................46

Guidelines for Fixed Term Promotion .................................................................................52

Registration...........................................................................................................................59

Reimbursement Policy ..........................................................................................................60

Reporting of Consulting Activities .......................................................................................60

Resignation of Faculty Members ..........................................................................................61

Retirement of Faculty Members............................................................................................61

Sabbatical Leaves..................................................................................................................61

Scholarly Activity and Faculty Development .......................................................................62

    External Grants .................................................................................................................62

    Course Release Policy for Tenure-Line Faculty Engaged in Externally Funded Projects .......63

Secure IDs .............................................................................................................................62

Sexual Harassment Policy .....................................................................................................63

Student Ratings of Teaching Effectiveness...........................................................................64

    SRTEs ...............................................................................................................................64

Supplemental Methods of Evaluating Teaching Effectiveness.............................................64

Students' Records and Confidentiality ..................................................................................65

Guidelines for Summer Session Teaching Appointments.....................................................65

Syllabus .................................................................................................................................65

Smoking .................................................................................................................................70

Teaching Load Policy............................................................................................................71

Testing Center........................................................................................................................72

    Guidelines for Make-Up Exams and the Use of the Testing Center .................................72

Travel Guidelines ..................................................................................................................73

Visiting Scholar Position Guidelines....................................................................................74

Weather Emergency ..............................................................................................................75

Withdrawal ............................................................................................................................76

4

PSU-DE PIERO-000928

# History of Penn State Abington

The Abington College of the Pennsylvania State University was formerly the site of The Ogontz School and Junior College. Chartered in 1850 as the Chestnut Street Female Seminary, the girls' school moved to Jay Cooke's estate, "Ogontz," in Elkins Park in 1883 and became The Ogontz School for Young Ladies. Continued growth eventually resulted in a search for new quarters, and in 1917 the Ogontz School moved to the estate along Woodland Road in the Rydal area of Abington Township Montgomery County.

In 1950, when the historic girls' school had concluded its 100th academic year, the grounds, original buildings and library were given to The Pennsylvania State University by the late Abby A. Sutherland, owner and principal.

The new Ogontz Center of Penn State opened in September 1950 with 225 students. An equal number of students continued at the previously established Swarthmore Center, which was discontinued in 1951. In order to better reflect its position in the community, Penn State Ogontz was renamed Penn State Abington-Ogontz in 1995.

Beginning July 1, 1997, upon completion of its 46th academic year, the Abington-Ogontz Campus became Penn State's Abington College. As a degree-granting college, it continues its commitment to the land-grant concept of providing practical and liberal education in response to the needs of the citizens of the Commonwealth.

The first new construction undertaken at Abington was Lares Building, dedicated in the fall of 1967. The Lares student center took the name of Abby Sutherland's former home. "Lares" were ancient Roman household gods, ancestral spirits who guarded the households of their descendants, and the symbolism is a continuing reminder of the campus heritage. The Woodland Building, a library-laboratory-classroom building, was completed in 1973. The Physical Education Building was occupied in January 1974. In 2001, renovations and a major addition to Lares Student Union Building were completed.

Penn State Abington currently enrolls approximately 4,000 students, principally from Philadelphia, Montgomery and Bucks Counties, who are served by about 160 full-time faculty members. Both baccalaureate and associate degree programs can be completed at Abington College. Penn State Abington currently offers 21 baccalaureate degrees in the disciplines of Accounting, American Studies, Art, Biology, Business, Computer Science, Corporate Communication, Criminal Justice, Elementary and Early Childhood Education, English, Engineering, Finance, History, Information Sciences and Technology, Integrative Arts, Letters Arts and Sciences, Master of Business Administration, Nursing (RN to BS), Project and Supply Chain Management, Psychological and Social Sciences, Rehabilitation and Human Services, and Science. In addition, it offers Associate degrees in Business and Letters, Arts, and Sciences. Abington students may also complete the first two years of over 160 Penn State degrees.

Penn State Abington has developed graduate partnerships with Thomas Jefferson University, Jefferson College of Health Professions, and Philadelphia College of Osteopathic Medicine to enable students to complete their bachelor, master, and doctoral degrees without leaving the Philadelphia area.

5

PSU-DE PIERO-000929

Penn State Abington - Faculty Handbook

# Academic Administration

The Chancellor, Dr. Damian Fernandez ( djf38@psu.edu ), heads Penn State Abington and is responsible for its overall administration, including outreach, fundraising, as well as interaction locally and within the university. The Chancellor also fulfills the dean's functions for the Abington College and serves as the budget executive for Penn State Abington.

The Associate Dean for Academic Affairs, Dr. Andy August (axa24@psu.edu ), reports directly to the Chancellor and serves in his absence as the chief executive officer of the college. He works closely with the Chancellor and senior leadership in planning and fiscal management and provides leadership to the college's academic divisions, instructional support, all academic advising, learning support, first-year initiatives, undergraduate research, academic internships, international programs, and honors programs. The Associate Dean represents the Chancellor as the chief academic officer of the college.

The Director of Institutional Effectiveness and Faculty Development, Dr. Karen Weekes (kew16@psu.edu), reports to the Chancellor. While continuing in the classroom, she serves as a resource for P&T-related policy questions and manages the faculty mentoring program. She also manages learning outcomes assessment, oversees academic program reviews, and supports strategic planning.

Faculty members are organized in three divisions as follows:

**Division of Arts and Humanities:**  The Division of Arts and Humanities is headed by Dr. Friederike Baer, fbb10@psu.edu  and includes Bachelor degrees in American Studies, Art, Corporation Communication, English, History, Integrative Arts, and Letters, Arts and Science. It also includes an Associate Degree in Letters, Arts and Sciences. The division offers courses in African/African American Studies, American Studies, Art and Integrative Arts, Communication Arts and Sciences, Corporate Communication, English, Foreign Languages, History, Letters, Arts, and Sciences, Philosophy, Religion, Theater and Women Studies. The staff assistant working with The Division Head of Arts and Humanities is Judy Reale jar43@psu.edu,  119 Sutherland, extension 7321.

**Division of Science and Engineering:**  The Science and Engineering Division is headed by Dr. Zafer Hatahet, zuh11@psu.edu and includes Bachelor degrees in Biology (with a Vertebrate Physiology Option and a Genetics and Developmental Biology option), Information Sciences and Technology and General Science (with a General Option and a Life Sciences Option). The division offers courses in Astronomy, Biology, Chemistry, Computer Science, Engineering, Information Science and Technology, Geosciences, Mathematics, Physics and Statistics.
The staff assistant working with the Division Head for Science and Engineering is Sue Hopper, smh29@psu.edu, 216 Woodland, extension 7570.

**Division of Social Sciences:**  The Social Sciences Division is headed by Dr. Fran Sessa, fms11@psu.edu, and includes Bachelor degrees in Accounting, Business Administration (with options in Accounting, Financial Services, Health Services, Individualized Business, and Marketing and Management), Criminal Justice, Psychological and Social Sciences, Secondary Education, and Organizational Leadership. The division offers courses in Accounting, Administration of Justice, Anthropology, Business, Education, Kinesiology, Management Information Systems, Marketing, Nutrition, Health and Human Development,

6

PSU-DE PIERO-000930

Psychology, Rehabilitation and Human Services, Sociology and Political Science. The staff assistant working with the Social Sciences Division Head is Janet Mignogno jem27@psu.edu, 119 Sutherland, extension 7335.

# Abington College Undergraduate Research Activities (ACURA)

ACURA is a program that provides hands-on research experience for motivated Penn State Abington students in all disciplines working under the mentorship of our research faculty.

The program begins in the fall semester of each academic year. The standard format involves a period of familiarization, which includes assigned background readings, instruction in specialized lab techniques, and attendance at regularly scheduled meetings. From time to time, the student may be asked to write short reports on what he/she has observed or to make presentations to a group. During the spring semester, the work progresses, building towards a poster fair. All ACURA students are required to take part in this poster fair and students who prepare the best posters may be asked to present their findings in a lecture format at the Fall Colloquium.

Providing that they spend at least three hours a week on their ACURA project and fulfill other requirements agreed to by the student and the faculty sponsor, ACURA students receive one academic credit in the fall semester and two credits in the spring.

The ACURA mentors are comprised of full-time Penn State Abington faculty (standing and Fixed-Term I) who are expected to meet regularly with their students to guide them in their work.

ACURA offers funding for research expenses ($500.00 for the first project and $250.00 for each additional student; requests for additional expenses will also be considered).

Please direct any questions about ACURA to the coordinator of the program, Ann Schmiedekamp, who can be contacted at ams@psu.edu.

# Undergraduate Research Conference Travel

Penn State Abington undergraduates who are presenting the results of their research at professional conferences may request financial support to defray the costs of attendance at the conference. If the request is approved, the Academic Affairs Office, the Office of Undergraduate Education (OUE) and the sponsoring academic division will each share 1/3 of the costs. If the student is enrolled in the Schreyer Honors College (SHC), the distribution will be 1/4 College, 1/4 (OUE), 1/4 (division), and 1/4 (SHC). The contribution from each one of these offices is capped at $300 per student.

An Undergraduate Research Travel Request Form, together with a letter of support from the faculty mentor and any other supporting documentation, should be submitted to Ann Schmiedekamp's office in Woodland or by email to ams@psu.edu at least thirty days before the travel date.

PSU-DE PIERO-000931

Penn State Abington - Faculty Handbook

# Academic Integrity

Penn State's Academic Integrity policies and procedures can be found at Senate Policy 49-20 and Academic Administrative Policies and Procedures Manual G-9.

The Abington College Academic Integrity Committee meets whenever:

- There is a formal accusation of academic dishonesty or a sanction imposed by an instructor that is contested by the student; or
- The student in any other way fails to accept responsibility for an academic integrity violation; or
- The student has a history of two or more previous academic integrity violations or the faculty member recommends an Office of Judicial Affairs consideration of disciplinary sanctions.

If contesting an allegation or sanction, where the student does not have two or more previous academic integrity violations and the faculty member does not recommend formal disciplinary sanction, the student may request either that a paper review of the case be made by the committee or that a full hearing take place. This holds regardless of violation category or sanction.

In the case that the student requests a paper review, the student then waives a face-to-face meeting with the committee and the instructor who is recommending the sanction. The student thus presents evidence in writing to contest either the fact that a violation has occurred or the specific sanction proposed by the instructor. The Committee then convenes to weigh the evidence for and against the alleged violation and/or sanction. After timely deliberation, the Committee renders its judgment and notifies all parties of the decision. Both the student accused and the instructor bringing a case against the student will be given a written explanation of the Committee's verdict.

In the case that the student requests a full hearing, the Committee will convene to hear testimony, question witnesses (if any) and accept evidence. After timely deliberation, the Committee renders its judgment and notifies all parties of the decision in writing.

Whether a paper review or a full hearing, the Committee chairperson, in consultation with other members of the Committee, rules on admissibility of evidence, relevance of testimony, and acceptability of witnesses. He or she directs the process, rules on procedures and votes on ties.

The student has the right:
- To be informed in a reasonable time to prepare
- To waive reasonable time & proceed as permitted
- To prior review of available evidence & documentation
- To be absent from the hearing
- To provide testimony as a defense
- To question accusers & witnesses present
- To a written report stating rationales for the findings & sanctions


The Committee is to be guided by a burden of proof standard that involves guilt by "clear and convincing evidence," not as in criminal legal proceedings, "beyond a reasonable doubt." In other words, the Committee's judgment is to be rendered in accordance with the question, would it be reasonable to draw a supported and clear conclusion based on the existing relevant and admissible evidence that a code of conduct violation has occurred?

Committee judgments regarding the nature and severity of sanctions, where contested by the student, will be based upon both precedent and reasonableness.

8

PSU-DE PIERO-000932

Imposition of the "XF" grade reflects the fact that a student has failed a course due to an egregious violation of academic integrity standards and/or has demonstrated a pattern of academic integrity violations. It is a formal university disciplinary action that remains on the student's official record until such a time as the student fulfills certain conditions, to be determined in advance, for its erasure. It cannot be imposed unilaterally by an instructor. Rather, it is an action taken by the Office of Judicial Affairs as a result of an instructor's recommendation and the concurrence of the College Dean and JA.

Removal of the "XF" Grade. An "XF" grade will be removed only after remaining on the student's record for at least two years subsequent to the semester in which the violation occurs and after the student has performed such service to the Abington College Community as deemed appropriate by the Committee. Additional conditions upon removal of the "XF" shall be determined by the committee as appropriate.

The Abington College Academic Integrity Committee consists of eight members serving a two-year term:

- Dr. Eric Ingersoll, Associate Professor of Biology, Chair
- Faculty member TBA
- Deborah Wright, Business Faculty
- Timothy Smalarz, Registrar
- Dr. Andrew August, Associate Dean
- Keisha Johnson, Conduct Standards Coordinator

Student Representative (Student Government President or student chosen in consultation with the Student Government Association)

Please direct questions about academic integrity to the Chair of the Academic Integrity Committee, Dr. Eric Ingersoll, who can be contacted at epi1@psu.edu .  Completed Academic Integrity forms can be sent to Eva Klein ebz1@psu.edu, 119 Sutherland 215-881-7387.

# Academic Ranks

New tenure-line faculty members are commonly appointed at the rank of assistant professor. The assistant professor should possess a terminal degree or its equivalent in organized research or professional practice; must have demonstrated ability as a teacher or research worker; and must have shown definite evidence of growth in scholarly, artistic, or professional achievement.

The next rank is associate professor. The associate professor should possess the same qualifications as the assistant professor, but also must give evidence of an established reputation in scholarly, artistic, or professional achievement.

The highest rank is professor. The professor should possess the same qualifications as the associate professor, but must also provide evidence of a substantial record of advanced research and/or creative work, and of leadership in his/her field of specialization. This rank should be reserved for persons of proven stature in teaching and/or research.

Ranks for Faculty in the University Libraries are defined in internal University Libraries policies UL-HRG07 Promotion and Tenure Criteria (for tenure-line ranks) and UL-HRG16 Promotion of Full Time, Non-Tenure Track Faculty (for fixed-term ranks).

More information about ranks for non-tenure-line faculty can be found at Policy HR-21 - Definition of

PSU-DE PIERO-000933

Academic Ranks, for a detailed description.

# Advising - Faculty

Along with teaching, research, scholarship, and service, academic advising is an important duty assigned to all full-time faculty members. Academic advisers serve as consultants to assist students with decisions regarding plans and progress toward achieving academic goals. As defined in Policy 32-30, the faculty adviser should be prepared to carry out the following functions:

- Information Giving: Advice and consultation about registration, course offerings, areas of faculty interest and expertise, educational opportunities, degree programs, policies and regulations, and administrative procedures.
- Short-Range Program Planning: Advice and consultation on semester program planning, selection of specific courses, adjustments in course loads, and advance registration.
- Long-Range Planning: Advice and consultation about educational and occupational objectives suited to the student's demonstrated abilities and interests, identification of the relationships among courses, programs, and occupations, and assistance to the student to evaluate appropriateness of educational and occupational objectives regularly.
- Conveying the Purposes of the University: Advice and consultation regarding the meaning of higher education, the aims of disciplinary and interdisciplinary study, the reasons for academic requirements, the expected standards of achievement, and the spirit and satisfaction of scholarly work.
- Student Referral: Referral to specialized campus services for advice and consultation.
- LionPath: provides Penn State advisers with access to student information in support of advising related activities. Advisers can find LionPath at the following web site: https://www.lionpath.psu.edu .
- Starfish:  Faculty advisers are required to type up advising notes in Starfish
- .  These notes are necessary when others meet with a student as they allow the sharing of information about your advising meeting.  http://sites.psu.edu/starfishinfo/
- The ultimate responsibility for completion of degree requirements belongs to the student (see the Senate Advising Policy 32-10).

# Advising - Professional

In addition to faculty advising, professional advising is available to first and second year students. Professional advisers in the Advising Center are prepared to provide educational and vocational information, to explain opportunities and procedures, and to assist with program planning. All students, especially new students, are urged to take advantage of these services. The Advising Center serves students in pre-major status and those in the Division of Undergraduate Studies. Once students declare their major they will be assigned to a faculty adviser in their area of study. The Advising Center is located in 224 Sutherland (Ext. 7328) and advisers are available via appointment. The Advising Center also offers peer advising with current information on this service, including hours, posted on the Abington Advising web page.

10

PSU-DE PIERO-000934

# Affirmative Action Policy

The University is committed to the concept of affirmative action to accelerate the achievement of equal opportunity for members of underrepresented ethnic minority groups, women, persons with disabilities/handicaps, and war veterans at all levels, and to ensure equal opportunity in all aspects of employment. See HR-1 - Fair Employment Practices, and HR-11 - Affirmative Action in Employment at The Pennsylvania State University.

# Annual Review

Performance reviews are not only necessary for the process of determining merit salary increases; they also provide an occasion for self-evaluation and reassessment of the role a faculty member is performing, which may evolve significantly during the course of a career. It is an opportunity to acknowledge and recognize good work, point out areas for improvement, and, in a few cases, identify productive new uses of a faculty member's talents. It is a means of ensuring that the diverse talents of the entire faculty are productively applied to the many responsibilities of the University. In addition, performance reviews can help identify resource targets -- places where additional resources could re-energize a faculty member whose energy or morale has run low or could lift an already productive member to new levels of achievement.

# Book Orders

Faculty are responsible for placing book orders through the college bookstore in the Lares Building as well as for acquiring desk and examination copies of books directly from publishers. Book orders are due at least two months prior to the beginning of the semester to avoid any complications with publishers. Receiving book orders early also helps students obtain used textbooks along with their gaining the most cash back at the end of the semester. If the faculty member fails to meet the order deadline, neither the bookstore nor the campus can be responsible for late book shipments.

**Except in extraordinary circumstances, the Office of Academic Affairs will not assume the cost of texts for faculty use.**

# Class Attendance and Absence of Students

As stated in Policies and Rules for Students (Policy 42-27), "The fact that classes are scheduled is evidence that the faculty believes class instruction is important." It is implicit, therefore, that regular class attendance benefits students. Accordingly, it is the policy of the University that class attendance by students be encouraged and that all instructors organize and conduct their courses with this policy in mind. A student should attend every class for which the student is scheduled and should be held responsible for all work covered in the courses taken. In each case, the instructor should decide when the class absence constitutes a danger to the student's scholastic attainment and should make this fact known to the student at once. A student whose irregular attendance causes him or her, in the judgment of the instructor, to become deficient scholastically, may run the risk of receiving a failing grade or

11

PSU-DE PIERO-000935

receiving a lower grade than the student might have secured had the student been in regular attendance.

Instructors should provide, within reason, opportunity to make up work for students who miss class for regularly scheduled, University-approved curricular, and extracurricular activities (such as Martin Luther King Day of Service, field trips, debate trips, choir trips, and athletic contests).

Instructors also should provide, within reason, opportunity to make up work for students who miss classes for other legitimate but unavoidable reasons. Legitimate, unavoidable reasons are those such as illness, injury, family emergency, or religious observance. If an evaluative event will be missed due to an unavoidable absence, the student should contact the instructor as soon as the unavoidable absence is known to discuss ways to make up the work. An instructor might not consider an unavoidable absence legitimate if the student does not contact the instructor before the evaluative event. Students will be held responsible for using only legitimate, unavoidable reasons for requesting a make-up in the event of a missed class or evaluative event.

The procedures for Senate Policy 42-27 are implemented as Academic Administrative Policy and Procedure E-11: Class Attendance. E-11 expands on the brief summaries provided here.

**How much notice does a student have to provide for a foreseeable absence** ? Whenever reasonable, a student should submit a class absence form a week in advance.

**Are religious observances considered legitimate reasons to miss class?**  Yes, religious observance can be a legitimate reason for an absence.  Academic Administrative Policy and Procedure R-4, Religious Observances, provides further information and a link to an inclusive calendar of religious holidays, maintained by the Center for Spiritual and Ethical Development.

**If a student is ill, must she or he provide a physician's verification?**  Generally, no.  University Health Services (UHS) does not provide verification of illness for minor illnesses or injuries.  Verification will be provided only for serious illnesses for which UHS clinicians provided services and recommended that the student misses 5 or more days of classes, or when UHS or other offices in Student Affairs, such as the Student Care & Advocacy Office, has received supporting documentation from outside providers.

**What if a student misses a quiz, test, or homework assignment as a result of a legitimate absence?** Students should be provided with a reasonable opportunity to make up missed work.  The University does recognize that this increases the burden on faculty.  However, simply re-weighting other assessments used to determine the course grade or similar approaches is not consistent with giving an opportunity to make up the work.  A student who has had an unavoidable absence should have the full range of learning opportunities, including tests and quizzes, enjoyed by her or his peers.

**What if the instructor believes that a student's continued absences are causing harm to his or her academic achievement?**  If an instructor believes a requested absence for regularly scheduled events will harm a student scholastically, the instructor should make this fact known to the student. If a student feels they have been unfairly denied a make-up opportunity, the student may appeal this decision to the head of the department in which the course is offered.

PSU-DE PIERO-000936

# Excused Absence for Athletic Competition

Policy #67-00 applies to varsity athletes, and states that "a student athlete who represents the University in an athletic contest shall be excused from classes and provided with an official excuse form." This form (available in the Athletics Building) should be presented to the faculty member at least one week prior to the competition, and the student is responsible for all material and assignments for the missed class. There will be a separate card for every contest. Practices are not excusable absences.

# Class Cancellation by Faculty

It is a faculty member's responsibility to meet all classes as scheduled and to arrive on time for all classes. If a faculty member knows in advance that he or she will be unable to attend a scheduled class or if a sudden emergency prevents the faculty member from getting to class, he/she should notify the Office of Academic Affairs and, if possible, arrange for an alternate means of instruction (e.g., a lecture by another qualified instructor, a videotape or film, etc.). When alternative instruction is not feasible, the class should be rescheduled. Simply informing students by email or via Angel that a class is cancelled is not permitted; the Academic Affairs Office or the divisional support staff and Division Head should be contacted.

Faculty members may NOT independently cancel classes, nor may they terminate a class before the scheduled end of the semester. Cancellations incorporated into syllabi must also be reported to the Academic Affairs Office and Division Head prior to the cancellation date.

# Change in Class Meeting Time

No instructor has the right to change the regular scheduled meeting day and time for a class or to allow students to attend other sections of the same course without the consent of the dean of the college or the campus executive officer in which the course is taught, except when a student is directed to change from one section of a course to another section of the course by the instructor's department head. (Senate Policy 34-83)

# Class Lists

Class lists can be obtained at http://www.lionpath.psu.edu/. You may also obtain your class list by logging into Canvas using your Penn State Access Account user ID and password. You may also receive your class lists by going to the Scheduling Office in 121 Sutherland. It is recommended that faculty obtain an updated class list after the add/drop period and after the late drop period ends.

# Class Schedule Creation Guidelines

In scheduling classes, we first seek to meet the needs of the students and then to accommodate the scheduling needs of faculty. The schedule planning process takes place as early as twelve months prior to the beginning of a semester.

Division Heads will request input from the faculty about their teaching schedule. The Division Heads will

13

PSU-DE PIERO-000937

send a schedule of classes to the Registrar following the scheduling timeline deadlines. This schedule will include classes for the semester, instructors for the classes, time of the classes, and class limits. Classrooms are assigned by the Registrar's Office. The Registrar will try, as space constraints permit, to accommodate the specialized needs of faculty to teach in certain classrooms but the first concern is to maximize the use of classrooms for the benefit of students. Faculty can make room requests to their Division Head. The Division Head considers faculty requests and make recommendations to the Registration office. Once classrooms are assigned, instructors should not request a room change unless the room is obviously inadequate for the needs of the class.

**Student Scheduling Exceptions**

Division Heads may sign students into closed or controlled courses prior to the first day of class ensuring equal enrollments in all sections. Instructors may sign students into closed sections once the semester begins. To admit a student to a closed section, the Division Head or Instructor must sign the "Registration Drop/Add Form" on the line for "Course Instructor Approval". Please note that since many classes are full to room capacity, instructors should check to make sure the additional student does not exceed the room's capacity. While every effort will be made to accommodate students that faculty sign into a class, students cannot be admitted to a section full to room capacity, even with instructor or Division Head approval. Students with holds on their records or incomplete registration activity are not able to make scheduling changes and therefore cannot be signed into closed classes.

# Computer Labs

Computer Labs are located in the Lares, Sutherland, Rydal, and Woodland Buildings. The Student Help Desk is located in 335 Woodland. Students are encouraged visit the Help Desk to activate their Penn State Access Accounts, ask questions about computing at Penn State Abington, and learn how to connect to the campus wireless network. Faculty and students should call x7675 for scheduled hours and information about available hardware and software.

# Conflict of Interest

Faculty and staff members of the University shall exercise the utmost good faith in all transactions touching upon their duties to the University and its property. In their dealings with and on behalf of the University, they shall be held to a strict rule of honest and fair dealings between themselves and the University. They shall not use their positions, nor knowledge gained therefrom, in such a way that a conflict of interest might arise between the interest of the University and that of the individual. Faculty members shall disclose to the Associate Dean any potential conflict of interest of which they are aware before a contract or transaction is consummated.

University tangible assets, equipment, supplies, and services may not be used by employees for personal gain, or for purposes outside the scope of their employment. The first responsibility for adherence to this policy lies with the faculty or staff member(s) directly involved. If there is reason to believe that this policy is not being adhered to, the matter should be reported to the faculty or staff member's administrative head for investigation and resolution. If the matter cannot be resolved at that level, it should be referred to the next higher administrative level for resolution.

PSU-DE PIERO-000938

Penn State Abington - Faculty Handbook

Faculty should be aware of and comply with the University Policies RA05, "Significant Financial Interest Disclosure for Sponsored Projects Investigators", RA12 "Technology Transfer and Entrepreneurial Activity", and HR91 "Conflict of Interest."

# Counseling and Psychological Services (CAPS)

Many students face personal challenges or have psychological needs that may interfere with their academic progress, social development, and/or emotional well-being. The university offers a variety of confidential services to help you through difficult times, including individual and group counseling, crisis intervention, consultations, and mental health screenings. These services are provided by clinicians who welcome all students and embrace a philosophy respectful of diversity and inclusion. You can contact the CAPS Coordinator directly or feel free to visit the CAPS website abington.psu.edu/CAPS to learn more about their services and therapists.

# Course Prerequisites

With the LionPath registration system, many students are registering for courses for which they lack the appropriate prerequisites. Currently, the prerequisites for only Math (only up to 141) and IST are checked by LionPath. Faculty are encouraged to announce prerequisite information, if any, in their classes and/or to place such information on the course syllabus.

The course instructor has the right to limit the students in the course to those who have the stated prerequisites. If this limitation is exercised, it must occur before the end of the course add period (Policy 34-60).

# Course Release/Compensation Policy for Large Classes

Effective Fall 2018, faculty teaching large classes will receive compensation based on the following criteria calculated at the end of the add/drop period:

- o  For class sizes between 51-99 students, faculty will receive $20 per credit per student up to a max of $1000 per credit.
- o  Faculty teaching courses with enrollments above 100 will receive $1000 per credit. For example, if a 3-credit course has 60 students, the faculty member would receive additional compensation of $600.
- o  Part-time faculty will be compensated during the semester in which they are teaching the large class.

By default, these compensation rates will accumulate as credits toward a course release. Once full-time faculty accumulate the equivalent of $3000 compensation, a three-credit course release is available to them and must be used within one year.  Faculty must notify their Division Head at the time schedules are being created for the semester in which they wish to use the course release.

If a full-time faculty member teaching a large class wishes to be paid for their courses in lieu of a course release, they need to inform the Senior Administrator for Academic Affairs (Eva) during the semester in which they are teaching the large class.  You cannot be paid later for a past semester.

PSU-DE PIERO-000939

# Deferred Grades

If a student is prevented from completing a course within the prescribed amount of time, it is possible to have the grade for that course deferred and be completed at a later date (policy 48-40).

Approval for a deferred grade (DF) must be given by the instructor of the course. The instructor assigns the student a deferred grade on LionPath.

The period during which a grade may be deferred shall not extend beyond ten weeks following the grade reporting deadline. A deferred grade that is not changed to a quality grade by the instructor before the end of this period automatically becomes an F. A deferred grade that is automatically converted to an F can later be corrected in accordance with Senate Policy 48-30.
Students with DF on their transcripts will not be allowed to graduate.

# Disability Services

At every Penn State location, there is an office designated to provide services for students with **documented disabilities**. Each designated office requests and maintains disability related documents; certifies eligibility for services; determines academic adjustments, auxiliary aids, and/or services; and develops plans for the provision of academic adjustments, auxiliary aids, and/or services as mandated under Title II of the Americans with Disabilities Act (ADA) of 1990 and Section 504 of the Rehabilitation Act of 1973.

At Penn State Abington, services for students with documented disabilities are provided through the Coordinator of Disability Services, Tiffany Ostrowski, tmo5227@psu.edu located in 223 Sutherland (215) 881-7962.

Here is the language you should use for your syllabus regarding disability accommodations:
*Penn State welcomes students with disabilities into the University's educational programs. Every Penn State campus has an office for students with disabilities. Tiffany Ostrowski is the Disability Coordinator at the Abington Campus. Her contact information is tmo5227@psu.edu, 215-881-7962.  Her office is located in 223 Sutherland.*

*In order to receive consideration for reasonable accommodations, you must contact the appropriate disability services office at the campus where you are officially enrolled, participate in an intake interview, and provide documentation:  http://equity.psu.edu/sdr/guidelines.  If the documentation supports your request for reasonable accommodations, Tiffany Ostrowski will provide you with an accommodation letter. Please share this letter with your instructors and discuss the accommodations with them as early in your courses as possible. You must follow this process for every semester that you request accommodations.*

# Drop/Add, Late Drop

A student may add a course to his or her schedule during the course's Add Period. This period begins on the first day of classes for the semester and ends one (1) calendar day after the end of the Drop period

PSU-DE PIERO-000940

(Policy 34-87 and Policy 34-89). In other words, the Add period continues from midnight to 8 a.m. after the end of the Drop period. A course may not be added to the student's schedule after this Add Period, except under the following conditions:

1. The course is an individualized instruction course, or the student is advised by an instructor in a scheduled course to move to a lower- or higher-level course in the sequence of courses in which the student is enrolled.

2. Permission is obtained by signature of the instructor of the course in which the student wishes to enroll.

The Late Drop period for a course begins with the first calendar day after the Course Drop period and ends on the day when 80 percent of the duration of the course is attained. During the Late Drop period, the student may drop a course (Late Drop), and a WN symbol will be entered on the student's academic record. Specific rules regarding the use of Late Drop credits are in Policy 34-89.

A student may not drop or late drop the last/only course on his/her schedule. Dropping or late dropping the last/only course must be done through a withdrawal (policy 56-30).

# Faculty Appointments

There are four types of faculty appointments:

**Standing Appointments (full time)**: Standing appointment designates those appointments which are full- time and for which no ending date is specified. Faculty on continuing contracts are assigned to work an academic year consisting of thirty-six (36) weeks or two eighteen-week semesters. Each semester consists of one week before classes begin (used for faculty meetings, registration and advising assignments), fifteen weeks of instruction, and two weeks following classes (used for examinations and grading). Continuing academic assignments generally require teaching, advising, research and scholarship, and service to the college, the University, and the public. Annual faculty evaluations, which are carried out by campus, and in some cases departmental administrators, are based primarily upon performance in these areas.

**Fixed-Term I (full-time)**: Fixed Term I faculty are hired by contract on an annual basis in accordance with college needs. The primary role of full-time, fixed-term faculty is teaching (generally twenty-four contact hours per academic year) and academic advising. Some service to the campus (e.g., committee work, recruiting activity) is expected also.

**Multi-Year Fixed Term (full-time)**: This appointment, whose contract period extends over two or more years, carries with it the same performance expectations that apply to those on a Fixed Term I assignment.

**Fixed Term II (part-time)**: Fixed-Term II appointment designates those appointments which are (a) full-time but less than six calendar months; or (b) less than full-time. The primary role of part-time faculty is teaching, and contracts are awarded each semester based upon college instructional needs. Although the number of individual course assignments varies each semester based on campus needs, under no circumstances will Fixed-Term II faculty members be assigned more courses for a year than customarily assigned to Fixed-Term I faculty. See the University Handbook for Part-Time Faculty.

For more information, please see Policy HR-06 - Types of Appointments.

PSU-DE PIERO-000941

# Implementation and Procedures for FARs

1. All standing faculty will be evaluated annually using a Faculty Activity Report (FAR) unless the faculty member is undergoing an HR-40 review in which case the HR-40 review will substitute for the FAR.
2. Tenured faculty members whose promotion cases were submitted and approved during the scheduled review period will not be reviewed by means of an FAR.
3. Faculty members on leave during the year must also submit a Faculty Activity Report.
4. The college will not conduct an annual review of faculty who provide, in writing, their intent to retire at the end of the review year.
5. For tenure-line faculty members who maintain their tenure homes with University Park colleges, the Division Head must seek input in writing from faculty member's Department Head and give him/her the opportunity to comment upon the faculty member's performance. If a written review is received, it will be forwarded to the Associate Dean and the Chancellor.
6. The faculty member to be reviewed is responsible for providing information regarding his or her performance and should submit relevant materials to the Division Head by February 15 of the review year.
7. The Division Head provides oversight and insures that the information is accurate and complete.
8. The faculty member and the Division Head will meet to discuss his/her activities and future plans. During the meeting, the faculty member is expected to start by highlighting his/her accomplishments in the reviewed areas. This is also an opportunity for the Division Head to comment on strengths and weaknesses and make relevant suggestions for improvement, and for changes in assignment or resources provided to the faculty member, as appropriate.
9. By April 15, the Division Head will write an evaluation letter and submit it to the Associate Dean and the Chancellor. The Associate Dean and the Chancellor will indicate any disagreement with the Division Head's review and recommendations for improvement or assignment or resource adjustments.
10. Before June 15, the Chancellor and the Associate Dean will provide the faculty member with a copy of the evaluation. A copy will also be sent to the Department Head for faculty members who maintain their tenure homes with University Park colleges.

If you have any questions or require any assistance in preparing your FAR document, please see your Division Head.

The preferred method for submission of FARs is via Digital Measures. This electronic database is available to all faculty and can be used for FARs, P&T dossiers, CVs and a number of other documents. It is found at: Digital Measures.

# Faculty Review Committee

**Membership**: One (1) to be elected from each College Division; and two (2) to be appointed by the Chancellor. The three Division Heads and the Associate Dean serve as non-voting members and (1) appointed by the Chancellor shall also serve as an alternate. The alternate member shall attend all meetings and will vote when a member must abstain or when a member is unavailable.

**Selection:** Full-time division members shall elect a continuing faculty member from their division by preferential ballot. The terms of the committee members shall be two years, with terms being

PSU-DE PIERO-000942

staggered, and coincide with the academic year.

Committee members shall be eligible for re-election for successive terms. The Committee shall select a chair at the first meeting of the year.

**Duties**: The committee shall review sabbatical applications, Faculty Development Grants (FDG), Summer Faculty Fellowships (SFF), and Summer Grants Fellowships (SGF) and make recommendations to the Administration on whether or not the applications should be funded. The committee also reviews the Career Development Professorships applications and gives its recommendation to the Chancellor.

At the Chancellor's discretion, he or she may consult with the Faculty Review Committee for recommendations related to other professional development awards maybe established in the future.

# First Year Engagement

First Year Engagement (FYE) at Penn State Abington is a program coordinating academic courses with the resources and co-curricular activities of the campus. Courses in the FYE program are taught by full-time faculty members and fulfill general education requirements. The FYE program has two tiers: the academic course and the Passport program, which comprises events and activities throughout the semester. These functions are organized into five categories: Academic Enrichment (AE), Academic Skills (AS), Career Discovery (CD), Personal Development (PD), and Community Building (CB).

Students who successfully complete the academic work in their FYE course and attend two "Passport" functions in each category will be awarded a Leadership Certificate by the College. Earning this certificate is an achievement that students may list on their resumes. Each FYE class will have peer assistants to mentor students, communicate with them regularly about the course, and track their progress.

Please direct any questions about first year programs to Carolyn Esposito at cte105@psu.edu .

# Food

The cafeteria is located in the Lares Building. Vending machines for snacks are located in the cafeteria, in the Woodland Building, and on the lower floor of Sutherland. Coffee and tea are also available for faculty and staff in Sutherland and Woodland. There is also a coffee bar in Woodland with various snacks that is open during the weekday.

# General Education, Writing Across the Curriculum, United States Cultures (US) and International Cultures (IL)

All Penn State undergraduate students must complete a set of basic requirements in addition to course requirements for the major. These basic requirements comprise General Education courses, Writing Across the Curriculum courses, and United States Cultures (US) and International Cultures (IL) courses.

More information about General Education in the curriculum is available at in the Undergraduate Degree Program Bulletin .

19

PSU-DE PIERO-000943

All students need to consult with an adviser to determine specific General Education, United States Cultures (US) and International Cultures (IL), and Writing Across the Curriculum requirements based on his/her program and interest area. Students need to be aware of the importance of planning to meet these requirements prior to graduation. The University Undergraduate Advising Handbook is a guide to assist in the selection of these requirements.

The General Education requirement is intended to introduce and integrate major areas of knowledge, presenting the most fundamental and universal concepts, issues, and achievements in that specific discipline or cluster of disciplines. The requirement consists of 45 credits.

The components of the program are:

- Skills courses that help develop quantitative and communication skills.
- Studies in the Knowledge Domains of the Arts, Humanities, and the Sciences (including the Health Sciences, Natural Sciences, and the Social and Behavioral Sciences) that provide a broad overview of the world in which we live.
- First-Year Engagement Programs that help introduce students to the scholarly community of the University.
- Writing Intensive courses of the "Writing Across the Curriculum" component that further enhance writing skills.
- United States Cultures and International Cultures that provide opportunities to increase understanding of the relationship between people of different cultures and widen international perspective.

More information can be found at http://bulletins.psu.edu/undergrad/generaleducation/ .

# General Examination Policy

Periodic examination of student accomplishment is essential for both teaching/learning and evaluation purposes. Examinations may include traditional written examinations, whether in-class or take-home; oral examinations; term papers; laboratory or project reports; or studio projects. The faculty teaching and coordinating a course are responsible for both the method and substance of examinations used in each course, including the final examination or other integrating evaluative instruments.
In the case of multiple-section courses, the faculty teaching the various sections will determine the examination policy for the course (e.g., common examinations), subject to any restrictions determined by the entire faculty of the section, department, or division offering the course.

Written notification of the examination procedures (including the instructor's final examination policy) to be used in each section of each course must be made available to the students in the section during the first ten calendar days of a semester or its equivalent.

# Final Examination Policy

Final written examinations are valuable for university credit courses because they can fulfill two important academic objectives: student integration of instructional material and end-of-semester evaluation of student achievement. However, valid means other than the final examination exist for accomplishing these objectives (e.g., term paper, final project report, take-home examinations, etc.).

PSU-DE PIERO-000944

Course instructors should determine which of these methods is most appropriate and effective for each undergraduate (including 400-level) credit course taught. Regardless of which type of activity is chosen, care must be taken not to interfere unduly with the full complement of scheduled instruction of the student.

To provide for student integration of instructional material, end-of-semester evaluation of student performance, and instruction extending to the end of the scheduled period, course instructors shall:

- Determine a method of providing for meaningful integration of course topics and evaluation of student performance.
- Offer a full schedule of instruction (e.g., fifteen weeks in a fifteen-week semester).
- Schedule no examinations during the last week of classes. (Quizzes and narrowly limited tests in support of classroom instruction worth no more than ten percent of the semester grade may be given during the last week of classes.)
- Schedule any end-of-semester examinations worth more than ten percent of the course grade during the final examination period. Examinations will be scheduled in this period by the registrar.
- Where end-of-semester examinations are not administered, require the submission of any alternative integrative and evaluational means worth more than ten percent of the course grade (e.g., term paper, final project report, take-home examinations, or studio projects) no earlier than the first day of the final examination period.

Exceptions to the provisions of this policy may be granted only for educational reasons and only as recommended by the faculty of the program offering the course and approved by the appropriate dean or chancellor. Further information regarding exams can be found under Senate Policy 44-00.

# Make-up Tests

It is the faculty member's prerogative to allow a student to make up an exam. It is understandable that students sometimes have legitimate reasons (e.g., family emergencies) that make rescheduling necessary. If a student should miss an exam without notifying the instructor in advance, the student may, at the instructor's discretion, receive a failing grade for that exam. If the student makes such notification prior to the exam, the instructor will determine whether a make-up may be given.

1. Faculty should include explicit guidelines for make-up exams in their syllabi. Conditions under which make-up exams may be taken and in which they may not should be explicit. Faculty should discourage students from taking make-up exams, and those students who are granted make up exams should take the exam in a timely manner. Division Heads can work with faculty to craft appropriate language to express the faculty member's make-up exam policy.

2. To ensure the best possible proctoring of make-up exams, faculty should make every effort to proctor their own make-up exams, during their office hours or at whatever time, in whatever location, best suits the needs of the student and the faculty member.

3. If scheduling issues prevent the student and the faculty member from finding a time for the faculty member to proctor the make-up exam, faculty may contact the Testing Center to arrange for the exam to be taken in the Testing Center, Room 223 Sutherland. **Please remember that space is very limited in the Testing Center, that it is used for students requiring testing**

21

PSU-DE PIERO-000945

**accommodations and is not primarily used for general makeup exams.** Exams should be sent to the testing center via interoffice mail, and must be accompanied by the testing center form, which can be downloaded here. Cameras in the Center allow the student to be observed; if cases of apparent cheating, a copy of the video will be forwarded to the instructor for whose course the make-exam up is being taken. Students may schedule and cancel make-up exams online. If a student misses or cancels a scheduled day and time for a make-up exam without contacting the Testing Center beforehand and rescheduling, the exam will be returned to the faculty member. Students who excessively cancel and reschedule an exam may also be denied additional appointments at the testing center.

# Grade Correction

If an error in calculating or recording a grade is brought to the instructor's attention, the instructor may change a grade on LionPath to correct the error. No grade change can be made more than one year after the end of the semester in which the course was taken, unless a petition is submitted to the University Faculty Senate.

# Grade Mediation and Adjudication

Occasionally, a disagreement arises in the assignment of a grade. A student who wishes to question or challenge the grade assigned in a course must first discuss grading practices and assignments with the instructor. It is expected that the student and instructor will try to eliminate any misunderstandings and will attempt to work out any disagreements over grades.

On the rare occasion that a student and instructor fail to resolve the grade dispute through informal means, the student may request that the Division Head to act as a mediator. If this mediation does not resolve the dispute, the student may seek further mediation from the Associate Dean. If resolution does not occur, the student may request a formal grade adjudication process. This process is described in the Academic Administrative Policies and Procedures G-10. Faculty should familiarize themselves with this procedure.

# Grade Submission

Every effort should be made to record final grades as soon as possible after final examinations. Grades are due 48 hours after the final exam. Students depend on completed grades for everything from graduate school applications to work-related tuition reimbursement. You will need your activated

Secure ID to be able to enter your grades on LionPath. A Secure ID can be obtained from the Finance Office in 122 Sutherland.

**Grades are confidential. The public posting of grades associated with student name and student number (or in any format) is NOT permitted.**

22

PSU-DE PIERO-000946

# Grading System

According to Policies and Rules for Students, grades shall be assigned to individual students on the basis of the instructor's judgment of the student's scholastic achievement as set forth in Section 47-60. Letter grades and their respective grade-point equivalents are:

A 4.00
A- 3.67
B+ 3.33
B 3.00
B- 2.67
C+ 2.33
C 2.00
D 1.0
F 0.0

# No Grade

If an instructor does not submit a grade for a student by the grade-reporting deadline and a deferred grade was not requested and approved (see policy 48-40), the symbol NG (no grade) appears on the student's transcript until a grade is submitted.

The NG is to be reconciled within five weeks following the grade reporting deadline. If a grade is not forthcoming by that deadline, the registrar's office shall automatically change the NG to an F.

A NG grade that is automatically converted to an F can later be corrected in accordance with Senate Policy 48-30. Students with NG on their transcripts will not be allowed to graduate.

# Guidelines for Collecting and Distributing Student Work

Often faculty are asked to accommodate special circumstances among students, such as providing the opportunity to submit an assignment late or allowing them to take a make-up exam. When faculty make special efforts to accommodate students, they should also consider the impact the accommodations have on colleagues and on their students. The same is true for the end-of-semester comprehensive assignments that are used instead of a final exam (Senate Policy 44-20).

In addition to the statements regarding examination policies (including final assessments) contained in *this Faculty Handbook*, the following guidelines should be followed:

- The Academic Affairs offices in Sutherland and Woodland are available to assist both faculty and students in collecting and distributing student work when individual circumstances warrant. However, the Academic Affairs offices should not be used as a surrogate collection or distribution point, particularly for final (or other) assignments administered to entire sections.
- When an instructor exercises the option of a take-home exam or final comprehensive assignment to evaluate student performance, it is the responsibility of the instructor to arrange a secure means for collecting the work "no earlier than the first day of the final examination

23

PSU-DE PIERO-000947

period" (Senate Policy 44-20). Assignments administered to sections at other times during the semester may be submitted during class time or at another time determined by the instructor. Possible means for collection include, but are not limited to, an established time of office hours during which students may personally submit work to the instructor (possibly the unused final exam period for the class time), electronic submission through course management tools (e.g. ANGEL) or as an e-mail attachment. Faculty are reminded of the need to ensure compliance with FERPA requirements at all times.

It is the responsibility of faculty to administer make-up exams or enlist the help of a colleague or colleagues to administer or proctor make-up exams for each other.

# HR-40 Review

Every 5 years, an HR-40 review is required for standing faculty remaining in rank for 5 years or more. It not only deals with the previous year's performance, but also takes a longer-range view. In compliance with HR-40, the Abington College will conduct this periodic review to supplement the customary annual review using the College's Faculty Activity Report forms (FAR). This periodic review is used to provide an opportunity for a longer-range look at the performance, accomplishments, and future plans of tenured faculty members. For all tenured faculty, this extended post-tenure review will be based on performance in teaching, research, and service. The responsibility of each member of the faculty is to contribute to the accomplishments of the College by promoting the intellectual growth and progress of students, advancing knowledge and understanding in their areas of expertise, and serving society. To meet this responsibility, each member of the faculty must demonstrate a career-long commitment to excellence in teaching, research, and service.

# Implementation and Procedures for HR-40

1. Tenured faculty will be reviewed every five years from the date of their tenure. Non-tenured standing faculty will be reviewed every five years from the date of their appointment.
2. Tenured faculty members whose promotion cases were submitted and approved during the scheduled extended review period will not undergo an HR-40 review.
3. Faculty members on leave during the year of a scheduled review will be reviewed during the year following the sabbatical leave.
4. The college will not conduct a five-year review of faculty who provide, in writing, their intent to retire within two years of the proposed review. During this period, these faculty members will continue to complete the customary FARs.
5. Tenure-line faculty members who maintain their tenure homes with University Park colleges are also covered by these guidelines. In this case, the Division Head must seek input in writing from faculty member's Department Head and gives him/her the opportunity to comment upon the faculty member's performance. If a written review is received, it will be forwarded to the Associate Dean and the Chancellor.
6. The faculty member to be reviewed is responsible for providing information regarding performance over the five-year period of the review. For this extended review, the faculty member will submit a current curriculum vita, a brief (no more than one page) statement of past accomplishments that serves as a guide to the vitae rather than a restatement of it, and a

24

PSU-DE PIERO-000948

statement of no more than two pages of the most relevant plans for the next five years in research, teaching, and service. The faculty member being reviewed should submit relevant materials to the Division Head by February 15 of the review year.

7. The Division Head provides oversight and insures that the information is accurate and complete.

8. The faculty member, the Division Head, the Associate Dean, and the Chancellor will meet to discuss the assembled review report. During the meeting, the faculty member is expected to start by highlighting his/her accomplishments in the reviewed areas. This is also an opportunity for the Division Head, the Associate Dean, and the Chancellor to comment on strengths and weaknesses, make relevant suggestions for improvement, and suggest changes in assignment or resources provided to the faculty member, as appropriate.

9. By April 15, the Division Head will write an evaluation letter and submit to the Associate Dean and the Chancellor. The Associate Dean and the Chancellor will indicate agreement or disagreement with the Head's review and any recommendations for improvement or assignment or resource adjustments.

10. The Chancellor and the Associate Dean will provide the faculty member and Division Head with a copy of the evaluation. A copy of the evaluation will also be sent to the Department Head for faculty members who maintain their tenure homes with University Park colleges.

11. If you have any questions or require any assistance in preparing your HR-40 document, please see your Division Head.

# Honors Program

The Penn State Abington Honors Program fosters a community of outstanding students and committed faculty and staff. Entering first-year students are invited to participate in the program based on significant academic achievement and potential. The faculty and staff work to provide them with a rich and challenging academic experience as well as privileges that reflect their honors status. In order to remain in good standing within the program, students must participate in honors courses, maintain strong grade point averages, and participate in research, international study, or leadership activities. Here are some opportunities for honors students:

- Take honors courses and (beginning in the second semester) 400-level courses with instructor approval.

- Qualify for merit-based scholarship awards (depending on GPA).
- Enjoy priority registration.
- Participate in honors trips and activities (planned by the Honors Student Organization).
- Use honors lounge and computer room on the 4th Floor, Sutherland Building.

Students enter the Abington Honors Program as first-semester students and complete the program at the end of the sophomore year.

Students who successfully complete the Abington Honors Program, decide to pursue baccalaureate degrees in the Abington College, and maintain high grade-point averages are eligible to become Abington Scholars. These students enjoy the privileges of honors status at Penn State Abington and remain eligible for some scholarship support.

The Honors program is coordinated by Dr. David Ruth at dxr35@psu.edu

PSU-DE PIERO-000949

Penn State Abington - Faculty Handbook

# The Schreyer Honors College

The Schreyer Honors College is a university-wide honors program enrolling students of exceptional ability. The Schreyer Honors College mission includes achieving academic excellence, building a global perspective and creating leadership and civic engagement. The core experiences of Schreyer scholars at Abington include honors coursework and an undergraduate thesis, a major piece of original research or creative activity. The Schreyer Honors College also encourages and supports international study. Please direct any questions about Honors Programs to Dr. David Ruth at dxr35@psu.edu .

# Hybrid & Online Course Policy

Instructors who wish to teach a course in a hybrid or online format must have the approval of the division head. (Note: online courses may only be taught in the summer at Abington unless the course is not offered at any other PSU campus, or the class is closed to non-Abington students).

Instructors should be prepared to provide a comprehensive course plan to the division head, with consultation from the Center for Teaching and Learning to ensure that it meets the Abington College's requirements for hybrid and online course offerings.

The requirements for a Hybrid course offering at the Abington College are as follows:

- Must participate in OL 2000 which is offered at Abington once a semester
- All hybrid and online course offerings must be designated as such on the course schedule by the registrar with the approval of the division head
- All hybrid and online course offerings must adhere to the quality assurance standards (listed below)

**Quality Assurance for Online Learning**

**Navigation** - The course has a consistent and intuitive navigation system enabling students to quickly locate course information and materials. A site's navigation system should answer three fundamental questions:

- Where am I?
- Where have I been?
- Where can I go?

**Student Orientation** - A course orientation is used to familiarize the students with the course. Information should give the new student an idea of how the learning process is structured, including a schedule of topics and assignments, communications modes, and the types of activities and assessments required in the course often found in the course syllabus and reviewed in more detail in the introductory materials of the course.

**Syllabus** - Students have easy access to a course syllabus which contains crucial course information and requirements they need to know about the course prior to starting.
• The syllabus for an online course is typically more detailed than that provided for a resident instruction course, as it serves as an important vehicle for communicating course policies and procedures that might have traditionally been stated verbally in a face-to-face classroom. Details should include...

26

PSU-DE PIERO-000950

Penn State Abington - Faculty Handbook

- Instructor's online hours
- Amount of time per week student should expect to be online
- Instructor's response time
- Preferred means of contact

**Learning Objectives** - The course contains learning goals and objectives. Students should be provided with a clear, measurable description of what they will be able to do, know, and/or experience as a result of having successfully completed the course.

**Learning Activities**
• The course learning activities engage students and support the achievement of stated goals and learning objectives.
• A learning activity consists of one or more tasks to be completed, should have one or more learning objectives associated with it, and may or may not be assessed.

**Learning Assessment** - Used to gather, analyze, and interpret evidence to determine how well student performance achieves the course goals and learning objectives.
• Should occur in several different ways. The most common are using scored quizzes and tests, and evaluation of assignments that resulted in a tangible product.

**Copyright Requirements** - The course adheres to the current institutional policies for the use of third party copyrighted material or are able to provide evidence of appropriate copyright clearance.
- It is the responsibility of the course developers to ensure that copyrighted materials from a third party are appropriately used.

**Instructor Response and Availability** - Instructor response time and availability is clearly communicated to the student.
- This standard does not prescribe what the response time and availability ought to be, but rather examines whether this information is conveyed to the students.

**Course Resource Requirements** - Hardware, software, or specialized resources required are clearly communicated to the students.
- Many courses have specialized technical requirements or include resources outside the learning management system. These specific requirements and/or access to these resources must be communicated to students.

**Technical Support** - Information regarding access to technical support is clearly communicated to the students.
- Technical support includes information about topics such as how to log in, how to retrieve passwords, how to use the software, and how to report software failures.
- Technical support does not include help with course content, questions about assignments, exam dates or academic issues.

**Accessibility Requirements** - The course adheres to University policies and guidelines regarding accessibility.

**Course Improvement Plan** - There is a system in place to solicit feedback from students on an on-going basis to inform course improvement.

**Course Functionality** - All aspects of the course perform properly and support student progress.

27

PSU-DE PIERO-000951

# Independent Study

Whenever possible, students should complete the requirements for their degrees through regular coursework. Independent study arrangements are appropriate in exceptional circumstances, generally for the following reasons:

1. A student needs a course to graduate at the end of the semester in question and that course is not available.
2. A student and faculty member plan to work on a special project that is not part of the regular course curriculum.

Students interested in pursuing an independent study course should complete the Authorization for Independent Study Course form, obtain advisor approval, and submit the form with supporting documentation from the faculty member (a statement including meeting times, course requirements, and grading policy). The form should be submitted to the program chair (where relevant) and division head for approval. Faculty members conducting approved independent study courses will be compensated at a rate of $50 per credit up to a maximum of $300 per academic year.

# Internal Funds

Abington College provides several internal awards for faculty. These include Career Development Professorship, Faculty Development Grants (FDG), Summer Faculty Fellowships (SFF), Summer Grants Fellowships (SGF), Innovative Teaching Fellowships and Outstanding Research Fellowships. These applications are reviewed by the Faculty Review Committee.  Recommendations are made by the committee to the Associate Dean and the Chancellor, who make the final decisions on the funding. All applications can be found on the campus Intranet page.

A faculty member may apply for multiple awards and may apply for multiple awards for the same research project. However, it should be noted on each application that other awards are being sought. It should also be recognized that each type of award has its own purpose and, therefore, not all awards would be applicable depending upon the nature of the research or creative activity being undertaken by the faculty member. It is useful to seek the advice of your division head in determining which type of grant would be most appropriate for your project prior to submitting your application.

Joint applications are acceptable. However, as these grants each carry with them a cost center created under the faculty member's name, the budget must reflect which budget items would be charged to which faculty member.

The committee receives a large number of applications each year. In order to make your application as competitive as possible, please take care in completing it. Please provide all requested information in your statement. It is very useful if you highlight how this project will contribute to your scholarship and to your field.

In order to apply for funding, any final reports for the previous year must have been submitted.

Only in rare cases will funds be provided under any of these grants for books as that is a basic professional expense for all faculty members. In addition, faculty members should be reminded that any non-disposable item purchased with these funds becomes the property of the university if the faculty member leaves the university.

28

PSU-DE PIERO-000952

# Career Development Professorship

The Career Development Professorship (CDP) was awarded for the first time in the Spring Semester of 2003. This endowed award is designed to advance the career of tenured or tenure-track faculty members at the Abington College by providing financial support (approximately $12,000 per year)**for a period of two years**. The Career Development Professorship will be available on a competitive basis to tenured or tenure-track faculty in all disciplines. Applications will be reviewed by the Faculty Review Committee who will make their recommendations to the Chancellor and the Associate Dean. The Chancellor will, in turn, make a recommendation to the Provost, who has final authority to approve the award.

**Terms of the Career Development Professorship:**  The Career Development Professorship will be awarded for a period of two years. During that period, funds may be used to support travel, equipment, release time, summer salary, research assistants, survey expenses, and conference and seminar fees. The Career Development Professor will be asked to submit a yearly report on the use of the award funds and the progress of his/her research agenda. Documentation of submission of the research to refereed journals, publishers, and/or external funding sources is expected as part of the reports. The Career Development Professor may not hold a concurrent financial award from the college during the two-year term but may receive the CDP during all or a portion of a sabbatical leave.

Application Procedure: Faculty who wish to apply for the Career Development Professorship should prepare an application packet that includes a cover sheet and proposal, double-spaced and no longer than 5 pages. The proposal outlining the research agenda must include:

- a timeline
- a tentative budget
- an explanation of the project,
- a description of how the project fits with the applicant's long-term research and teaching agenda
- details about when and where the research will be conducted
- information concerning the applicant's pursuit of external funds in support of the project and/or plans to seek external funding in the future
- when appropriate, indication of any overlap between the award period and a planned sabbatical leave

**Decision Criteria:** Criteria for reviewing the proposals and making the final recommendations are based on the purpose of the award: to advance the career of a tenured or tenure-track faculty member at the Abington College. The review committee and the Chancellor and Associate Dean will use the following criteria to determine which proposal will best promote the college by advancing the career of a faculty member: purpose of the project and relevance of the project to the proposer's career; framework and rationale; methodology; reasonableness of the time line; projected outcomes, including impact on students; and measures for determining success. Preference will be given to proposals which demonstrate the integration of the applicant's research with effectiveness in teaching.

**Application Deadline:** Proposals must be submitted to the Chancellor's Office by February 15.

PSU-DE PIERO-000953

# Faculty Development Grants (FDG)

The Faculty Development Grant (FDG) program is a source of financial support for other research and scholarly activities of the faculty. It is intended to foster **new research and faculty development** activities.

FDGs are intended to foster new research, innovative teaching initiatives, undergraduate research opportunities, and other faculty development activities. **During the spring semester prior to the academic year for which funding is sought**, a faculty member submits a detailed application, including a description of the project, its significance to his or her professional development, the procedures to be followed, a timetable for completion, and an itemized budget. If a faculty member's proposal receives funding, he or she is required to submit a written report by the end of the funding period detailing the use of funds and the objectives accomplished. Although faculty in all ranks may apply for FDG funding, priority is generally given to tenure-line faculty.

Note that all proposals must include a current curriculum vitae and a <u>detailed</u> statement providing the following information:

- an explanation of the proposed project's objectives and significance

- the procedures to be followed and a tentative timetable for completion
- a detailed itemized budget for all expenditures and related directly to project activities

- any additional documentation (book contracts, article acceptances, etc.)

Final reports area due to the Associate Dean's office by November 30th of the academic year following the completion of funding award in February.

**Application Deadline:** Proposals must be submitted to the Office of Academic Affairs by February 15.

# Summer Faculty Fellowships (SFF)

Summer Faculty Fellowships are offered each summer on a competitive basis to standing full-time faculty at Penn State Abington. **Preference is given to the following full-time faculty**, although others may also apply: (1) currently untenured faculty in the tenure process; (2) faculty who can demonstrate that they are actively pursuing external funding for the project under review and/or for related projects; (3) faculty who have successfully completed an FDG-funded research project, with resulting publication, conference presentations, or external funding; 4) faculty who propose a project that will result in interdisciplinary research collaborations or interdisciplinary curricular innovations with faculty in other programs, departments, or divisions. IN GENERAL, A MAXIMUM OF THREE SUMMER FACULTY FELLOWSHIPS ARE AWARDED ANNUALLY.

**Terms of the Fellowship:** The fellowship will be awarded for a period of 6 weeks of full-time summer work on a given project. The fellow is expected to submit a report within two months of completion of the fellowship period, and no later than November 1 of the fellowship year. Documentation of submission of the research to refereed journals, publishers, and/or external funding agencies is expected as part of this report.

PSU-DE PIERO-000954

**Fellowship Award:** Each Summer Faculty Fellowship carries a stipend of $4,000, and up to three awards will be distributed each year. In the case of an interdisciplinary research or curriculum award shared by more than one individual, each awardee will receive $2000, and those awardees are eligible to apply for an SFF in subsequent years. For other cases, individuals may apply for Summer Faculty Fellowships only once every 3 years; an individual awardee may not apply again for a period of two years after receiving an SFF, apart from exceptional cases as determined by the Chancellor, Associate Dean, and the Faculty Review Committee. This exception will be granted at the time the awards are made.

**Application Guidelines:** Applications will be reviewed by the Faculty Review Committee. The chair of the Faculty Review Committee will make recommendations to Chancellor and Associate Dean who will make the final decision on awards. The application packet, available in the Office of Academic Affairs, includes a cover sheet to be completed and attached to the proposal, which should be double-spaced and no longer than 5 pages. The following criteria will be used to review the proposals: purpose of the project, relevance of the project, framework and rationale, methodology, and projected outcomes. The clarity and completeness of the submission in terms of each of these five criteria will determine the quality of the proposal.

**Application Deadline:** Proposals must be submitted to the Office of Academic Affairs by February 15

# Summer Grants Fellowships (SGF)

**Summer Grants Fellowships (SGF)** for the purpose of writing a grant to extramural funding agencies will be offered on a competitive basis to tenure-line faculty members and non-tenure-line faculty with a record of refereed publications and active research while at Penn State Abington. Upon its completion, the grant proposal is to be submitted to at preferably two separate external funding agencies by the fellowship recipient.

**Preference will be given to the following full-time faculty,** although others may also apply: (1) current untenured faculty in the tenure process; (2) tenured faculty who have successfully completed a project with external funding; (3) faculty who propose a project that will result in interdisciplinary research collaborations or interdisciplinary curricular innovations with faculty in other programs, departments, or divisions; (4) non-tenure line faculty as funds permit, especially for proposals that address category 3.

**Terms of Fellowship:** The fellowship will be awarded for summer work on a grant proposal. Fellowship recipients are generally not permitted to teach in the summer for extra compensation. The fellowship recipient is expected to submit a report within two months of completion of the fellowship period, and no later than November 1. Documentation of submission of the grant proposal to at least two external funding agencies is expected as part of this report.

**Fellowship Award:** The Summer Grant Fellowship carries a stipend of $4,000. In the case of an interdisciplinary research or curriculum award shared by more than one individual, awardees will share the $4000, and those awardees are eligible to apply for an SGF in subsequent years. Where the SGF is awarded to a single recipient, that individual may apply for Summer Grant Fellowships only once every 3 years; an individual awardee may not apply again for a period of two years after receiving an SGF, apart from exceptional cases as determined by the Dean, Associate Dean, and the Faculty Review Committee. This exception will be granted at the time the awards are made.

31

PSU-DE PIERO-000955

**Application Guidelines:** Applications will be reviewed by the Faculty Review Committee, and recommendations will be forwarded to the Dean and Associate Dean, who will make the final decision. The SGF application packet will be available in the Office of Academic Affairs at the beginning of the spring semester. A completed SGF application must include 1) a cover sheet, 2) a description of the grant project indicating all resources and work involved and a description of the external agencies to which the grant will be submitted (double-spaced and no longer than 5 pages, and 3) a current curriculum vitae that includes a list of refereed publications.

**Evaluation Criteria:** The following criteria will be used to review the proposals: description of the grant proposal, relevance of the proposal, framework and rationale, methodology, and projected outcomes. The clarity and completeness of each of these five criteria will determine the quality of the proposal.

**Application Deadline:** Proposals must be submitted to the Office of Academic Affairs by February 15.

# Outstanding Research Fellowship

**The Outstanding Research Fellowship** supports meritorious research projects for faculty engaged in outstanding research with strong national and international reputation. This fellowship is competitive, open to tenure-line faculty with a record of refereed publications and active research. The Outstanding Research Fellowship carries one course release per year. The exact course and the semester of the release is to be determined by the faculty member's Division Head. IN GENERAL, ONLY ONE OF THESE FELLOWSHIPS IS AWARDED ANNUALLY.

**Application Guidelines:** During the spring semester prior to the academic year for which the fellowship is sought, a faculty member submits a detailed application, including a description of the project, its impact on their field, and how it will enhance Penn State Abington's national and international reputation. Applications will be reviewed by the Faculty Review Committee, and recommendations will be forwarded to the Dean and Associate Dean, who will make the final decision. The ORF application packet will be available in the Office of Academic Affairs at the beginning of the spring semester. All applications must include

- an explanation of the proposed project's objectives, its impact on their field, and how it will enhance Penn State Abington's national and international reputation
- tentative timetable for the project
- current curriculum vitae
- any additional documentation

**Evaluation Criteria:** The following criteria will be used to review the proposals: description of the fellowship proposal, relevance of the proposal, framework and rationale, methodology, and projected outcomes. The clarity and completeness of the applicant's addressing of each of these five criteria will determine the quality of the proposal.

**Application Deadline:** Proposals must be submitted to the Office of Academic Affairs by February 15.

# Faculty Teaching Innovation Fellowship

**The Faculty Teaching Innovation Fellowship** supports meritorious projects for faculty engaged in

32

PSU-DE PIERO-000956

pedagogical innovations to enhance student success. This fellowship is competitive, open to tenure-line faculty, and carries a one course release per year. The exact course and the semester of the release is to be determined by the faculty member's Division Head. IN GENERAL ONLY ONE OF THESE FELLOWSHIPS IS AWARDED ANNUALLY.

**Application Guidelines:** During the spring semester prior to the academic year for which the fellowship is sought, a faculty member submits a detailed application, including a description of the project, and how it will enhance student's success. Recipients are expected to assess their innovative methods of teaching and disseminate the information to the campus community. Recipients of the fellowship are required to submit a written report by the end of the summer of the fellowship year detailing the results of the assessment of their project. Although faculty in all ranks may apply for this fellowship, priority is generally given to tenure-line faculty. All applications must include:

- an explanation of the proposed project's objectives and significance and how it will enhance the success of students
- tentative timetable for the project
- current curriculum vitae
- any additional documentation (syllabus, etc. . . .)

**Evaluation Criteria:** The following criteria will be used to review the proposals: description of the fellowship proposal, relevance of the proposal, framework and rationale, methodology, and projected outcomes. The clarity and completeness of the applicants' addressing of each of these five criteria will determine the quality of the proposal.

**Application Deadline:** Proposals must be submitted to the Office of Academic Affairs by February 15.

# Paul Hutta Endowment for Teaching Innovation

**Purpose:** This award has been endowed by the family, friends, and colleagues of Paul Hutta in his memory. The award supports a faculty member's innovative methods or approaches to his/her teaching with a grant of approximately $1200 to be used in support of the successful completion of the project and/or the communication of the project outcomes to the larger higher education community.

**Guidelines for Selection:** The Hutta Award for Innovation in Teaching shall be awarded to a faculty member for development of innovative teaching methods, approaches, or pilot projects designed to solve a challenge related to their disciplinary field or to more general pedagogical concern.

Given Dr. Hutta's interest in the uses of technology in the classroom, the awarding committee will give special attention to recognizing and encouraging new uses of electronic media. However, other areas of innovation will also be recognized and faculty engaged in developing new methods not specifically related to technology may be nominated and will be given full consideration.

**Possible Uses of the Award:**

- Seed money for proposed projects in advance of an external grant
- Faculty training to implement a project
- Funding for student assistance to support a project
- Support to develop and implement technical innovations, such as e-learning modules, hybrid, or

PSU-DE PIERO-000957

Penn State Abington - Faculty Handbook

on-line courses

**Application:** The applicant shall write a brief description (maximum 2 pages) that would include the following points:

An explanation of the proposed project's objectives and significance and how it may enhance the success of students;

A description of the faculty member's current efforts and how the grant can assist in bringing the efforts to fruition.

- A current *curriculum vitae.*
- A tentative timetable for the project;
- A proposed budget for the project; and
- A listing of any additional support needed for the successful completion of the project.

Include with this information the applicant's name, title, and division, along with statement of support from the Division Head.

**Selection Committee:** The Selection Committee shall be composed of the following: 3 Division Heads, Instructional Design Specialist, and Chair of the Abington College Faculty Senate's Awards Committee. It will be chaired by the Associate Dean.

The completed application should be submitted electronically to Donna Mills by the February 15 deadline.

# Labs

All faculty and staff who use the Biology and Chemistry Labs must complete initial and annual refresher chemical and chemical waste handling training. Records will be maintained in Waste Logbook. Also, faculty, staff, and students are not permitted to wear open-toed shoes, nor are they permitted to bring food or drinks into the labs at any time.

Information on the disposal of chemicals and infectious waste can be found at the following locations on the Environmental Health and Safety website:

Chemical    Waste    Disposal
Drain Disposal of Chemicals
Chemical Waste Information Sheet
Penn State policy for handling/disposal of infectious waste

# Learning Center

Located in 315 Sutherland, the Learning Center offers one-to-one and small-group tutoring sessions in such areas as mathematics, English, foreign languages, chemistry, physics, and business. The Center is staffed by friendly and knowledgeable peer and professional tutors. Students should call (215) 881-7537

34

PSU-DE PIERO-000958

for scheduled hours. All services are free. **In addition to referring students who need to build academic skills, faculty are encouraged to recommend talented students to work as Learning Center tutors** .

# Library

The library is located in 101 Woodland Building. Faculty can search for books or articles anytime – online resources are available 24/7. University Libraries provide hundreds of electronic databases and thousands of online journals. You can access the entire Penn State collection directly from your computer. Just use LIAS (Library Information Access System) to find what you need. If what you want isn't in the Penn State holdings, you can request materials through ILLiad, our interlibrary loan service.

Locally, the Abington Library houses a collection of books and print serials customized to the needs of Abington students and faculty. In addition, 50 computers, wireless access, two scanners and a microform reader are available. Special resources include a Media Room, the Eastern Pennsylvania Crime Prevention Resource Center, and the Ogontz School Archive.

Please contact the library (x7424) or check the Penn State Abington Library website for information about borrowing, reserve and reference services, library instruction, and individual consultations. A current Penn State identification card is required to borrow materials.

For the Library hours please see the library Website. To get online help, visit the library's ASK! website.

University Libraries Copyright Policies

- University Libraries follows the normal guidelines accepted nationally and are actually conservative in interpreting copyright, fair use, and need to pay for use.

- University Libraries links wherever possible to full text we already license or to resources that are available free.
- University Libraries uses the Copyright Clearance Center for all other print materials.
- University Libraries follows the "under 15%" rule for how much can be copied.
- University Libraries follows Music Library Association guidelines for audio materials.
- University Libraries restricts e-reserve access by Penn State password and by course/instructor.
- Library absorbs copyright fees. Annual costs have risen from $50,000 per year five years ago to an estimated $75,000 - 80,000 for this current year.
- If the amount requested or the costs are too high, the Library negotiates with the professor. Usually, the professor is unaware of these costs and will modify the reading list or use course packs to pass on the costs if they are beyond what the University Libraries staff interpret as meeting fair use guidelines or what is considered a reasonable cost per course.

For information on copyright issues, please see the website of Ethical and Legal Use of Digital Media at Penn State.

# Mail, Telephone, Supplies, and Recycling

Faculty are asked to help conserve money and resources wherever possible. When it is necessary to mail items, faculty should employ the most economical means available. Overnight delivery (e.g., Federal Express), the most expensive mode of shipping material, requires the approval of the Division Head, and

PSU-DE PIERO-000959

approval will be given only under extraordinary circumstances. Moreover, faculty use of the telephone, particularly for long distance calls, should be limited to essential business calls. Likewise, faculty are asked to use only those supplies that they need to do their work and to photocopy only when necessary, using both sides of paper whenever feasible. White paper should not be discarded in trash cans, but placed in paper recycling bins located around the campus. Recycling bins are also available for aluminum cans and glass.

# The Copy Center

The Copy Center offers high-quality, low-cost copying with 3 high speed digital copiers for large black and white or color jobs. The hours of operation are Monday - Friday 9:00 AM – 4:00 and is located in the Woodland Building room 210.

Copy job requests can be done by completing and submitting the Faculty Copy Request Form, located on the Intranet under the form finder tab. Walk up requests will also be available.

Please allow at least a 72-hour turnaround time for all requests. Copy requests submitted after 4:00 PM will be processed on the next business day. You can schedule to pick up your completed copy jobs at the Copy Center Monday – Friday at 10:00 AM or 2:00 PM or you can have it delivered to your campus mailbox.

The Copy Center must adhere to copyright rules and regulations.
The Copyright Clearance Office is the official University resource for obtaining copyright approvals for course packets and other publications. In fact, Policy IP-05 states that utilizing this service for copyright approvals ensures that faculty/staff members and their departments will not be liable for financial responsibility in the event of copyright infringement. We cannot copy more than what "Fair Use" permits. You can, however, obtain publisher permission for us to copy material. In that instance, we must have a copy of the letter of permission for our files.

 We also have various self-service black and white copiers for small volume jobs. The copiers are located at 118 Sutherland, 403 A Sutherland, 207 A Woodland and 312 B Rydal Executive Plaza. If copiers are getting low on toner and/or paper, please call 215-881-7310.

If you have any questions/concerns, please contact us at CopyCenterAB@psu.edu

# Online Student Early Progress Report (EPR)

Between the start of the third week and the end of the sixth week of classes during both fall and spring semesters, each instructor shall evaluate the performance of:

- non-transfer degree candidates who are enrolled in their first or second semester (summers not included)
- provisional students
- Non-degree regular students who have earned 27 or fewer credits.

An initial email message is sent to faculty on the first day of the third week of the semester if they have

PSU-DE PIERO-000960

students in their courses that need to be evaluated. These students are listed in the early progress report menu or the faculty's LionPath account. For each student who is identified as making unsatisfactory progress, an email is sent out to the student and student's adviser. EPR may be used repeatedly during the four weeks of the early progress report process.

See Policy #47-70 for more information.


# New Employees

New faculty need to complete the following forms ~~before~~ their official start date. These forms and other required paperwork for new hires are now available via WorkDay, our new HR system.

1. Biographical Data
2. W-4 Employee's Withholding Allowance Certificate
3. Salary Direct Deposit
4. Affirmative Action Data Card
5. I-9 Employment Eligibility Verification (This form must be verified in person in Room 125 Sutherland (during weekday hours) or 121 Sutherland (during Mon.-Thurs. evening hours) within 3 days of hire).
6. Alien Information Request Form (non-US citizen only)
7. W-9 Request for Taxpayer Identification Number and Certification
8. Intellectual Property Agreement (faculty only)
9. English Fluency Certification (faculty only)
10. Workers' Compensation Employee Notification
11. Penn State Access Account Application (PSU-wide access). This account will allow access to computers in any of the computer labs or the library (but not the computers in faculty offices or classrooms), e-mail, LionPath, ANGEL, CANVAS, LIAS (the library catalogue) and other online services. The new employee must have an employee ID number before being able to activate their Access Account.  This is all done via email.
12. Penn State Abington Computer Access Form. This form is approved by the Division Head and allows the employee to have access to the PSU Abington network and the selected listserv accounts. The new employee must obtain an Abington network password to access their office computer, classroom computers, or restricted areas on the Abington website. The User ID for the Abington network and the Penn State Access Account mentioned above are the same, but the passwords differ. To obtain an Abington network password, go to the Computer & Network Services (CNS) office in 236 Woodland or call extension 7675.

**Other important items to be handled on new employee official start date or shortly  thereafter:**

13. Obtain a Photo ID. All faculty and staff members are required to obtain a photo identification. Photos are taken in room 219 Woodland. You must have an ID number assigned through Academic Affairs before arranging for an ID card.
14. Obtain a Parking Pass. All faculty and staff members must register their vehicle and obtain a parking permit.  Details about obtaining a parking pass can be found here.
15. Activate ID for Sutherland Parking Lot. To enter the Sutherland Parking Lot gate, your Photo ID card must be activated by the Maintenance Office in 19 Sutherland (basement) to use as a swipe card.

PSU-DE PIERO-000961

16. Obtain Office Keys. An office key is issued to a faculty or staff member pending approval of the budget administrator. Office assignments are made by Academic Affairs, 119 Sutherland.

    Once approval has been received, keys can be obtained in 219 Woodland.

17. Select Benefits (full-time employees only)—Benefits should be selected within the first few Days of the new employee's official start date. For more information go to www.ohr.psu.edu/Benefits/benefits.htm and click on Overview of Benefits.

18. Obtain a telephone extension and activate voice mail. You can obtain an office phone number by calling the Business Services Office at extension 7301 or by e-mailing Elaine Brofft Wright at exb31@psu.edu.

19. Obtain your class list. There are two "self-service" methods by which you may obtain your class lists: ANGEL and LionPath. However, please note that your access to both programs is largely limited until close to the time when you have received your first salary deposit, about one month after your start date. Exceptions to this general rule for ANGEL are possible and can be requested from Penn State ANGEL Support. If you need assistance in reaching ANGEL support, or assistance with the functions of ANGEL, contact the Instructional Designer, who may be contacted at extension 7588, by e-mail srb11@psu.edu.

20. Obtain a secure ID token. A secure ID is needed to input your grades for the course on LionPath at the end of the semester. Secure IDs can be obtained from Donna Koenig in Room 122 Sutherland.

21. If you need additional help, please get in touch with your Division staff support person or your Division Head.

# New Program Procedure

The success of the college depends on its ability to provide excellent academic programs that serve the needs of its students and its community. Typically, ideas for new program can come from many sources, but the expert involvement of faculty is needed during program development if we are to maintain highest pedagogical standards and practice.

1. A new academic program may be proposed by either faculty or staff. To facilitate this process, the college will use a simple form that will be submitted to Division Head and copied to the Chair of the Curricular Affairs Committee for information. The proposer should address the following areas:

2. Briefly describe the nature of the program.

3. Briefly describe the rationale and need justifying the desire to offer the program.

4. Describe briefly the College's currently available resources: what resources, including faculty, student demand, facilities, and budget justify offering the program?

5. What is the likely university-wide impact on other academic units?

6. The Division Head will discuss the proposal with the Division Council. He/she will comment on the proposal and forward it to the Associate Dean.

7. The Associate Dean and the Chancellor will investigate the feasibility of the proposal either directly or through designation to the appropriate Division Head and faculty.

8. If the Chancellor and the Associate Dean decide that the proposal is viable and wish to pursue the matter further, the Division Head forms a Divisional Program Development Committee for further review and possible revision of the proposal. At this point, as the Chancellor/Associate Dean deem appropriate, the faculty may initiate informal conversation with University Park.

PSU-DE PIERO-000962

9. The Divisional Program Development Committee and Division Head will develop a full curricular proposal that follows the guidelines established by the University Faculty Senate's Curricular Affairs Committee and send the finalized proposal to the Chancellor and Associate Dean. They will also prepare a Curricular Prospectus (pre-proposal) using a standard form.
10. The Associate Dean will take the prospectus to ACUE for discussion, input and consultation.
11. The Associate Dean will initiate ACUE Consultation via the ACUE Listserve.
12. The proposal will be forwarded to the Abington Faculty Senate/Curricular Affairs Committee for input, consultation and approval.
13. The Chancellor/Associate Dean will consult and submit the full proposal with evidence of consultation to the appropriate office at the University.

# Non-Discrimination Policy

The Pennsylvania State University subscribes to a policy of non-discrimination in all its educational activities and programs as defined by law. The University administers all policies without regard to race, religion, color and national origin; and without regard to handicap, age, sex, or status, except as provided by law. These policies apply to application and selection for admission as well as application for employment and all other policies and actions with the University. The University policy of nondiscrimination on the basis of sex also pertains to sexual harassment.

The Pennsylvania State University is committed to the policy that all persons shall have equal access to programs, facilities, admission, and employment without regard to personal characteristics not related to ability, performance, or qualifications as determined by University policy or by state or federal authorities. The Pennsylvania State University does not discriminate against any persons because of age as defined by law, ancestry, color, disability or handicap, national origin, race, religions creed, sex, sexual orientation, or veteran status. Discrimination or harassment against faculty, staff, or students will not be tolerated at The Pennsylvania State University. Direct all inquiries regarding the nondiscrimination policy to the Affirmative Action Director, The Pennsylvania State University, 328 Boucke Building, University Park, PA 16802; 814-863-0471 V/TTY. See Policy AD-42 - Statement on Nondiscrimination and Harassment.

# Office Hours

Full-time faculty members are required to schedule at least five office hours per week for each week of the semester, scheduled over at least three days of the week. Part-time and evening faculty should also schedule at least one office hour weekly per section taught for student conferences. Whenever possible, faculty will schedule their office hours so as not to conflict with more than one Common Break period in the week.

Before the 10th day of each new semester, faculty are required to provide a schedule of office and class hours to the Office of Academic Affairs and the Division Head, and to post this schedule outside their offices. The scheduled office hours represent a firm commitment to be available for consultation with

students in the faculty member's classes, with advisees, and with other faculty and staff members, whether or not these individuals have made appointments. While the faculty member may offer to schedule additional hours by appointment, telephone, e-mail or other communication channel, these

PSU-DE PIERO-000963

additional hours may not substitute for the required and regularly scheduled office hours offered in person. Full-time faculty also should make themselves available for additional office hours during peak periods (e.g., advance registration) or times when in their professional judgment students may need more time with them.

# Overload Policy

The use of overloads is intended to be a temporary measure and must not replace the hiring of additional full or part-time time faculty to address long-term staffing needs. Any credits taught, partial or otherwise, above the contractual obligation is to be considered an overload and are compensated as such.

Total academic year overloads (excluding summer, independent study and Abington College Undergraduate Research Activities) taught by faculty are limited to two sections. Any overload exceeding two sections per academic year must be justified in writing by the Division Head and reviewed and agreed upon by the Associate Dean.

# Parking, Key Requests, Identification Cards

Faculty teaching at the Abington College must complete the appropriate forms to obtain office keys and free parking permits. Parking passes, keys and photo ID's can be completed in 219 Woodland. Please fill out the online form for parking here.

# Program Chairs

Each Academic Degree Program will be represented by a Program Chair. The Program Chairs will be appointed by the Division Heads, with the consent of the Associate Dean after soliciting input from the degree program faculty. Preference will be given to tenured faculty. Appointments will be made for one-year terms but are renewable after the annual review.

Program Chairs will form the Division Council although ad hoc members may be appointed if deemed necessary by the Division Head.

Following the recommendation of the 2013 Division Structure Task Force Report, the duties of Program Chairs will be to:

1. Serve as the main resource person for the major(s) and courses in their area of responsibility and respond to questions about the major(s) from the web, phone, emails, etc.
2. Assist other faculty or advising staff in advising majors by answering queries from advisers and maintaining advising materials.
3. Be the first contact for students and faculty who have issues or complaints related to the academic program(s) and courses in their area of responsibility.
4. Play a key role in scheduling courses for faculty by proposing courses for the major to fulfill requirements, providing enough variety for the majors, and proposing appropriate general education courses in their area of responsibility by working with the Division Head and the Registrar to build a coherent schedule.

40

PSU-DE PIERO-000964

5.  Recruit FT2 faculty (writing ads, conducting interviews); consult with the Division Head as needed, particularly in the area of salary discussions; and participate in searches for FT1 and TT faculty.
6.  Supervise FT2 faculty who teach in the major(s) and programs in their area of responsibility.
7.  Provide expertise to the Division Head for curricular development in the degree program.
8.  Work with the Assoc. Dean for Policy, Planning & Assessment for the annual assessment for the major(s) and the five-year program review(s).
9.  Manage the program faculty as needed to ensure good coordination and advise the Division Head on issues related to the program(s).
10. Provide information for students in the major(s) as needed.
11. Attend student recruitment events as necessary, such as orientation, open houses, scholarship events, and provide content for the promotional materials for the degree program(s).
12. Have budgetary responsibility within their area of responsibility, the details of which will vary depending upon the needs of the program. In addition, there will be some cost centers and some FT2 budgeting responsibilities shared between the Program Chair and the Division Head.

# Professional Organization Membership

In an institution of higher learning it is recognized that in order to maintain professional competence in the various disciplines, it is necessary to maintain contacts in the disciplines through membership in professional societies and associations.
Dues or fees will be paid only for institutional memberships in the name of the College. In most instances, a senior staff member (Chancellor, Associate Dean, Division Head or Director) is named as the institutional representative to represent the College.

The College will not pay for individual memberships to organizations. However, if a membership is required for a faculty member to present a paper, funds to cover such memberships should be requested when a travel authorization is submitted. Also, when such memberships are required from students presenting their undergraduate research or from faculty accompanying these students, funds to cover such memberships should be requested from the Abington College Undergraduate Research Activities fund.

See the University policy HR-12 regarding professional organization memberships for more information.

# Promotion and Tenure

The promotion and tenure policies of the University should contribute to academic excellence. An equitable and widely-understood promotion and tenure system ensures that considerations of academic quality will be the basis for academic personnel decisions.
At the links below, you will find the criteria, procedures, and conditions used for awarding of promotion and tenure to academic personnel.
Promotion and Tenure Procedures and Regulations - Policy HR-23: The purpose for this policy is to determine the criteria, procedures, and conditions of the review of University academic personnel and for the awarding of promotion and tenure.
Administrative Guidelines for HR-23: The Administrative Guidelines are provided to implement the

41

PSU-DE PIERO-000965

University's policy on promotion and tenure, HR-23, "Promotion and Tenure Procedures and Regulations." The Guidelines supplement but do not alter  basic policies  set  forth in  HR-23.  Abington College Promotion and Tenure Criteria  (included below)**:** Within the context of the regulations of the University, this document delineates the expectations and standards for promotion and tenure at the Abington College.

**Responsibility for Preparation of the Dossier:**  (See HR-23, Section III. B., Nos. 2, 3, and 4.)

- For colleges at University Park and other locations, the department head has the responsibility for preparing the dossier.
- It is ultimately the responsibility of the college dean to ensure that each dossier follows the proper format and is accurate and complete.
- Insofar as a faculty member under review may need to supply materials for the dossier, there is a sense in which there is some shared responsibility between the faculty member and the administrator for the timely preparation of the dossier.

More information about the Promotion and Tenure process, including Frequently Asked Questions, Early Tenure Review Procedures and Immediate Tenure Review Guidelines can be found at the website of the Vice Provost for Academic Affairs for Tenure and Promotion.

# Abington College Promotion and Tenure Policy

## Purpose

The Pennsylvania State University Policy HR23 states that it is the responsibility of each academic unit within the University to develop its own specific expectations and standards as the basis for tenure and promotion recommendations. Within the context of the regulations of the University, this document delineates the expectations and standards for promotion and tenure at the Abington College.

## Introduction

The Penn State Abington College provides a university education in a small college setting. In this regard, the College combines the teaching and service standards of a small college with the research and scholarly activities of a university. The promotion and tenure policies of the Abington College will maintain and encourage measurable academic excellence and accountability and will be consistent with the mission of the College: to offer high-quality baccalaureate and associate degree programs which meet the needs of the College's local constituents and to ensure efficient change of assignment to other Penn State colleges.

## Levels of Review

Those faculty members electing the Abington College as their locus of tenure and all faculty hired after July 1, 1997, will hold an appointment in one of the academic units of the College: the Division of Arts and Humanities; the Division of Science and Engineering; and the Division of Social Science. The candidate's initial review for promotion and/or tenure will take place at the academic unit level, which may have its own specific criteria for tenure and/or promotion. The College level of review by faculty and administrators will monitor general standards, policies, and procedures defining academic quality

42

PSU-DE PIERO-000966

and equitable treatment of candidates. The University Promotion and Tenure Committee and University Administrators will provide the final levels of review before a candidate is granted tenure and/or promotion.

## Review Committees

### Division Committees

The divisional level of review for a candidate for promotion and/or tenure will be conducted by a committee consisting of no fewer than three and no more than five tenured faculty members holding the rank of Associate Professor or Professor. Two-thirds of the committee members will be elected from within the division membership and one-third appointed by the Chancellor and Dean, in consultation with the Associate Dean for Academic Affairs and the appropriate Division Head. Only faculty of higher rank than the candidate shall review a dossier and make recommendations about promotion. The chair of the division committee will be elected by the members of the committee or appointed by the Division Head.

When it is not possible to constitute a division committee with faculty of higher rank, the first priority in constituting a review committee shall be to add faculty of a higher rank from a similar discipline within the candidate's college. When it is not possible to constitute a division committee with faculty of higher rank within the College, the first priority will be to seek faculty of higher rank from within the candidate's discipline located at another college of the University. Approval for such action is required from the Executive Vice President and Provost of the University.

### Abington College Committee

Following the divisional review, College level of review for a candidate for promotion and/or tenure will be conducted by a committee consisting of no fewer than three and no more than five tenured faculty holding the rank of Associate Professor or Professor. Two-thirds of the committee members will be elected and one-third appointed by the Chancellor and Dean, in consultation with the Associate Dean for Academic Affairs. It is recommended that a majority of faculty members hold the rank of Professor. Only faculty of higher rank than the candidate shall review a dossier and make recommendations about promotion. The chair of the College committee will be elected by the members of the committee or appointed by the Chancellor and Dean of the College, in consultation with the Associate Dean for Academic Affairs.

If a campus or an academic department does not have at least three faculty members who are eligible to serve on a review committee, faculty members in related fields from other campuses or academic departments shall be appointed by the campus chancellor or the department head, respectively, to serve on the committee.

When it is not possible to constitute a committee with faculty of higher rank within the College, the first priority in constituting a review committee will be to have a committee composed of faculty of higher rank from within the candidate's department located at another college of the University. Approval for such action is required from the Executive Vice President and Provost of the University.

### Independent Judgments of Peer Review Committees

Peer review committees must protect the review process from undue administrative influence. Administrators will not be present during peer review discussions or when votes are being taken.

43

PSU-DE PIERO-000967

Administrators may be invited for consultation if a committee deems it appropriate.

## Criteria for Promotion and Tenure

Faculty members at the Abington College will become eligible for promotion and/or tenure upon fulfilling the requirements specified in HR-23. The criteria for this evaluation will include high-quality performance in three interrelated areas:

(1) teaching ability and effectiveness
(2) research, scholarship, and creative accomplishment
(3) service to the University, the profession, and the public

While an individual candidate may demonstrate exceptional accomplishment in one of these areas, the Abington College expects high-quality performance in all areas under review.

## Elaboration of the Three Basic Criteria for Promotion and Tenure

### 1. The Scholarship of Teaching and Learning

The primary mission of the Abington College is to provide a high-quality undergraduate education. In accordance with this mission, the College highly values the teaching and advising roles of its faculty. Faculty members must possess a commitment to teaching and must demonstrate success in communicating their specialized knowledge to students.

Evaluation of teaching effectiveness shall be based on both student input and faculty information about the quality of the teaching. The process shall incorporate a variety of evidence from students, peers, and the faculty member under review that speaks to the quality and effectiveness of teaching. SRTE data collected over time, peer review (e.g. Instructional Review Committee reports of classroom observations), measures of excellence such as College or University awards for teaching and/or advising, and other documentation of teaching effectiveness must be presented in the dossier in compliance with the procedures outlined in HR-23 Administrative Guidelines, Section II,C. Letters from current students may be used only if solicited by Abington College administrators.

To merit a favorable recommendation for tenure and/or promotion to associate professor, candidates must demonstrate a record of high-quality teaching through their thorough knowledge of their subject matter, their ability to communicate this knowledge effectively to students, and their consistent application of appropriate academic standards in evaluating their students.

For promotion to professor, candidates must present evidence of continued effectiveness and excellence as teachers beyond that which was evident at the time of tenure and/or promotion to associate professor.

### 2. The Scholarship of Research and Creative Accomplishments

Because the intellectual rigor and vitality of a faculty depends upon ongoing research, scholarship, and creative accomplishments, the Abington College will expect each faculty member to engage in research leading to publication, creative performance or exhibition, and other scholarly accomplishments. In recognition of its mission and capitalizing on its size, allowing faculty members from many disciplines to work together, the Abington College values pedagogical and interdisciplinary achievements as well as

44

PSU-DE PIERO-000968

traditional research in academic disciplines. Documentation of expertise in research, scholarship, and creative accomplishment should include evidence of publication in refereed journals or in books refereed by other scholars in a discipline, receipt of grants or contracts, presentation of papers at professional or technical conferences, invited participation in workshops or seminars at scholarly meetings, or exhibition of creative accomplishments appropriate to the candidate's field.

Demonstration of a faculty member's expertise should result in a favorable reputation among tenured professors of national standing who hold higher rank than that of the candidate and who are able to provide the Abington College administration with written assessments of the quality of the candidate's record of research, scholarship, and/or creative accomplishments in the field. In accordance with the administrative guidelines for the implementation of HR-23, external letters assessing a candidate's research and scholarship are required in all promotion and tenure cases. These letters will be solicited by the Chancellor and Dean from lists of qualified evaluators provided by the candidate's Division Head with recommendations submitted by the candidate.

To merit a favorable recommendation for tenure and/or promotion to associate professor, candidates must demonstrate a clear and consistent record of research and creative accomplishment. Moreover, they must demonstrate the ability to initiate, conduct, and sustain a high-quality research program and/or present a record of distinguished creative accomplishment. Typically candidates demonstrate this level of achievement by publication, exhibition, or production in venues generally recognized to be of high quality by leaders in the field. This research and scholarly work is expected to have had or to be likely to have significant impact in the field. While outlets may vary, given the diverse disciplinary and interdisciplinary interests of our faculty, evidence of quality is expected.

For promotion to professor, candidates will have a national or international reputation in their field of research or creative accomplishment. Moreover, candidates must demonstrate significant accomplishment beyond that presented at the time of promotion to associate professor.

### 3. <u>Service and the Scholarship of Service to the University, Society, and the Profession</u>

The Abington College views a record of active service as evidence of the candidate's commitment to the College and the University. Forms of service include committee work, participation in governance, administrative support, service to student groups, service to the profession, or professionally related public service. Moreover, candidates will be expected to describe and document the role and impact of their service contribution.

To merit a favorable recommendation for tenure and/or promotion to associate professor, candidates must demonstrate a clear and consistent record of service to the Division, the College, the University, the profession, and the public.

For promotion to professor, candidates must present a record of continued contributions to their Division, the College, the University, the profession, and the public. Further, it is expected that the record of service will result in some evidence of leadership in one or more areas.

Revised May 5, 1997
Updated August 25, 1999
Updated November 8, 1999
Updated July 18, 2006
Updated October 7, 2014

PSU-DE PIERO-000969

**Promotion and Tenure Review Timetable for 2019-2020 Abington College**
**3rd, 4th, 5th, 6th-year reviews & promotion to full prof.**

*On or before:*

| | |
|---|---|
| July 1, 2019 | Administrative Guidelines distributed |
| August 9, 2019 | Office of Human Resources provides reports to deans indicating number of years of credit toward tenure earned by faculty in their respective academic units and listing all faculty in their respective units who will have second-, fourth-, and sixth-year tenure reviews in 2019-20 |
| September 9, 2019 | Peer Reviewers for teaching evaluations finalized by DH |
| September 9, 2019 | Dossier draft due from candidate to Division Head |
| September 20, 2019 | Dossier draft due from Division Head to candidate |
| September 30, 2019 | Dossier draft due from candidate to the Dir. of Institutional Effectiveness and Faculty Development (Karen Weekes) |
| October 1, 2019 | SRTE open-ended summaries due from Division Head to Donna Mills |
| October 1, 2019 | All promotion and tenure review committees and procedures established. In most cases, units will have established procedures previously and will continue to use them. If, however, changes are recommended, the changes must be adopted formally by the faculty, approved by the Chancellor, and approved by the Executive Vice President and Provost prior to this date. |
| | Membership lists, including rank and title, for all promotion and tenure review committees forwarded to the Executive Vice President and Provost, together with a statement of procedures for forming review committees or a statement that such procedures have not changed. |
| | Peer Review of teaching letters for Abington College faculty who have retained their tenure status in a college at University Park due in Office of Academic Affairs (Donna Mills). |
| October 9, 2019 | All drafts returned to candidates |
| October 18, 2019 | Final dossier due from candidate to the Dir. of Institutional Effectiveness and Faculty Development |
| October 25, 2019 | Peer Review of teaching letters due in Office of Academic Affairs (Donna Mills). |
| October 25, 2019 | All final dossiers due from Dir. of Inst. Effectiveness & Fac Dev to Office of Academic Affairs (Donna Mills) |
| October 30-31, 2019 | Candidate signs complete dossier in Office of Academic Affairs |
| November 1, 2019 | Dossiers distributed to divisional committees |

PSU-DE PIERO-000970

Penn State Abington - Faculty Handbook

| | |
|---|---|
| November 1, 2019 | All reviews for faculty at non-University Park locations who have retained their tenure status in a college at University Park completed and forwarded to the college dean at University Park. |
| November 22, 2019 | Divisional reviews due to Office of Academic Affairs (Donna Mills) |
| November 25, 2019 | Dossiers to Division Heads |
| December 16, 2019 | Division Head reviews due in Office of Academic Affairs (Donna Mills) |
| December 19, 2019 | Dossiers to College Committee |
| January 21, 2020 | Peer Reviewers for teaching evaluations of 2020-21 4th-year or promotion candidates finalized by DH |
| February 3, 2020 | College Committee reviews due in Office of Academic Affairs (Donna Mills) |
| February 14, 2020 | All factual changes or new information must be submitted by this date. |
| March 2, 2020 | All college level reviews completed, including Chancellor's recommendations; positive recommendations and dossiers of candidates for whom all reviews have been positive regardless of the Chancellor's review for final tenure forwarded to the University P&T Review Committee via the Office of Human Resources. |
| April 15, 2020 | Names of external reviewers given to DH by 2020-21 promotion candidates |
| April 24, 2020 | Peer Review of teaching letters for 2020-21 4th-year or promotion candidates due in Office of Academic Affairs (Donna Mills).<br><br>All reviews completed by the University P&T Review Committee; all recommendations forwarded to Executive Vice President and Provost. |
| May 1, 2020 | All external reviewers contacted by DH for 2020-21 promotion cases |
| May 4, 2020 | All final decisions on promotion and tenure completed by the President based on recommendations of the Executive Vice President and Provost; all candidates notified of the results of the reviews. |
| May 11, 2020 | 2020-21 promotion candidates provide external reviewer materials to DH |
| May 15, 2020 | All materials sent to external reviewers for 2020-21 promotion cases |
| June 15, 2020 | All notifications for 3rd, 4th, and 5th year reviews completed by Chancellor and Associate Dean.<br><br>For all faculty not having a promotion or tenure review in this academic year, annual personnel evaluations completed and faculty informed of results of these evaluations, in writing.<br><br>All reports required in AC-23 and the Administrative Guidelines submitted. |

47

PSU-DE PIERO-000971

June 30, 2020          All final decisions must be entered into WorkLion by the Human Resources Strategic Partner in the academic unit.

## Promotion and Tenure Review Timetable for 2019-2020 Abington College
## 2-year reviews

**On or before:**

July 1, 2019           Administrative Guidelines distributed.

September 9, 2019      Peer Reviewers for teaching evaluations finalized

October 21, 2019       Dossier draft due from candidate to Division Head

October 31, 2019       Dossier draft due from Division Head to candidate

November 18, 2019      Dossier draft due from candidate to the Director of Institutional Effectiveness & Faculty Development (Karen Weekes)

November 20, 2019      Peer Review of teaching letters due in Office of Academic Affairs (Donna Mills)

December 4, 2019       All drafts returned to candidates

January 3, 2020        Final dossier due from candidate to the Director of Institutional Effectiveness & Faculty Development

January 10, 2020       SRTE open-ended summaries due from Division Head to Donna Mills

January 13, 2020       All final dossiers due from Dir. of Inst. Eff. & Fac. Dev. to Office of Academic Affairs (Donna Mills)

January 15-16, 2020    Candidate signs complete dossier in Office of Academic Affairs

January 17, 2020       Dossiers distributed to divisional committees

February 13, 2020      Divisional reviews due in Office of Academic Affairs (Donna Mills)

February 17, 2020      Dossiers to Division Heads

March 13, 2020         Division Head reviews due in Office of Academic Affairs (Donna Mills)

March 17, 2020         Dossiers to College Committee

April 17, 2020         College Committee reviews due in Office of Academic Affairs (Donna Mills)

May 15, 2020           All second-year reviews completed by the Chancellor and Associate Dean

June 15, 2020          All notifications for 2nd year reviews completed by Chancellor and Associate Dean

June 30, 2020          All final decisions must be entered into WorkLion by the Human Resources Strategic Partner in the academic unit.

48

PSU-DE PIERO-000972

Penn State Abington - Faculty Handbook

**CHECKLIST FOR PROMOTION/TENURE REVIEWS ABINGTON COLLEGE**

**P & T Cover Sheet:** <u>Promotion and Tenure Form</u>
---- Two cover sheets for simultaneous tenure and promotion with tenure on top, one cover sheet for promotion only.
---- 2nd or 4th year review typed and 6th Year Tenure crossed out for candidates in their 2nd or 4th year reviews.
---- Full Name - Do not use initials, and make sure name matches official employment name with PSU.
---- Make sure your PSU ID number is accurate.
---- College should be Abington. Department should be one of the three divisions: Arts & Humanities, Science & Engineering, or Social Sciences.
---- Complete rank and title should be included. Example: Assistant Professor of Mathematics.
---- Check one of the two boxes about graduate faculty status.
---- Date(s) of Stay(s) of Provisional Tenure: Enter dates or "none" (See Guidelines 2019-2020, Section VI and Appendix G).
---- Proposed Rank and Title only filled out for promotion.
---- Tenure status: Always leave blank for simultaneous tenure and promotion cases. Complete with year tenured for promotion-only cases.
---- Box checked, signed & dated by Chair of the Divisional P/T Committee.
---- Box checked, signed & dated by Division Head.
---- Box checked, signed & dated by Chair of P/T Committee.
---- Box checked, signed & dated by the Chancellor.
---- A tie vote is considered a negative recommendation, and the "Not Recommended" block is to be checked.

**Biographical Data Form:** <u>Biographical Data Form</u>
---- Complete all applicable categories.
---- Complete rank and title.
---- Location of Residence is Penn State Abington.
---- If the candidate holds professional status, such as law, etc., indicate.
---- Under III, "Academic, Government, Military, and Professional Positions" (previously "Occupational Record"), list most recent employer (other than Penn State) first.

**College Criteria and Procedures for P&T: Abington College Policy (includes procedures and criteria)**
---- Abington College Promotion and Tenure Policy must be copied and inserted in the dossier immediately before the narrative statement and after the biographical data form. Candidate, committees, and external evaluators are provided the current version.

**Narrative Statement**
---- No longer than one or two pages (in no smaller than 10-point font), with three pages being an absolute outer limit. This statement should relate the candidate's sense of their scholarship of teaching and learning; scholarship of research and creative accomplishments; and service and the scholarship of service to the University, society, and the profession. It provides candidates the opportunity to place their work and activities in the context of their overall goals and career trajectory. It is up to the candidate to establish the importance of their work/publications within their field. For example, they might give a citation count, the acceptance rates of journals they have published in, or the impact factor if the field uses that measure. The scope and significance of the candidate's contribution and publication sites should be as clear as possible. This statement cannot exceed 1600 words; if using Activity Insight, do not adjust the margins.

49

PSU-DE PIERO-000973

---- For tenure and/or promotion reviews, if a narrative statement different from that included in the dossier is sent to externals, the narrative statement provided to external reviewers must be included in the supplemental material folder.


**Signature Statement**

---- Candidate signature statement. Before signing the Candidate Signature Statement, the faculty member should be shown the entire dossier, except for Section D (External Letters of Assessment). This includes peer review letters as well as the Division Head summary of students' comments on teaching, and all tenure review letters from earlier reviews.


The Scholarship of Teaching and Learning

---- All Pages numbered beginning with A-1, A-2, etc, including Instructional Review letter (top right corner of page).

---- For tenure, materials are from the date of University employment in a tenure-eligible position.

---- For promotion, this section should cover from the date of last promotion or last five years if the last promotion was more than five years ago.

---- Faculty members who were granted a stay of tenure or a leave may include additional evaluations beyond five years in order to provide sufficient evidence of evaluations or teaching assessment.

---- Faculty whose previous promotion was five or more years ago may choose to report information about teaching for up to 10 of the most recent years since the last formal review.

---- Note: Include all applicable sections in the order listed on the divider. If you do not have anything to include in a section, omit that section, including its header.

---- Reverse chronological order (most recent date first).

---- Two methods of assessment for student evaluation are required:

SRTE quantitative responses, as collected in Digital Measures

Either a summary of written student evaluations, a summary of formal interviews with students at the end of the semester, or a summary of student SRTE comments. The Division Head should summarize student comments; do not include each one in full. A candidate should not be involved in preparing the summary of student comments or interviews.

---- Peer Review letters signed and dated by reviewers. Peer reviewers should follow Penn State Abington's Peer Review Guidelines.

---- For tenure reviews, include all peer reviews of teaching evaluative statements from the previous probationary tenure reviews (2nd, 4th year reviews, etc.).

---- Do not include any unsolicited letters.


The Scholarship of Research and Creative Accomplishments

---- All pages numbered beginning with B-1, B-2 (top right corner).

---- The time span for material included is the candidate's entire career.

---- Reverse chronological order (most recent date first).

---- Generally, use the citation style from the candidate's discipline. All article entries should contain full bibliographic information, including page numbers.

---- Role of author defined and percentage of contribution listed on each multiple-authored publication.

---- For articles published only electronically and listed under the category of refereed publications, confirmation of its refereed status and its editorial board must be included in the supplemental material folder.

---- Articles posted electronically by the individual faculty member without a formal review are not to be listed in the dossier.

---- Beginning and ending dates for membership in professional and learned societies.

---- Manuscripts accepted: letters of acceptance must be placed at the end of this section.

50

PSU-DE PIERO-000974

Penn State Abington - Faculty Handbook

---- For submitted manuscripts, awaiting decision: indicate where submitted, when, if peer reviewed, and number of pages in manuscript.

---- Listings of work in progress and grants not funded should be eliminated from all sixth-year and early tenure reviews and all promotion reviews beyond the assistant professor level or equivalent. Work accepted, submitted, or under contract should continue to be listed in all dossiers.

---- Do not include unsolicited letters.

### Service and the Scholarship of Service to the University, Society, and the Profession

---- All pages numbered beginning with C-1, C-2 (top right corner).

---- Normally, the time span for material included is from the date of appointment to tenure-eligible position OR date of last promotion for tenured candidates. However, if the last promotion was more than five years ago, provide evaluation for only the most recent five years.

---- Faculty members granted stay of tenure or leave may include additional evaluations beyond five years in order provide sufficient evidence of evaluations or assessment.

---- Faculty whose previous promotion was five or more years ago may choose to report information about teaching for up to 10 of the most recent years since the last formal review.

---- Chronological order, most recent date first.

---- Beginning and ending dates for service.

---- Provide short description of the kind of work entailed for service activities. Thus, rather than just listing a committee, describe what that committee did, your role in it, how often it met, etc. This practice helps the University Committee (and the other committees) to assess service more accurately.

### External Letters of Assessment (for Promotion and Final Tenure Reviews only)

---- All pages numbered beginning with D-1, D-2 (top right corner).

---- This section shall not be made available to the candidate at any time.

---- Description of how the letters of assessment were solicited and a description of the procedure for selecting external evaluators.

External evaluators must hold at least the rank being sought by the candidate under review.

The evaluator should be familiar with the candidate's disciplinary or research area.

External evaluators should not be former teachers, co-PIs, nor significant collaborators (e.g., co-authors) of the candidate nor have a personal relationship with the candidate.

Candidates should not have any contact with external reviewers before or during the promotion and tenure review process.

Division Heads should select evaluators from diverse sources (not from the same institution).

---- Identify evaluators in order listed on log; include a brief statement of the referee's achievements and standing in his/her discipline.

---- Include a College-Approved Sample letter of request. When considering a tenure decision and a promotion decision simultaneously, external referees should be asked to address both concerns in a single letter.

---- The college criteria, a curriculum vita, narrative statement, and copies of key publications included with the letter of request sent to the external evaluators. Do NOT send entire dosser.

--- Log of External Letters (Date of request, Date of receipt, Date of entry in dossier—also note if externals came from Division Head or candidate's list—should be at least 50% from DH list). Note that the final version of this log will reflect only those evaluators who received the candidate's file for review. The log, as well as the external letters, shall not be made available to the candidate at any time.

--- All requests should be entered in the log regardless of whether a response was obtained.

---- Letters from evaluators included in order listed in log. Dossiers must include a minimum of four letters from external evaluators.

PSU-DE PIERO-000975

Penn State Abington - Faculty Handbook

<u>Statements of Evaluation of the Candidate by Review Committees and Administrators</u>
---- All pages numbered beginning with E-1, E-2 (top right corner).
---- Review letters should be dated and addressed appropriately as follows: The letters from the Division Committee, Division Head, and College Committee should be addressed to the chancellor and dean, and the letter from the dean should be addressed to the Executive Vice President and Provost.
---- Committee Members listed with professorial rank on Committee signup sheet
---- Division P&T Committee letter
---- Division Head letter
---- College P&T Committee letter
---- Chancellor/Associate Dean letter
---- Exact vote of committees, including abstentions indicated in the first paragraph of the Committee letters, even if the vote is unanimous (i.e., 7 for and 0 against).
---- For split votes, include majority and minority views in the letter.
---- Consultation noted and discussed or any absentia explained if applicable.
---- All letters in chronological order.
---- No identification of external evaluators in review letters. Letters should not reference external reviewers by name or other descriptors that reveal identity.
---- A tie vote is considered a negative recommendation, and the "Not Recommended" block is to be checked on the Promotion and Tenure Form.
---- In evaluating teaching, use the following descriptors: Excellent, Very good, Satisfactory, and Unsatisfactory.
---- In all other review areas, use the following descriptors: Excellent, Very good, Good, Fair, and Poor.
---- For tenure reviews, include all evaluative statements from the previous probationary tenure reviews (2nd, 4th year reviews, etc...). Post-tenure dossiers do not require prior evaluative statements.
---- For candidates for promotion only, evaluative statements pertinent to the current promotion action are to be included. Evaluative statements from prior promotion reviews and from prior tenure reviews are not to be included.

**Candidate**
---- The candidate has received written copies of all previous evaluative letters.
---- The tenure/promotion candidate has reviewed the factual part of the dossier (all sections except the external letters) for accuracy and completeness prior to the beginning of the review process.
---- Dossier does not contain evaluative statements written by the candidate, samples of the candidate's publications, letters of appreciation or thanks, course outlines, vita, etc.
---- The Candidate Signature Page is signed and dated.

**Factual Changes**
---- No factual changes or new information is included in the dossier after the deadline specified in the Administrative Guidelines for AC-23: Promotion and Tenure Procedures and Regulations typically in mid-February, February 15 for the 2019-2020 academic year.
---- If factual changes or new information is included, all review committees and administrators who have completed their review of the candidate are informed and shall have the opportunity to reconsider their recommendation.
---- If there are changes, include a letter from each committee that it has viewed additions to the dossier

52

PSU-DE PIERO-000976

Penn State Abington - Faculty Handbook

**Supplemental Material**
Candidates must provide electronic pdfs of their publications. If there are many, the candidate should choose 10-15 to include; a list of the pdfs with a rationale for these choices is suggested. For books, create a pdf of the publication page, table of contents, and introduction. These pdfs are due at the same time as the draft of the dossier. All supplemental support materials (e.g., books, reprints, syllabi, or teaching portfolios) are not included in the dossier; they are available for review by members of the local review committees and are available upon request at the university level.

**Other**
---- The original copy of the dossier is submitted to Human Resources.
---- Ultimate retention of the original dossiers resides with the Office of Human Resources, where they are retained until termination, resignation, or retirement.

**P&T Forms**
The promotion and tenure forms are available in GURU's General Forms Usage Guide at
http://guru.psu.edu/forms/4-21PromotionandTenureForms.html, which allows the user to download the forms electronically.

All candidates for P&T should be familiar with all the current contents on the Vice Provost's P&T website at https://www.vpfa.psu.edu/promotion-and-tenure/

KEW16 - last modified 7-19-2019

## ACTIVITY INSIGHT SYSTEM (DIGITAL MEASURES)

The Activity Insight system (AI) is an online software tool that is being used across the University to input individual faculty information for preparation of Promotion and Tenure (P&T) dossiers and Annual Faculty Activity Reports. You are strongly encouraged to use the Activity Insight system to prepare your dossier.

Access the Activity Insight system at https://www.digitalmeasures.com/login/psu/faculty
View the training video at http://www.digitalmeasures.com/aitraining/ (7 minutes)
Review the user guide at http://www.digitalmeasures.com/login/dashboard/Activity_Insight_Faculty-Staff_Guide.pdf (2 pp.)
Frequently Asked Questions (FAQ) https://ed.psu.edu/internal/deans-office/activity-insight-ai- frequently-asked-questions

How to download a Promotion and Tenure dossier as a Microsoft Word document
Activity Insight can be used to create P&T dossiers by using the preformatted "University Dossier" report customized for use at Penn State University.

Login to Activity Insight at https://www.digitalmeasures.com/login/psu/faculty
Under "Manage Activities" in the left margin, click on "Run Reports."
Select "University Dossier" template from the drop-down menu at the top, choose your report options, and click on "Run Report" at the top right of the screen.
Save the file to the folder of your choice.
Open the dossier for reviewing, editing, and submission.

PSU-DE PIERO-000977

Note: Listings of work in progress and grants not funded should not be included in sixth-year and early tenure reviews and all promotion reviews beyond the assistant professor level or equivalent.

Note: If you use Rapid Reports to generate your dossier, this option does not allow you to automatically exclude manuscripts in progress and grants not funded, nor does it allow you to choose the citation style for your research section

# Guidelines for Fixed-Term Promotion

The fixed-term promotion process at Penn State Abington is designed to encourage and reward academic excellence and the advancement of the campus' mission to foster excellence in teaching, professional growth, and service to students, the campus, and the community.

The Pennsylvania State University policy governing fixed-term promotion (AC21) charges each academic unit within the University with developing expectations, standards, and processes for promotion recommendations. The purpose of this document is to delineate these expectations, standards, and processes for promotion of full-time fixed-term and non-tenure line standing faculty at Penn State Abington. This document operates in the context of the broader procedures and standards of the University.

**I. Fixed-Term Academic Ranks (As outlined in AC21):**

A. **Lecturer** - A lecturer should possess at least a master's degree or its equivalent, or be an active candidate for a terminal degree, in an academic field related to his/her teaching specialization.

B. **Assistant Teaching Professor** - The assistant teaching professor should possess a terminal degree or its equivalent in an academic field related to his/her teaching specialization; alternatively, the assistant teaching professor without a terminal degree should possess at least a master's degree or its equivalent in an academic field related to his/her teaching specialization; must have demonstrated exceptional ability as a teacher and adviser; and must have shown evidence of professional growth, scholarship, and/or mastery of subject matter.

C. **Associate Teaching Professor** - The associate teaching professor should possess a terminal degree in an academic field related to his/her teaching specialization; must have demonstrated ability as a teacher and adviser; and must have shown evidence of professional growth, scholarship, and/or mastery of subject matter. Alternatively, the associate teaching professor without a terminal degree should possess at least a master's degree or its equivalent in an academic field related to his/her teaching specialization; must have demonstrated exceptional ability as a teacher and adviser while in the rank of assistant teaching professor; and must have shown evidence of professional growth, scholarship, and/or mastery of subject matter at a level of distinction beyond that of the assistant teaching professor.

D. **Teaching Professor** - The teaching professor should possess a terminal degree in an academic field related to his/her teaching specialization; must have demonstrated exceptional ability as a teacher and adviser while in the rank of associate teaching professor; and must have shown evidence of professional growth, scholarship, and/or mastery of subject matter at a level of distinction beyond that of the associate teaching professor.

Fixed-term faculty titles are determined by a combination of academic credentials (terminal degree) and record of outstanding performance. The university faculty senate has determined that there should be

PSU-DE PIERO-000978

three levels, with two opportunities for promotion, available to full-time fixed-term faculty:

| Faculty without terminal degree | Faculty possessing terminal degree |
| --- | --- |
| 1st Rank Lecturer | Assistant Teaching Professor |
| 2nd Rank Assistant Teaching Professor | Associate Teaching Professor |
| 3rd Rank Associate Teaching Professor | Teaching Professor |

**II. Criteria for Fixed-Term Promotion**

Faculty members of Penn State Abington become eligible for promotion when they fulfill the expectations specified in The Pennsylvania State University policy AC21. The positions above the first rank are designed to be promotion opportunities, with a recommended period of at least five full academic years in rank as a full-time lecturer/instructor or assistant teaching professor before application for promotion. There should be no fixed time period for promotion to the third rank. Reviews for promotions should be conducted solely with regard to the merit of the candidate.

All promotions should be accompanied by both a promotion and a merit increase, the amount to be determined and funded by the college.

**III. Elaboration of the Criteria for Fixed-Term Promotion (Second Rank)**

**A. The scholarship of teaching and learning**

Penn State Abington views outstanding teaching as central to the roles of all faculty. Faculty members must demonstrate an ongoing commitment to promoting student learning and student success. Effectiveness in this area will be measured primarily by input from students and from faculty colleagues in the form of course and peer evaluations and effective advising, as well as by any other evidence of a faculty member's commitment to achieving instructional excellence.

**B. Service and the scholarship of service to the University, society and the profession**

Penn State Abington views a record of active service as evidence of the candidate's commitment to furthering the missions of the College and the University. This service may include, but is not limited to, committee work, participation in governance bodies, administrative support work, service to student groups, and professionally related service to the public or the profession.

**C. Innovation, Professional Growth, Subject Matter Mastery, Scholarship/Creative Achievements**

Penn State Abington values evidence of professional growth, scholarship, and/or mastery of subject matter on the part of fixed-term faculty. This may include, but is not limited to, scholarly or creative work, professional development in the field, and innovations in pedagogy.

**D. Dossier**

The candidate will be responsible for providing the following for the dossier: a narrative statement of no

55

PSU-DE PIERO-000979

Penn State Abington - Faculty Handbook

more than three pages identifying and integrating the accomplishments that

support a promotion, a one-page statement of teaching philosophy, representative syllabi and class materials as delineated in the dossier guidelines, and other relevant evidence of teaching effectiveness (such as letters of support by students, alumni, and/or colleagues).

The candidate's Division Head will be responsible for providing the following for the dossier: annual letters of evaluation responding to the candidate's faculty activity reports for the five years prior to the review, two current peer teaching evaluations, and a summary of the candidate's written student evaluations.

## IV. Elaboration of the Criteria for Fixed-Term Promotion (Third Rank)

### A. The scholarship of teaching and learning

Penn State Abington views outstanding teaching as central to the roles of all faculty. Faculty members must demonstrate an ongoing commitment to promoting student learning and student success. Effectiveness in this area will be measured primarily by input from students and from faculty colleagues in the form of course and peer evaluations and effective advising, as well as by any other evidence of a faculty member's commitment to achieving instructional excellence. The distinction in teaching necessary to attain the third rank may also be supported through documentation indicating exceptional performance in the supervision of internships, supervision of clinical experience, or supervision of undergraduate research and creative activity; contributions to the development of curriculum; the development and implementation of new courses; teaching study abroad and study away courses; and making significant pedagogical improvements through unique collaborations, interdisciplinary course projects, multi-semester or linked courses, and/or program assessment activities. Distinction can also be attained through activities to mentor other faculty or train faculty advisors.

### B. Service and the scholarship of service to the University, society and the profession

Penn State Abington views a record of active service as evidence of the candidate's commitment to furthering the missions of the College and the University. This service may include, but is not limited to, leadership or significant active participation in service on division, college, and/or university committees, professional servie to the local community, organizing workshops or programs for the College and local community, administrative support work, and service to student groups.

### C. Innovation, Professional Growth, Subject Matter Mastery, Scholarship/Creative Achievements

Penn State Abington values evidence of innovative pedagogical or advising practices, professional growth, mastery of subject matter, and scholarship/creative achievement on the part of fixed-term faculty. Evidence of high-quality performance in this area may include, but is not limited to, significant continuing education, new creative accomplishments, professional publications in one's discipline, participation in professional meetings and symposia, garnering individual or collaborative/institutional grants, and participation in the grant-writing process with students, campus faculty, or faculty members from another institution within or outside of Penn State. Also supporting high-quality performance are relevant outreach activities drawing on the candidate's expertise, and evidence of leadership roles in community, state, or national organizations within the discipline.

PSU-DE PIERO-000980

**D. Dossier**

The candidate will be responsible for providing the following for the dossier: a narrative statement of no more than three pages identifying and integrating the accomplishments that support a promotion, representative syllabi and class materials as delineated in the dossier guidelines, and other relevant evidence of teaching effectiveness (such as letters of support by students, alumni, and/or colleagues).

The candidate's Division Head will be responsible for providing the following for the dossier: annual letters of evaluation responding to the candidate's faculty activity reports for the five years prior to the review; two current peer teaching evaluations; and a summary of the candidate's written student evaluations.

**Fixed-Term Promotion Peer Review Procedures**

**A. Role of Peer Reviewers**

Peer teaching evaluations will be conducted in accordance with the process developed and approved by the Penn State Abington Faculty Senate.

**B. Role of Division Head**

The candidate's Division Head will review the dossier and will submit to the Fixed-Term Review Committee a letter that addresses each criterion for promotion, and either supports or declines to support promotion.

**C. Fixed-Term Review Committee**

1. Committee Composition. The fixed-term promotion committee will consist of two (2) non-tenure-track (fixed term) faculty members from each division, ideally one at the second level and one at the third level, to serve as the Fixed-Term Review Committee. If there are insufficient numbers of suitable fixed-term faculty candidates at the third level in a division, then both members from a division can be at the second level. Any Abington College full-time, fixed-term or standing non-tenure-line faculty member at the second rank (Assistant Teaching Professor for faculty without terminal degree or Associate Teaching Professor for faculty with terminal degree) or higher is eligible to serve on the Abington College Fixed-Term Promotion Review Committee. The term of service shall be two years or the time served in fulfillment of a committee vacancy. Terms shall be staggered to ensure continuity of membership; one member from each division shall be elected each year.

If the College shall have fewer than seven fixed-term faculty members, at least two members of the Fixed-Term Review Committee shall be appointed by the Associate Dean. Only full-time fixed-term faculty members are eligible to serve on and vote for the members of the review committee. If there should be insufficient numbers of

higher-ranked fixed-term faculty, exceptions to this provision may be permitted by the Executive Vice President and Provost at the request of the academic unit.

For Promotion to Assistant Teaching Professor, Associate Teaching Professor or Teaching Professor: Only faculty members of a rank equivalent to or higher than the rank for which a promotion candidate is being considered may vote on that promotion. Committee members at the second promotional rank may consider candidates for promotion from rank one (1) to two (2), those at the third promotional rank may consider candidates for promotion from rank one (1) to two (2) or rank two (2) to three (3). In the event

57

PSU-DE PIERO-000981

that there are not at least three (3) Committee members at a higher rank than a promotion candidate, additional member(s) with the required rank will be appointed by the Associate Dean from the College faculty to assist in the reviewing and voting process for that promotion. If a faculty member(s) with the required rank is not available at Penn State Abington, the Associate Dean will appoint from the tenured faculty ranks at Penn State Abington with the approval of the promotion candidate. In such a case, prior approval is required from the Executive Vice President and Provost.

2. Election. The Abington Faculty Senate will administer the three elections, one for each division. All fixed-term faculty members of each division's faculty at the second or third rank will be eligible for election unless the member will be on leave of absence or is otherwise unable to serve. All fixed-term faculty members will be eligible to vote. Final decisions on inability to serve on the committee shall be made by the Abington Faculty Senate leadership in consultation with the Division Head.

3. Convening the Committee and Selecting a Chair. The Associate Dean shall call the initial meeting to charge the Committee and outline procedures to be followed. The Associate Dean will provide the Fixed-Term Review Committee with a list of all faculty members who are to be reviewed that year for promotion. The elected members of the committee will choose a chair.

4. Responsibilities of the Fixed-Term Review Committee. The Fixed-Term Review Committee will be responsible for assessing candidates for consideration for promotion and preparing letters of evaluation based on candidates' completed dossiers. The committee is expected to assess the review process and pass on any recommendations to the Penn State Abington Senate and Associate Dean.

5. Evaluation of the Dossier by the Committee. The Associate Dean will make the completed dossier and letter of recommendation from the Division Head available to the Fixed-Term Review Committee in accordance with the agreed-upon schedule. The committee will write a letter of evaluation for each candidate based on the dossier and the vote of the Committee.

6. Letter of Recommendation. The letter of recommendation will address each criterion based on the evidence in the dossier. Each member who voted on a candidate will sign the letter of recommendation. All signed letters of recommendation must be addressed to the Chancellor and the Associate Dean in accordance with the established timeline.

D. Role of the Chancellor

Based upon a review of the dossier and the recommendation letters from the Fixed-Term Promotion Committee and the Division Head, the Chancellor will decide whether or not the candidate will be promoted, and will prepare a letter for the candidate with this decision.

**Promotion Review Timetable for 2019-2020**
**Abington College**
**Teaching-Line Reviews**
**On or before:**

September 16, 2019 Final list of FT promotion candidates submitted from DH to Associate Dean

September 23, 2019 Peer reviewers for teaching evaluations finalized

58

PSU-DE PIERO-000982

Penn State Abington - Faculty Handbook

November 1, 2019 Dossier draft due from candidate to DH

November 18, 2019 Dossier draft due from DH to candidate

November 20, 2019 Peer teaching review letters due to Academic Affairs (Patti Scherphorn)

December 9, 2019 Dossier draft due from candidate to Director of Institutional Effectiveness and Faculty Development (Karen Weekes)

January 3, 2020 All drafts returned to candidates

January 17, 2020 Final dossier due from candidate to Dir. of Institutional Effectiveness and Faculty Development

January 20, 2020 SRTE open-ended summaries due from DH to Acad. Affairs (Patti Scherphorn)

January 27, 2020 All complete dossiers submitted to Acad. Aff. from Dir. of Inst. Eff. & Fac. Dev.

January 29-30, 2020 Candidate reads and signs complete dossier in 119 Sutherland

January 31, 2020 Dossiers to Division Heads

February 27, 2020 Division Head reviews due to Academic Affairs (Patti Scherphorn)

March 2, 2020 Dossiers to Fixed-Term Review Committee

May 1, 2020 Fixed-Term Review Committee letters due to Academic Affairs

May 31, 2020 Associate Dean's responses complete


# Registration

All Penn State students are required to register at their assigned time as noted in the upcoming semester timetable (Policy 34-27). Before registering for courses, students should be encouraged to meet with an adviser to discuss educational plans and develop a schedule (see section on Advising). Students may register for courses using the LionPath system or in person at the Registration Office in 121 Sutherland.

The registration process is continuous in nature. Each student is assigned a "first date to register." Starting with this first date, the student may initially register and subsequently adjust the registration as appropriate and necessary. The fundamental goal of this process is to finalize course registration before the first day of the semester.

59

PSU-DE PIERO-000983

# Reimbursement Policy.

- It is expected that faculty will submit their receipts from travel and other expenditures in a timely fashion. When this does not occur, it creates significant difficulties for budgeting.
- Therefore, the following guidelines will be followed:
- Receipts which are turned in for reimbursement within 90 days (i.e. 3 months) will be reimbursed fully.
- Receipts which are turned in for reimbursement between after 90 but before 180 days (i.e. 6 months) will be reimbursed at 75% of the face value. This may be appealed to the Associate Dean in extraordinary circumstances.
- Receipts which are turned in for reimbursement between after 180 but before 270 days (i.e. 9 months) will be reimbursed at 50% of the face value. This may be appealed to the Associate Dean in extraordinary circumstances.
- Receipts which have not been turned in after 270 days will not be reimbursed.
- Please note that future authorizations for travel could be delayed if a faculty member has outstanding receipts.

For more information, please see **http://guru.psu.edu/policies/TravelPolicySINGLEDOC.html**

# Faculty Consulting and Outside Business Activities

The University policy on outside activities, AC80 and AD77 has undergone significant revisions and is now under the purview of the Office for Research Protections (ORP). These policies have existed since 1974 and outline the University's expectations for faculty engaging in outside business activities and private consulting.  The ORP undertook a thorough policy review and, in collaboration with the Faculty Senate and the Office of the Vice Provost, significantly revised the policies.

In September 2018, the Faculty Senate approved revisions to Policy AC80 that relax its requirements and narrow its scope.  Previously, AC80 required prior approval for all Outside Business Activities; however, this requirement was not well known nor uniformly enforced. The revised policy requires prior approval only for the following activities:

- Exceeding the policy's monthly or yearly time limits for OBAs;
- Involving students or University staff in OBAs;
- Starting a company;
- Teaching a full semester length course for another University during the appointment period;
- Assuming an executive or management position for a third-party entity.

The ORP is working to replace the existing AC80 paper/PDF based prior approval and annual reporting process with an electronic solution that will be cohesive with conflict of interest reporting in COINS. Until the process is fully transitioned to an electronic system the ORP has

PSU-DE PIERO-000984

developed the attached prior-approval form.  Before engaging in any of the activities listed above, you are required to get prior approval by filling out the pre-approval form found on the Outside Business Activities page under Forms for Faculty, and sending it to the Division Head. Activities that are already ongoing do not need any retroactive approval.

Questions about the policy, the pre-approval process, or the annual reporting can be directed to OBAadmin@psu.edu.  There is also information available and a copy of the pre-approval form on the ORP website at: https://www.research.psu.edu/oba  The ORP will continue to communicate information about this policy at the beginning of the next academic year.

# Resignation of Faculty Members

Notification of resignation by a University faculty member is expected to be early enough to allow the college to make the necessary arrangements for staffing the faculty member's courses. For faculty members who teach, it is expected that such resignation from employment shall be effective at the end of a fiscal year. Thus, in any particular year, the final date for tendering a resignation for a faculty member who teaches is March 1, to be effective June 30.

A faculty member of this University may inquire into, and consider the acceptance of, an appointment elsewhere at any time and without previous consultation with his/her supervisors. It is agreed, however, that if a definite offer follows, he/she shall not accept it without giving such notice as is indicated in the preceding paragraph. He/She is at liberty to ask his/her superior officers to reduce, or waive, the notification requirements there specified, but is expected to conform to their decision on these points.

Faculty who resign are responsible for participating in an exit interview with the Exit Interview Officer. They are required to return keys all items owned by the university and complete all necessary paperwork for departure. Please note that failure to do so will result in the final paycheck being withheld.

See Policy HR-52 - Resignation from University Employment, for more Information.

# Retirement of Faculty Members

Faculty who are considering retirement should contact Human Resources to determine their benefits and retirement status. If they qualify for retirement, a letter stating the effective date of the action must be forwarded to the Chancellor, the Associate Dean, and Division Head.

Retiring Faculty are also responsible for participating in an exit interview with the Exit Interview Officer. They are required to return keys, and all items owned by the university as well as complete all necessary paperwork for departure. Please note that failure to do so will result in the final paycheck being withheld.

# Sabbatical Leaves

61

PSU-DE PIERO-000985

A sabbatical is a privilege which may be granted to an individual who has demonstrated by publication, teaching, exhibition or performance an above average ability in scholarship, research, or other creative accomplishment. It is not awarded automatically at the end of a given period of time. Faculty members must meet the eligibility and conditions defined by HR17.

Sabbatical proposals may be submitted in the year tenure is awarded for a sabbatical leave to commence the following year, providing they have served a minimum of six contract years of full-time service from date of last hire. Time spent on any type of leave of absence is not counted as full-time service and a full contract year is based on the weeks of service specified in an individual's Memorandum of Service. An individual becomes eligible for a subsequent sabbatical leave provided that the minimum required contract years of full-time service has elapsed since beginning a previous sabbatical leave. Forms for sabbatical leave can be found on GURU.

At the conclusion of the sabbatical leave, the recipient must submit a report of the work accomplished to the Office of Academic Affairs. The report should indicate how the experience improved the recipient's capacity to serve the University. In general, the report is to be submitted within two months of the return from sabbatical leave. Approved employee leaves such as sabbatical leave, maternity leave, or other types of approved leaves of six months or longer will require the employee to complete a

Penn State Arrest and Conviction self-disclosure form before returning to work. Other breaks in service for employees of greater than six months require a new background check to be completed. Please see Policy HR-99, Background Check Process for more information.

More information about the Sabbatical Leaves, including Sabbatical Leave Applications- A Guide for Faculty and the Application for Sabbatical Leave of Absence with Pay can be found at the website of the Vice Provost for Academic Affairs for Sabbaticals.

# Scholarly Activity and Faculty Development

# External Grants

The College encourages the faculty to seek external funding for their scholarly activity. Our Grants Coordinator, Alma Derojas, located in room 117A of the Sutherland Building, acts as a liaison for faculty and staff with the Office of Sponsored Programs at University Park. Faculty who wish to pursue any funding opportunities should contact our Grants Coordinator and also fill out a Faculty Grant Routing Form located on our Intranet for your use. This will allow us to track grant activity each fiscal year. It is very important that we know which faculty are applying to which foundations and governmental agencies. In addition, this will allow for discussions with your Division Head and the Financial Officer early in the application process, particularly if the proposal includes matching funds, equipment, space needs, new employees, course release, or supplemental salary. This also allows the Chancellor and the Associate Dean to be notified of any such requests by the Division Head and the Financial Officer for their review and approval prior to the submission of your grant.

Please complete this form even if you are applying for a grant of fellowship that would be awarded to you as an individual, or if you are going to serve as a co-Principal Investigator, or if you wish to

PSU-DE PIERO-000986

collaborate on a grant proposal with another institution. Do not sign any paperwork on behalf of Penn State University; these papers much be signed at University Park.

Alma can be reached at 215-881-7957 or [amd99@psu.edu](mailto:amd99@psu.edu)


# Course Release Policy for Tenure-Line Faculty Engaged in Externally Funded Projects

The following guidelines are designed to serve as an incentive for full-time tenure-line faculty members who apply for externally funded projects.
Eligible faculty must apply to the Chancellor or the Associate Dean of the College for time release to work on a sponsored project for a purpose that relates to the University's teaching, research, and service missions. Approval will be contingent upon the needs of the faculty member's Division and the faculty member's workload.

Tenure line faculty members who wish to be released from a three credit hour course during a semester must request 10 percent of their academic year salary and associated fringe benefits from an external or other funding agency to secure this release time. Courses that count for fewer credits or more credits will be calculated proportionately.

A faculty member may normally buy-out only one course per semester during the academic year. At no time will a faculty member be able to buy out an entire semester of work unless the awarded funds are of an exceptional nature.


# Secure IDs

A secure ID is needed to input your grades for the course on LionPath at the end of the semester. It is also required to access other information from LionPath.

Secure IDs can be obtained from Donna Koenig in Room 122 Sutherland. Please do not wait until the end of the semester to request a Secure ID.

# Sexual Harassment Policy

Sexual harassment of faculty, staff or students is prohibited and will not be tolerated. It is the policy of the University to maintain an academic and work environment free of sexual harassment. Sexual harassment violates the dignity of individuals and impedes the realization of the University's educational mission. The University is committed to preventing and eliminating sexual harassment of faculty, staff, and students through education and by encouraging faculty, staff, and students to report any concerns or complaints about sexual harassment. Prompt corrective measures will be taken to stop sexual harassment whenever and wherever it occurs. See Policy AD-85 - Discrimination, Harassment, Sexual Harassment and Related Inappropriate Conduct.
Please contact our sexual harassment liaison:

63

PSU-DE PIERO-000987

Michele Scott, RN, BSN, Campus Nurse, 103 Lares, 215-881-7350, mus959@psu.edu

If this is a Title IX issue, please contact Penn State Abington's Title IX Resource Person for more Information: Gina D'Amato-Kaufman, Director of Student Affairs, 106 Sutherland Building, gxd22@psu.edu, (215) 881-7391

# Student Ratings of Teaching Effectiveness (SRTEs)

The SRTE is the University's standard measure of teaching effectiveness. In accordance with the July 1, 2004, recommendation from the office of the Vice Provost for Academic Affairs, all faculty are asked to administer the SRTE for each section of every course.

For provisional faculty (i.e. tenure track faculty who do not yet have tenure) all sections of all courses shall be evaluated by the SRTE every time it is taught. The results from each of these evaluations must be included in the candidate's tenure dossier. (If there is some reason to explain the results or the absence of results in a particular case, the appropriate academic administrator shall make a note to that effect in the dossier. For example, in advance of a course being taught for the first time in an experimental way, an administrator and a faculty member might agree not to include SRTE results in tenure or promotion dossiers. Such agreements should be in writing.)

Administration guidelines for the SRTE are published with the survey form and are based on the guidelines listed below.

- Responses to survey items must remain anonymous.
- Directions to the students are uniform across administrations of the SRTE.
- The instructor shall not participate in the administration, collection, or compilation of the survey results in any way.
- The instructor shall not be present in the classroom during administration of the SRTEs.
- At least two thirds of the students should be present for the evaluation to be administered.
- The responses shall be collected and returned to the appropriate unit office by the person administering the evaluation.
- The SRTE should be administered during the last two weeks of a course, but not in the same class period in which a test is given.

**For more information, please see the University** guidelines and use and administration of the Student Rating of Teaching Effectiveness (SRTE) forms .

# Supplemental Methods of Evaluating Teaching Effectiveness

University policy requires some alternate form of soliciting student feedback for candidates for tenure or promotion. More generally, many Abington faculty have benefited from supplemental methods of student feedback. For supplemental evaluations to be considered in promotion and tenure decisions, they must solicit critical as well as favorable comments (e.g., if students are asked what they found most helpful in a course, they should also be asked what was least helpful), and they must be administered in a manner comparable to the SRTE.

64

PSU-DE PIERO-000988

# Students' Records and Confidentiality

The Federal Family Educational Rights and Privacy Act (FERPA) of 1974 identifies the rights of students and their families with respect to student educational records kept by institutions. As part of the requirements of FERPA, the University has a Policy on Confidentiality of Student Records (policy AD-11).

No information from records, files, and data directly related to a student shall be disclosed by any means (including telephone) to individuals or agencies outside the University without the written consent of the student except pursuant to a lawful subpoena or court order, or except in the case of specifically designated educational and governmental officials as required by FERPA. Information contained in such records may be shared within the University by University officials with "legitimate educational interest" in such information.

Faculty should keep accurate copies of all students' records (e.g., attendance sheets, grades, etc.) for future reference. **Examinations and answer sheets should be kept for at least one year after they are administered.** (See the General Retention Schedule for Student Records and the Academic Administrative Policies and Procedures N-1 - University Policy on Confidentiality of Student Records, for more details.

If faculty members have questions about the nature of confidential information, they should contact the Registrar's Office.

# Guidelines for Summer Session Teaching Appointments

Summer employment is a supplementary appointment and is not guaranteed. Courses are offered based on past enrollments and summer instructional needs as determined by the Division Head in consultation with the Sr. Administrator for Academic Affairs.

Recommendation to offer an individual faculty member summer teaching employment is made by the Division Head based on past summer teaching performance, formal and informal student feedback (e.g. SRTEs, retention rates, and student comments), peer observation and comparative analysis of similar classes.

In the event a faculty member is not offered the opportunity to teach over the summer because of poor performance, the Division Head will discuss with the faculty member a plan to improve the faculty member's teaching so that if implemented to the satisfaction of the Division Head, the faculty member would be recommended to participate in teaching during future summer sessions.  The current summer compensation policy can be found on the faculty section of the Abington Intranet.

# Syllabus

A written (paper or electronic form) syllabus must be distributed to students in each course on or

PSU-DE PIERO-000989

Penn State Abington - Faculty Handbook

before the first class meeting. Changes to the syllabus shall also be given to the student in written (paper or electronic) form and the syllabus must remain available to students electronically until the end of the semester. **Copies of all syllabi must be submitted to the Division Head within the first ten days of a semester or its equivalent.** In addition to course content, expectations, and location of the program, the syllabus must include the following information:

A syllabus should contain at least the following items:

1. **Instructor Information**
   o     The Instructor's name, office location, office telephone number, emailaddress
2. **Office Hours**:
   o     Full-time faculty members are expected to schedule at least five office hours per week for each week of the semester, scheduled over at least three days of the week. Part-time and evening faculty should also schedule at least one office hour weekly per section taught for student conferences. See the full Office Hours Policy in this handbook for more details.
3. **Course Goals and Objectives**
   o     Course Goals are broad educational benchmarks describing general understanding and knowledge domains in each course. Course Objectives are more specific, should map to broader course goals, and represent unique, focused skill sets with learning outcomes that are assessable. This objective should identify the intended audience for the course and any pre- or co-requisites. Both Goals and Objectives should reflect the most current course description on record. Each Penn State course should offer similar educational and knowledge domain experiences regardless of campus location and adhere to Senate Policy 42-10, referred to as the 80%/20% course content rule: Courses offered within Penn State must include a minimum of 80% of the core content and learning objectives described in the most current course proposal as approved by Faculty Senate

4. **Location of the Program**
   o     Year and semester, course title and number, when and where the classes meet, including any additional class meetings, day or evening exams, or field trips. **You may not change the date, time and place of class meetings without approval of the Registrar and the Division Head.** Note: (Senate

   Policy 34-83) "No instructor has the right to change the regular schedule of classes or to allow students to attend other sections of the same course without the consent of the dean of the college or the campus executive officer in which the course is taught, except when a student is directed to change from one section of a course to another section of the course by the instructor's department head."
5. **Required Course Materials**
   o     The text(s), author(s), edition, and any special equipment or out-of-class activities that will be required. Supplementary readings and other required or recommended material. Availability of textbooks in library or on library electronic reserve.
6. **Grade Breakdown by Assessment Type and Percentage**

   o     Give an explicit description of the method by which the grade is to be calculated and state the number of tests and the numerical equivalents of letter grades. If attendance and/or participation are to be part of the course grade, their weight or proportion in the final grade must be stated. Please note that most grade disputes occur because of deduction of points, lowering of grades, or automatic failure because of instructor's attendance policy

66

PSU-DE PIERO-000990

Penn State Abington - Faculty Handbook

Some tips for a clear grading policy:

- • Note the weighting scale for different types of assignments.
- • Spell out numeric points corresponding to letter grades.
- • Specify which types of exams will be given (essay, multiple choice, etc.). This gives students a better indication how to prepare for an exam.
- • Provide requirements for papers and projects, including what you look for in an "A" paper or project.
- • Avoid major grading policy changes as much as possible.

**7. Academic Integrity**

o   Academic integrity includes a commitment by all members of the University community not to engage in or tolerate acts of falsification, misrepresentation or deception. Such acts of dishonesty violate the fundamental ethical principles of the University community and compromise the worth of work completed by others.

**Sample Statement**: Academic integrity is the pursuit of scholarly activity in an open, honest, and responsible manner. It is a basic guiding principle for all academic activity at the Pennsylvania State University, and all members of the University community are expected to act in accordance with this principle. Consistent with this expectation, the University's Code of conduct states that all students should act with personal integrity, respect other students' dignity, rights and property, and help create and maintain an environment in which all can succeed through the fruits of their efforts.

o   Please be advised that the university does not have a "zero-tolerance" policy for imposing academic sanctions. Please refer to the document, Precedent Guidelines for Imposing Academic Sanctions.

o   The Abington College Academic Integrity Form must be used. Please consult other relevant Academic Integrity information.

**8. Course Policy**

**You must include your course policies on the following topics:**

- **Attendance, Lateness, and make-up opportunities:** Class attendance is expected regardless of the format of the class and this expectation applies equally to students in face-to-face, online, and hybrid courses. Attendance in online courses goes beyond course login and is based on documentable participation in class activities, such as interacting with the instructor, interacting with enrolled students, completing assignments with specific due dates, and/or participating in online discussions on a regular basis. Students who miss class due to legitimate, unavoidable reasons such as illness, injury, family emergency or religious observance should have the opportunity to make up evaluative events. While notifying the instructor in a timely manner is a key expectation, the University Faculty Senate policy does not mandate official documentation of student illness or other unavoidable reasons for absence. Instead, the view is that as faculty engage students in mature practices and dialogue—in place of requiring an official record of a funeral or doctor's office visit—students will rise to the occasion. **Any grade-lowering policy because of attendance should distinguish between legitimate and unexcused absences**

Students should be provided with a reasonable opportunity to make up missed work. Ordinarily, it is inappropriate to substitute for the missed assignment the weighting of a semester's work that does not include the missed assignment. Completion of all assignments assures the greatest chance for students to

67

PSU-DE PIERO-000991

develop heightened understanding and content mastery that is unavailable through the weighting process. The opportunity to complete all assignments supports the university's desire to enable students to make responsible situational decisions without endangering their academic work.

It is also reasonable to expect that make up work should be done as soon as possible once the student has returned to class. It is not within reason for makeup work to be provided weeks after the absence has occurred and you are encouraged to have students take make up tests or turn in other missed work as soon as possible upon their return to the classroom (in the context of the illness or other reason for the absence). It is also not reasonable, nor pedagogically sound, to take several exams serially at the end of the course.

Instructors should also provide opportunities to make up work for students who miss classes for regularly scheduled, University-approved curricular and extracurricular activities. Instructors should provide, within reason, opportunity to make up work for students who miss class for regularly scheduled, University-approved curricular and extracurricular activities (such as Martin Luther King Day of Service, field trips, debate trips, choir trips, and athletic contests). However, if such scheduled trips are considered by the instructor to be hurting the student's scholastic performance, the instructor should present such evidence for necessary action to the Division Head. The Division Head will in turn consult with the Associate Dean for an appropriate course of action. Please see Senate Policy 42-27 for the Senate Policy on Class Attendance.

o   Class participation must be defined clearly, particularly if it affects the grade.
o   Missed quizzes, tests, reports/papers, turning in late assignments and the procedure to be followed by student if he or she cannot be present in class to take a quiz or hand in an assignment.
o   The use of a calculator.
o   The procedure you will follow if you must cancel a class.

**9.  Course Calendar**
o   The syllabus should contain a tentative topical outline including midterm tests, the final exam, and assignments due dates. Include the final exam date, time, and place.

**10. Students with Disabilities**
o   You should include a statement regarding students with disabilities. You may want to use the following language:

Penn State welcomes students with disabilities into the University's educational programs. Every Penn State campus has an office for students with disabilities. At Penn State Abington, services for students with documented disabilities are provided through the Coordinator of Disability Services, Tiffany Ostrowski, located in 223 Sutherland (215) 881-7962, tmo5227@psu.edu . In order to receive consideration for reasonable accommodations, you must contact the appropriate disability services office at the campus where you are officially enrolled, participate in an intake interview, and provide documentation: http://equity.psu.edu/sdr/guidelines. If the documentation supports your request for reasonable accommodations, your campus's disability services office will provide you with an accommodation letter. Please share this letter with your instructors and discuss the accommodations with them as early in your courses as possible. You must follow this process

68

PSU-DE PIERO-000992

Penn State Abington - Faculty Handbook

for every semester that you request accommodations

11. **Information on available Counseling & Psychological Services (CAPS)**
    o   Many students at Penn State face personal challenges or have psychological needs that may interfere with their academic progress, social development, or emotional wellbeing. If you encounter personal problems of any kind on or off campus, please reach out for help. The university offers a variety of confidential services to help you through difficult times, including individual and group counseling, crisis intervention, consultations, online chats, and mental health screenings. These services are provided by staff who welcome all students and embrace a philosophy respectful of clients' cultural and religious backgrounds, and sensitive to differences in race, ability, gender identity and sexual orientation. On campus counseling and psychological services are available on the first floor of the Cloverly Building. Please contact our campus psychologist Dr. Karen Gould, 215-881-7577, ksg17@psu.edu; Jennifer Donovan, MSW, 215-881-7956 or stop by the Wellness Center in 103 Lares any time.

12. **Learning Center Statement**
    o   You should include a statement informing and encouraging students to use the Learning Center in 315 Sutherland. You may want to use the following language:
    o   The Center for Student Achievement (CSA), located in 315 Sutherland Hall, is a resource designed to assist students in achieving success. Free Tutoring and Writing Consultations are available for students through appointments or walk-in format. Scheduling tutoring appointments in advance is strongly encouraged and can be scheduled through https://abington.mywconline.com. Free Online Tutoring is available through NetTutor and can be accessed by visiting The CSA website. The CSA also offers workshops that strengthen students' abilities to study, manage time, solve problems, make decisions, and achieve goals. The Center for Student Achievement is open 8am to 6pm, Monday through Friday.

13. **Reporting Educational Equity Concerns through the Report Bias site**

    Penn State takes great pride to foster a diverse and inclusive environment for students, faculty, and staff. Acts of intolerance, discrimination, or harassment due to age, ancestry, color, disability, gender, gender identity, national origin, race, religious belief, sexual orientation, or veteran status are not tolerated and can be reported through Educational Equity via the Report Bias webpage (http://equity.psu.edu/reportbias/).

14. **Sexual Harassment Policy**

    The university's code of conduct states that all students should act with personal integrity, respect other students' dignity, rights, and property, and help create and maintain an environment in which all can succeed through the fruits of their efforts. Violations of this principle can result in a range of sanctions, from a warning to expulsion. Note that Title IX makes it clear that violence and harassment based on sex and gender is a civil rights offense subject to the same kinds of accountability and the same kinds of support applied to offenses against other protected categories such as race, national origin, etc.

    Sexual harassment of faculty, staff or students is prohibited and will not be tolerated. It is the policy of the University to maintain an academic and work environment free of sexual harassment. Sexual harassment violates the dignity of individuals and impedes the realization of the University's educational mission. The University is committed to preventing and eliminating sexual harassment of

69

PSU-DE PIERO-000993

Penn State Abington - Faculty Handbook

faculty, staff, and students through education and by encouraging faculty, staff, and students to report any concerns or complaints about sexual harassment. Prompt corrective measures will be taken to stop sexual harassment whenever and wherever it occurs. See Policy AD-85 - Discrimination, Harassment, Sexual Harassment and Related Inappropriate Conduct.

Please contact our sexual harassment liaison: Michele Scott, RN, BSN, Campus Nurse, 103 Lares, 215-881-7350, mus959@psu.edu You may also seek out the campus psychologist (Dr. Karen Gould, 215-881-7577, ksg17@psu.edu); or stop by the Wellness Center in 103 Lares any time. You can call PSU's Sexual Assault & Relationship Violence Hotline (800-550-7575) or the Victim Services Center of Montgomery County's 24-hour crisis hotline (888-521-0983).

If this is a Title IX issue, please contact Penn State Abington's Title IX Resource Person for more Information: Gina D'Amato-Kaufman, Director of Student Affairs, 106 Sutherland Building, gxd22@psu.edu, (215) 881-7391

**Course Attendance Frequently Asked Questions**

***Does Penn State have university-wide policies on student absence from courses?*** Yes. The University Faculty Senate Policy is 42-27: Class Attendance. The policy recognizes that on occasion, students may opt to miss a class meeting in order to participate in a regularly scheduled university-approved curricular or extracurricular activity, or due to unavoidable or other legitimate circumstances such as illness, injury, family emergency, or religious observance.

The procedures for Senate Policy 42-27 are implemented as Academic Administrative Policy and Procedure E-11: Class Attendance. E-11 expands on the brief summaries provided here.

***How much notice does a student have to provide for a foreseeable absence?*** Whenever reasonable, a student should submit a class absence form a week in advance.

***Are religious observances considered legitimate reasons to miss class?*** Yes, religious observance can be a legitimate reason for an absence. Academic Administrative Policy and Procedure R-4, Religious Observances, provides further information and a link to an all-inclusive list which provides both major and minor religious holidays, maintained by the Center for Ethics and Religious Affairs.

***If a student is ill, must she or he provide a physician's verification?*** Generally, no. As of fall 2002, University Health Services (UHS) no longer provides verification of illness forms for minor illnesses or injuries. Verification will be provided only for serious illnesses for which UHS clinicians provided services, or when UHS has received such documentation from outside providers.

More information about syllabi can be found at the "Teaching and Learning with Technology" website.

# Smoking

The Pennsylvania State University is committed to a healthful environment for all members of the community at all locations.

Smoking of any material is prohibited in all University buildings, at all locations, including University-

70

PSU-DE PIERO-000994

owned vehicles.

# Teaching Load Policy

**Rationale:** To realize our College's vision of becoming a top tier regional public college, it is essential that faculty members' teaching load assignments reflect the dual goals of equity and professional growth. These goals should be a priority in meeting the University's expectations of quality teaching, research and scholarly or creative production, and service activity. The following is the recommended policy regarding teaching load assignments for full-time faculty during an academic year (i.e., fall and spring semesters).

## A. Standard Teaching Load

1. The teaching load for tenure line (tenured and tenure-track) faculty except in Kinesiology is 18 credit hours or contact hours (depending on current practice at Penn State Abington) per academic year.
2. The teaching load for instructor with continuing appointment except for Kinesiology is 21 credit hours or contact hours (depending on current practice at Penn State Abington) per academic year. Because of the nature of their discipline, Kinesiology instructors with continuing appointments will teach no less than 5 sections of one or one and a half credits each.
3. Teaching loads for Fixed Term I faculty are determined at the time when the contract is signed and will not be less than 4:4 sections or 24 contact hours per year, or other alternative duties, depending on common disciplinary practice at Penn State Abington.

*For multiple sections or courses taught at the same time and in the same room, common credit hours are counted only once.

*For team taught courses, credits will be divided between instructors.

* The Division Head will try to schedule credit hours or contact hours for faculty evenly between the fall and spring semesters. However, in certain disciplines, where this is impractical, the Division Head may schedule tenure-line faculty so that they slightly overload in some semesters in exchange for extra compensation if they so choose or a lighter load in other semesters to fulfill their teaching obligations. At no time will a faculty member "owe" more than one course.

* If a tenured faculty member is granted a sabbatical for a semester, his/her teaching load is reduced by half.

* To avoid last-minute class cancellation and disruption of faculty schedules, the college will give faculty as much warning as possible when classes are under-enrolled and, therefore, likely to be cancelled. In the case that the under-enrolled class must be offered, the faculty member and the Division Head will meet to discuss available options. Faculty and the Division Head should consider curricular needs, the total expected enrollment for the faculty member's assigned courses, and the impact of any change on the faculty member's schedule. When changes are required immediately before the start of the semester, faculty should have an option to meet workload requirements by adjusting a future semester's load if that is his (her) preference.

## B. Overload and Extra Compensation

PSU-DE PIERO-000995

1. A faculty member may teach a maximum of two courses per academic year as overload. The extra compensation for these courses (or parts of courses) is set by the College.
2. A faculty member may teach Honors Option courses, Independent Study courses, supervise Senior Theses, supervise Interns, or other college projects, and get compensated at a rate set by the College. Specific requirements and/or limitations may apply to some of these categories.
3. A faculty member assigned to certain administrative/service jobs will be compensated.

**C. Reduction of Teaching Load**

1. Faculty members who have administrative responsibilities and the Senate Chair will have a reduced teaching load and/or compensation to be determined by the Division Head and Associate Dean and approved by the Chancellor.
2. If a faculty member needs a reduced load for developmental purposes, he/she may apply for a Summer Faculty Fellowship (eliminating the need for summer teaching) or the Career Development Professorship. In exceptional circumstances, individual faculty members may petition the Associate Dean on the FAR Form. A positive recommendation will need final approval by the Chancellor.

**D. Advising**

All faculty members would be assigned advising duties to be determined by the College.

**E. Exceptions**

Any exception to this policy will need to be approved jointly by the Division Head and the Associate Dean for Academic Affairs.

# Testing Center

Located in 223 Sutherland, the Testing Center provides exam proctoring for Abington students with documented disabilities who require either additional time or a quiet place to take their exams. The Testing Center also proctors World Campus exams as well as *select* make-up exams for Abington instructors. Testing Center hours are posted on the website: http://abington.psu.edu/testing-center-2. The phone number for the Testing Center is (215)-881-7576.

# Guidelines for Make-Up Exams and the Use of the Testing Center

1. Faculty should include explicit guidelines for make-up exams in their syllabi. Conditions under which make-up exams may or may not be taken should be specific and detailed. Faculty should discourage students from taking make-up exams. Division Heads can work with faculty to craft appropriate language to express the faculty member's make-up exam policy.
2. To ensure the best possible proctoring of make-up exams, faculty should make every effort to proctor their own make-up exams, during their office hours or at whatever time and in whatever

PSU-DE PIERO-000996

location best suits the needs of the student and the faculty member.

3. If scheduling issues prevent the student and the faculty member from finding a time for the faculty member to proctor the make-up exam, faculty may contact the Testing Center to arrange for the exam to be taken in the Testing Center, Room 223 Sutherland. Cameras in the Center allow the student to be observed; if cases of apparent cheating, a copy of the video will be forwarded to the instructor for whose course the make-up exam is being taken. **Due to the high volume of disability students using the facility and the limited number of seats, the Testing Center may not be able to accommodate your request.**

4. Students may schedule and cancel make-up exams at http://www.abington.psu.edu/testingcenter.

5. If a student misses or cancels a scheduled day and time for a make-up exam **without contacting the Testing Center beforehand and rescheduling** , the exam will be returned to the faculty member.

# Travel Guidelines

The following general guidelines will be used to determine the level of support that faculty members will receive during the academic year.

**Authorization**: Division Heads authorize travel for faculty in their divisions. In cases where Academic Affairs or other funds support travel, the Associate Dean or Chancellor must also authorize the travel. <u>No allocations will be made unless a "Travel Expense Authorization Form" is submitted to the Division Head at</u> <u>least one month prior to travel.</u>

**Eligibility**: Each full-time faculty member is eligible to receive reimbursement according to the following schedule:

- Paper Presentations:
  o Up to $1800 per academic year for **presenting papers in the U.S.**
  o There are two sources of additional funding available for **international paper presentations**:
    - Up to $600 is available from the Division for **presenting papers at out-of-country conferences.**
- Faculty who are seeking travel reimbursement that exceeds the Division allotment outlined above should submit completed travel authorization request forms to their Division Head at least one month prior to travel.  These requests for supplemental travel funds are reviewed during a meeting of the three Division Heads and Associate Dean for Academic Affairs.

  Application:
  Faculty should submit an application including the following:
  1. Travel Authorization Form with required supporting documents.
  2. Explanation of previously approved travel and funding.
  3. Explanation of significance of planned travel to the faculty member's scholarship and professional development (including the standing or reputation of the conference).

  If faculty face unusual circumstances that require travel outside this review calendar, they should consult with their division head.

  o Faculty are also encouraged to inquire about opportunities for travel support through the

73

PSU-DE PIERO-000997

appropriate UP department.

- Up to $700 for travel for **organizational activities**, e.g., chairing a panel. This amount will be calculated as part of the $1800 allowance for the academic year.
- A maximum of $500 for **attending a conference for purposes of professional development** . This amount will also be calculated as part of the $1800 allowance for the academic year.
- Travel to University Park and to other University locations to attend official meetings will be separately budgeted and fully reimbursed.

<u>Authorization Form</u>**:** The following documentation must be attached to the completed authorization form:

- Letter of acceptance for presentations, or notice or invitation for organizational activities, conference attendance, or UP-related travel.
- Printed evidence of registration cost.
- Quotation of airfare cost from UP Travel Office (provided by email), or quotation of rail or bus fare (available from carrier's website), or calculation of mileage.
- Printed quotation of lodging costs, with all taxes included (available from hotel website, conference materials, or email)
- Printed quotation of <u>estimated cost of meals and incidentals</u>
- Printed evidence of all ground transportation costs (airport shuttle, subway, or local bus), where obtainable, from conference materials or airport, hotel, or carrier website.
- Documentation of estimated taxi costs is **not** needed.

**Keep copies of the completed** <u>authorization form</u> **and all documentation** . A copy of the signed authorization form will be given to you and will be needed for purposes of reimbursement.

Fleet vehicles should be used unless it is impractical to do so. Faculty who choose to use a private car when a fleet vehicle is available and it is practical to use it will be reimbursed at the fleet car rate. To use fleet vehicles, submit a Reservation/Authorization to use a University Vehicle form to your Division Head for approval prior to the travel. Contact Police Services at x7422 to reserve a fleet vehicle.

Submit a copy of the signed authorization form, and necessary original receipts to the staff assistant working directly with your Division Head within 30 days of return from travel. **Keep copies of the completed form and all receipts.**  The staff assistant will enter your travel report into the Employee Reimbursement System (ERS) as your designate. Once your information is entered by the staff assistant (ERS generates an e-mail notification to you), you need to go to <u>www.ers.psu.edu</u> to review the information and submit it for approval and payment.

See the University <u>Travel Services website</u> for more information and contact your Division Head if you have any questions.

# Visiting Scholar Position Guidelines

The Penn State Abington Visiting Scholar Position is a pilot program for the purpose of encouraging research collaboration, providing access to research conferences, and supporting the college's faculty in

PSU-DE PIERO-000998

other extended research projects.

Terms of the Position: The position will be offered on a competitive, funds-available basis to visiting scholar members engaged in research for either one semester or a full academic year, or during the summer. The visiting faculty member will have a high visibility on campus and is expected to collaborate on research, teach two courses (or less depending on the extent of the collaboration), and participate in seminar or colloquia activities with other Penn State faculty. At least one Penn State Abington tenure-line faculty must sponsor the visiting scholar and a match between the visiting scholar's research expertise and a Penn State Abington faculty member's expertise is required so that the research collaboration is possible. The visiting scholar will be provided shared office space, library privileges and computer privileges, including electronic mail. Salary for the position is negotiable and will vary depending on the applicant's experience, home institution or grant support and the benefit to Penn State Abington.

The visiting scholar is expected to summarize the research done and submit a report to the Chancellor and the Associate Dean at the end of the research period.

Application Guidelines: The faculty sponsor will submit a letter describing the research collaboration and the intended outcomes as well as any resources and support needed from Penn State Abington. The application must also include the following:

1. The visiting scholar's vita including areas of research and teaching expertise,
   Current and former academic position held,
2. A list of all the applicant's publications and courses taught,
3. Whether or not the application is for a semester or a full academic year or during the summer.

Please note the applicant's availability must coincide with Penn State Abington's academic calendar.

Applications will be reviewed by a committee appointed by the Chancellor and the Associate Dean to make recommendations. The Chancellor and Associate Dean will make the final decision on the appointment.

Application Deadline: Proposals must be submitted to the Office of Academic Affairs by March 14, for a visiting scholar position during the following academic year.

# Weather Emergency

Since our service area is quite large, we experience very different weather patterns from one part of the service area to another. For this reason, each member of the community must exercise good judgment when deciding whether or not to drive to campus if the campus is not closed. Furthermore, each person needs to be aware -- when the campus is closed -- that this closure reflects driving conditions throughout the entire region.

Penn State Abington has an emergency alert messaging system called PSUAlert.  Faculty are **strongly** advised to sign up for text alerts and emergency messages by going to the sign-up page.

 To also assist you during the winter months, the college will place announcements about school

PSU-DE PIERO-000999

closings on three radio stations in the area. KYW (1060--AM) will announce closing and delayed openings throughout the day. Penn State Abington's number on KYW is 323 for day classes and 2323 for evening classes. Station WBCB (1490--AM) and station WNPV (1440--AM) will also carry announcements of closings. These stations will mention the college by name. In addition, you can call 215-881-SNOW or 215-881-7669 for a campus-recorded message or watch NBC 10 TV School Closing Alert. Information on the status of the campus can also be obtained on the Abington website.

Faculty and staff need to be familiar with University Policy on Weather-Related Delays and Closures and, of course, be understanding of individual circumstances for students or colleagues.

If the need arises during the semester to open **2 hours late**, classes will start at **10:00 AM following the normal class schedule. (In other words, classes starting and ending before 10:00 AM are cancelled for the day. Classes that start before 10:00 AM but end after 10:00 AM will start at 10:00 AM and end at the regular time, i.e., 9:30 AM-10:45 AM class would start at 10:00 AM and end at 10:45 AM. This policy will be temporarily modified if excessive 2 -hour delays occur in any given semester.)**

If conditions in your area are significantly worse than they are near the campus, you will need to exercise your own judgment and put your personal safety first.

# Withdrawal

A student who is unable to complete the semester may choose to withdraw from the University. The withdrawal action may occur at any time up to and including the last day of classes. Withdrawal will delay normal degree progress, may affect academic programming, and may have financial aid implications. A student considering this action should first consult with an academic adviser.

A student completes the withdrawal action by using LionPath or by submitting an official withdrawal form to the Registration Office. The withdrawal action drops all courses (current semester and future semesters) offered through resident instruction or continuing education.

PSU-DE PIERO-001000

# *Penn State Abington Faculty Handbook*

## 2021-2022



PENN STATE ABINGTON

1600 Woodland Rd., Abington PA 19001

PSU-DE PIERO-001001

Penn State Abington - Faculty Handbook 10/13/2021

# Table of Contents

*Penn State Abington Faculty Handbook*

## Table of Contents

*History of Penn State Abington* ........................................................................................................ 6

*Academic Administration* ............................................................................................................... 7

*Abington College Undergraduate Research Activities (ACURA)* ..................................................... 8

    Undergraduate Research Conference Travel ................................................................................. 8

*Academic Integrity* ........................................................................................................................ 9

*Academic Ranks* ........................................................................................................................... 10

*Advising - Faculty* ........................................................................................................................ 11

*Advising - Professional* ................................................................................................................ 11

*Affirmative Action Policy* ............................................................................................................ 12

*Book Orders* ................................................................................................................................. 12

*Center for Student Achievement* .................................................................................................. 12

*Class Attendance and Absence of Students* ................................................................................. 12

    Excused Absence for Athletic Competition ................................................................................. 14

*Class Cancellation by Faculty* ...................................................................................................... 14

    Change in Class Meeting Time ..................................................................................................... 14

*Class Lists* .................................................................................................................................... 14

*Class Schedule Creation Guidelines* ............................................................................................ 14

*Computer Labs* ............................................................................................................................. 15

*Conflict of Interest* ...................................................................................................................... 15

*Counseling and Psychological Services (CAPS)* ........................................................................... 16

*Course Prerequisites* .................................................................................................................... 16

*Course Release/Compensation Policy for Large Classes* .............................................................. 16

*Deferred Grades* .......................................................................................................................... 17

*Disability Services* ....................................................................................................................... 17

*Drop/Add, Late Drop* ................................................................................................................... 18

*Faculty Appointments* .................................................................................................................. 18

*Faculty Annual Review* ................................................................................................................. 19

*Faculty Activity Reports - Implementation and Procedures* ........................................................ 19

PSU-DE PIERO-001002

AC-40 Review ................................................................................................................ 20

Implementation and Procedures for AC-40 ................................................................... 20

*Faculty Consulting and Outside Business Activities* ........................................................ 21

*Faculty Review Committee* .............................................................................................. 22

*Final Examination Policy* ................................................................................................. 22

*First Year Engagement* .................................................................................................... 23

*Food* ................................................................................................................................ 23

*General Education, Writing Across the Curriculum, United States Cultures (US) and International Cultures (IL)* ................................................................................................................... 24

*General Examination Policy* ............................................................................................. 24

Make-up Tests .............................................................................................................. 25

Guidelines for Make-Up Exams and the Use of the Testing Center ............................... 25

*Grade Correction* ............................................................................................................ 26

*Grade Mediation and Adjudication* ................................................................................ 26

*Grade Submission* ........................................................................................................... 26

*Grading System* ............................................................................................................... 27

No Grade ....................................................................................................................... 27

Guidelines for Collecting and Distributing Student Work ............................................. 27

*Honors Program* ............................................................................................................. 28

The Schreyer Honors College ........................................................................................ 28

*Hybrid & Online Course Policy* ........................................................................................ 29

*Hybrid & Online Course Policy (Effective Spring 2022)* .................................................. 31

*Independent Study* .......................................................................................................... 33

*Internal Funds* ................................................................................................................. 33

Career Development Professorship ............................................................................... 34

Faculty Development Grants (FDG) ............................................................................... 35

Summer Faculty Fellowships (SFF) ................................................................................ 36

Summer Grants Fellowships (SGF) ................................................................................ 37

Outstanding Research Fellowship ................................................................................. 38

Faculty Teaching Innovation Fellowship ....................................................................... 38

Paul Hutta Endowment for Teaching Innovation .......................................................... 39

*Labs* ................................................................................................................................ 40

*Learning Center (See Center for Student Achievement)* ................................................. 40

PSU-DE PIERO-001003

*Letters of Recommendation from Faculty* ............................................................................................. *41*

*Library* ................................................................................................................................................... *41*

*Mail, Telephone, Supplies, and Recycling* ............................................................................................ *42*

*New Employees* ..................................................................................................................................... *42*

*New Program Procedure* ....................................................................................................................... *43*

*Non-Discrimination Policy* ..................................................................................................................... *44*

*Office Hours* ........................................................................................................................................... *44*

*Online Student Early Progress Report (EPR)* ......................................................................................... *45*

*Overload Policy* ...................................................................................................................................... *45*

*Parking, Key Requests, Identification Cards* ......................................................................................... *46*

*Photocopying (The Copy Center)* .......................................................................................................... *46*

*Professional Organization Membership* ............................................................................................... *46*

*Program Chairs* ...................................................................................................................................... *47*

*Promotion and Tenure* .......................................................................................................................... *47*

*Abington College Promotion and Tenure Policy* ................................................................................... *48*

    Purpose ............................................................................................................................................. 48

    Introduction ...................................................................................................................................... 48

    Levels of Review ................................................................................................................................ 48

    Review Committees .......................................................................................................................... 49

    Criteria for Promotion and Tenure .................................................................................................. 50

    Elaboration of the Three Basic Criteria for Promotion and Tenure ................................................. 50

    Promotion and Tenure Review Timetable for 2021-22 .................................................................... 52

*Guidelines for Fixed-Term Promotion* .................................................................................................. *60*

    Teaching Line Reviews Promotion Review Timetable for 2021-2022 ............................................... 65

*Registration* ........................................................................................................................................... *65*

*Reimbursement Policy* .......................................................................................................................... *66*

*Resignation of Faculty Members* .......................................................................................................... *66*

*Retirement of Faculty Members* ........................................................................................................... *67*

*Sabbatical Leaves* .................................................................................................................................. *67*

*Scholarly Activity and Faculty Development* ......................................................................................... *68*

    External Grants ................................................................................................................................. 68

    Course Release Policy for Tenure-Line Faculty Engaged in Externally Funded Projects ................... 68

PSU-DE PIERO-001004

*Sexual Harassment Policy* ........................................................................................................ *69*

*Student Ratings of Teaching Effectiveness (SRTEs)* .......................................................... *69*

　Supplemental Methods of Evaluating Teaching Effectiveness ........................... .................................... 70

*Students' Records and Confidentiality* .................................................................................. *70*

*Summer Session Teaching Appointment Guidelines* ........................................................ *71*

　Compensation Guidelines for Teaching Summer Courses............................ .................................... .......... 71

*Syllabus* ........................................................................................................................................ *72*

*Smoking* ...................................................................................................................................... *77*

*Teaching Load Policy* ............................................................................................................... *78*

*Testing Center* ........................................................................................................................... *79*

*Travel Guidelines* ..................................................................................................................... *79*

*Visiting Scholar Position Guidelines* ................................................................................... *81*

*Weather Emergency* ................................................................................................................. *82*

*Withdrawal* ................................................................................................................................ *82*

PSU-DE PIERO-001005

# History of Penn State Abington

The Abington College of the Pennsylvania State University was formerly the site of The Ogontz School and Junior College. Chartered in 1850 as the Chestnut Street Female Seminary, the girls' school moved to Jay Cooke's estate, "Ogontz," in Elkins Park in 1883 and became The Ogontz School for Young Ladies. Continued growth eventually resulted in a search for new quarters, and in 1917 the Ogontz School moved to the estate along Woodland Road in the Rydal area of Abington Township Montgomery County.

In 1950, when the historic girls' school had concluded its 100th academic year, the grounds, original buildings and library were given to The Pennsylvania State University by the late Abby A. Sutherland, owner and principal.

The new Ogontz Center of Penn State opened in September 1950 with 225 students. An equal number of students continued at the previously established Swarthmore Center, which was discontinued in 1951. In order to better reflect its position in the community, Penn State Ogontz was renamed Penn State Abington-Ogontz in 1995.

Beginning July 1, 1997, upon completion of its 46th academic year, the Abington-Ogontz Campus became Penn State's Abington College. As a degree-granting college, it continues its commitment to the land-grant concept of providing practical and liberal education in response to the needs of the citizens of the Commonwealth.

The first new construction undertaken at Abington was Lares Building, dedicated in the fall of 1967. The Lares student center took the name of Abby Sutherland's former home. "Lares" were ancient Roman household gods, ancestral spirits who guarded the households of their descendants, and the symbolism is a continuing reminder of the campus heritage. The Woodland Building, a library-laboratory-classroom building, was completed in 1973. The Physical Education Building was occupied in January 1974. In 2001, renovations and a major addition to Lares Student Union Building were completed.

Penn State Abington currently enrolls approximately 4,000 students, principally from Philadelphia, Montgomery and Bucks Counties, who are served by about 160 full-time faculty members. Both baccalaureate and associate degree programs can be completed at Abington College. Penn State Abington currently offers 21 baccalaureate degrees in the disciplines of Accounting, American Studies, Art, Biology, Business, Computer Science, Corporate Communication, Criminal Justice, Elementary and Early Childhood Education, English, Engineering, Finance, History, Information Sciences and Technology, Integrative Arts, Letters Arts and Sciences, Master of Business Administration, Nursing (RN to BS), Project and Supply Chain Management, Psychological and Social Sciences, Rehabilitation and Human Services, and Science. In addition, it offers Associate degrees in Business and Letters, Arts, and Sciences. Abington students may also complete the first two years of over 160 Penn State degrees.

Penn State Abington has developed graduate partnerships with Thomas Jefferson University, Jefferson College of Health Professions, and Philadelphia College of Osteopathic Medicine to enable students to complete their bachelor, master, and doctoral degrees without leaving the Philadelphia area.

PSU-DE PIERO-001006

# Academic Administration

The Chancellor, Dr. Margo DelliCarpini ( med6086@psu.edu ), heads Penn State Abington and is responsible for its overall administration, including outreach, fundraising, as well as interaction locally and within the university. The Chancellor also fulfills the dean's functions for the Abington College and serves as the budget executive for Penn State Abington.

The Associate Dean for Academic Affairs, Dr. Andrew August (axa24@psu.edu ), reports directly to the Chancellor and serves in his absence as the chief executive officer of the college. She works closely with the Chancellor and senior leadership in planning and fiscal management and provides leadership to the college's academic divisions, instructional support, all academic advising, learning support, first-year initiatives, undergraduate research, academic internships, international programs, and honors programs. The Associate Dean represents the Chancellor as the chief academic officer of the college.

The Director of Institutional Effectiveness and Faculty Development, Dr. Karen Weekes (kew16@psu.edu), reports to the Chancellor. While continuing in the classroom, she serves as a resource for P&T-related policy questions and manages the faculty mentoring program. She also manages learning outcomes assessment, oversees academic program reviews, and supports strategic planning.

Faculty members are organized in three divisions as follows:

**Division of Arts and Humanities:** The Division of Arts and Humanities is headed by Division Head, Dr. Friederike Baer (fbb10@psu.edu ),   and includes Bachelor degrees in American Studies, Art, Corporation Communication, English, History, Integrative Arts, and Letters, Arts and Science. It also includes an Associate Degree in Letters, Arts and Sciences. The division offers courses in African/African American Studies, American Studies, Art and Integrative Arts, Communication Arts and Sciences, Corporate Communication, English, Foreign Languages, History, Letters, Arts, and Sciences, Philosophy, Religion, Theater and Women Studies. The staff assistant working with The Division Head of Arts and Humanities is Judy Reale jar43@psu.edu,  119 Sutherland, extension 7321.

**Division of Science and Engineering:** The Science and Engineering Division is headed by Interim Division Head, Dr. Matthew Fury, maf44@psu.edu and includes Bachelor degrees in Biology (with a Vertebrate Physiology Option and a Genetics and Developmental Biology option), Information Sciences and Technology and General Science (with a General Option and a Life Sciences Option). The division offers courses in Astronomy, Biology, Chemistry, Computer Science, Engineering, Information Science and Technology, Geosciences, Mathematics, Physics and Statistics.
The staff assistant working with the Division Head for Science and Engineering is Sue Hopper, smh29@psu.edu, 216 Woodland, extension 7570.

**Division of Social Sciences:** The Social Sciences Division is headed by Dr. Fran Sessa, fms11@psu.edu, and includes Bachelor degrees in Accounting, Business Administration (with options in Accounting, Financial Services, Health Services, Individualized Business, and Marketing and Management), Criminal Justice, Psychological and Social Sciences, Secondary Education, and Organizational Leadership. The division offers courses in Accounting, Administration of Justice, Anthropology, Business, Education, Kinesiology, Management Information Systems, Marketing, Nutrition, Health and Human Development, Psychology, Rehabilitation and Human Services, Sociology and Political Science. The staff assistant

PSU-DE PIERO-001007

working with the Social Sciences Division Head is Janet Mignogno jem27@psu.edu, 119 Sutherland, extension 7335.

# Abington College Undergraduate Research Activities (ACURA)

ACURA is a program that provides hands-on research experience for motivated Penn State Abington students in all disciplines working under the mentorship of our research faculty.

The program begins in the fall semester of each academic year. The standard format involves a period of familiarization, which includes assigned background readings, instruction in specialized lab techniques, and attendance at regularly scheduled meetings. From time to time, the student may be asked to write short reports on what he/she has observed or to make presentations to a group. During the spring semester, the work progresses, building towards a poster fair. All ACURA students are required to take part in this poster fair and students who prepare the best posters may be asked to present their findings in a lecture format at the Fall Colloquium.

Providing that they spend at least three hours a week on their ACURA project and fulfill other requirements agreed to by the student and the faculty sponsor, ACURA students receive one academic credit in the fall semester and two credits in the spring.

The ACURA mentors are comprised of full-time Penn State Abington faculty (standing and Fixed-Term I) who are expected to meet regularly with their students to guide them in their work.

ACURA offers funding for research expenses ($500.00 for the first project and $250.00 for each additional student; requests for additional expenses will also be considered).

Please direct any questions about ACURA to the coordinator of the program, Ann Schmiedekamp, who can be contacted at ams@psu.edu.

## Undergraduate Research Conference Travel

Penn State Abington undergraduates who are presenting the results of their research at professional conferences may request financial support to defray the costs of attendance at the conference. If the request is approved, the Academic Affairs Office, the Office of Undergraduate Education (OUE), and the sponsoring academic division will each share 1/3 of the costs. If the student is enrolled in the Schreyer Honors College (SHC), the distribution will be 1/4 College, 1/4 (OUE), 1/4 (division), and 1/4 (SHC). The contribution from each one of these offices is capped at $300 per student.

An Undergraduate Research Travel Request Form, together with a letter of support from the faculty mentor and any other supporting documentation, should be submitted to Ann Schmiedekamp's office in Woodland or by email to ams@psu.edu at least thirty days before the travel date.

PSU-DE PIERO-001008

# Academic Integrity

Penn State's Academic Integrity policies and procedures can be found at Senate Policy 49-20 and Academic Administrative Policies and Procedures Manual G-9.

The Abington College Academic Integrity Committee meets whenever:

- There is a formal accusation of academic dishonesty or a sanction imposed by an instructor that is contested by the student; or
- The student in any other way fails to accept responsibility for an academic integrity violation; or
- The student has a history of two or more previous academic integrity violations, or the faculty member recommends an Office of Judicial Affairs consideration of disciplinary sanctions.

If contesting an allegation or sanction, where the student does not have two or more previous academic integrity violations and the faculty member does not recommend formal disciplinary sanction, the student may request either that a paper review of the case be made by the committee or that a full hearing take place. This holds regardless of violation category or sanction.

In the case that the student requests a paper review, the student then waives a face-to-face meeting with the committee and the instructor who is recommending the sanction. The student thus presents evidence in writing to contest the fact that a violation has occurred, or the specific sanction proposed by the instructor. The Committee then convenes to weigh the evidence for and against the alleged violation and/or sanction. After timely deliberation, the Committee renders its judgment and notifies all parties of the decision. Both the student accused and the instructor bringing a case against the student will be given a written explanation of the Committee's verdict.

In the case that the student requests a full hearing, the Committee will convene to hear testimony, question witnesses (if any) and accept evidence. After timely deliberation, the Committee renders its judgment and notifies all parties of the decision in writing.

Whether a paper review or a full hearing, the Committee chairperson, in consultation with other members of the Committee, rules on admissibility of evidence, relevance of testimony, and acceptability of witnesses. He or she directs the process, rules on procedures and votes on ties.

The student has the right:
- To be informed in a reasonable time to prepare
- To waive reasonable time & proceed as permitted
- To prior review of available evidence & documentation
- To be absent from the hearing
- To provide testimony as a defense
- To question accusers & witnesses present
- To a written report stating rationales for the findings & sanctions

The Committee is to be guided by a burden of proof standard that involves guilt by "clear and convincing evidence," not as in criminal legal proceedings, "beyond a reasonable doubt." In other words, the Committee's judgment is to be rendered in accordance with the question, would it be reasonable to draw a supported and clear conclusion based on the existing relevant and admissible evidence that a code of conduct violation has occurred?

Committee judgments regarding the nature and severity of sanctions, where contested by the student,

PSU-DE PIERO-001009

will be based upon both precedent and reasonableness.

Imposition of the "XF" grade reflects the fact that a student has failed a course due to an egregious violation of academic integrity standards and/or has demonstrated a pattern of academic integrity violations. It is a formal university disciplinary action that remains on the student's official record until such a time as the student fulfills certain conditions, to be determined in advance, for its erasure. It cannot be imposed unilaterally by an instructor. Rather, it is an action taken by the Office of Judicial Affairs as a result of an instructor's recommendation and the concurrence of the College Dean and JA.

Removal of the "XF" Grade. An "XF" grade will be removed only after remaining on the student's record for at least two years subsequent to the semester in which the violation occurs and after the student has performed such service to the Abington College Community as deemed appropriate by the Committee. Additional conditions upon removal of the "XF" shall be determined by the committee as appropriate.

The Abington College Academic Integrity Committee consists of eight members serving a two-year term:

•        Dr. Eric Ingersoll, Associate Professor of Biology, Chair
•        Faculty member TBA
•        Deborah Wright, Business Faculty
•        Timothy Smalarz, Registrar
•        Dr. Andrew August, Associate Dean
•        Keisha Johnson, Conduct Standards Coordinator

 Student Representative (Student Government President or student chosen in consultation with
 the Student Government Association)

Please direct questions about academic integrity to the Chair of the Academic Integrity Committee, Dr. Eric Ingersoll, who can be contacted at epi1@psu.edu .  Completed Academic Integrity forms can be sent to Eva Klein ebz1@psu.edu, 119 Sutherland 215-881-7387.


# Academic Ranks

New tenure-line faculty members are commonly appointed at the rank of assistant professor. The assistant professor should possess a terminal degree or its equivalent in organized research or professional practice; must have demonstrated ability as a teacher or research worker; and must have shown definite evidence of growth in scholarly, artistic, or professional achievement.

The next rank is associate professor. The associate professor should possess the same qualifications as the assistant professor, but also must give evidence of an established reputation in scholarly, artistic, or professional achievement.

The highest rank is professor. The professor should possess the same qualifications as the associate professor but must also provide evidence of a substantial record of advanced research and/or creative work, and of leadership in their field of specialization. This rank should be reserved for persons of proven stature in teaching and/or research.

Ranks for Faculty in the University Libraries are defined in internal University Libraries policies UL-ACG07 Promotion and Tenure Criteria (for tenure-line ranks) and UL-ACG16 Promotion of Full Time, Non-

PSU-DE PIERO-001010

Tenure Track Faculty (for fixed-term ranks).

More information about ranks for non-tenure-line faculty can be found at Policy AC-21 - Definition of Academic Ranks, for a detailed description.

# Advising - Faculty

Along with teaching, research, scholarship, and service, academic advising is an important duty assigned to all full-time faculty members. Academic advisers serve as consultants to assist students with decisions regarding plans and progress toward achieving academic goals. As defined in Policy 32-30, the faculty adviser should be prepared to carry out the following functions:

- Information Giving: Advice and consultation about registration, course offerings, areas of faculty interest and expertise, educational opportunities, degree programs, policies and regulations, and administrative procedures.
- Short-Range Program Planning: Advice and consultation on semester program planning, selection of specific courses, adjustments in course loads, and advance registration.
- Long-Range Planning: Advice and consultation about educational and occupational objectives suited to the student's demonstrated abilities and interests, identification of the relationships among courses, programs, and occupations, and assistance to the student to evaluate appropriateness of educational and occupational objectives regularly.
- Conveying the Purposes of the University: Advice and consultation regarding the meaning of higher education, the aims of disciplinary and interdisciplinary study, the reasons for academic requirements, the expected standards of achievement, and the spirit and satisfaction of scholarly work.
- Student Referral: Referral to specialized campus services for advice and consultation.
- LionPath: provides Penn State advisers with access to student information in support of advising related activities. Advisers can find LionPath at the following web site: https://www.lionpath.psu.edu .
- Starfish:  Faculty advisers are required to type up advising notes in Starfish
  These notes are necessary when others meet with a student as they allow the sharing of information about your advising meeting.  http://sites.psu.edu/starfishinfo/
- The ultimate responsibility for completion of degree requirements belongs to the student (see the Senate Advising Policy 32-10).
  **Here are links to two resources for faculty:**
  Adviser Checklist
  Advising Syllabus

# Advising - Professional

In addition to faculty advising, professional advising is available to first- and second-year students. Professional advisers in the Advising Center are prepared to provide educational and vocational information, to explain opportunities and procedures, and to assist with program planning. All students, especially new students, are urged to take advantage of these services. The Advising Center serves students in pre-major status and those in the Division of Undergraduate Studies. Once students declare

PSU-DE PIERO-001011

their major, they will be assigned to a faculty adviser in their area of study. The Advising Center is located in 224 Sutherland (Ext. 7328) and advisers are available via appointment. The Advising Center also offers peer advising with current information on this service, including hours, posted on the Abington Advising web page.

# Affirmative Action Policy

The University is committed to the concept of affirmative action to accelerate the achievement of equal opportunity for members of underrepresented ethnic minority groups, women, persons with disabilities/handicaps, and war veterans at all levels, and to ensure equal opportunity in all aspects of employment. See HR-1 - Fair Employment Practices, and HR-11 - Affirmative Action in Employment at The Pennsylvania State University.

# Book Orders

Faculty are responsible for placing book orders through the college bookstore in the Lares Building as well as for acquiring desk and examination copies of books directly from publishers. Book orders are due at least two months prior to the beginning of the semester to avoid any complications with publishers. Receiving book orders early also helps students obtain used textbooks along with their gaining the most cash back at the end of the semester. If the faculty member fails to meet the order deadline, neither the bookstore nor the campus can be responsible for late book shipments.

**Except in extraordinary circumstances, the Office of Academic Affairs will not assume the cost of texts for faculty use.**

# Center for Student Achievement

Located in 315 Sutherland, The Center for Student Achievement (CSA) is a space for students to strive for growth and success. Through tutoring, writing consultations, and workshops, students can strengthen their abilities to achieve. The Center offers one-on-one and small group tutoring sessions in areas such as Mathematics, Writing, Sciences, Engineering, Statistics, Business, Spanish, and Study Skills. The CSA also provides workshops that strengthen students' ability to succeed by fine-tuning their metacognitive skills, such as studying, reading comprehension, note-taking, and writing, as well as life skills, such as goal setting, time management, and decision-making.

# Class Attendance and Absence of Students

As stated in Policies and Rules for Students (Policy 42-27), "The fact that classes are scheduled is evidence that the faculty believes class instruction is important." It is implicit, therefore, that regular class attendance benefits students. Accordingly, it is the policy of the University that class attendance by students be encouraged and that all instructors organize and conduct their courses with this policy in mind. A student should attend every class for which the student is scheduled and should be held responsible for all work covered in the courses taken. In each case, the instructor should decide when

PSU-DE PIERO-001012

the class absence constitutes a danger to the student's scholastic attainment and should make this fact known to the student at once. A student whose irregular attendance causes him or her, in the judgment of the instructor, to become deficient scholastically, may run the risk of receiving a failing grade or receiving a lower grade than the student might have secured had the student been in regular attendance.

Instructors should provide, within reason, opportunity to make up work for students who miss class for regularly scheduled, University-approved curricular, and extracurricular activities (such as Martin Luther King Day of Service, field trips, debate trips, choir trips, and athletic contests).

Instructors also should provide, within reason, opportunity to make up work for students who miss classes for other legitimate but unavoidable reasons. Legitimate, unavoidable reasons are those such as illness, injury, family emergency, or religious observance. If an evaluative event will be missed due to an unavoidable absence, the student should contact the instructor as soon as the unavoidable absence is known to discuss ways to make up the work. An instructor might not consider an unavoidable absence legitimate if the student does not contact the instructor before the evaluative event. Students will be held responsible for using only legitimate, unavoidable reasons for requesting a make-up in the event of a missed class or evaluative event.

The procedures for Senate Policy 42-27 are implemented as Academic Administrative Policy and Procedure E-11: Class Attendance. E-11 expands on the brief summaries provided here.

**How much notice does a student have to provide for a foreseeable absence**? Whenever reasonable, a student should submit a class absence form a week in advance.

**Are religious observances considered legitimate reasons to miss class?** Yes, religious observance can be a legitimate reason for an absence. Academic Administrative Policy and Procedure R-4, Religious Observances, provides further information and a link to an inclusive calendar of religious holidays, maintained by the Center for Spiritual and Ethical Development.

**If a student is ill, must she or he provide a physician's verification?** Generally, no. University Health Services (UHS) does not provide verification of illness for minor illnesses or injuries. Verification will be provided only for serious illnesses for which UHS clinicians provided services and recommended that the student misses 5 or more days of classes, or when UHS or other offices in Student Affairs, such as the Student Care & Advocacy Office, has received supporting documentation from outside providers.

**What if a student misses a quiz, test, or homework assignment as a result of a legitimate absence?** Students should be provided with a reasonable opportunity to make up missed work. The University does recognize that this increases the burden on faculty. However, simply re-weighting other assessments used to determine the course grade or similar approaches is not consistent with giving an opportunity to make up the work. A student who has had an unavoidable absence should have the full range of learning opportunities, including tests and quizzes, enjoyed by her or his peers.

**What if the instructor believes that a student's continued absences are causing harm to his or her academic achievement?** If an instructor believes a requested absence for regularly scheduled events will harm a student scholastically, the instructor should make this fact known to the student. If a student feels they have been unfairly denied a make-up opportunity, the student may appeal this decision to the head of the department in which the course is offered.

13

PSU-DE PIERO-001013

Penn State Abington - Faculty Handbook 10/13/2021

**Excused Absence for Athletic Competition**

Policy #67-00 applies to varsity athletes, and states that "a student athlete who represents the University in an athletic contest shall be excused from classes and provided with an official excuse form." This form (available in the Athletics Building) should be presented to the faculty member at least one week prior to the competition, and the student is responsible for all material and assignments for the missed class. There will be a separate card for every contest. Practices are not excusable absences.

# Class Cancellation by Faculty

It is a faculty member's responsibility to meet all classes as scheduled and to arrive on time for all classes. If a faculty member knows in advance that he or she will be unable to attend a scheduled class or if a sudden emergency prevents the faculty member from getting to class, he/she should notify the Office of Academic Affairs and, if possible, arrange for an alternate means of instruction (e.g., a lecture by another qualified instructor, a videotape or film, etc.). When alternative instruction is not feasible, the class should be rescheduled. Simply informing students by email or via Angel that a class is cancelled is not permitted; the Academic Affairs Office or the divisional support staff and Division Head should be contacted.

Faculty members may NOT independently cancel classes, nor may they terminate a class before the scheduled end of the semester. Cancellations incorporated into syllabi must also be reported to the Academic Affairs Office and Division Head prior to the cancellation date.

## Change in Class Meeting Time

No instructor has the right to change the regular scheduled meeting day and time for a class or to allow students to attend other sections of the same course without the consent of the dean of the college or the campus executive officer in which the course is taught, except when a student is directed to change from one section of a course to another section of the course by the instructor's department head. (Senate Policy 34-83)

# Class Lists

Class lists can be obtained at http://www.lionpath.psu.edu/. You may also obtain your class list by logging into Canvas using your Penn State Access Account user ID and password. You may also receive your class lists by going to the Scheduling Office in 121 Sutherland. It is recommended that faculty obtain an updated class list after the add/drop period and after the late drop period ends.

# Class Schedule Creation Guidelines

In scheduling classes, we first seek to meet the needs of the students and then to accommodate the scheduling needs of faculty. The schedule planning process takes place as early as twelve months prior to the beginning of a semester.

PSU-DE PIERO-001014

Division Heads will request input from the faculty about their teaching schedule. The Division Heads will send a schedule of classes to the Registrar following the scheduling timeline deadlines. This schedule will include classes for the semester, instructors for the classes, time of the classes, and class limits. Classrooms are assigned by the Registrar's Office. The Registrar will try, as space constraints permit, to accommodate the specialized needs of faculty to teach in certain classrooms but the first concern is to maximize the use of classrooms for the benefit of students. Faculty can make room requests to their Division Head. The Division Head considers faculty requests and make recommendations to the Registration office. Once classrooms are assigned, instructors should not request a room change unless the room is obviously inadequate for the needs of the class.

**Student Scheduling Exceptions**

Division Heads may sign students into closed or controlled courses prior to the first day of class ensuring equal enrollments in all sections. Instructors may sign students into closed sections once the semester begins. To admit a student to a closed section, the Division Head or Instructor must sign the "Registration Drop/Add Form" on the line for "Course Instructor Approval". Please note that since many classes are full to room capacity, instructors should check to make sure the additional student does not exceed the room's capacity. While every effort will be made to accommodate students that faculty sign into a class, students cannot be admitted to a section full to room capacity, even with instructor or Division Head approval. Students with holds on their records or incomplete registration activity are not able to make scheduling changes and therefore cannot be signed into closed classes.

# Computer Labs

Computer Labs are located in the Lares, Sutherland, Rydal, and Woodland Buildings. The Student Help Desk is located in 335 Woodland. Students are encouraged visit the Help Desk to activate their Penn State Access Accounts, ask questions about computing at Penn State Abington, and learn how to connect to the campus wireless network. Faculty and students should call x7675 for scheduled hours and information about available hardware and software

# Conflict of Interest

Faculty and staff members of the University shall exercise the utmost good faith in all transactions touching upon their duties to the University and its property. In their dealings with and on behalf of the University, they shall be held to a strict rule of honest and fair dealings between themselves and the University. They shall not use their positions, nor knowledge gained therefrom, in such a way that a conflict of interest might arise between the interest of the University and that of the individual. Faculty members shall disclose to the Associate Dean any potential conflict of interest of which they are aware before a contract or transaction is consummated.

University tangible assets, equipment, supplies, and services may not be used by employees for personal gain, or for purposes outside the scope of their employment. The first responsibility for adherence to this policy lies with the faculty or staff member(s) directly involved. If there is reason to believe that this policy is not being adhered to, the matter should be reported to the faculty or staff member's administrative head for investigation and resolution. If the matter cannot be resolved at that level, it

15

PSU-DE PIERO-001015

should be referred to the next higher administrative level for resolution.

Faculty should be aware of and comply with the University Policies RA05, "Significant Financial Interest Disclosure for Sponsored Projects Investigators", RA12 "Technology Transfer and Entrepreneurial Activity", and HR91 "Conflict of Interest."

# Counseling and Psychological Services (CAPS)

Many students face personal challenges or have psychological needs that may interfere with their academic progress, social development, and/or emotional well-being. The university offers a variety of confidential services to help you through difficult times, including individual and group counseling, crisis intervention, consultations, and mental health screenings. These services are provided by clinicians who welcome all students and embrace a philosophy respectful of diversity and inclusion. You can contact the CAPS directly at abingtoncaps@psu.edu which is the main contact email, or feel free to visit the CAPS website abington.psu.edu/CAPS to learn more about their services and therapists.

# Course Prerequisites

With the LionPath registration system, many students are registering for courses for which they lack the appropriate prerequisites. Currently, the prerequisites for only Math (only up to 141) and IST are checked by LionPath. Faculty are encouraged to announce prerequisite information, if any, in their classes and/or to place such information on the course syllabus.

The course instructor has the right to limit the students in the course to those who have the stated prerequisites. If this limitation is exercised, it must occur before the end of the course add period (Policy 34-60).

# Course Release/Compensation Policy for Large Classes

Effective Fall 2018, faculty teaching large classes will receive compensation based on the following criteria calculated at the end of the add/drop period:

- o For class sizes between 51-99 students, faculty will receive $20 per credit per student up to a max of $1000 per credit. For example, if a 3-credit course has 60 students, the faculty member would receive additional compensation of $600.
- o Faculty teaching courses with enrollments above 100 will receive $1000 per credit.
- o Part-time faculty will be compensated during the semester in which they are teaching the large class.

By default, these compensation rates will accumulate as credits toward a course release. Once full-time faculty accumulate the equivalent of $3000 compensation, a three-credit course release is available to

PSU-DE PIERO-001016

them and must be used within one year.  Faculty must notify their Division Head at the time schedules are being created for the semester in which they wish to use the course release.

If a full-time faculty member teaching a large class wishes to be paid for their courses in lieu of a course release, they need to inform the Director of Academic Services (Eva Klein) during the semester in which they are teaching the large class.  You cannot be paid later for a past semester.

# Deferred Grades

If a student is prevented from completing a course within the prescribed amount of time, it is possible to have the grade for that course deferred and be completed at a later date (policy 48-40).

Approval for a deferred grade (DF) must be given by the instructor of the course. The instructor assigns the student a deferred grade on LionPath.

The period during which a grade may be deferred shall not extend beyond ten weeks following the grade reporting deadline. A deferred grade that is not changed to a quality grade by the instructor before the end of this period automatically becomes an F. A deferred grade that is automatically converted to an F can later be corrected in accordance with Senate Policy 48-30.
Students with DF on their transcripts will not be allowed to graduate.

# Disability Services

At every Penn State location, there is an office designated to provide services for students with **documented disabilities**. Each designated office requests and maintains disability related documents; certifies eligibility for services; determines academic adjustments, auxiliary aids, and/or services; and develops plans for the provision of academic adjustments, auxiliary aids, and/or services as mandated under Title II of the Americans with Disabilities Act (ADA) of 1990 and Section 504 of the Rehabilitation Act of 1973.

At Penn State Abington, services for students with documented disabilities are provided through the Coordinator of Disability Services, Tiffany Ostrowski abingtonsdr@psu.edu  located in 223 Sutherland (215) 881-7962.

Here is the language you should use for your syllabus regarding disability accommodations:
*Penn State welcomes students with disabilities into the University's educational programs. Every Penn State campus has an office for students with disabilities. Tiffany Ostrowski is the Disability Coordinator at the Abington Campus. Her contact information is abingtonsdr@psu.edu, 215-881-7962.  Her office is located in 223 Sutherland.*

*In order to receive consideration for reasonable accommodations, you must contact the appropriate disability services office at the campus where you are officially enrolled, participate in an intake interview, and provide documentation:  http://equity.psu.edu/sdr/guidelines.  If the documentation supports your request for reasonable accommodations, Tiffany Ostrowski will provide you with an accommodation letter. Please share this letter with your instructors and*

17

PSU-DE PIERO-001017

*discuss the accommodations with them as early in your courses as possible. You must follow this process for every semester that you request accommodations.*

# Drop/Add, Late Drop

A student may add a course to his or her schedule during the course's Add Period. This period begins on the first day of classes for the semester and ends one (1) calendar day after the end of the Drop period (Policy 34-87 and Policy 34-89). In other words, the Add period continues from midnight to 8 a.m. after the end of the Drop period. A course may not be added to the student's schedule after this Add Period, except under the following conditions:

1. The course is an individualized instruction course, or the student is advised by an instructor in a scheduled course to move to a lower- or higher-level course in the sequence of courses in which the student is enrolled.
2. Permission is obtained by signature of the instructor of the course in which the student wishes to enroll.

The Late Drop period for a course begins with the first calendar day after the Course Drop period and ends on the day when 80 percent of the duration of the course is attained. During the Late Drop period, the student may drop a course (Late Drop), and a WN symbol will be entered on the student's academic record. Specific rules regarding the use of Late Drop credits are in Policy 34-89.

A student may not drop or late drop the last/only course on their schedule. Dropping or late dropping the last/only course must be done through a withdrawal (policy 56-30).

# Faculty Appointments

There are four types of faculty appointments:
**Standing Appointments (full time)**: Standing appointment designates those appointments which are full- time and for which no ending date is specified. Faculty on continuing contracts are assigned to work an academic year consisting of thirty-six (36) weeks or two eighteen-week semesters. Each semester consists of one week before classes begin (used for faculty meetings, registration and advising assignments), fifteen weeks of instruction, and two weeks following classes (used for examinations and grading). Continuing academic assignments generally require teaching, advising, research and scholarship, and service to the college, the University, and the public. Annual faculty evaluations, which are carried out by campus, and in some cases departmental administrators, are based primarily upon performance in these areas.

**Fixed-Term I (full-time)**: Fixed Term I faculty are hired by contract on an annual basis in accordance with college needs. The primary role of full-time, fixed-term faculty is teaching (generally twenty-four contact hours per academic year) and academic advising. Some service to the campus (e.g., committee work, recruiting activity) is expected also.

**Multi-Year Fixed Term (full-time)**: This appointment, whose contract period extends over two or more years, carries with it the same performance expectations that apply to those on a Fixed Term I

PSU-DE PIERO-001018

assignment.

**Fixed Term II (part-time)**: Fixed-Term II appointment designates those appointments which are (a) full-time but less than six calendar months; or (b) less than full-time. The primary role of part-time faculty is teaching, and contracts are awarded each semester based upon college instructional needs. Although the number of individual course assignments varies each semester based on campus needs, under no circumstances will Fixed-Term II faculty members be assigned more courses for a year than customarily assigned to Fixed-Term I faculty. See the University Handbook for Part-Time Faculty.

For more information, please see Policy HR-06 - Types of Appointments.

# Faculty Annual Review

Performance reviews are not only necessary for the process of determining merit salary increases; they also provide an occasion for self-evaluation and reassessment of the role a faculty member is performing, which may evolve significantly during the course of a career. It is an opportunity to acknowledge and recognize good work, point out areas for improvement, and, in a few cases, identify productive new uses of a faculty member's talents. It is a means of ensuring that the diverse talents of the entire faculty are productively applied to the many responsibilities of the University. In addition, performance reviews can help identify resource targets -- places where additional resources could re-energize a faculty member whose energy or morale has run low or could lift an already productive member to new levels of achievement.

Tenure-line faculty performance reviews are based on the 40-40-20 rule, (40% teaching, 40% research/creative activities, and 20% service).  Non tenure-line faculty performance reviews use the 80-20 rule, (80% teaching and 20% service).

# Faculty Activity Reports - Implementation and Procedures

1. All full-time faculty will be evaluated annually. For most faculty, the Faculty Activity Report (FAR) will serve as the basis for this review. For faculty members undergoing an AC-40 review, the AC-40 document will serve as the basis for the review. For faculty members undergoing review related to promotion or the tenure track the dossier will serve as the basis for this review. Faculty should provide the Division Head with updated information about additional activities after the dossier was finalized.
2. Faculty members on leave during the year must also submit a Faculty Activity Report.
3. The college will not conduct an annual review of faculty who provide, in writing, their intent to retire at the end of the review year.
4. For tenure-line faculty members who maintain their tenure homes with University Park colleges, the University Park Department Head may provide input into the annual review process.
5. The faculty member to be reviewed is responsible for providing information regarding his or her performance and should submit the FAR prepared through Digital Measures/Activity Insight to the Division Head by February 15 of the review year.
6. The Division Head provides oversight and insures that the information is accurate and complete.
7. The faculty member and the Division Head will meet to discuss their activities and future plans, including goal setting in each of the domains of evaluation. During the meeting, the

PSU-DE PIERO-001019

Penn State Abington - Faculty Handbook 10/13/2021

faculty member should highlight their accomplishments in the reviewed areas. This is also an opportunity for the Division Head to comment on strengths and weaknesses and make relevant suggestions for improvement, and for changes in assignment or resources provided to the faculty member, as appropriate.

8. The Division Head may consult with the Associate Dean and/or the Chancellor to discuss any issues related to the annual review.

9. By April 15, the Division Head will write an evaluation letter and share it with the faculty member.

If you have any questions or require any assistance in preparing your FAR document, please see your Division Head.

The preferred method for submission of FARs is via Digital Measures. This electronic database is available to all faculty and can be used for FARs, P&T dossiers, CVs and a number of other documents. It is found at: Digital Measures.

## AC-40 Review

Every 5 years, an AC-40 review is required for standing faculty remaining in rank for 5 years or more. It not only deals with the previous year's performance, but also takes a longer-range view. In compliance with AC-40, the Abington College will conduct this periodic review to supplement the customary annual review using the College's Faculty Activity Report forms (FAR). This periodic review is used to provide an opportunity for a longer-range look at the performance, accomplishments, and future plans of tenured faculty members. For all tenured faculty, this extended post-tenure review will be based on performance in teaching, research, and service. The responsibility of each member of the faculty is to contribute to the accomplishments of the College by promoting the intellectual growth and progress of students, advancing knowledge, and understanding in their areas of expertise, and serving society. To meet this responsibility, each member of the faculty must demonstrate a career-long commitment to excellence in teaching, research, and service.

## Implementation and Procedures for AC-40

1. Tenured faculty will be reviewed every five years from the date of their tenure. Non-tenured standing faculty will be reviewed every five years from the date of their appointment.
2. Tenured faculty members whose promotion cases were submitted and approved during the scheduled extended review period will not undergo an AC-40 review.
3. Faculty members on leave during the year of a scheduled review will be reviewed during the year following the sabbatical leave.
4. The college will not conduct a five-year review of faculty who provide, in writing, their intent to retire within two years of the proposed review. During this period, these faculty members will continue to complete the customary FARs.
5. Tenure-line faculty members who maintain their tenure homes with University Park colleges are also covered by these guidelines. In this case, the Division Head must seek input in writing from

PSU-DE PIERO-001020

faculty member's Department Head and gives him/her the opportunity to comment upon the faculty member's performance. If a written review is received, it will be forwarded to the Associate Dean and the Chancellor.

6. The faculty member to be reviewed is responsible for providing information regarding performance over the five-year period of the review. For this extended review, the faculty member will submit a Digital Measures five-year report, a brief (no more than one page) statement of past accomplishments that serves as a guide to the Digital Measures report rather than a restatement of it, and a statement of no more than two pages of the most relevant plans for the next five years in research, teaching, and service. The faculty member being reviewed should submit relevant materials to the Division Head by February 15 of the review year.

7. The Division Head provides oversight and insures that the information is accurate and complete.

8. The faculty member, the Division Head, the Associate Dean, and the Chancellor will meet to discuss the assembled review report. During the meeting, the faculty member is expected to start by highlighting their accomplishments in the reviewed areas. This is also an opportunity for the Division Head, the Associate Dean, and the Chancellor to comment on strengths and weaknesses, make relevant suggestions for improvement, and suggest changes in assignment or resources provided to the faculty member, as appropriate.

9. By April 15, the Division Head will write an evaluation letter and submit to the Associate Dean and the Chancellor. The Associate Dean and the Chancellor will indicate agreement or disagreement with the Head's review and any recommendations for improvement or assignment or resource adjustments.

10. The Chancellor and the Associate Dean will provide the faculty member and Division Head with a copy of the evaluation. A copy of the evaluation will also be sent to the Department Head for faculty members who maintain their tenure homes with University Park colleges.

11. If you have any questions or require any assistance in preparing your AC-40 document, please see your Division Head.

# Faculty Consulting and Outside Business Activities

The University policy on outside activities, AC80 and AD77 has undergone significant revisions and is now under the purview of the Office for Research Protections (ORP). These policies have existed since 1974 and outline the University's expectations for faculty engaging in outside business activities and private consulting.  The ORP undertook a thorough policy review and, in collaboration with the Faculty Senate and the Office of the Vice Provost, significantly revised the policies.

In September 2018, the Faculty Senate approved revisions to Policy AC80 that relax its requirements and narrow its scope.  Previously, AC80 required prior approval for all Outside Business Activities; however, this requirement was not well known nor uniformly enforced. The revised policy requires prior approval only for the following activities:

- Exceeding the policy's monthly or yearly time limits for OBAs;
- Involving students or University staff in OBAs;
- Starting a company;

21

PSU-DE PIERO-001021

- Teaching a full semester length course for another University during the appointment period;
- Assuming an executive or management position for a third-party entity.

The ORP is working to replace the existing AC80 paper/PDF based prior approval and annual reporting process with an electronic solution that will be cohesive with conflict of interest reporting in COINS. Until the process is fully transitioned to an electronic system the ORP has developed the attached prior-approval form.  Before engaging in any of the activities listed above, you are required to get prior approval by filling out the pre-approval form found on the Outside Business Activities page under Forms for Faculty, and sending it to the Division Head. Activities that are already ongoing do not need any retroactive approval.

Questions about the policy, the pre-approval process, or the annual reporting can be directed to OBAadmin@psu.edu.  There is also information available and a copy of the pre-approval form on the ORP website at: https://www.research.psu.edu/oba  The ORP will continue to communicate information about this policy at the beginning of the next academic year.

# Faculty Review Committee

**Membership**: One (1) to be elected from each College Division; and two (2) to be appointed by the Chancellor. The three Division Heads and the Associate Dean serve as non-voting members and (1) appointed by the Chancellor shall also serve as an alternate. The alternate member shall attend all meetings and will vote when a member must abstain or when a member is unavailable.

**Selection:** Full-time division members shall elect a continuing faculty member from their division by preferential ballot. The terms of the committee members shall be two years, with terms being staggered, and coincide with the academic year.

Committee members shall be eligible for re-election for successive terms. The Committee shall select a chair at the first meeting of the year.

**Duties**: The committee shall review sabbatical applications, Faculty Development Grants (FDG), Summer Faculty Fellowships (SFF), and Summer Grants Fellowships (SGF) and make recommendations to the Administration on whether or not the applications should be funded. The committee also reviews the Career Development Professorships applications and gives its recommendation to the Chancellor.

At the Chancellor's discretion, he or she may consult with the Faculty Review Committee for recommendations related to other professional development awards maybe established in the future.

# Final Examination Policy

Final written examinations are valuable for university credit courses because they can fulfill two important academic objectives: student integration of instructional material and end-of-semester evaluation of student achievement. However, valid means other than the final examination exist for accomplishing these objectives (e.g., term paper, final project report, take-home examinations, etc.).

PSU-DE PIERO-001022

Course instructors should determine which of these methods is most appropriate and effective for each undergraduate (including 400-level) credit course taught. Regardless of which type of activity is chosen, care must be taken not to interfere unduly with the full complement of scheduled instruction of the student.

To provide for student integration of instructional material, end-of-semester evaluation of student performance, and instruction extending to the end of the scheduled period, course instructors shall:

- Determine a method of providing for meaningful integration of course topics and evaluation of student performance.
- Offer a full schedule of instruction (e.g., fifteen weeks in a fifteen-week semester).
- Schedule no examinations during the last week of classes. (Quizzes and narrowly limited tests in support of classroom instruction worth no more than ten percent of the semester grade may be given during the last week of classes.)
- Schedule any end-of-semester examinations worth more than ten percent of the course grade during the final examination period. Examinations will be scheduled in this period by the registrar.
- Where end-of-semester examinations are not administered, require the submission of any alternative integrative and evaluational means worth more than ten percent of the course grade (e.g., term paper, final project report, take-home examinations, or studio projects) no earlier than the first day of the final examination period.

Exceptions to the provisions of this policy may be granted only for educational reasons and only as recommended by the faculty of the program offering the course and approved by the appropriate dean or chancellor. Further information regarding exams can be found under Senate Policy 44-00.

# First Year Engagement

First Year Engagement (FYE) at Penn State Abington is a program coordinating academic courses with the resources and co-curricular activities of the campus. Courses in the FYE program are taught by full-time faculty members and fulfill general education requirements. The FYE program has two tiers: the academic course and the Passport program, which comprises events and activities throughout the semester. These functions are organized into five categories: Academic Enrichment (AE), Academic Skills (AS), Career Discovery (CD), Personal Development (PD), and Community Building (CB).

Students who successfully complete the academic work in their FYE course and attend two "Passport" functions in each category will be awarded a Leadership Certificate by the College. Earning this certificate is an achievement that students may list on their resumes. Each FYE class will have peer assistants to mentor students, communicate with them regularly about the course, and track their progress.

Please direct any questions about first year programs to Carolyn Esposito at cte105@psu.edu .

# Food

The cafeteria is located in the Lares Building. Vending machines for snacks are located in the cafeteria, in

PSU-DE PIERO-001023

the Woodland Building, and on the lower floor of Sutherland. Coffee and tea are also available for faculty and staff in Sutherland and Woodland.

# General Education, Writing Across the Curriculum, United States Cultures (US) and International Cultures (IL)

All Penn State undergraduate students must complete a set of basic requirements in addition to course requirements for the major. These basic requirements comprise General Education courses, Writing Across the Curriculum courses, and United States Cultures (US) and International Cultures (IL) courses.

More information about General Education in the curriculum is available at the Advising website.

All students need to consult with an adviser to determine specific General Education, United States Cultures (US) and International Cultures (IL), and Writing Across the Curriculum requirements based on their program and interest area. Students need to be aware of the importance of planning to meet these requirements prior to graduation. The University Undergraduate Advising Website is a guide to assist in the selection of these requirements.

The General Education requirement is intended to introduce and integrate major areas of knowledge, presenting the most fundamental and universal concepts, issues, and achievements in that specific discipline or cluster of disciplines. The requirement consists of 45 credits.

The components of the program are:

- Skills courses that help develop quantitative and communication skills.
- Studies in the Knowledge Domains of the Arts, Humanities, and the Sciences (including the Health Sciences, Natural Sciences, and the Social and Behavioral Sciences) that provide a broad overview of the world in which we live.
- First-Year Engagement Programs that help introduce students to the scholarly community of the University.
- Writing Intensive courses of the "Writing Across the Curriculum" component that further enhance writing skills.
- United States Cultures and International Cultures that provide opportunities to increase understanding of the relationship between people of different cultures and widen international perspective.

More information can be found here.

# General Examination Policy

Periodic examination of student accomplishment is essential for both teaching/learning and evaluation purposes. Examinations may include traditional written examinations, whether in-class or take-home; oral examinations; term papers; laboratory or project reports; or studio projects. The faculty teaching and coordinating a course are responsible for both the method and substance of examinations used in each course, including the final examination or other integrating evaluative instruments.
In the case of multiple-section courses, the faculty teaching the various sections will determine the examination policy for the course (e.g., common examinations), subject to any restrictions determined

PSU-DE PIERO-001024

by the entire faculty of the section, department, or division offering the course.

Written notification of the examination procedures (including the instructor's final examination policy) to be used in each section of each course must be made available to the students in the section during the first ten calendar days of a semester or its equivalent.

## Make-up Tests

It is the faculty member's prerogative to allow a student to make up an exam. It is understandable that students sometimes have legitimate reasons (e.g., family emergencies) that make rescheduling necessary. If a student should miss an exam without notifying the instructor in advance, the student may, at the instructor's discretion, receive a failing grade for that exam. If the student makes such notification prior to the exam, the instructor will determine whether a make-up may be given.

1. Faculty should include explicit guidelines for make-up exams in their syllabi. Conditions under which make-up exams may be taken and in which they may not should be explicit. Faculty should discourage students from taking make-up exams, and those students who are granted make up exams should take the exam in a timely manner. Division Heads can work with faculty to craft appropriate language to express the faculty member's make-up exam policy.

2. To ensure the best possible proctoring of make-up exams, faculty should make every effort to proctor their own make-up exams, during their office hours or at whatever time, in whatever location, best suits the needs of the student and the faculty member.

3. If scheduling issues prevent the student and the faculty member from finding a time for the faculty member to proctor the make-up exam, faculty may contact the Testing Center to arrange for the exam to be taken in the Testing Center, Room 223 Sutherland. **Please remember that space is very limited in the Testing Center, that it is used for students requiring testing accommodations and is not primarily used for general makeup exams.** Exams should be sent to the testing center via interoffice mail, and must be accompanied by the testing center form, which can be downloaded <u>here</u>. Cameras in the Center allow the student to be observed; if cases of apparent cheating, a copy of the video will be forwarded to the instructor for whose course the make-exam up is being taken. Students may schedule and cancel make-up exams <u>online</u>. If a student misses or cancels a scheduled day and time for a make-up exam without contacting the Testing Center beforehand and rescheduling, the exam will be returned to the faculty member. Students who excessively cancel and reschedule an exam may also be denied additional appointments at the testing center.

## Guidelines for Make-Up Exams and the Use of the Testing Center

1. Faculty should include explicit guidelines for make-up exams in their syllabi. Conditions under which make-up exams may or may not be taken should be specific and detailed. Faculty should discourage students from taking make-up exams. Division Heads can work with faculty to craft appropriate language to express the faculty member's make-up exam policy.

2. To ensure the best possible proctoring of make-up exams, faculty should make every effort to proctor their own make-up exams, during their office hours or at whatever time and in whatever

PSU-DE PIERO-001025

location best suits the needs of the student and the faculty member.

3. If scheduling issues prevent the student and the faculty member from finding a time for the faculty member to proctor the make-up exam, faculty may contact the Testing Center to arrange for the exam to be taken in the Testing Center, Room 223 Sutherland. Cameras in the Center allow the student to be observed; if cases of apparent cheating, a copy of the video will be forwarded to the instructor for whose course the make-up exam is being taken. **Due to the high volume of disability students using the facility and the limited number of seats, the Testing Center may not be able to accommodate your request.**

4. Students may schedule and cancel make-up exams at http://www.abington.psu.edu/testingcenter.

5. If a student misses or cancels a scheduled day and time for a make-up exam **without contacting the Testing Center beforehand and rescheduling**, the exam will be returned to the faculty member.

# Grade Correction

If an error in calculating or recording a grade is brought to the instructor's attention, the instructor may change a grade on LionPath to correct the error. No grade change can be made more than one year after the end of the semester in which the course was taken, unless a petition is submitted to the University Faculty Senate.

# Grade Mediation and Adjudication

Occasionally, a disagreement arises in the assignment of a grade. A student who wishes to question or challenge the grade assigned in a course must first discuss grading practices and assignments with the instructor. It is expected that the student and instructor will try to eliminate any misunderstandings and will attempt to work out any disagreements over grades.

On the rare occasion that a student and instructor fail to resolve the grade dispute through informal means, the student may request that the Division Head to act as a mediator. If this mediation does not resolve the dispute, the student may seek further mediation from the Associate Dean. If resolution does not occur, the student may request a formal grade adjudication process. This process is described in the Academic Administrative Policies and Procedures G-10. Faculty should familiarize themselves with this procedure.

# Grade Submission

Every effort should be made to record final grades as soon as possible after final examinations. Grades are due 48 hours after the final exam. Students depend on completed grades for everything from graduate school applications to work-related tuition reimbursement. You will need your activated

Secure ID to be able to enter your grades on LionPath. A Secure ID can be obtained from the Finance Office in 122 Sutherland.

**Grades are confidential. The public posting of grades associated with student name and student number (or in any format) is NOT permitted.**

PSU-DE PIERO-001026

Penn State Abington - Faculty Handbook 10/13/2021

# Grading System

According to Policies and Rules for Students, grades shall be assigned to individual students on the basis of the instructor's judgment of the student's scholastic achievement as set forth in Section 47-60. Letter grades and their respective grade-point equivalents are:

A 4.00
A- 3.67
B+ 3.33
B 3.00
B- 2.67
C+ 2.33
C 2.00
D 1.0
F 0.0

## No Grade

If an instructor does not submit a grade for a student by the grade-reporting deadline and a deferred grade was not requested and approved (see policy 48-40), the symbol NG (no grade) appears on the student's transcript until a grade is submitted.

The NG is to be reconciled within five weeks following the grade reporting deadline. If a grade is not forthcoming by that deadline, the registrar's office shall automatically change the NG to an F.

A NG grade that is automatically converted to an F can later be corrected in accordance with Senate Policy 48-30. Students with NG on their transcripts will not be allowed to graduate.

## Guidelines for Collecting and Distributing Student Work

Often faculty are asked to accommodate special circumstances among students, such as providing the opportunity to submit an assignment late or allowing them to take a make-up exam. When faculty make special efforts to accommodate students, they should also consider the impact the accommodations have on colleagues and on their students. The same is true for the end-of-semester comprehensive assignments that are used instead of a final exam (Senate Policy 44-20).

In addition to the statements regarding examination policies (including final assessments) contained in *this Faculty Handbook*, the following guidelines should be followed:

- The Academic Affairs offices in Sutherland and Woodland are available to assist both faculty and students in collecting and distributing student work when individual circumstances warrant. However, the Academic Affairs offices should not be used as a surrogate collection or distribution point, particularly for final (or other) assignments administered to entire sections.
- When an instructor exercises the option of a take-home exam or final comprehensive assignment to evaluate student performance, it is the responsibility of the instructor to arrange a secure means for collecting the work "no earlier than the first day of the final examination

27

PSU-DE PIERO-001027

period" (Senate Policy 44-20). Assignments administered to sections at other times during the semester may be submitted during class time or at another time determined by the instructor. Possible means for collection include, but are not limited to, an established time of office hours during which students may personally submit work to the instructor (possibly the unused final exam period for the class time), electronic submission through course management tools (e.g. ANGEL) or as an e-mail attachment. Faculty are reminded of the need to ensure compliance with FERPA requirements at all times.

It is the responsibility of faculty to administer make-up exams or enlist the help of a colleague or colleagues to administer or proctor make-up exams for each other.

# Honors Program

The Penn State Abington Honors Program fosters a community of outstanding students and committed faculty and staff. Entering first-year students are invited to participate in the program based on significant academic achievement and potential. The faculty and staff work to provide them with a rich and challenging academic experience as well as privileges that reflect their honors status. In order to remain in good standing within the program, students must participate in honors courses, maintain strong grade point averages, and participate in research, international study, or leadership activities. Here are some opportunities for honors students:

- Take honors courses and (beginning in the second semester) 400-level courses with instructor approval.
- Qualify for merit-based scholarship awards (depending on GPA).
- Enjoy priority registration.
- Participate in honors trips and activities (planned by the Honors Student Organization).
- Use honors lounge and computer room on the 4th Floor, Sutherland Building.

Students enter the Abington Honors Program as first-semester students and complete the program at the end of the sophomore year.
Students who successfully complete the Abington Honors Program, decide to pursue baccalaureate degrees in the Abington College, and maintain high grade-point averages are eligible to become Abington Scholars. These students enjoy the privileges of honors status at Penn State Abington and remain eligible for some scholarship support.

The Honors program is coordinated by Dr. David Ruth at dxr35@psu.edu

## The Schreyer Honors College

The Schreyer Honors College is a university-wide honors program enrolling students of exceptional ability. The Schreyer Honors College mission includes achieving academic excellence, building a global perspective and creating leadership and civic engagement. The core experiences of Schreyer scholars at Abington include honors coursework and an undergraduate thesis, a major piece of original research or creative activity. The Schreyer Honors College also encourages and supports international study. Please direct any questions about Honors Programs to Dr. David Ruth at dxr35@psu.edu .

PSU-DE PIERO-001028

# Hybrid & Online Course Policy

**(Please note – this policy is effective through Fall 2021. The new policy is listed on page 28-30 and is effective starting Spring 2022.)**

Hybrid and online course offerings as well as teaching assignments will be determined by program need. Faculty interested in teaching online should discuss this with their program chair and division head to determine whether online offerings meet such needs. Full-time faculty may teach a maximum of one course per semester in an online-only format. This limit does not apply to the following:

- Faculty hired to teach more extensive online offerings.
- Shared degree programs.
- Synchronous electronically delivered courses with live faculty participation.
- Summer sessions.

Instructors should be prepared to provide a comprehensive course plan to the division head, with consultation from the Center for Teaching and Learning to ensure that it meets the Abington College's requirements for hybrid and online course offerings.

The requirements for a Hybrid course offering at the Abington College are as follows:

- Must participate in OL 2000 which is offered at Abington once a semester
- All hybrid and online course offerings must be designated as such on the course schedule by the registrar with the approval of the division head
- All hybrid and online course offerings must adhere to the quality assurance standards (listed below)

### Quality Assurance for Online Learning

**Navigation** - The course has a consistent and intuitive navigation system enabling students to quickly locate course information and materials. A site's navigation system should answer three fundamental questions:

- Where am I?
- Where have I been?
- Where can I go?

**Student Orientation** - A course orientation is used to familiarize the students with the course. Information should give the new student an idea of how the learning process is structured, including a schedule of topics and assignments, communications modes, and the types of activities and assessments required in the course often found in the course syllabus and reviewed in more detail in the introductory materials of the course.

**Syllabus** - Students have easy access to a course syllabus which contains crucial course information and requirements they need to know about the course prior to starting.
• The syllabus for an online course is typically more detailed than that provided for a resident instruction course, as it serves as an important vehicle for communicating course policies and

PSU-DE PIERO-001029

procedures that might have traditionally been stated verbally in a face-to-face classroom. Details should include…

- Instructor's online hours
- Amount of time per week student should expect to be online
- Instructor's response time
- Preferred means of contact

**Learning Objectives** - The course contains learning goals and objectives. Students should be provided with a clear, measurable description of what they will be able to do, know, and/or experience as a result of having successfully completed the course.

**Learning Activities**
• The course learning activities engage students and support the achievement of stated goals and learning objectives.
• A learning activity consists of one or more tasks to be completed, should have one or more learning objectives associated with it, and may or may not be assessed.

**Learning Assessment** - Used to gather, analyze, and interpret evidence to determine how well student performance achieves the course goals and learning objectives.
• Should occur in several different ways. The most common are using scored quizzes and tests, and evaluation of assignments that resulted in a tangible product.

**Copyright Requirements** - The course adheres to the current institutional policies for the use of third party copyrighted material or are able to provide evidence of appropriate copyright clearance.
- It is the responsibility of the course developers to ensure that copyrighted materials from a third party are appropriately used.

**Instructor Response and Availability** - Instructor response time and availability is clearly communicated to the student.
- This standard does not prescribe what the response time and availability ought to be, but rather examines whether this information is conveyed to the students.

**Course Resource Requirements** - Hardware, software, or specialized resources required are clearly communicated to the students.
- Many courses have specialized technical requirements or include resources outside the learning management system. These specific requirements and/or access to these resources must be communicated to students.

**Technical Support** - Information regarding access to technical support is clearly communicated to the students.
- Technical support includes information about topics such as how to log in, how to retrieve passwords, how to use the software, and how to report software failures.
- Technical support does not include help with course content, questions about assignments, exam dates or academic issues.

**Accessibility Requirements** - The course adheres to University policies and guidelines regarding accessibility.

PSU-DE PIERO-001030

**Course Improvement Plan** - There is a system in place to solicit feedback from students on an on-going basis to inform course improvement.

**Course Functionality** - All aspects of the course perform properly and support student progress.

# Hybrid & Online Course Policy (Effective Spring 2022)

Hybrid and online course offerings as well as teaching assignments will be determined by program need. Faculty interested in teaching online should discuss this with their program chair and division head to determine whether electronic offerings meet such needs.

A joint faculty senate/administration committee reviewed the hybrid and online course policy and recommended the following policy, accepted by the administration, for implementation beginning with the Spring, 2022 semester:

Given the following:

- Penn State Abington is primarily an in-person institution
- Many students want/need access to fully in-person courses
- Many students struggle with online learning
- Student access to technology remains a concern

Full-time faculty may teach a maximum of one course each fall/spring semester in a fully electronic delivery format (synchronous or asynchronous). All full-time faculty must teach at least one fully in-person course per semester. Other courses may be a mix of hybrid courses with 50% or more in-person instruction or fully in-person courses, depending on pedagogical and program needs.

Exceptions to this policy include:

- Faculty hired to teach more extensive online offerings.
- Shared programs and programs organized around electronic and hybrid delivery.
- Summer sessions.

Instructors should be prepared to provide a comprehensive course plan to the division head, with consultation from the Center for Teaching and Learning to ensure that courses meet the Abington College's requirements for hybrid and online course offerings.

The requirements for a electronic course offerings at the Abington College are as follows:

- Must participate in OL 2000 which is offered at Abington once a semester
- All hybrid and online course offerings must be designated as such on the course schedule by the registrar with the approval of the division head
- All hybrid and online course offerings must adhere to the quality assurance standards (listed below)

<u>**Quality Assurance for Online Learning**</u>

**Navigation** - The course has a consistent and intuitive navigation system enabling students to

31

PSU-DE PIERO-001031

quickly locate course information and materials. A site's navigation system should answer three fundamental questions:

- Where am I?
- Where have I been?
- Where can I go?

**Student Orientation** - A course orientation is used to familiarize the students with the course. Information should give the new student an idea of how the learning process is structured, including a schedule of topics and assignments, communications modes, and the types of activities and assessments required in the course often found in the course syllabus and reviewed in more detail in the introductory materials of the course.

**Syllabus** - Students have easy access to a course syllabus which contains crucial course information and requirements they need to know about the course prior to starting.
• The syllabus for an online course is typically more detailed than that provided for a resident instruction course, as it serves as an important vehicle for communicating course policies and procedures that might have traditionally been stated verbally in a face-to-face classroom. Details should include…
- Instructor's online hours
- Amount of time per week student should expect to be online
- Instructor's response time
- Preferred means of contact

**Learning Objectives** - The course contains learning goals and objectives. Students should be provided with a clear, measurable description of what they will be able to do, know, and/or experience as a result of having successfully completed the course.

**Learning Activities**
• The course learning activities engage students and support the achievement of stated goals and learning objectives.
• A learning activity consists of one or more tasks to be completed, should have one or more learning objectives associated with it, and may or may not be assessed.

**Learning Assessment** - Used to gather, analyze, and interpret evidence to determine how well student performance achieves the course goals and learning objectives.
• Should occur in several different ways. The most common are using scored quizzes and tests, and evaluation of assignments that resulted in a tangible product.

**Copyright Requirements** - The course adheres to the current institutional policies for the use of third party copyrighted material or are able to provide evidence of appropriate copyright clearance.
- It is the responsibility of the course developers to ensure that copyrighted materials from a third party are appropriately used.

**Instructor Response and Availability** - Instructor response time and availability is clearly communicated to the student.
- This standard does not prescribe what the response time and availability ought to be, but rather examines whether this information is conveyed to the students.

32

PSU-DE PIERO-001032

**Course Resource Requirements** - Hardware, software, or specialized resources required are clearly communicated to the students.

- Many courses have specialized technical requirements or include resources outside the learning management system. These specific requirements and/or access to these resources must be communicated to students.

**Technical Support** - Information regarding access to technical support is clearly communicated to the students.

- Technical support includes information about topics such as how to log in, how to retrieve passwords, how to use the software, and how to report software failures.
- Technical support does not include help with course content, questions about assignments, exam dates or academic issues.

**Accessibility Requirements** - The course adheres to University policies and guidelines regarding accessibility.

**Course Improvement Plan** - There is a system in place to solicit feedback from students on an on-going basis to inform course improvement.

**Course Functionality** - All aspects of the course perform properly and support student progress.

# Independent Study

Whenever possible, students should complete the requirements for their degrees through regular coursework. Independent study arrangements are appropriate in exceptional circumstances, generally for the following reasons:

1. A student needs a course to graduate at the end of the semester in question and that course is not available.
2. A student and faculty member plan to work on a special project that is not part of the regular course curriculum.

Students interested in pursuing an independent study course should complete the Authorization for Independent Study Course form, obtain advisor approval, and submit the form with supporting documentation from the faculty member (a statement including meeting times, course requirements, and grading policy). The form should be submitted to the program chair (where relevant) and division head for approval. Faculty members conducting approved independent study courses will be compensated at a rate of $50 per credit up to a maximum of $300 per academic year.

# Internal Funds

Abington College provides several internal awards for faculty. These include Career Development Professorship, Faculty Development Grants (FDG), Summer Faculty Fellowships (SFF), Summer Grants

33

PSU-DE PIERO-001033

Fellowships (SGF), Innovative Teaching Fellowships and Outstanding Research Fellowships. These applications are reviewed by the Faculty Review Committee.  Recommendations are made by the committee to the Associate Dean and the Chancellor, who make the final decisions on the funding. All applications can be found on the campus Intranet page.

A faculty member may apply for multiple awards and may apply for multiple awards for the same research project. However, it should be noted on each application that other awards are being sought. It should also be recognized that each type of award has its own purpose and, therefore, not all awards would be applicable depending upon the nature of the research or creative activity being undertaken by the faculty member. It is useful to seek the advice of your division head in determining which type of grant would be most appropriate for your project prior to submitting your application.

Joint applications are acceptable. However, as these grants each carry with them a cost center created under the faculty member's name, the budget must reflect which budget items would be charged to which faculty member.

The committee receives a large number of applications each year. In order to make your application as competitive as possible, please take care in completing it. Please provide all requested information in your statement. It is very useful if you highlight how this project will contribute to your scholarship and to your field.

In order to apply for funding, any final reports for the previous year must have been submitted.

Only in rare cases will funds be provided under any of these grants for books as that is a basic professional expense for all faculty members. In addition, faculty members should be reminded that any non-disposable item purchased with these funds becomes the property of the university if the faculty member leaves the university.

## Career Development Professorship

The Career Development Professorship (CDP) is awarded every other year (in odd-numbered year springs). This endowed award is designed to advance the career of tenured or tenure-track faculty members at the Abington College by providing financial support (approximately $12,000 per year) **for a period of two years**. The Career Development Professorship will be available on a competitive basis to tenured or tenure-track faculty in all disciplines. Applications will be reviewed by the Faculty Review Committee who will make their recommendations to the Chancellor and the Associate Dean. The Chancellor will, in turn, make a recommendation to the Provost, who has final authority to approve the award.

**Terms of the Career Development Professorship:** The Career Development Professorship will be awarded for a period of two years. During that period, funds may be used to support travel, equipment, release time, summer salary, research assistants, survey expenses, and conference and seminar fees. The Career Development Professor will be asked to submit a yearly report on the use of the award funds and the progress of their research agenda. Documentation of submission of the research to refereed journals, publishers, and/or external funding sources is expected as part of the reports. The Career Development Professor may not hold a concurrent financial award from the college during the two-year term but may receive the CDP during all or a portion of a sabbatical leave.

34

PSU-DE PIERO-001034

Application Procedure: Faculty who wish to apply for the Career Development Professorship should prepare an application packet that includes a cover sheet and proposal, double-spaced and no longer than 5 pages. The proposal outlining the research agenda must include:

- a timeline
- a tentative budget
- an explanation of the project,
- a description of how the project fits with the applicant's long-term research and teaching agenda
- details about when and where the research will be conducted
- information concerning the applicant's pursuit of external funds in support of the project and/or plans to seek external funding in the future
- when appropriate, indication of any overlap between the award period and a planned sabbatical leave

**Decision Criteria:** Criteria for reviewing the proposals and making the final recommendations are based on the purpose of the award: to advance the career of a tenured or tenure-track faculty member at the Abington College. The review committee and the Chancellor and Associate Dean will use the following criteria to determine which proposal will best promote the college by advancing the career of a faculty member: purpose of the project and relevance of the project to the proposer's career; framework and rationale; methodology; reasonableness of the time line; projected outcomes, including impact on students; and measures for determining success. Preference will be given to proposals which demonstrate the integration of the applicant's research with effectiveness in teaching.

**Application Deadline:** Proposals must be submitted to the Chancellor's Office by February 15 (in odd-number years).

## Faculty Development Grants (FDG)

The Faculty Development Grant (FDG) program is a source of financial support for other research and scholarly activities of the faculty. It is intended to foster **new research and faculty development** activities.

FDGs are intended to foster new research, innovative teaching initiatives, undergraduate research opportunities, and other faculty development activities. **During the spring semester prior to the academic year for which funding is sought**, a faculty member submits a detailed application, including a description of the project, its significance to his or her professional development, the procedures to be followed, a timetable for completion, and an itemized budget. If a faculty member's proposal receives funding, he or she is required to submit a written report by the end of the funding period detailing the use of funds and the objectives accomplished. Although faculty in all ranks may apply for FDG funding, priority is generally given to tenure-line faculty.

Note that all proposals must include a current curriculum vitae and a <u>detailed</u> statement providing the following information:

- an explanation of the proposed project's objectives and significance

35

PSU-DE PIERO-001035

- the procedures to be followed and a tentative timetable for completion

- a detailed itemized budget for all expenditures and related directly to project activities

  - If wages for undergrads are requested, please include a detailed outline of the duties and the relevance to the project's success

  - FDG's may not be used to fund faculty pay

  - Requests for per diem support for meals must provide a justification for meal expenses that exceed ordinary meal costs

- FDG reports from grants in prior two cycles

- any additional documentation (book contracts, article acceptances, etc.)

Final reports area due to the Associate Dean's office by November 30th of the academic year following the completion of funding award in February. (Please include a narrative on how the funds were spent.) You must seek approval from the Associate Dean if you need to rollover the grant to the next fiscal year. FDG requests in excess of $4000 will only be considered depending on overall funding availability

**Application Deadline:** Proposals must be submitted to the Office of Academic Affairs by February 15. Late applications will not be considered. Incomplete applications will not be considered (ex. missing division head signature, timeline).

## Summer Faculty Fellowships (SFF)

Summer Faculty Fellowships are offered each summer on a competitive basis to standing full-time faculty at Penn State Abington. **Preference is given to the following full-time faculty**, although others may also apply: (1) currently untenured faculty in the tenure process; (2) faculty who can demonstrate that they are actively pursuing external funding for the project under review and/or for related projects; (3) faculty who have successfully completed an FDG-funded research project, with resulting publication, conference presentations, or external funding; 4) faculty who propose a project that will result in interdisciplinary research collaborations or interdisciplinary curricular innovations with faculty in other programs, departments, or divisions. IN GENERAL, A MAXIMUM OF THREE SUMMER FACULTY FELLOWSHIPS ARE AWARDED ANNUALLY.

**Terms of the Fellowship:** The fellowship will be awarded for a period of 6 weeks of full-time summer work on a given project. The fellow is expected to submit a report within two months of completion of the fellowship period, and no later than November 1 of the fellowship year. Documentation of submission of the research to refereed journals, publishers, and/or external funding agencies is expected as part of this report.

**Fellowship Award:** Each Summer Faculty Fellowship carries a stipend of $4,000, and up to three awards will be distributed each year. In the case of an interdisciplinary research or curriculum award shared by more than one individual, each awardee will receive $2000, and those awardees are eligible to apply for an SFF in subsequent years.  Where the SFF is awarded to a single recipient that individual awardee may not apply for

PSU-DE PIERO-001036

another SFF until two full years have passed since receiving the award. Thus, an awardee in Summer of 2022 would not be eligible to apply until Spring of 2025. The only exception to are cases as determined by the Dean, Associate Dean, and the Faculty Review Committee. This exception will be granted at the time the awards are made.

**Application Guidelines:** Applications will be reviewed by the Faculty Review Committee. The chair of the Faculty Review Committee will make recommendations to Chancellor and Associate Dean who will make the final decision on awards. The application packet, available in the Office of Academic Affairs, includes a cover sheet to be completed and attached to the proposal, which should be double-spaced and no longer than 5 pages. The following criteria will be used to review the proposals: purpose of the project, relevance of the project, framework and rationale, methodology, and projected outcomes. The clarity and completeness of the submission in terms of each of these five criteria will determine the quality of the proposal.

**Application Deadline:** Proposals must be submitted to the Office of Academic Affairs by February 15

## Summer Grants Fellowships (SGF)

**Summer Grants Fellowships (SGF)** for the purpose of writing a grant to extramural funding agencies will be offered on a competitive basis to tenure-line faculty members and non-tenure-line faculty with a record of refereed publications and active research while at Penn State Abington. Upon its completion, the grant proposal is to be submitted to at preferably two separate external funding agencies by the fellowship recipient.

**Preference will be given to the following full-time faculty**, although others may also apply: (1) current untenured faculty in the tenure process; (2) tenured faculty who have successfully completed a project with external funding; (3) faculty who propose a project that will result in interdisciplinary research collaborations or interdisciplinary curricular innovations with faculty in other programs, departments, or divisions; (4) non-tenure line faculty as funds permit, especially for proposals that address category 3.

**Terms of Fellowship:** The fellowship will be awarded for summer work on a grant proposal. Fellowship recipients are generally not permitted to teach in the summer for extra compensation. The fellowship recipient is expected to submit a report within two months of completion of the fellowship period, and no later than November 1. Documentation of submission of the grant proposal to at least two external funding agencies is expected as part of this report.

**Fellowship Award:** The Summer Grant Fellowship carries a stipend of $4,000. In the case of an interdisciplinary research or curriculum award shared by more than one individual, awardees will share the $4000, and those awardees are eligible to apply for an SGF in subsequent years. Where the SGF is awarded to a single recipient that individual awardee may not apply for another SGF until two full years have passed since receiving the award. Thus, an awardee in Summer of 2022 would not be eligible to apply until Spring of 2025. The only exception to are cases as determined by the Dean, Associate Dean, and the Faculty Review Committee. This exception will be granted at the time the awards are made.

**Application Guidelines:** Applications will be reviewed by the Faculty Review Committee, and recommendations will be forwarded to the Dean and Associate Dean, who will make the final decision.

PSU-DE PIERO-001037

The SGF application packet will be available in the Office of Academic Affairs at the beginning of the spring semester. A completed SGF application must include 1) a cover sheet, 2) a description of the grant project indicating all resources and work involved and a description of the external agencies to which the grant will be submitted (double-spaced and no longer than 5 pages, and 3) a current curriculum vitae that includes a list of refereed publications.

**Evaluation Criteria:** The following criteria will be used to review the proposals: description of the grant proposal, relevance of the proposal, framework and rationale, methodology, and projected outcomes. The clarity and completeness of each of these five criteria will determine the quality of the proposal.

**Application Deadline:** Proposals must be submitted to the Office of Academic Affairs by February 15.


## Outstanding Research Fellowship

**The Outstanding Research Fellowship** supports meritorious research projects for faculty engaged in outstanding research with strong national and international reputation. This fellowship is competitive, open to tenure-line faculty with a record of refereed publications and active research. The Outstanding Research Fellowship carries one course release per year. The exact course and the semester of the release is to be determined by the faculty member's Division Head. Recipients of this award may not teach an overload/replacement course in the semester they use the course release. IN GENERAL, ONLY ONE OF THESE FELLOWSHIPS IS AWARDED ANNUALLY.

**Application Guidelines:** During the fall semester prior to the academic year for which the fellowship is sought, a faculty member submits a detailed application, including a description of the project, its impact on their field, and how it will enhance Penn State Abington's national and international reputation. Applications will be reviewed by the Faculty Review Committee, and recommendations will be forwarded to the Dean and Associate Dean, who will make the final decision. The ORF application packet will be available in the Office of Academic Affairs at the beginning of the fall semester. All applications must include

- an explanation of the proposed project's objectives, its impact on their field, and how it will enhance Penn State Abington's national and international reputation
- tentative timetable for the project
- current curriculum vitae
- any additional documentation

**Evaluation Criteria:** The following criteria will be used to review the proposals: description of the fellowship proposal, relevance of the proposal, framework and rationale, methodology, and projected outcomes. The clarity and completeness of the applicant's addressing of each of these five criteria will determine the quality of the proposal.

**Application Deadline:** Proposals must be submitted to the Office of Academic Affairs by September 15.


## Faculty Teaching Innovation Fellowship

**The Faculty Teaching Innovation Fellowship** supports meritorious projects for faculty engaged in

PSU-DE PIERO-001038

pedagogical innovations to enhance student success. This fellowship is competitive, open to tenure-line faculty, and carries a one course release per year. The exact course and the semester of the release is to be determined by the faculty member's Division Head. Recipients of this award may not teach an overload/replacement course in the semester they use the course release. IN GENERAL, ONLY ONE OF THESE FELLOWSHIPS IS AWARDED ANNUALLY.

**Application Guidelines:** During the fall semester prior to the academic year for which the fellowship is sought, a faculty member submits a detailed application, including a description of the project, and how it will enhance student's success. Recipients are expected to assess their innovative methods of teaching and disseminate the information to the campus community. Recipients of the fellowship are required to submit a written report by the end of the summer of the fellowship year detailing the results of the assessment of their project. Although faculty in all ranks may apply for this fellowship, priority is generally given to tenure-line faculty. All applications must include:

- an explanation of the proposed project's objectives and significance and how it will enhance the success of students
- tentative timetable for the project
- current curriculum vitae
- any additional documentation (syllabus, etc. . . .)

**Evaluation Criteria:** The following criteria will be used to review the proposals: description of the fellowship proposal, relevance of the proposal, framework and rationale, methodology, and projected outcomes. The clarity and completeness of the applicants' addressing of each of these five criteria will determine the quality of the proposal.

**Application Deadline:** Proposals must be submitted to the Office of Academic Affairs by September 15.

## Paul Hutta Endowment for Teaching Innovation

**Purpose:** This award has been endowed by the family, friends, and colleagues of Paul Hutta in his memory. The award supports a faculty member's innovative methods or approaches to their teaching with a grant of approximately $1200 to be used in support of the successful completion of the project and/or the communication of the project outcomes to the larger higher education community.

**Guidelines for Selection:** The Hutta Award for Innovation in Teaching shall be awarded to a faculty member for development of innovative teaching methods, approaches, or pilot projects designed to solve a challenge related to their disciplinary field or to more general pedagogical concern.

Given Dr. Hutta's interest in the uses of technology in the classroom, the awarding committee will give special attention to recognizing and encouraging new uses of electronic media. However, other areas of innovation will also be recognized, and faculty engaged in developing new methods not specifically related to technology may be nominated and will be given full consideration.

**Possible Uses of the Award:**

- Seed money for proposed projects in advance of an external grant
- Faculty training to implement a project
- Funding for student assistance to support a project

PSU-DE PIERO-001039

- Support to develop and implement technical innovations, such as e-learning modules, hybrid, or on-line courses

**Application:** The applicant shall write a brief description (maximum 2 pages) that would include the following points:

An explanation of the proposed project's objectives and significance and how it may enhance the success of students;

A description of the faculty member's current efforts and how the grant can assist in bringing the efforts to fruition.

- A current *curriculum vitae.*
- A tentative timetable for the project;
- A proposed budget for the project; and

- A listing of any additional support needed for the successful completion of the project.

Include with this information the applicant's name, title, and division, along with statement of support from the Division Head.

**Selection Committee:** The Selection Committee shall be composed of the following: 3 Division Heads, Instructional Design Specialist, and Chair of the Abington College Faculty Senate's Awards Committee. It will be chaired by the Associate Dean.

The completed application should be submitted electronically to Donna Mills by the February 15 deadline.


# Labs

All faculty and staff who use the Biology and Chemistry Labs must complete initial and annual refresher chemical and chemical waste handling training. Records will be maintained in Waste Logbook. Also, faculty, staff, and students are not permitted to wear open-toed shoes, nor are they permitted to bring food or drinks into the labs at any time.

Information on the disposal of chemicals and infectious waste can be found at the following location on the Environmental Health and Safety website:

Chemical   Waste   Disposal
Drain Disposal of Chemicals
Chemical Waste Information Sheet
Penn State policy for handling/disposal of infectious waste


# Learning Center (See Center for Student Achievement)

PSU-DE PIERO-001040

# Letters of Recommendation from Faculty

Students often ask faculty members for letters of recommendation. FERPA requires that students grant the faculty member permission by submitting an electronic request for this recommendation. For multiple letters of recommendation, students can submit the form once and provide the faculty member with a written list of institutions/destinations for letters.

The link for students is found here: https://www.registrar.psu.edu/student-forms/request-letter-recommendation.cfm

The university is required to retain student request forms (and lists of institutions/destinations) for 72 years.  Faculty should forward a copy of the request form along with the list of destinations to Eva Klein (ebz1@psu.edu) in Academic Affairs, room 119 Sutherland.  An electronic copy is preferred, but you may also forward paper copies of materials.  These forms will be stored electronically by Academic Affairs.

# Library

The library is located in 101 Woodland Building. Faculty can search for books or articles anytime – online resources are available 24/7. University Libraries provide hundreds of electronic databases and thousands of online journals. You can access the entire Penn State collection directly from your computer. Just use LIAS (Library Information Access System) to find what you need. If what you want isn't in the Penn State holdings, you can request materials through ILLiad, our interlibrary loan service.

Locally, the Abington Library houses a collection of books and print serials customized to the needs of Abington students and faculty. In addition, 50 computers, wireless access, two scanners and a microform reader are available. Special resources include a Media Room, the Eastern Pennsylvania Crime Prevention Resource Center, and the Ogontz School Archive.

Please contact the library (x7424) or check the Penn State Abington Library website for information about borrowing, reserve and reference services, library instruction, and individual consultations. A current Penn State identification card is required to borrow materials.

For the Library hours please see the library Website. To get online help, visit the library's ASK! website.

University Libraries Copyright Policies

- University Libraries follows the normal guidelines accepted nationally and are actually conservative in interpreting copyright, fair use, and need to pay for use.

- University Libraries links wherever possible to full text we already license or to resources that are available free.
- University Libraries uses the Copyright Clearance Center for all other print materials.
- University Libraries follows the "under 15%" rule for how much can be copied.
- University Libraries follows Music Library Association guidelines for audio materials.
- University Libraries restricts e-reserve access by Penn State password and by course/instructor.
- Library absorbs copyright fees. Annual costs have risen from $50,000 per year five years ago to an estimated $75,000 - 80,000 for this current year.

PSU-DE PIERO-001041

- If the amount requested or the costs are too high, the Library negotiates with the professor. Usually, the professor is unaware of these costs and will modify the reading list or use course packs to pass on the costs if they are beyond what the University Libraries staff interpret as meeting fair use guidelines or what is considered a reasonable cost per course.

For information on copyright issues, please see the library website.

# Mail, Telephone, Supplies, and Recycling

Faculty are asked to help conserve money and resources wherever possible. When it is necessary to mail items, faculty should employ the most economical means available. Overnight delivery (e.g., Federal Express), the most expensive mode of shipping material, requires the approval of the Division Head, and approval will be given only under extraordinary circumstances. Moreover, faculty use of the telephone, particularly for long distance calls, should be limited to essential business calls. Likewise, faculty are asked to use only those supplies that they need to do their work and to photocopy only when necessary, using both sides of paper whenever feasible. White paper should not be discarded in trash cans but placed in paper recycling bins located around the campus. Recycling bins are also available for aluminum cans and glass.

# New Employees

New faculty need to complete the following forms on/before their official start date. These forms and other required paperwork for new hires are now available via WorkDay, our new HRIS system. All onboarding tasks are assigned to you in your Workday inbox. You will receive approximately 13 individual tasks, a complete list is available here.  I9s must be done in person.

   **Other important items to be handled on new employee official start date or shortly thereafter:**

PSU-DE PIERO-001042

- PSU Id card - Please fill out an "Authorization for Penn State id+ Card " form and schedule an appointment. Please bring the completed form to your appointment at the id+ Office, 117A Sutherland, to get your card.

- Parking on campus - To park on campus, you must register your vehicle and obtain a parking permit.

- Office key(s) - Please fill out a "Facility Access Authorization" form, obtain all necessary signatures and submit the form to Alexis Donohue, 125 Sutherland. Once approved you will receive a confirmation email with details about how to obtain your key(s).

- Select Benefits (full-time employees only)—Benefits should be selected within the first few Days of the new employee's official start date. For more information go to www.ohr.psu.edu/Benefits/benefits.htm and click on Overview of Benefits.

- For technology support or resources please contact Online and Information Technology (OIT) via email abit@psu.edu or call 215-881-7675 during normal class hours for assistance.

- Office Phones – Your office telephone should be configured and linked to your PSU account on arrival.  You can visit https://my.voip.psu.edu/ to configure forwarding, change your password and check voicemails online.  Please connect the VPN before visiting the site off campus.  If you have any issues, please contact OIT at abit@psu.edu

- Obtain your class list. There are two "self-service" methods by which you may obtain your class lists: Canvas (canvas.psu.edu) and LionPath (lionpath.psu.edu)

- If you need additional help, please get in touch with your Division staff support person or your Division Head.

# New Program Procedure

The success of the college depends on its ability to provide excellent academic programs that serve the needs of its students and its community. Typically, ideas for new program can come from many sources, but the expert involvement of faculty is needed during program development if we are to maintain highest pedagogical standards and practice.

1. A new academic program may be proposed by either faculty or staff. To facilitate this process, the college will use a simple form that will be submitted to Division Head and copied to the Chair of the Curricular Affairs Committee for information. The proposer should address the following areas:
2. Briefly describe the nature of the program.
3. Briefly describe the rationale and need justifying the desire to offer the program.
4. Describe briefly the College's currently available resources: what resources, including faculty, student demand, facilities, and budget justify offering the program?
5. What is the likely university-wide impact on other academic units?
6. The Division Head will discuss the proposal with the Division Council. He/she will comment on the proposal and forward it to the Associate Dean.
7. The Associate Dean and the Chancellor will investigate the feasibility of the proposal either directly or through designation to the appropriate Division Head and faculty.
8. If the Chancellor and the Associate Dean decide that the proposal is viable and wish to pursue the matter further, the Division Head forms a Divisional Program Development Committee for

PSU-DE PIERO-001043

further review and possible revision of the proposal. At this point, as the Chancellor/Associate Dean deem appropriate, the faculty may initiate informal conversation with University Park.

9.  The Divisional Program Development Committee and Division Head will develop a full curricular proposal that follows the guidelines established by the University Faculty Senate's Curricular Affairs Committee and send the finalized proposal to the Chancellor and Associate Dean. They will also prepare a Curricular Prospectus (pre-proposal) using a standard form.
10. The Associate Dean will take the prospectus to ACUE for discussion, input and consultation.
11. The Associate Dean will initiate ACUE Consultation via the ACUE Listserve.
12. The proposal will be forwarded to the Abington Faculty Senate/Curricular Affairs Committee for input, consultation and approval.
13. The Chancellor/Associate Dean will consult and submit the full proposal with evidence of consultation to the appropriate office at the University.


# Non-Discrimination Policy

The Pennsylvania State University subscribes to a policy of non-discrimination in all its educational activities and programs as defined by law. The University administers all policies without regard to race, religion, color and national origin; and without regard to handicap, age, sex, or status, except as provided by law. These policies apply to application and selection for admission as well as application for employment and all other policies and actions with the University. The University policy of nondiscrimination on the basis of sex also pertains to sexual harassment.

The Pennsylvania State University is committed to the policy that all persons shall have equal access to programs, facilities, admission, and employment without regard to personal characteristics not related to ability, performance, or qualifications as determined by University policy or by state or federal authorities. The Pennsylvania State University does not discriminate against any persons because of age as defined by law, ancestry, color, disability or handicap, national origin, race, religions creed, sex, sexual orientation, or veteran status. Discrimination or harassment against faculty, staff, or students will not be tolerated at The Pennsylvania State University. Direct all inquiries regarding the nondiscrimination policy to the Affirmative Action Director, The Pennsylvania State University, 328 Boucke Building, University Park, PA 16802; 814-863-0471 V/TTY. See Policy AD-42 - Statement on Nondiscrimination and Harassment.

# Office Hours

Penn State Abington is a welcoming community where individuals meet, connect, and learn. Regular, predictable office hours conducted in a manner that meets student needs sustains Penn State Abington's commitment to an accessible, student-centered approach to education. Fulltime faculty members are expected to schedule at least five office hours per week for each week of the semester to be conducted in-person or as a combination of in-person and face-to-face remotely, subject to the following guidelines:

- Office hours should be scheduled over at least three days of the week

- Approximately half of office hours at a minimum should be offered in-person

PSU-DE PIERO-001044

- In-person office hours may be conducted in the faculty member's office or at other preannounced locations on campus or at sites used by the college for instructional purposes.

- While the faculty member may offer to schedule additional hours by appointment, telephone, e-mail or other communication channel, these additional hours may not substitute for the required and regularly scheduled office hours offered in person or face-to-face-remotely.

- Part-time faculty should also schedule at least one office hour weekly per section taught.

- Whenever possible, faculty will schedule their office hours so as not to conflict with more than one Common Break period in the week.

Before the 10th day of each new semester, faculty are required to provide a schedule of office and class hours to the Office of Academic Affairs and the Division Head and to post this schedule outside their offices. The scheduled office hours represent a firm commitment, barring unforeseen circumstances or other professional obligations, to be available for consultation with students in the faculty member's classes, with advisees, and with other faculty and staff members whether or not these individuals have made appointments. Full-time faculty also should make themselves available for additional office hours during peak periods (e.g. advance registration) or times when in their professional judgment, students may need more time with them.

# Online Student Early Progress Report (EPR)

Between the start of the third week and the end of the sixth week of classes during both fall and spring semesters, each instructor shall evaluate the performance of:

- non-transfer degree candidates who are enrolled in their first or second semester (summers not included)
- provisional students
- Non-degree regular students who have earned 27 or fewer credits.

An initial email message is sent to faculty on the first day of the third week of the semester if they have students in their courses that need to be evaluated. These students are listed in the early progress report menu or the faculty's LionPath account. For each student who is identified as making unsatisfactory progress, an email is sent out to the student and student's adviser. EPR may be used repeatedly during the four weeks of the early progress report process.

See Policy #47-70 for more information.

# Overload Policy

The use of overloads is intended to be a temporary measure and must not replace the hiring of additional full- or part-time-time faculty to address long-term staffing needs. Any credits taught, partial or otherwise, above the contractual obligation is to be considered an overload and are compensated as such.

Total academic year overloads (excluding summer, independent study and Abington College Undergraduate Research Activities) taught by faculty are limited to two sections. Any overload exceeding two sections per academic year must be justified in writing by the Division Head and reviewed and agreed

PSU-DE PIERO-001045

upon by the Associate Dean.

# Parking, Key Requests, Identification Cards

Parking on campus - To park on campus, you must register your vehicle and obtain a parking permit.

Office key(s) - Please fill out a "Facility Access Authorization" form, obtain all necessary signatures and submit the form to Alexis Donohue, 125 Sutherland. Once approved you will receive a confirmation email with details about how to obtain your key(s).

PSU Id card - Please fill out an "Authorization for Penn State id+ Card " form and schedule an appointment. Please bring the completed form to your appointment at the id+ Office, 117A Sutherland, to get your card.

# Photocopying (The Copy Center)

The Copy Center offers high-quality, low-cost copying with 3 high speed digital copiers for large black and white or color jobs. The hours of operation are Monday - Friday 9:00 AM – 4:00 and is located in the Woodland Building room 210.

Copy job requests can be done by completing and submitting the Faculty Copy Request Form, located on the Intranet under the form finder tab. Walk up requests will also be available.

Please allow at least a 72-hour turnaround time for all requests. Copy requests submitted after 4:00 PM will be processed on the next business day. You can schedule to pick up your completed copy jobs at the Copy Center Monday – Friday at 10:00 AM or 2:00 PM or you can have it delivered to your campus mailbox.

The Copy Center must adhere to copyright rules and regulations.
The Copyright Clearance Office is the official University resource for obtaining copyright approvals for course packets and other publications. In fact, Policy IP-05 states that utilizing this service for copyright approvals ensures that faculty/staff members and their departments will not be liable for financial responsibility in the event of copyright infringement. We cannot copy more than what "Fair Use" permits. You can, however, obtain publisher permission for us to copy material. In that instance, we must have a copy of the letter of permission for our files.

 We also have various self-service black and white copiers for small volume jobs. The copiers are located at 118 Sutherland, 403 A Sutherland, 207 A Woodland and 312 B Rydal Executive Plaza. If copiers are getting low on toner and/or paper, please call 215-881-7310.

If you have any questions/concerns, please contact us at  CopyCenterAB@psu.edu

# Professional Organization Membership

In an institution of higher learning, it is recognized that in order to maintain professional competence in the various disciplines, it is necessary to maintain contacts in the disciplines through membership in

PSU-DE PIERO-001046

professional societies and associations.

Dues or fees will be paid only for institutional memberships in the name of the College. In most instances, a senior staff member (Chancellor, Associate Dean, Division Head or Director) is named as the

institutional representative to represent the College.

The College will not pay for individual memberships to organizations. However, if a membership is required for a faculty member to present a paper, funds to cover such memberships should be requested when a travel authorization is submitted. Also, when such memberships are required from students presenting their undergraduate research or from faculty accompanying these students, funds to cover such memberships should be requested from the Abington College Undergraduate Research Activities fund.

See the University policy HR-12 regarding professional organization memberships for more information.

# Program Chairs

Each Academic Degree Program will be represented by a Program Chair. Program Chairs/Coordinators are appointed on an annual basis by the Associate Dean, in coordination with the Division Head. Evaluation of Program Chair/Coordinator performance will be part of the annual review of faculty serving in these roles.

Program Chair (and Coordinator, where relevant) Responsibilities (Based on Task Force Recommendations, 2017)

- Part-time hiring and supervision of FT2 faculty; coordination with DH on FT2 needs and budgeting.
- Coordinate advertising and search committee formation (with DH) for full-time faculty hiring.
- Develop schedule for DH and maintain program rollouts.
- Contact for inquiries about program and recruitment into program.
- Advising – communicate with majors, train faculty advisers in program-specific issues, assist with advising students having difficulty with assigned adviser.
- For programs with budget – develop budget with DH, maintain authority for spending on supplies, etc.
- Conduct or delegate annual learning outcomes assessment.
- Work with administration on program reviews.
- Convene program faculty at least once per semester.
- Serve as contact point for faculty and student complaints. Work with DH on conflicts that are difficult to resolve.
- Meet regularly with DH.
- Attend division council meetings.

# Promotion and Tenure

The promotion and tenure policies of the University should contribute to academic excellence. An equitable and widely-understood promotion and tenure system ensures that considerations of academic quality will be the basis for academic personnel decisions.

At the links below, you will find the criteria, procedures, and conditions used for awarding of promotion and tenure to academic personnel.

PSU-DE PIERO-001047

Promotion and Tenure Procedures and Regulations - Policy HR-23: The purpose for this policy is to determine the criteria, procedures, and conditions of the review of University academic personnel and for the awarding of promotion and tenure.

Administrative Guidelines for HR-23: The Administrative Guidelines are provided to implement the University's policy on promotion and tenure, HR-23, "Promotion and Tenure Procedures and Regulations." The Guidelines supplement but do not alter  basic policies  set  forth in  HR-23. Abington College Promotion and Tenure Criteria (included below): Within the context of the regulations of the University, this document delineates the expectations and standards for promotion and tenure at the Abington College.

**Responsibility for Preparation of the Dossier:** (See HR-23, Section III. B., Nos. 2, 3, and 4.)

- For colleges at University Park and other locations, the department head has the responsibility for preparing the dossier.
- It is ultimately the responsibility of the college dean to ensure that each dossier follows the proper format and is accurate and complete.
- Insofar as a faculty member under review may need to supply materials for the dossier, there is a sense in which there is some shared responsibility between the faculty member and the administrator for the timely preparation of the dossier.

More information about the Promotion and Tenure process, including Frequently Asked Questions, Early Tenure Review Procedures and Immediate Tenure Review Guidelines can be found at the website of the Vice Provost for Academic Affairs for Tenure and Promotion.


# Abington College Promotion and Tenure Policy

## Purpose

The Pennsylvania State University Policy HR23 states that it is the responsibility of each academic unit within the University to develop its own specific expectations and standards as the basis for tenure and promotion recommendations. Within the context of the regulations of the University, this document delineates the expectations and standards for promotion and tenure at the Abington College.

## Introduction

meet the needs of the College's local constituents and to ensure efficient change of assignment to other Penn State colleges.

## Levels of Review

Those faculty members electing the Abington College as their locus of tenure and all faculty hired after July 1, 1997, will hold an appointment in one of the academic units of the College: the Division of Arts and Humanities; the Division of Science and Engineering; and the Division of Social Science. The

candidate's initial review for promotion and/or tenure will take place at the academic unit level, which may have its own specific criteria for tenure and/or promotion. The College level of review by faculty and administrators will monitor general standards, policies, and procedures defining academic quality and

PSU-DE PIERO-001048

equitable treatment of candidates. The University Promotion and Tenure Committee and University Administrators will provide the final levels of review before a candidate is granted tenure and/or promotion.

## Review Committees

### Division Committees

The divisional level of review for a candidate for promotion and/or tenure will be conducted by a committee consisting of no fewer than three and no more than five tenured faculty members holding the rank of Associate Professor or Professor. Two-thirds of the committee members will be elected from within the division membership and one-third appointed by the Chancellor and Dean, in consultation with the Associate Dean for Academic Affairs and the appropriate Division Head. Only faculty of higher rank than the candidate shall review a dossier and make recommendations about promotion. The chair of the division committee will be elected by the members of the committee or appointed by the Division Head.

When it is not possible to constitute a division committee with faculty of higher rank, the first priority in constituting a review committee shall be to add faculty of a higher rank from a similar discipline within the candidate's college. When it is not possible to constitute a division committee with faculty of higher rank within the College, the first priority will be to seek faculty of higher rank from within the candidate's discipline located at another college of the University. Approval for such action is required from the Executive Vice President and Provost of the University.

### Abington College Committee

Following the divisional review, College level of review for a candidate for promotion and/or tenure will be conducted by a committee consisting of no fewer than three and no more than five tenured faculty holding the rank of Associate Professor or Professor. Two-thirds of the committee members will be elected and one-third appointed by the Chancellor and Dean, in consultation with the Associate Dean for Academic Affairs. It is recommended that a majority of faculty members hold the rank of Professor. Only faculty of higher rank than the candidate shall review a dossier and make recommendations about promotion. The chair of the College committee will be elected by the members of the committee or appointed by the Chancellor and Dean of the College, in consultation with the Associate Dean for Academic Affairs.

If a campus or an academic department does not have at least three faculty members who are eligible to serve on a review committee, faculty members in related fields from other campuses or academic departments shall be appointed by the campus chancellor or the department head, respectively, to serve on the committee.

When it is not possible to constitute a committee with faculty of higher rank within the College, the first priority in constituting a review committee will be to have a committee composed of faculty of higher rank from within the candidate's department located at another college of the University. Approval for such action is required from the Executive Vice President and Provost of the University.

### Independent Judgments of Peer Review Committees

Peer review committees must protect the review process from undue administrative influence.

Administrators will not be present during peer review discussions or when votes are being taken.

PSU-DE PIERO-001049

Administrators may be invited for consultation if a committee deems it appropriate.

## Criteria for Promotion and Tenure

Faculty members at the Abington College will become eligible for promotion and/or tenure upon fulfilling the requirements specified in HR-23. The criteria for this evaluation will include high-quality performance in three interrelated areas:

(1) teaching ability and effectiveness
(2) research, scholarship, and creative accomplishment
(3) service to the University, the profession, and the public

While an individual candidate may demonstrate exceptional accomplishment in one of these areas, the Abington College expects high-quality performance in all areas under review.

## Elaboration of the Three Basic Criteria for Promotion a nd Tenure

### 1. The Scholarship of Teaching and Learning

The primary mission of the Abington College is to provide a high-quality undergraduate education. In accordance with this mission, the College highly values the teaching and advising roles of its faculty. Faculty members must possess a commitment to teaching and must demonstrate success in communicating their specialized knowledge to students.

Evaluation of teaching effectiveness shall be based on both student input and faculty information about the quality of the teaching. The process shall incorporate a variety of evidence from students, peers, and the faculty member under review that speaks to the quality and effectiveness of teaching. SRTE data collected over time, peer review (e.g. Instructional Review Committee reports of classroom observations), measures of excellence such as College or University awards for teaching and/or advising, and other documentation of teaching effectiveness must be presented in the dossier in compliance with the procedures outlined in HR-23 Administrative Guidelines, Section II,C. Letters from current students may be used only if solicited by Abington College administrators.

To merit a favorable recommendation for tenure and/or promotion to associate professor, candidates must demonstrate a record of high-quality teaching through their thorough knowledge of their subject matter, their ability to communicate this knowledge effectively to students, and their consistent application of appropriate academic standards in evaluating their students.

For promotion to professor, candidates must present evidence of continued effectiveness and excellence as teachers beyond that which was evident at the time of tenure and/or promotion to associate professor.

### 2. The Scholarship of Research and Creative Accomplishments

Because the intellectual rigor and vitality of a faculty depends upon ongoing research, scholarship, and creative accomplishments, the Abington College will expect each faculty member to engage in research leading to publication, creative performance or exhibition, and other scholarly accomplishments. In recognition of its mission and capitalizing on its size, allowing faculty members from many disciplines to

PSU-DE PIERO-001050

work together, the Abington College values pedagogical and interdisciplinary achievements as well as traditional research in academic disciplines. Documentation of expertise in research, scholarship, and creative accomplishment should include evidence of publication in refereed journals or in books refereed by other scholars in a discipline, receipt of grants or contracts, presentation of papers at professional or technical conferences, invited participation in workshops or seminars at scholarly meetings, or exhibition of creative accomplishments appropriate to the candidate's field.

Demonstration of a faculty member's expertise should result in a favorable reputation among tenured professors of national standing who hold higher rank than that of the candidate and who are able to provide the Abington College administration with written assessments of the quality of the candidate's record of research, scholarship, and/or creative accomplishments in the field. In accordance with the administrative guidelines for the implementation of HR-23, external letters assessing a candidate's research and scholarship are required in all promotion and tenure cases. These letters will be solicited by the Chancellor and Dean from lists of qualified evaluators provided by the candidate's Division Head with recommendations submitted by the candidate.

To merit a favorable recommendation for tenure and/or promotion to associate professor, candidates must demonstrate a clear and consistent record of research and creative accomplishment. Moreover, they must demonstrate the ability to initiate, conduct, and sustain a high-quality research program

and/or present a record of distinguished creative accomplishment. Typically candidates demonstrate this level of achievement by publication, exhibition, or production in venues generally recognized to be of high quality by leaders in the field. This research and scholarly work is expected to have had or to be likely to have significant impact in the field. While outlets may vary, given the diverse disciplinary and interdisciplinary interests of our faculty, evidence of quality is expected.

For promotion to professor, candidates will have a national or international reputation in their field of research or creative accomplishment. Moreover, candidates must demonstrate significant accomplishment beyond that presented at the time of promotion to associate professor.

### 3. <u>Service and the Scholarship of Service to the University, Society, and the Profession</u>

The Abington College views a record of active service as evidence of the candidate's commitment to the College and the University. Forms of service include committee work, participation in governance, administrative support, service to student groups, service to the profession, or professionally related public service. Moreover, candidates will be expected to describe and document the role and impact of their service contribution.

To merit a favorable recommendation for tenure and/or promotion to associate professor, candidates must demonstrate a clear and consistent record of service to the Division, the College, the University, the profession, and the public.

For promotion to professor, candidates must present a record of continued contributions to their Division, the College, the University, the profession, and the public. Further, it is expected that the record of service will result in some evidence of leadership in one or more areas.

Revised May 5, 1997
Updated August 25, 1999
Updated November 8, 1999

PSU-DE PIERO-001051

Penn State Abington - Faculty Handbook 10/13/2021

## Promotion and Tenure Review Timetable for 2021-22
### Abington College

**4th, 6th-year reviews & promotion to full professor**

**On or before:**

| | |
|---|---|
| *July 1, 2021* | Administrative Guidelines distributed |
| *August 9, 2021* | Office of Human Resources provides reports to deans indicating number of years of credit toward tenure earned by faculty in their respective academic units and listing all faculty in their respective units who will have second-, fourth-, and sixth-year tenure reviews in 2021-22 |
| *August 31, 2021* | Requests for 1-year Extension of the Probationary Period due to COVID-19 must be received in the office of the Vice Provost for Faculty Affairs (vpfa.psu) if planning to take extension in this academic year |
| *September 3, 2021* | Peer Reviewers for teaching evaluations finalized by |
| DH | Dossier draft due from candidate to Division Head |
| *September 17, 2021* | Dossier draft due from Division Head to candidate |
| *September 24, 2021* | Dossier draft due from candidate to the Dir. of Institutional Effectiveness and Faculty Development (Karen Weekes) |
| *October 1, 2021* | SRTE open-ended summaries due from Division Head to Donna Mills |
| | All promotion and tenure review committees and procedures established. In most cases, units will have established procedures previously and will continue to use them. If, however, changes are recommended, the changes must be adopted formally by the faculty, approved by the Chancellor, and approved by the Executive Vice President and Provost prior to this date. |
| | Membership lists, including rank and title, for all promotion and tenure review committees forwarded to the Executive Vice President and Provost, together with a statement of procedures for forming review committees or a statement that such procedures have not changed. |
| *October 4, 2021* | All drafts returned to candidates |
| *October 8, 2021* | Final dossier due from candidate to the Dir. of Institutional Effectiveness and Faculty Development |
| *October 15, 2021* | All final dossiers due from Dir. of Inst. Effectiveness & Fac Dev to Office of Academic Affairs (Donna Mills) |
| *October 15, 2021* | Peer Review of teaching letters due in Office of Academic Affairs (Donna Mills) |

52

PSU-DE PIERO-001052

Penn State Abington - Faculty Handbook 10/13/2021

| | |
|---|---|
| *October 20-21, 2021* | Candidate signs complete dossier in Office of Academic Affairs |
| *October 22, 2021* | Dossiers distributed to divisional committees |
| *November 19, 2021* | Divisional reviews due to Office of Academic Affairs (Donna Mills) |
| *November 22, 2021* | Dossiers to Division Heads |
| *December 8, 2021* | Division Head reviews due in Office of Academic Affairs (Donna Mills) |
| *December 10, 2021* | Dossiers to College Committee |
| *January 21, 2022* | Peer Reviewers for teaching evaluations of 2022-23 4th-year or promotion candidates finalized by DH |
| *January 21, 2022* | College Committee reviews due in Office of Academic Affairs (Donna Mills) |
| *February 1, 2022* | All factual changes or new information must be submitted by this date. |
| *February 28, 2022* | All college level reviews completed, including Chancellor's recommendations; positive recommendations (and dossiers of candidates for whom all prior reviews have been positive regardless of the Chancellor's recommendation) for final review forwarded to the University P&T Review Committee via the Office of Human Resources. |
| *April 1, 2022* | Requests for 1-year Extension of the Probationary Period due to COVID-19 must be received in the office of the Vice Provost for Faculty Affairs (vpfa.psu) for 2022-23 promotion candidates. |
| *April 15, 2022* | Names of external reviewers given to DH by 2022-23 promotion candidates |
| | Peer Review of teaching letters for 2022-23 4th-year or promotion candidates due in Office of Academic Affairs (Donna Mills). |
| *April 18, 2022* | All reviews completed by the University P&T Review Committee; all recommendations forwarded to Executive Vice President and Provost. |
| *May 2, 2022* | All external reviewers contacted by DH for 2022-23 promotion cases |
| *May 6, 2022* | All final decisions on promotion and tenure completed by the President based on recommendations of the Executive Vice President and Provost; all candidates notified of the results of the reviews. |
| *May 11, 2021* | 2022-23 promotion candidates provide external reviewer materials to DH |
| *May 12, 2022* | All materials sent to external reviewers for 2022-23 promotion cases |
| *June 15, 2022* | All notifications for 4th year reviews completed by Chancellor and Associate Dean. |
| | For all faculty not having a promotion or tenure review in this academic year, annual personnel evaluations completed and faculty informed of results of these evaluations, |

PSU-DE PIERO-001053

Penn State Abington - Faculty Handbook 10/13/2021

in writing.

All reports required in AC-23 and the Administrative Guidelines submitted.

*June 30, 2022*          All final decisions **must** be entered into WorkLion by the Human Resources Strategic Partner in the academic unit.

### Promotion and Tenure Review Timetable for 2021-22
### Abington College 2-year reviews

**On or before:**

*July 1, 2021*          Administrative Guidelines distributed

*September 10, 2021*    Peer Reviewers for teaching evaluations finalized

*October 20, 2021*      Dossier draft due from candidate to Division Head

*October 29, 2021*      Dossier draft due from Division Head to candidate

*November 8, 2021*      Dossier draft due from candidate to the Director of Institutional Effectiveness & Faculty Development (Karen Weekes)

*November 19, 2021*     Peer Review of teaching letters due in Office of Academic Affairs (Donna Mills)

                        All drafts returned to candidates

*November 29, 2021*     Final dossier due from candidate to the Director of Institutional Effectiveness & Faculty Development

*December 6, 2021*      SRTE open-ended summaries due from Division Head to Donna Mills

*December 8, 2021*      All final dossiers due from Dir. of Inst. Eff. & Fac. Dev. to Office of Academic Affairs (Donna Mills)

*December 13-14, 2021*  Candidate signs complete dossier in Office of Academic Affairs

*December 17, 2021*     Dossiers distributed to divisional committees

*January 24, 2022*      Divisional reviews due in Office of Academic Affairs (Donna Mills)

*January 17, 2022*      Dossiers to Division Heads

*February 10, 2022*     Division Head reviews due in Office of Academic Affairs (Donna Mills)

*February 11, 2022*     Dossiers to College Committee

*March 18, 2022*        College Committee reviews due in Office of Academic Affairs (Donna Mills)

54

PSU-DE PIERO-001054

*May 16, 2022*                       All second-year reviews completed by the Chancellor and Associate Dean


*June 15, 2022*                      All notifications for 2nd year reviews completed by Chancellor and Associate Dean

*June 30, 2022*                      All final decisions **must** be entered into WorkLion by the Human Resources Strategic
                                     Partner in the academic unit.


### CHECKLIST FOR PROMOTION/TENURE REVIEWS ABINGTON COLLEGE


**P & T Cover Sheet:** <u>Promotion and Tenure Form</u>
---- Two cover sheets for simultaneous tenure and promotion with tenure on top, one cover sheet for promotion only.
---- 2nd or 4th year review typed and 6th Year Tenure crossed out for candidates in their 2nd or 4th year reviews.
---- Full Name - Do not use initials, and make sure name matches official employment name with PSU.
---- Make sure your PSU ID number is accurate.
---- College should be Abington. Department should be one of the three divisions: Arts & Humanities, Science & Engineering, or Social Sciences.
---- Complete rank and title should be included. Example: Assistant Professor of Mathematics.
---- Check one of the two boxes about graduate faculty status.
---- Date(s) of Stay(s) of Provisional Tenure: Enter dates or "none" (See Guidelines 2019-2020, Section VI and Appendix G).
---- Proposed Rank and Title only filled out for promotion.
---- Tenure status: Always leave blank for simultaneous tenure and promotion cases. Complete with year tenured for promotion-only cases.
---- Box checked, signed & dated by Chair of the Divisional P/T Committee.
---- Box checked, signed & dated by Division Head.
---- Box checked, signed & dated by Chair of P/T Committee.
---- Box checked, signed & dated by the Chancellor.
---- A tie vote is considered a negative recommendation, and the "Not Recommended" block is to be checked.


**Biographical Data Form:** <u>Biographical Data Form</u>

---- Complete all applicable categories.
---- Complete rank and title.
---- Location of Residence is Penn State Abington.
---- If the candidate holds professional status, such as law, etc., indicate.
---- Under III, "Academic, Government, Military, and Professional Positions" (previously "Occupational Record"), list most recent employer (other than Penn State) first.


**College Criteria and Procedures for P&T: Abington College Policy (includes procedures and criteria)**
---- Abington College Promotion and Tenure Policy must be copied and inserted in the dossier immediately before the narrative statement and after the biographical data form. Candidate, committees, and external evaluators are provided the current version.


**Narrative Statement**
---- No longer than one or two pages (in no smaller than 10-point font), with three pages being an absolute outer limit. This statement should relate the candidate's sense of their scholarship of teaching and learning; scholarship of research and creative accomplishments; and service and the scholarship of service to the University, society, and the profession. It provides candidates the opportunity to place their work and activities

PSU-DE PIERO-001055

in the context of their overall goals and career trajectory. It is up to the candidate to establish the importance of their work/publications within their field. For example, they might give a citation count, the acceptance rates of journals they have published in, or the impact factor if the field uses that measure. The scope and significance of the candidate's contribution and publication sites should be as clear as possible. This statement cannot exceed 1600 words; if using Activity Insight, do not adjust the margins.

---- For tenure and/or promotion reviews, if a narrative statement different from that included in the dossier is sent to externals, the narrative statement provided to external reviewers must be included in the supplemental material folder.

**Signature Statement**
---- Candidate signature statement. Before signing the Candidate Signature Statement, the faculty member should be shown the entire dossier, except for Section D (External Letters of Assessment). This includes peer review letters as well as the Division Head summary of students' comments on teaching, and all tenure review letters from earlier reviews.

<u>The Scholarship of Teaching and Learning</u>
---- All Pages numbered beginning with A-1, A-2, etc, including Instructional Review letter (top right corner of page).
---- For tenure, materials are from the date of University employment in a tenure-eligible position.
---- For promotion, this section should cover from the date of last promotion or last five years if the last promotion was more than five years ago.
---- Faculty members who were granted a stay of tenure or a leave may include additional evaluations beyond five years in order to provide sufficient evidence of evaluations or teaching assessment.
---- Faculty whose previous promotion was five or more years ago may choose to report information about teaching for up to 10 of the most recent years since the last formal review.
---- Note: Include all applicable sections in the order listed on the divider. If you do not have anything to include in a section, omit that section, including its header.
---- Reverse chronological order (most recent date first).
---- Two methods of assessment for student evaluation are required:
SRTE quantitative responses, as collected in Digital Measures
Either a summary of written student evaluations, a summary of formal interviews with students at the end of the semester, or a summary of student SRTE comments. The Division Head should summarize student comments; do not include each one in full. A candidate should not be involved in preparing the summary of student comments or interviews.
---- Peer Review letters signed and dated by reviewers. Peer reviewers should follow Penn State Abington's Peer Review Guidelines.
---- For tenure reviews, include all peer reviews of teaching evaluative statements from the previous probationary tenure reviews (2nd, 4th year reviews, etc.).
---- Do not include any unsolicited letters.

<u>The Scholarship of Research and Creative Accomplishments</u>
---- All pages numbered beginning with B-1, B-2 (top right corner).
---- The time span for material included is the candidate's entire career.
---- Reverse chronological order (most recent date first).

PSU-DE PIERO-001056

---- Generally, use the citation style from the candidate's discipline. All article entries should contain full bibliographic information, including page numbers.
---- Role of author defined and percentage of contribution listed on each multiple-authored publication.

---- For articles published only electronically and listed under the category of refereed publications, confirmation of its refereed status and its editorial board must be included in the supplemental material folder.
---- Articles posted electronically by the individual faculty member without a formal review are not to be listed in the dossier.
---- Beginning and ending dates for membership in professional and learned societies.
---- Manuscripts accepted: letters of acceptance must be placed at the end of this section

---- For submitted manuscripts, awaiting decision: indicate where submitted, when, if peer reviewed, and number of pages in manuscript.
---- Listings of work in progress and grants not funded should be eliminated from all sixth-year and early tenure reviews and all promotion reviews beyond the assistant professor level or equivalent. Work accepted, submitted, or under contract should continue to be listed in all dossiers.
---- Do not include unsolicited letters.


 **Service and the Scholarship of Service to the University, Society, and the Profession**
---- All pages numbered beginning with C-1, C-2 (top right corner).
---- Normally, the time span for material included is from the date of appointment to tenure-eligible position OR date of last promotion for tenured candidates. However, if the last promotion was more than five years ago, provide evaluation for only the most recent five years.
---- Faculty members granted stay of tenure or leave may include additional evaluations beyond five years in order provide sufficient evidence of evaluations or assessment.
---- Faculty whose previous promotion was five or more years ago may choose to report information about teaching for up to 10 of the most recent years since the last formal review.
---- Chronological order, most recent date first.
---- Beginning and ending dates for service.
---- Provide short description of the kind of work entailed for service activities. Thus, rather than just listing a committee, describe what that committee did, your role in it, how often it met, etc. This practice helps the University Committee (and the other committees) to assess service more accurately.

**External Letters of Assessment (for Promotion and Final Tenure Reviews only)**
---- All pages numbered beginning with D-1, D-2 (top right corner).
---- This section shall not be made available to the candidate at any time.
---- Description of how the letters of assessment were solicited and a description of the procedure for selecting external evaluators.
External evaluators must hold at least the rank being sought by the candidate under review.
The evaluator should be familiar with the candidate's disciplinary or research area.
External evaluators should not be former teachers, co-PIs, nor significant collaborators (e.g., co-authors) of the candidate nor have a personal relationship with the candidate.
Candidates should not have any contact with external reviewers before or during the promotion and tenure review process.

Division Heads should select evaluators from diverse sources (not from the same institution).

PSU-DE PIERO-001057

---- Identify evaluators in order listed on log; include a brief statement of the referee's achievements and standing in their discipline.

---- Include a College-Approved Sample letter of request. When considering a tenure decision and a promotion decision simultaneously, external referees should be asked to address both concerns in a single letter.

---- The college criteria, a curriculum vita, narrative statement, and copies of key publications included with the letter of request sent to the external evaluators. Do NOT send entire dosser.

--- Log of External Letters (Date of request, Date of receipt, Date of entry in dossier—also note if externals came from Division Head or candidate's list—should be at least 50% from DH list). Note that the final version of this log will reflect only those evaluators who received the candidate's file for review. The log, as well as the external letters, shall not be made available to the candidate at any time.

--- All requests should be entered in the log regardless of whether a response was obtained.

---- Letters from evaluators included in order listed in log. Dossiers must include a minimum of four letters from external evaluators.


Statements of Evaluation of the Candidate by Review Committees and Administrators
---- All pages numbered beginning with E-1, E-2 (top right corner).

---- Review letters should be dated and addressed appropriately as follows: The letters from the Division Committee, Division Head, and College Committee should be addressed to the chancellor and dean, and the letter from the dean should be addressed to the Executive Vice President and Provost.

---- Committee Members listed with professorial rank on Committee signup sheet

---- Division P&T Committee letter

---- Division Head letter

---- College P&T Committee letter

---- Chancellor/Associate Dean letter

---- Exact vote of committees, including abstentions indicated in the first paragraph of the Committee letters, even if the vote is unanimous (i.e., 7 for and 0 against).

---- For split votes, include majority and minority views in the letter.

---- Consultation noted and discussed or any absentia explained if applicable.

---- All letters in chronological order.

---- No identification of external evaluators in review letters. Letters should not reference external reviewers by name or other descriptors that reveal identity.

---- A tie vote is considered a negative recommendation, and the "Not Recommended" block is to be checked on the Promotion and Tenure Form.

---- In evaluating teaching, use the following descriptors: Excellent, Very good, Satisfactory, and Unsatisfactory.

---- In all other review areas, use the following descriptors: Excellent, Very good, Good, Fair, and Poor.

---- For tenure reviews, include all evaluative statements from the previous probationary tenure reviews (2nd, 4th year reviews, etc...). Post-tenure dossiers do not require prior evaluative statements.

---- For candidates for promotion only, evaluative statements pertinent to the current promotion action are to be included. Evaluative statements from prior promotion reviews and from prior tenure reviews are not to be included.


**Candidate**
---- The candidate has received written copies of all previous evaluative letters.

---- The tenure/promotion candidate has reviewed the factual part of the dossier (all sections except the external letters) for accuracy and completeness prior to the beginning of the review process.

58

PSU-DE PIERO-001058

---- Dossier does not contain evaluative statements written by the candidate, samples of the candidate's publications, letters of appreciation or thanks, course outlines, vita, etc.
---- The Candidate Signature Page is signed and dated.

**Factual Changes**
---- No factual changes or new information is included in the dossier after the deadline specified in the Administrative Guidelines for AC-23: Promotion and Tenure Procedures and Regulations typically in mid-February, February 15 for the 2019-2020 academic year.
---- If factual changes or new information is included, all review committees and administrators who have completed their review of the candidate are informed and shall have the opportunity to reconsider their recommendation.
---- If there are changes, include a letter from each committee that it has viewed additions to the dossier

**Supplemental Material**
Candidates must provide electronic pdfs of their publications. If there are many, the candidate should choose 10-15 to include; a list of the pdfs with a rationale for these choices is suggested. For books, create a pdf of the publication page, table of contents, and introduction. These pdfs are due at the same time as the draft of the dossier. All supplemental support materials (e.g., books, reprints, syllabi, or teaching portfolios) are not included in the dossier; they are available for review by members of the local review committees and are available upon request at the university level.

**Other**
---- The original copy of the dossier is submitted to Human Resources.
---- Ultimate retention of the original dossiers resides with the Office of Human Resources, where they are retained until termination, resignation, or retirement.

**P&T Forms**
The promotion and tenure forms are available in GURU's General Forms Usage Guide at
http://guru.psu.edu/forms/4-21PromotionandTenureForms.html, which allows the user to download the forms electronically.

All candidates for P&T should be familiar with all the current contents on the Vice Provost's P&T website at
https://www.vpfa.psu.edu/promotion-and-tenure/

### ACTIVITY INSIGHT SYSTEM (DIGITAL MEASURES)

The Activity Insight system (AI) is an online software tool that is being used across the University to input individual faculty information for preparation of Promotion and Tenure (P&T) dossiers and Annual Faculty Activity Reports. You are strongly encouraged to use the Activity Insight system to prepare your dossier.

Access the Activity Insight system at https://www.digitalmeasures.com/login/psu/faculty
View the training video at http://www.digitalmeasures.com/aitraining/ (7 minutes)
Review the user guide at http://www.digitalmeasures.com/login/dashboard/Activity_Insight_Faculty-Staff_Guide.pdf (2 pp.)

PSU-DE PIERO-001059

Frequently Asked Questions (FAQ) https://ed.psu.edu/internal/deans-office/activity-insight-ai-frequently-asked-questions

How to download a Promotion and Tenure dossier as a Microsoft Word document
Activity Insight can be used to create P&T dossiers by using the preformatted "University Dossier" report customized for use at Penn State University.

Login to Activity Insight at https://www.digitalmeasures.com/login/psu/faculty
Under "Manage Activities" in the left margin, click on "Run Reports."
Select "University Dossier" template from the drop-down menu at the top, choose your report options, and click on "Run Report" at the top right of the screen.
Save the file to the folder of your choice.
Open the dossier for reviewing, editing, and submission.

Note: Listings of work in progress and grants not funded should not be included in sixth-year and early tenure reviews and all promotion reviews beyond the assistant professor level or equivalent.

Note: If you use Rapid Reports to generate your dossier, this option does not allow you to automatically exclude manuscripts in progress and grants not funded, nor does it allow you to choose the citation style for your research section

# Guidelines for Fixed-Term Promotion

The fixed-term promotion process at Penn State Abington is designed to encourage and reward academic excellence and the advancement of the campus' mission to foster excellence in teaching, professional growth, and service to students, the campus, and the community.

The Pennsylvania State University policy governing fixed-term promotion (AC21) charges each academic unit within the University with developing expectations, standards, and processes for promotion recommendations. The purpose of this document is to delineate these expectations, standards, and processes for promotion of full-time fixed-term and non-tenure line standing faculty at Penn State Abington. This document operates in the context of the broader procedures and standards of the University.

**I. Fixed-Term Academic Ranks (As outlined in AC21):**

A. **Lecturer** - A lecturer should possess at least a master's degree or its equivalent, or be an active candidate for a terminal degree, in an academic field related to their teaching specialization.

B. **Assistant Teaching Professor** - The assistant teaching professor should possess a terminal degree or its equivalent in an academic field related to their teaching specialization; alternatively, the assistant teaching professor without a terminal degree should possess at least a master's degree or its equivalent in an academic field related to their teaching specialization; must have demonstrated exceptional ability as a teacher and adviser; and must have shown evidence of professional growth, scholarship, and/or mastery of subject matter.

PSU-DE PIERO-001060

C. **Associate Teaching Professor** - The associate teaching professor should possess a terminal degree in an academic field related to their teaching specialization; must have demonstrated ability as a teacher and adviser; and must have shown evidence of professional growth, scholarship, and/or mastery of subject matter. Alternatively, the associate teaching professor without a terminal degree should possess at least a master's degree or its equivalent in an academic field related to their teaching specialization; must have demonstrated exceptional ability as a teacher and adviser while in the rank of assistant teaching professor; and must have shown evidence of professional growth, scholarship, and/or mastery of subject matter at a level of distinction beyond that of the assistant teaching professor.

D. **Teaching Professor** - The teaching professor should possess a terminal degree in an academic field related to their teaching specialization; must have demonstrated exceptional ability as a teacher and adviser while in the rank of associate teaching professor; and must have shown evidence of professional growth, scholarship, and/or mastery of subject matter at a level of distinction beyond that of the associate teaching professor.

Fixed-term faculty titles are determined by a combination of academic credentials (terminal degree) and record of outstanding performance. The university faculty senate has determined that there should be three levels, with two opportunities for promotion, available to full-time fixed-term faculty:

| Faculty without terminal degree | Faculty possessing terminal degree |
|---|---|
| 1st Rank Lecturer | Assistant Teaching Professor |
| 2nd Rank Assistant Teaching Professor | Associate Teaching Professor |
| 3rd Rank Associate Teaching Professor | Teaching Professor |

## II. Criteria for Fixed-Term Promotion

Faculty members of Penn State Abington become eligible for promotion when they fulfill the expectations specified in The Pennsylvania State University policy AC21. The positions above the first rank are designed to be promotion opportunities, with a recommended period of at least five full academic years in rank as a full-time lecturer/instructor or assistant teaching professor before application for promotion. There should be no fixed time period for promotion to the third rank. Reviews for promotions should be conducted solely with regard to the merit of the candidate.

All promotions should be accompanied by both a promotion and a merit increase, the amount to be determined and funded by the college.

## III. Elaboration of the Criteria for Fixed-Term Promotion (Second Rank)

### A. The scholarship of teaching and learning

Penn State Abington views outstanding teaching as central to the roles of all faculty. Faculty members must demonstrate an ongoing commitment to promoting student learning and student success. Effectiveness in this area will be measured primarily by input from students and from faculty colleagues in the form of course and peer evaluations and effective advising, as well as by any other evidence of a faculty member's commitment to achieving instructional excellence.

61

PSU-DE PIERO-001061

**B. Service and the scholarship of service to the University, society and the profession**

Penn State Abington views a record of active service as evidence of the candidate's commitment to furthering the missions of the College and the University. This service may include, but is not limited to, committee work, participation in governance bodies, administrative support work, service to student groups, and professionally related service to the public or the profession.

**C. Innovation, Professional Growth, Subject Matter Mastery, Scholarship/Creative Achievements**

Penn State Abington values evidence of professional growth, scholarship, and/or mastery of subject matter on the part of fixed-term faculty. This may include, but is not limited to, scholarly or creative work, professional development in the field, and innovations in pedagogy.

**D. Dossier**

The candidate will be responsible for providing the following for the dossier: a narrative statement of no more than three pages identifying and integrating the accomplishments that

support a promotion, a one-page statement of teaching philosophy, representative syllabi and class materials as delineated in the dossier guidelines, and other relevant evidence of teaching effectiveness (such as letters of support by students, alumni, and/or colleagues).

The candidate's Division Head will be responsible for providing the following for the dossier: annual letters of evaluation responding to the candidate's faculty activity reports for the five years prior to the review, two current peer teaching evaluations, and a summary of the candidate's written student evaluations.

**IV. Elaboration of the Criteria for Fixed-Term Promotion (Third Rank)**

**A. The scholarship of teaching and learning**

Penn State Abington views outstanding teaching as central to the roles of all faculty. Faculty members must demonstrate an ongoing commitment to promoting student learning and student success. Effectiveness in this area will be measured primarily by input from students and from faculty colleagues in the form of course and peer evaluations and effective advising, as well as by any other evidence of a faculty member's commitment to achieving instructional excellence. The distinction in teaching necessary to attain the third rank may also be supported through documentation indicating exceptional performance in the supervision of internships, supervision of clinical experience, or supervision of undergraduate research and creative activity; contributions to the development of curriculum; the development and implementation of new courses; teaching study abroad and study away courses; and making significant pedagogical improvements through unique collaborations, interdisciplinary course projects, multi-semester or linked courses, and/or program assessment activities. Distinction can also be attained through activities to mentor other faculty or train faculty advisors.

**B. Service and the scholarship of service to the University, society and the profession**

Penn State Abington views a record of active service as evidence of the candidate's commitment to furthering the missions of the College and the University. This service may include, but is not limited to, leadership or significant active participation in service on division, college, and/or university committees,

PSU-DE PIERO-001062

professional service to the local community, organizing workshops or programs for the College and local community, administrative support work, and service to student groups.

### C. Innovation, Professional Growth, Subject Matter Mastery, Scholarship/Creative Achievements

Penn State Abington values evidence of innovative pedagogical or advising practices, professional growth, mastery of subject matter, and scholarship/creative achievement on the part of fixed-term faculty. Evidence of high-quality performance in this area may include, but is not limited to, significant continuing education, new creative accomplishments, professional publications in one's discipline, participation in professional meetings and symposia, garnering individual or collaborative/institutional grants, and participation in the grant-writing process with students, campus faculty, or faculty members from another institution within or outside of Penn State. Also supporting high-quality performance are relevant outreach activities drawing on the candidate's expertise, and evidence of leadership roles in community, state, or national organizations within the discipline.

### D. Dossier

The candidate will be responsible for providing the following for the dossier: a narrative statement of no more than three pages identifying and integrating the accomplishments that support a promotion, representative syllabi and class materials as delineated in the dossier guidelines, and other relevant evidence of teaching effectiveness (such as letters of support by students, alumni, and/or colleagues).

The candidate's Division Head will be responsible for providing the following for the dossier: annual letters of evaluation responding to the candidate's faculty activity reports for the five years prior to the review; two current peer teaching evaluations; and a summary of the candidate's written student evaluations.

### Fixed-Term Promotion Peer Review Procedures

### A. Role of Peer Reviewers

Peer teaching evaluations will be conducted in accordance with the process developed and approved by the Penn State Abington Faculty Senate.

### B. Role of Division Head

The candidate's Division Head will review the dossier and will submit to the Fixed-Term Review Committee a letter that addresses each criterion for promotion, and either supports or declines to support promotion.

### C. Fixed-Term Review Committee

1. Committee Composition. The fixed-term promotion committee will consist of two (2) non-tenure-track (fixed term) faculty members from each division, ideally one at the second level and one at the third level, to serve as the Fixed-Term Review Committee. If there are insufficient numbers of suitable fixed-term faculty candidates at the third level in a division, then both members from a division can be at the second level. Any Abington College full-time, fixed-term or standing non-tenure-line faculty member at the second rank (Assistant Teaching Professor for faculty without terminal degree or Associate Teaching Professor for faculty with terminal degree) or higher is eligible to serve on the Abington College Fixed-Term Promotion Review Committee. The term of service shall be two years or the time served in fulfillment of a committee

63

PSU-DE PIERO-001063

vacancy. Terms shall be staggered to ensure continuity of membership; one member from each division shall be elected each year.

If the College shall have fewer than seven fixed-term faculty members, at least two members of the Fixed-Term Review Committee shall be appointed by the Associate Dean. Only full-time fixed-term faculty members are eligible to serve on and vote for the members of the review committee. If there should be insufficient numbers of

higher-ranked fixed-term faculty, exceptions to this provision may be permitted by the Executive Vice President and Provost at the request of the academic unit.

For Promotion to Assistant Teaching Professor, Associate Teaching Professor or Teaching Professor: Only faculty members of a rank equivalent to or higher than the rank for which a promotion candidate is being considered may vote on that promotion. Committee members at the second promotional rank may consider candidates for promotion from rank one (1) to two (2), those at the third promotional rank may consider candidates for promotion from rank one (1) to two (2) or rank two (2) to three (3). In the event that there are not at least three (3) Committee members at a higher rank than a promotion candidate, additional member(s) with the required rank will be appointed by the Associate Dean from the College faculty to assist in the reviewing and voting process for that promotion. If a faculty member(s) with the required rank is not available at Penn State Abington, the Associate Dean will appoint from the tenured faculty ranks at Penn State Abington with the approval of the promotion candidate. In such a case, prior approval is required from the Executive Vice President and Provost.

2. Election. The Abington Faculty Senate will administer the three elections, one for each division. All fixed-term faculty members of each division's faculty at the second or third rank will be eligible for election unless the member will be on leave of absence or is otherwise unable to serve. All fixed-term faculty members will be eligible to vote. Final decisions on inability to serve on the committee shall be made by the Abington Faculty Senate leadership in consultation with the Division Head.

3. Convening the Committee and Selecting a Chair. The Associate Dean shall call the initial meeting to charge the Committee and outline procedures to be followed. The Associate Dean will provide the Fixed-Term Review Committee with a list of all faculty members who are to be reviewed that year for promotion. The elected members of the committee will choose a chair.

4. Responsibilities of the Fixed-Term Review Committee. The Fixed-Term Review Committee will be responsible for assessing candidates for consideration for promotion and preparing letters of evaluation based on candidates' completed dossiers. The committee is expected to assess the review process and pass on any recommendations to the Penn State Abington Senate and Associate Dean.

5. Evaluation of the Dossier by the Committee. The Associate Dean will make the completed dossier and letter of recommendation from the Division Head available to the Fixed-Term Review Committee in accordance with the agreed-upon schedule. The committee will write a letter of evaluation for each candidate based on the dossier and the vote of the Committee.

6. Letter of Recommendation. The letter of recommendation will address each criterion based on the evidence in the dossier. Each member who voted on a candidate will sign the letter of recommendation. All signed letters of recommendation must be addressed to the Chancellor and the Associate Dean in accordance with the established timeline.

PSU-DE PIERO-001064

**D. Role of the Chancellor**

Based upon a review of the dossier and the recommendation letters from the Fixed-Term Promotion Committee and the Division Head, the Chancellor will decide whether or not the candidate will be promoted, and will prepare a letter for the candidate with this decision.

## Teaching Line Reviews Promotion Review Timetable for 2021-2022
### Abington College

*On or before:*

| | |
|---|---|
| *September 15, 2021* | Final list of FT promotion candidates submitted from DH to Associate Dean |
| *September 17, 2021* | Peer reviewers for teaching evaluations finalized |
| *October 4, 2021* | Dossier draft due from candidate to DH |
| *October 18, 2021* | Dossier draft due from DH to candidate |
| *October 28, 2021* | Dossier draft due from candidate to Director of Institutional Effectiveness and Faculty Development (Karen Weekes) |
| *November 5, 2021* | All drafts returned to candidates |
| *December 3, 2021* | Peer teaching review letters due to Academic Affairs (Patti Scherphorn) |
| *December 9, 2021* | Final dossier due from candidate to Dir. of Institutional Effectiveness and Faculty Development |
| *December 16, 2021* | All complete dossiers submitted to Acad. Aff. from Dir. of Inst. Eff. & Fac. Dev. SRTE open-ended summaries due from DH to Acad. Affairs (Patti Scherphorn) |
| *January 12-13, 2022* | Candidate reads and signs complete dossier in 119 Sutherland |
| *January 19, 2022* | Dossiers to Division Heads |
| *January 31, 2022* | Committee charged by Associate Dean |
| *February 7, 2022* | Division Head reviews due to Academic Affairs (Patti Scherphorn) |
| *February 9, 2022* | Dossiers to Fixed-Term Review Committee |
| *March 31, 2022* | Fixed-Term Review Committee letters due to Academic Affairs |
| *May 31, 2022* | Associate Dean's responses complete |

# Registration

All Penn State students are required to register at their assigned time as noted in the upcoming semester timetable (Policy 34-27). Before registering for courses, students should be encouraged to meet with an adviser to discuss educational plans and develop a schedule (see section on Advising). Students may register for courses using the LionPath system or in person at the Registration Office in

PSU-DE PIERO-001065

121 Sutherland.

The registration process is continuous in nature. Each student is assigned a "first date to register." Starting with this first date, the student may initially register and subsequently adjust the registration as appropriate and necessary. The fundamental goal of this process is to finalize course registration before the first day of the semester.

# Reimbursement Policy

- It is expected that faculty will submit their receipts from travel and other expenditures in a timely fashion. When this does not occur, it creates significant difficulties for budgeting.
- Therefore, the following guidelines will be followed:
- Receipts which are turned in for reimbursement within 90 days (i.e. 3 months) will be reimbursed fully.
- Receipts which are turned in for reimbursement between after 90 but before 180 days (i.e. 6 months) will be reimbursed at 75% of the face value. This may be appealed to the Associate Dean in extraordinary circumstances.
- Receipts which are turned in for reimbursement between after 180 but before 270 days (i.e. 9 months) will be reimbursed at 50% of the face value. This may be appealed to the Associate Dean in extraordinary circumstances.

- Receipts which have not been turned in after 270 days will not be reimbursed.
- Please note that future authorizations for travel could be delayed if a faculty member has outstanding receipts.

For more information, please see **http://guru.psu.edu/policies/TravelPolicySINGLEDOC.html**

# Resignation of Faculty Members

Notification of resignation by a University faculty member is expected to be early enough to allow the college to make the necessary arrangements for staffing the faculty member's courses. For faculty members who teach, it is expected that such resignation from employment shall be effective at the end of a fiscal year. Thus, in any particular year, the final date for tendering a resignation for a faculty member who teaches is March 1, to be effective June 30.

A faculty member of this University may inquire into, and consider the acceptance of, an appointment elsewhere at any time and without previous consultation with their supervisors. It is agreed, however, that if a definite offer follows, he/she shall not accept it without giving such notice as is indicated in the preceding paragraph. He/She is at liberty to ask their superior officers to reduce, or waive, the notification requirements there specified, but is expected to conform to their decision on these points.

Faculty who resign are responsible for participating in an exit interview with the Exit Interview Officer. They are required to return keys all items owned by the university and complete all necessary

PSU-DE PIERO-001066

paperwork for departure. Please note that failure to do so will result in the final paycheck being withheld.

See Policy HR-52 - Resignation from University Employment, for more Information.

# Retirement of Faculty Members

Faculty who are considering retirement should contact Human Resources to determine their benefits and retirement status. If they qualify for retirement, a letter stating the effective date of the action must be forwarded to the Chancellor, the Associate Dean, and Division Head.

Retiring Faculty are also responsible for participating in an exit interview with the Exit Interview Officer. They are required to return keys, and all items owned by the university as well as complete all necessary paperwork for departure. Please note that failure to do so will result in the final paycheck being withheld.

# Sabbatical Leaves

A sabbatical is a privilege which may be granted to an individual who has demonstrated by publication, teaching, exhibition or performance an above average ability in scholarship, research, or other creative accomplishment. It is not awarded automatically at the end of a given period of time. Faculty members must meet the eligibility and conditions defined by AC17.

Sabbatical proposals may be submitted in the year tenure is awarded for a sabbatical leave to commence the following year, providing they have served a minimum of six contract years of full-time service from date of last hire. Time spent on any type of leave of absence is not counted as full-time service and a full contract year is based on the weeks of service specified in an individual's Memorandum of Service. An individual becomes eligible for a subsequent sabbatical leave provided that the minimum required contract years of full-time service has elapsed since beginning a previous sabbatical leave. Forms for sabbatical leave can be found on GURU.

At the conclusion of the sabbatical leave, the recipient must submit a report of the work accomplished to the Office of Academic Affairs. The report should indicate how the experience improved the recipient's capacity to serve the University. In general, the report is to be submitted within two months of the return from sabbatical leave. Approved employee leaves such as sabbatical leave, maternity leave, or other types of approved leaves of six months or longer will require the employee to complete a

Penn State Arrest and Conviction self-disclosure form before returning to work. Other breaks in service for employees of greater than six months require a new background check to be completed. Please see Policy HR-99, Background Check Process for more information.

More information about the Sabbatical Leaves, including Sabbatical Leave Applications- A Guide for Faculty and the Application for Sabbatical Leave of Absence with Pay can be found at the website of the Vice Provost for Academic Affairs for Sabbaticals.

PSU-DE PIERO-001067

# Scholarly Activity and Faculty Development

## External Grants

The College encourages the faculty to seek external funding for their scholarly activity. Our **Director of Research**, **Dr. Michael J. Bernstein, located in 236J Woodland**, acts as a liaison for faculty and staff with the Office of Sponsored Programs at University Park. Faculty who wish to pursue any **external** funding opportunities **must** contact our **Director of Research.** This will allow us to track grant activity each fiscal year, **to ensure we are following all guidelines set by the granting agency and by Penn State, and to offer mentoring and guidance on those PIs submitting external funding requests**. It is very important that we know which faculty are applying to which foundations and governmental agencies. In addition, this will allow for discussions with your Division Head and the Financial Officer early in the application process, particularly if the proposal includes matching funds, equipment, space needs, new employees, course release, or supplemental salary. This also allows the Chancellor and the Associate Dean to be notified of any such requests by the Division Head and the Financial Officer for their review and approval prior to the submission of your grant.

Please **contact the Director of Research** even if you are applying for a grant of fellowship that would be awarded to you as an individual, if you are going to serve as a co-Principal Investigator, or if you wish to collaborate on a grant proposal with another institution. Do not sign any paperwork on behalf of Penn State University; these papers much be signed at University Park.
**Dr. Michael Bernstein can be reached at 215-881-7479 or mjb70@psu.edu.**

## Course Release Policy for Tenure-Line Faculty Engaged in Externally Funded Projects

The following guidelines are designed to serve as an incentive for full-time tenure-line and teaching line faculty members who apply for externally funded projects.
Eligible faculty must apply to the Chancellor or the Associate Dean of the College for time release to work on a sponsored project for a purpose that relates to the University's teaching, research, and service missions. Faculty must work with their program chairs, Division Head, and Associate Dean to plan for the potential change in class offerings. Approval will be contingent upon the needs of the faculty member's Division and the faculty member's workload.  The Director of Research should also be notified of the application for external funding through the locally approved process for applying to external funding sources (click HERE for details).

Tenure line faculty members who wish to be released from a three-credit hour course during a semester must request 6.67% of their academic year salary and associated fringe benefits from an external or other funding agency to secure this release time. Teaching-line faculty members who wish to be released from a three-credit hour course during a semester must request 10% of their academic year salary and associated fringe benefits from an external or other funding agency to secure this release time.[1] Courses that count for fewer credits or more credits will be calculated proportionately. This rate is for the first course during a semester. If a faculty member wishes to buy-out of more than one course in a single semester, the rate is 10% of their academic year salary and associated fringe

PSU-DE PIERO-001068

benefits for that second course in that semester. Only in exceptional circumstances will a faculty member be permitted to buy out of more than half their teaching load in a single academic year or buy out of an entire semester of teaching. Such exceptional situations will be determined by the Division Head, Associate Dean, and Chancellor.

1. Footnote: Percent Rate for Course-Buyouts is based on the Percent Effort formula which differs for tenure-line and teaching-line faculty. For tenure-line faculty, the Percent Effort formula is 40% teaching, 40% scholarship/creative works, 20% service. For teaching-line faculty, the Percent Effort formula is 80% teaching, 20% service. Tenure-line faculty are contracted to 6 courses a year (40% Teaching Effort / 6 courses = 6.67%) while teaching-line faculty are contracted to 8 courses a year (80% Teaching Effort/8 courses = 10%).

# Sexual Harassment Policy

Sexual harassment of faculty, staff or students is prohibited and will not be tolerated. It is the policy of the University to maintain an academic and work environment free of sexual harassment. Sexual harassment violates the dignity of individuals and impedes the realization of the University's educational mission. The University is committed to preventing and eliminating sexual harassment of faculty, staff, and students through education and by encouraging faculty, staff, and students to report any concerns or complaints about sexual harassment. Prompt corrective measures will be taken to stop sexual harassment whenever and wherever it occurs. See Policy AD-85 - Discrimination, Harassment, Sexual Harassment and Related Inappropriate Conduct.
Please contact our sexual harassment liaison:
Michele Scott, RN, BSN, Campus Nurse, 103 Lares, 215-881-7350, mus959@psu.edu

If this is a Title IX issue, please contact Penn State Abington's Title IX Resource Person for more Information: Gina D'Amato-Kaufman, Director of Student Affairs, 106 Sutherland Building, gxd22@psu.edu, (215) 881-7391

# Student Ratings of Teaching Effectiveness (SRTEs)

The SRTE is the University's standard measure of teaching effectiveness. In accordance with the July 1, 2004, recommendation from the office of the Vice Provost for Academic Affairs, all faculty are asked to administer the SRTE for each section of every course.

For provisional faculty (i.e. tenure track faculty who do not yet have tenure) all sections of all courses shall be evaluated by the SRTE every time it is taught. The results from each of these evaluations must be included in the candidate's tenure dossier. (If there is some reason to explain the results or the

absence of results in a particular case, the appropriate academic administrator shall make a note to that effect in the dossier. For example, in advance of a course being taught for the first time in an experimental way, an administrator and a faculty member might agree not to include SRTE results in tenure or promotion dossiers. Such agreements should be in writing.)

Administration guidelines for the SRTE are published with the survey form and are based on the guidelines listed below.

PSU-DE PIERO-001069

- Responses to survey items must remain anonymous.
- Directions to the students are uniform across administrations of the SRTE.
- The instructor shall not participate in the administration, collection, or compilation of the survey results in any way.
- The instructor shall not be present in the classroom during administration of the SRTEs.
- At least two thirds of the students should be present for the evaluation to be administered.
- The responses shall be collected and returned to the appropriate unit office by the person administering the evaluation.
- The SRTE should be administered during the last two weeks of a course, but not in the same class period in which a test is given.

**For more information, please see the University** guidelines and use and administration of the Student Rating of Teaching Effectiveness (SRTE) forms .

## Supplemental Methods of Evaluating Teaching Effectiveness

University policy requires some alternate form of soliciting student feedback for candidates for tenure or promotion. More generally, many Abington faculty have benefited from supplemental methods of student feedback. For supplemental evaluations to be considered in promotion and tenure decisions, they must solicit critical as well as favorable comments (e.g., if students are asked what they found most helpful in a course, they should also be asked what was least helpful), and they must be administered in a manner comparable to the SRTE.

# Students' Records and Confidentiality

The Federal Family Educational Rights and Privacy Act (FERPA) of 1974 identifies the rights of students and their families with respect to student educational records kept by institutions. As part of the requirements of FERPA, the University has a Policy on Confidentiality of Student Records (policy AD-11).

No information from records, files, and data directly related to a student shall be disclosed by any means (including telephone) to individuals or agencies outside the University without the written consent of the student except pursuant to a lawful subpoena or court order, or except in the case of specifically designated educational and governmental officials as required by FERPA. Information contained in such records may be shared within the University by University officials with "legitimate educational interest" in such information.

Faculty should keep accurate copies of all students' records (e.g., attendance sheets, grades, etc.) for future reference. **Examinations and answer sheets should be kept for at least one year after they are administered.** (See the General Retention Schedule for Student Records and the Academic Administrative Policies and Procedures AD11 - University Policy on Confidentiality of Student Records, for more details.

If faculty members have questions about the nature of confidential information, they should contact the

PSU-DE PIERO-001070

Penn State Abington - Faculty Handbook 10/13/2021

Registrar's Office.

# Summer Session Teaching Appointment Guidelines

Summer employment is a supplementary appointment and is not guaranteed. Courses are offered based on past enrollments and summer instructional needs as determined by the Division Head in consultation with the Director of Academic Services.

Recommendation to offer an individual faculty member summer teaching employment is made by the Division Head based on past summer teaching performance, formal and informal student feedback (e.g. SRTEs, retention rates, and student comments), peer observation and comparative analysis of similar classes.

In the event a faculty member is not offered the opportunity to teach over the summer because of poor performance, the Division Head will discuss with the faculty member a plan to improve the faculty member's teaching so that if implemented to the satisfaction of the Division Head, the faculty member would be recommended to participate in teaching during future summer sessions.  The current summer compensation policy can be found on the faculty section of the Abington Intranet.

## Compensation Guidelines for Teaching Summer Courses

**Compensation criteria for full-time faculty:**

Full-time faculty will be compensated for the first course they teach in the summer (up to 6 credits) based on the following rate determined by course enrollment **at the end of the add drop period:**

| Number of Registered Students | 1 Credit Course | 2 Credit Course | 3 Credit Course | 4 Credit Course | 5 Credit Course | 6 Credit Course |
|---|---|---|---|---|---|---|
| **5-6 students** | $1168 | $2336 | $3504 | $4672 | $5840 | $7008 |
| **7-9 students** | 2% of 36-week salary | 4% of 36-week salary | 6% of 36-week salary | 8% of 36-week salary | 10% of 36-week salary | 12 % of 36-week salary |
| **10-13 students** | 2.33% of 36-week salary | 4.66% of 36-week salary | 7% of 36-week salary | 9.32% of 36-week salary | 11.65% of 36-week salary | 14% of 36-week salary |

71

PSU-DE PIERO-001071

| **14 or greater students** | 2.66% of 36-week salary | 5.32% of 36-week salary | 8% of 36-week salary | 10.64% of 36-week salary | 13.3% of 36-week salary | 16% of 36-week salary |
|---|---|---|---|---|---|---|

- Courses with fewer than 5 students will be evaluated on a case by case basis.
- Any additional summer teaching by full-time faculty beyond the first course will be compensated at a rate of $1168 per credit.
- If the flat rate of $1168 per credit is higher than the calculated percentage, faculty will receive the flat rate.
- Faculty members will be given the opportunity, at least two weeks in advance of the start of each summer term, to discuss with the Summer Programs Coordinator whether any under-subscribed course will be offered at the rate given above so that the class can either be cancelled or offered to another faculty member.

**Compensation criteria for Part-time faculty:**

Part-time faculty will receive the salary specified on their contract if the class has an enrollment of 5 or more at the end of the add drop period.  The current rate of compensation for a 3-credit course is $3504 and for a 4-credit course is $4672.

# Syllabus

A written (paper or electronic form) syllabus must be distributed to students in each course on or before the first-class meeting. Changes to the syllabus shall also be given to the student in written (paper or electronic) form and the syllabus must remain available to students electronically until the end of the semester. **Copies of all syllabi must be submitted to the Division Head within the first ten days of a semester or its equivalent**. In addition to course content, expectations, and location of the program, the syllabus must include the following information:
A syllabus should contain at least the following items:

1. **Instructor Information**
   o      The Instructor's name, office location, office telephone number, email address
2. **Office Hours**:
   o      Full-time faculty members are expected to schedule at least five office hours per week for each week of the semester, scheduled over at least three days of the week. Part-time and evening faculty should also schedule at least one office hour weekly per section taught for student conferences. See the full Office Hours Policy in this handbook for more details.

3. **Course Goals and Objectives**
   o      Course Goals are broad educational benchmarks describing general understanding and knowledge domains in each course. Course Objectives are more specific, should map to broader

PSU-DE PIERO-001072

Penn State Abington - Faculty Handbook 10/13/2021

course goals, and represent unique, focused skill sets with learning outcomes that are assessable. This objective should identify the intended audience for the course and any pre- or co-requisites. Both Goals and Objectives should reflect the most current course description on record. Each Penn State course should offer similar educational and knowledge domain experiences regardless of campus location and adhere to Senate Policy 42-10, referred to as the 80%/20% course content rule: Courses offered within Penn State must include a minimum of 80% of the core content and learning objectives described in the most current course proposal as approved by Faculty Senate

**4.  Location of the Program**

o        Year and semester, course title and number, when and where the classes meet, including any additional class meetings, day or evening exams, or field trips. **You may not change the date, time and place of class meetings without approval of the Registrar and the Division Head.** Note: (Senate Policy 34-83) "No instructor has the right to change the regular schedule of classes or to allow students to attend other sections of the same course without the consent of the dean of the college or the campus executive officer in which the course is taught, except when a student is directed to change from one section of a course to another section of the course by the instructor's department head."

**5.  Required Course Materials**

o        The text(s), author(s), edition, and any special equipment or out-of-class activities that will be required. Supplementary readings and other required or recommended material. Availability of textbooks in library or on library electronic reserve.

**6.  Grade Breakdown by Assessment Type and Percentage**

o        Give an explicit description of the method by which the grade is to be calculated and state the number of tests and the numerical equivalents of letter grades. If attendance and/or participation are to be part of the course grade, their weight or proportion in the final grade must be stated. Please note that most grade disputes occur because of deduction of points, lowering of grades, or automatic failure because of instructor's attendance policy

Some tips for a clear grading policy:

- •   Note the weighting scale for different types of assignments.
- •   Spell out numeric points corresponding to letter grades.
- •   Specify which types of exams will be given (essay, multiple choice, etc.). This gives students a better indication how to prepare for an exam.
- •   Provide requirements for papers and projects, including what you look for in an "A" paper or project.
- •   Avoid major grading policy changes as much as possible.

**7.  Academic Integrity**

o        Academic integrity includes a commitment by all members of the University community not to engage in or tolerate acts of falsification, misrepresentation or deception. Such acts of dishonesty violate the fundamental ethical principles of the University community and compromise the worth of work completed by others.

**Sample Statement**: Academic integrity is the pursuit of scholarly activity in an open, honest, and

73

PSU-DE PIERO-001073

responsible manner. It is a basic guiding principle for all academic activity at the Pennsylvania State University, and all members of the University community are expected to act in accordance with this principle. Consistent with this expectation, the University's Code of conduct states that all students should act with personal integrity, respect other students' dignity, rights and property, and help create and maintain an environment in which all can succeed through the fruits of their efforts.

- o   Please be advised that the university does not have a "zero-tolerance" policy for imposing academic sanctions. Please refer to the document, Precedent Guidelines for Imposing Academic Sanctions.
- o   The Abington College Academic Integrity Form which is located on the Intranet be used.

8. **Course Policy**

   **You must include your course policies on the following topics:**

   - **Attendance, Lateness, and make-up opportunities:** Class attendance is expected regardless of the format of the class and this expectation applies equally to students in face-to-face, online, and hybrid courses. Attendance in online courses goes beyond course login and is based on documentable participation in class activities, such as interacting with the instructor, interacting with enrolled students, completing assignments with specific due dates, and/or participating in online discussions on a regular basis. Students who miss class due to legitimate, unavoidable reasons such as illness, injury, family emergency or religious observance should have the opportunity to make up evaluative events. While notifying the instructor in a timely manner is a key expectation, the University Faculty Senate policy does not mandate official documentation of student illness or other unavoidable reasons for absence. Instead, the view is that as faculty engage students in mature practices and dialogue—in place of requiring an official record of a funeral or doctor's office visit—students will rise to the occasion. **Any grade-lowering policy because of attendance should distinguish between legitimate and unexcused absences**

Students should be provided with a reasonable opportunity to make up missed work. Ordinarily, it is inappropriate to substitute for the missed assignment the weighting of a semester's work that does not include the missed assignment. Completion of all assignments assures the greatest chance for students to develop heightened understanding and content mastery that is unavailable through the weighting process. The opportunity to complete all assignments supports the university's desire to enable students to make responsible situational decisions without endangering their academic work.

It is also reasonable to expect that make up work should be done as soon as possible once the student has returned to class. It is not within reason for makeup work to be provided weeks after the absence has occurred and you are encouraged to have students take make up tests or turn in other missed work as soon as possible upon their return to the classroom (in the context of the illness or other reason for the absence). It is also not reasonable, nor pedagogically sound, to take several exams serially at the end of the course.

Instructors should also provide opportunities to make up work for students who miss classes for regularly scheduled, University-approved curricular and extracurricular activities. Instructors should provide, within reason, opportunity to make up work for students who miss class for regularly scheduled, University-approved curricular and extracurricular activities (such as Martin Luther King Day of Service, field trips, debate trips, choir trips, and athletic contests). However, if such scheduled trips are considered by the

PSU-DE PIERO-001074

instructor to be hurting the student's scholastic performance, the instructor should present such evidence for necessary action to the Division Head. The Division Head will in turn consult with the Associate Dean for an appropriate course of action. Please see Senate <u>Policy 42-27</u> for the Senate Policy on Class Attendance.

o   Class participation must be defined clearly, particularly if it affects the grade.
o   Missed quizzes, tests, reports/papers, turning in late assignments and the procedure to be followed by student if he or she cannot be present in class to take a quiz or hand in an assignment.
o   The use of a calculator.
o   The procedure you will follow if you must cancel a class.

9.  **Course Calendar**
    o   The syllabus should contain a tentative topical outline including midterm tests, the final exam, and assignments due dates. Include the final exam date, time, and place.

10. **Students with Disabilities**
    o   You should include a statement regarding students with disabilities. You may want to use the following language:

        Student Disability Resources (SDR)

        All University syllabi must include a disability statement modeled after the statement below.

        Penn State welcomes students with disabilities into the University's educational programs. At Penn State Abington, services for students with documented disabilities are provided through the Office of Student Disability Resources (Coordinator, Tiffany Ostrowski, 223 Sutherland Bldg., 215- 881-7962). In order to receive consideration for reasonable accommodations, ADA law requires the student themselves to self-disclose the need for accommodations. This can be done through SDR's online questionnaire: equity.psu.edu/sdr/applying-for-services/intro or by emailing AbingtonSDR@psu.edu. SDR will then follow up with information regarding next steps to determine eligibility: submitting diagnostic documentation and participating in an intake interview.

        SDR will provide the student with an accommodation letter for the semester if the student meets eligibility requirements. It is the student's responsibility to share their letter and discuss accommodations with instructors as early in their courses as possible. Instructors are not required to provide accommodations until the letter is presented and discussed. Students must follow this process for each semester they wish to receive accommodations. Please visit abington.psu.edu/disability-services and equity.psu.edu/sdr for comprehensive information. This semester, SDR will be meeting with students via Zoom. Please email AbingtonSDR@psu.edu with questions or to schedule an appointment.

11. **Information on available Counseling & Psychological Services (CAPS)**
    o   Many students at Penn State face personal challenges or have psychological needs that may interfere with their academic progress, social development, or emotional wellbeing. If you encounter personal

75

PSU-DE PIERO-001075

Penn State Abington - Faculty Handbook 10/13/2021

problems of any kind on or off campus, please reach out for help. The university offers a variety of confidential services to help you through difficult times, including individual and group counseling, crisis intervention, consultations, online chats, and mental health screenings. These services are provided by staff who welcome all students and embrace a philosophy respectful of clients' cultural and religious backgrounds, and sensitive to differences in race, ability, gender identity and sexual orientation. On campus counseling and psychological services are available on the first floor of the Cloverly Building. Please send an email to abingtoncaps@psu.edu which is the main contact for students to reach CAPS.  Or, stop by the Wellness Center in 103 Lares any time.

12. **Center for Student Achievement (CSA) Statement**

You should include a statement informing and encouraging students to use The Center for Student Achievement in 315 Sutherland. You may want to use the following language:

Center for Student Achievement (CSA)

The Center for Student Achievement, located in 315 Sutherland, offers free tutoring and writing consultations to all students. For assistance, please email achieve-ab@psu.edu. Tutoring will be conducted in 315 Sutherland and The Library; writing consultations will be conducted remotely through Zoom. Tutoring appointments and writing consultations can be scheduled through Starfish. We can also provide you with same-day assistance by visiting 315 Sutherland or through our Zoom walk-in room: https://psu.zoom.us/j/99255021745. Online Tutoring is also available through Brain Fuse and can be accessed by visiting abington.psu.edu/achievement. The CSA offers workshops that strengthen students' abilities to study, write, manage time, make decisions and achieve goals. The Center for Student Achievement office is open 8:00 am to 5:00 pm, Monday through Thursday, and 8:00 am to 3:00 pm on Fridays.

13. **Reporting Educational Equity Concerns through the Report Bias site**

Penn State takes great pride to foster a diverse and inclusive environment for students, faculty, and staff. Acts of intolerance, discrimination, or harassment due to age, ancestry, color, disability, gender, gender identity, national origin, race, religious belief, sexual orientation, or veteran status are not tolerated and can be reported through Educational Equity via the Report Bias webpage (http://equity.psu.edu/reportbias/).

14. **Sexual Harassment Policy**

The university's code of conduct states that all students should act with personal integrity, respect other students' dignity, rights, and property, and help create and maintain an environment in which all can succeed through the fruits of their efforts. Violations of this principle can result in a range of sanctions, from a warning to expulsion. Note that Title IX makes it clear that violence and harassment based on sex and gender is a civil rights offense subject to the same kinds of accountability and the same kinds of support applied to offenses against other protected categories such as race, national origin, etc.

Sexual harassment of faculty, staff or students is prohibited and will not be tolerated. It is the policy of the University to maintain an academic and work environment free of sexual harassment. Sexual harassment violates the dignity of individuals and impedes the realization of the University's educational mission. The University is committed to preventing and eliminating sexual harassment of

PSU-DE PIERO-001076

faculty, staff, and students through education and by encouraging faculty, staff, and students to report any concerns or complaints about sexual harassment. Prompt corrective measures will be taken to stop sexual harassment whenever and wherever it occurs. See Policy AD-85 - Discrimination, Harassment, Sexual Harassment and Related Inappropriate Conduct.

Please contact our sexual harassment liaison: Michele Scott, RN, BSN, Campus Nurse, 103 Lares, 215-881-7350, mus959@psu.edu You may also seek out the campus psychologist (Dr. Karen Gould, 215-881-7577, ksg17@psu.edu); or stop by the Wellness Center in 103 Lares any time. You can call PSU's Sexual Assault & Relationship Violence Hotline (800-550-7575) or the Victim Services Center of Montgomery County's 24-hour crisis hotline (888-521-0983).

If this is a Title IX issue, please contact Penn State Abington's Title IX Resource Person for more Information: Gina D'Amato-Kaufman, Director of Student Affairs, 106 Sutherland Building, gxd22@psu.edu, (215) 881-7391

**Course Attendance Frequently Asked Questions**

*Does Penn State have university-wide policies on student absence from courses?* Yes. The University Faculty Senate Policy is 42-27: Class Attendance. The policy recognizes that on occasion, students may opt to miss a class meeting in order to participate in a regularly scheduled university-approved curricular or extracurricular activity, or due to unavoidable or other legitimate circumstances such as illness, injury, family emergency, or religious observance.

The procedures for Senate Policy 42-27 are implemented as Academic Administrative Policy and Procedure E-11: Class Attendance. E-11 expands on the brief summaries provided here.

*How much notice does a student have to provide for a foreseeable absence?* Whenever reasonable, a student should submit a class absence form a week in advance.

*Are religious observances considered legitimate reasons to miss class?* Yes, religious observance can be a legitimate reason for an absence. Academic Administrative Policy and Procedure R-4, Religious Observances, provides further information and a link to an all-inclusive list which provides both major and minor religious holidays, maintained by the Center for Ethics and Religious Affairs.

*If a student is ill, must she or he provide a physician's verification?* Generally, no. As of fall 2002, University Health Services (UHS) no longer provides verification of illness forms for minor illnesses or injuries. Verification will be provided only for serious illnesses for which UHS clinicians provided services, or when UHS has received such documentation from outside providers.

# Smoking

The Pennsylvania State University is committed to a healthful environment for all members of the community at all locations. Smoking of any material is prohibited in all University buildings, at all locations, including University- owned vehicles.

PSU-DE PIERO-001077

# Teaching Load Policy

**Rationale:** To realize our College's vision of becoming a top tier regional public college, it is essential that faculty members' teaching load assignments reflect the dual goals of equity and professional growth. These goals should be a priority in meeting the University's expectations of quality teaching, research and scholarly or creative production, and service activity. The following is the recommended policy regarding teaching load assignments for full-time faculty during an academic year (i.e., fall and spring semesters).

### B. Standard Teaching Load

1. The teaching load for tenure line (tenured and tenure-track) faculty except in Kinesiology is 18 credit hours or contact hours (depending on current practice at Penn State Abington) per academic year.
2. The teaching load for instructor with continuing appointment except for Kinesiology is 21 credit hours or contact hours (depending on current practice at Penn State Abington) per academic year. Because of the nature of their discipline, Kinesiology instructors with continuing appointments will teach no less than 5 sections of one or one and a half credits each.
3. Teaching loads for Fixed Term I faculty are determined at the time when the contract is signed and will not be less than 4:4 sections or 24 contact hours per year, or other alternative duties, depending on common disciplinary practice at Penn State Abington.

*For multiple sections or courses taught at the same time and in the same room, common credit hours are counted only once.

*For team taught courses, credits will be divided between instructors.

* The Division Head will try to schedule credit hours or contact hours for faculty evenly between the fall and spring semesters. However, in certain disciplines, where this is impractical, the Division Head may schedule tenure-line faculty so that they slightly overload in some semesters in exchange for extra compensation if they so choose or a lighter load in other semesters to fulfill their teaching obligations. At no time will a faculty member "owe" more than one course.

* If a tenured faculty member is granted a sabbatical for a semester, their teaching load is reduced by half.

* To avoid last-minute class cancellation and disruption of faculty schedules, the college will give faculty as much warning as possible when classes are under-enrolled and, therefore, likely to be cancelled. In the case that the under-enrolled class must be offered, the faculty member and the Division Head will meet to discuss available options. Faculty and the Division Head should consider curricular needs, the total expected enrollment for the faculty member's assigned courses, and the impact of any change on the faculty member's schedule. When changes are required immediately before the start of the semester, faculty should have an option to meet workload requirements by adjusting a future semester's load if that is his (her) preference.

### C. Overload and Extra Compensation

PSU-DE PIERO-001078

1. A faculty member may teach a maximum of two courses per academic year as overload.The extra compensation for these courses (or parts of courses) is set by the College.
2. A faculty member may teach Honors Option courses, Independent Study courses, supervise Senior Theses, supervise Interns, or other college projects, and get compensated at a rate set by the College. Specific requirements and/or limitations may apply to some of these categories.
3. A faculty member assigned to certain administrative/service jobs will be compensated.

### D. Reduction of Teaching Load

1. Faculty members who have administrative responsibilities and the Senate Chair will have a reduced teaching load and/or compensation to be determined by the Division Head and Associate Dean and approved by the Chancellor.
2. If a faculty member needs a reduced load for developmental purposes, he/she may apply for a Summer Faculty Fellowship (eliminating the need for summer teaching) or the Career Development Professorship. In exceptional circumstances, individual faculty members may petition the Associate Dean on the FAR Form. A positive recommendation will need final approval by the Chancellor.

### E. Advising

All faculty members would be assigned advising duties to be determined by the College.

### F. Exceptions

Any exception to this policy will need to be approved jointly by the Division Head and the Associate Dean for Academic Affairs.

# Testing Center

Located in 223 Sutherland, the Testing Center provides exam proctoring for Abington students with documented disabilities who require either additional time or a quiet place to take their exams. The Testing Center also proctors World Campus exams as well as *select* make-up exams for Abington instructors. Testing Center hours are posted on the website: http://abington.psu.edu/testing-center-2. The phone number for the Testing Center is (215)-881-7576

# Travel Guidelines

The following general guidelines will be used to determine the level of support that faculty members will receive during the academic year.

**Authorization**: Division Heads authorize travel for faculty in their divisions. In cases where Academic Affairs or other funds support travel, the Associate Dean or Chancellor must also authorize the travel. **No allocations will be made unless a "Travel Expense Authorization Form" is submitted to the Division**

PSU-DE PIERO-001079

<u>Head at least one month prior to travel.</u>
**Please note, effective June, 2021 university-funded travel requires full COVID-19 vaccination by the date of departure.**

**Eligibility:** Each full-time faculty member is eligible to receive reimbursement according to the following schedule:

- Paper Presentations:
  - Up to $1800 per academic year for **presenting papers in the U.S.**
  - There are two sources of additional funding available for **international paper presentations**:
    - Up to $600 is available from the Division for **presenting papers at out-of-country conferences.**
- Faculty who are seeking travel reimbursement that exceeds the Division allotment outlined above should submit completed travel authorization request forms to their Division Head at least one month prior to travel.  These requests for supplemental travel funds are reviewed during a meeting of the three Division Heads and Associate Dean for Academic Affairs.  The authorization form can be found on the intranet under the Form Finder

    Application:
    Faculty should submit an application including the following:
    1. Travel Authorization Form with required supporting documents.
    2. Explanation of previously approved travel and funding.
    3. Explanation of significance of planned travel to the faculty member's scholarship and professional development (including the standing or reputation of the conference).

    If faculty face unusual circumstances that require travel outside this review calendar, they should consult with their division head.

  - Faculty are also encouraged to inquire about opportunities for travel support through the appropriate UP department.

- Up to $700 for travel for **organizational activities**, e.g., chairing a panel. This amount will be calculated as part of the $1800 allowance for the academic year.
- A maximum of $500 for **attending a conference for purposes of professional development**. This amount will also be calculated as part of the $1800 allowance for the academic year.
- Travel to University Park and to other University locations to attend official meetings will be separately budgeted and fully reimbursed.

<u>Authorization Form:</u> The following documentation must be attached to the completed authorization form:

- Letter of acceptance for presentations, or notice or invitation for organizational activities, conference attendance, or UP-related travel.
- Printed evidence of registration cost.
- Quotation of airfare cost from UP Travel Office (provided by email), or quotation of rail or bus fare (available from carrier's website), or calculation of mileage.
- Printed quotation of lodging costs, with all taxes included (available from hotel website, conference

PSU-DE PIERO-001080

materials, or email)
- Printed quotation of <u>estimated cost of meals and incidentals</u>
- Printed evidence of all ground transportation costs (airport shuttle, subway, or local bus), where obtainable, from conference materials or airport, hotel, or carrier website.
- Documentation of estimated taxi costs is **not** needed.

**Keep copies of the completed authorization form and all documentation**. A copy of the signed authorization form will be given to you and will be needed for purposes of reimbursement.

Fleet vehicles should be used unless it is impractical to do so. Faculty who choose to use a private car when a fleet vehicle is available and it is practical to use it will be reimbursed at the fleet car rate. To use fleet vehicles, submit a Reservation/Authorization to use a University Vehicle form to your Division Head for approval prior to the travel. Contact Police Services at 215-881-7575 to reserve a fleet vehicle.

Submit a copy of the signed authorization form, and necessary original receipts to the staff assistant working directly with your Division Head within 30 days of return from travel. **Keep copies of the completed form and all receipts.** The staff assistant will enter your travel report into the Employee Reimbursement System (ERS) as your designate. Once your information is entered by the staff assistant (ERS generates an e-mail notification to you), you need to go to www.ers.psu.edu to review the information and submit it for approval and payment.

See the University Travel Services website for more information and contact your Division Head if you have any questions.

# Visiting Scholar Position Guidelines

The Penn State Abington Visiting Scholar Position is a pilot program for the purpose of encouraging research collaboration, providing access to research conferences, and supporting the college's faculty in other extended research projects.

Terms of the Position: The position will be offered on a competitive, funds-available basis to visiting scholar members engaged in research for either one semester or a full academic year, or during the summer. The visiting faculty member will have a high visibility on campus and is expected to collaborate on research, teach two courses (or less depending on the extent of the collaboration), and participate in seminar or colloquia activities with other Penn State faculty. At least one Penn State Abington tenure-line faculty must sponsor the visiting scholar and a match between the visiting scholar's research expertise and a Penn State Abington faculty member's expertise is required so that the research collaboration is possible. The visiting scholar will be provided shared office space, library privileges and computer privileges, including electronic mail. Salary for the position is negotiable and will vary depending on the applicant's experience, home institution or grant support and the benefit to Penn State Abington.

The visiting scholar is expected to summarize the research done and submit a report to the Chancellor and the Associate Dean at the end of the research period.

PSU-DE PIERO-001081

Application Guidelines: The faculty sponsor will submit a letter describing the research collaboration and the intended outcomes as well as any resources and support needed from Penn State Abington. The application must also include the following:

1. The visiting scholar's vita including areas of research and teaching expertise,
   Current and former academic position held,
2. A list of all the applicant's publications and courses taught,
3. Whether or not the application is for a semester or a full academic year or during the summer.

Please note the applicant's availability must coincide with Penn State Abington's academic calendar.

Applications will be reviewed by a committee appointed by the Chancellor and the Associate Dean to make recommendations. The Chancellor and Associate Dean will make the final decision on the appointment.

Application Deadline: Proposals must be submitted to the Office of Academic Affairs by March 14, for a visiting scholar position during the following academic year.

# Weather Emergency

Since our service area is quite large, we experience very different weather patterns from one part of the service area to another. For this reason, each member of the community must exercise good judgment when deciding whether or not to drive to campus if the campus is not closed. Furthermore, each person needs to be aware -- when the campus is closed -- that this closure reflects driving conditions throughout the entire region.

Penn State Abington has an emergency alert messaging system called PSUAlert.  Faculty are **strongly** advised to sign up for text alerts and emergency messages by going to the sign-up page.

 You can also stay informed of delays and cancellations by checking Facebook, Twitter and the website homepage.

Faculty and staff need to be familiar with University Policy on Weather-Related Delays and Closures and, of course, be understanding of individual circumstances for students or colleagues.

If the need arises during the semester to open **2 hours late**, classes will start at **10:00 AM following the normal class schedule. (In other words, classes starting and ending before 10:00 AM are cancelled for the day. Classes that start before 10:00 AM but end after 10:00 AM will start at 10:00 AM and end at the regular time, i.e., 9:30 AM-10:45 AM class would start at 10:00 AM and end at 10:45 AM. This policy will be temporarily modified if excessive 2-hour delays occur in any given semester.)**

If conditions in your area are significantly worse than they are near the campus, you will need to exercise your own judgment and put your personal safety first.

# Withdrawal

A student who is unable to complete the semester may choose to withdraw from the University. The

PSU-DE PIERO-001082

withdrawal action may occur at any time up to and including the last day of classes. Withdrawal will delay normal degree progress, may affect academic programming, and may have financial aid implications. A student considering this action should first consult with an academic adviser.

A student completes the withdrawal action by using LionPath or by submitting an official withdrawal form to the Registration Office. The withdrawal action drops all courses (current semester and future semesters) offered through resident instruction or continuing education.

PSU-DE PIERO-001083

**Borges, Carmen B**

| | |
|---|---|
| **From:** | Baer, Friederike |
| **Sent:** | Monday, October 18, 2021 5:38 PM |
| **To:** | Borges, Carmen B |
| **Subject:** | Re: Zack De Piero (English Majors and Writing and English Minors) just sent you a message in Canvas. |

Hi Carmen,

I spoke with Lila and Grace separately about what happened at the Writing Program meeting today. Both explained that they were bullied and harassed by Zack DePiero. The meeting was voluntary (it is a reading group focusing on anti-racist pedagogy, six faculty were in attendance), and both felt he attended with the sole purpose of harassing and intimidating them.

Both were very shaken. Lila in particular is extremely upset. She says that she is unable to work with him, and she described her current situation as "the worst work environment of her life." She feels Zack is "out to get her," and that he has been harassing her for two years now. Both Grace and Lila are planning to file bias reports. Both expressed concern about getting sued by Zack.

I think this is a very serious matter that needs to be addressed ASAP. From what I can tell, he is creating a hostile working environment. I am especially concerned about Lila as his program coordinator, but his actions are affecting a lot of colleagues (and students).

Please let me know about next steps. In the meantime, I will fill in Associate Dean Andy August.

Friederike

Friederike Baer, Ph.D. (she, her)
Division Head, Arts and Humanities
Associate Professor of History
Penn State Abington
1600 Woodland Road
Abington, PA 19001
fbb10@psu.edu
215.881.7593
https://friederikebaer.com/

**From:** Borges, Carmen B <cbb1@psu.edu>
**Sent:** Monday, October 18, 2021 3:01 PM
**To:** Baer, Friederike <fbb10@psu.edu>
**Subject:** RE: Zack De Piero (English Majors and Writing and English Minors) just sent you a message in Canvas.

Friederike,

1

PSU-DE PIERO-002551

I suggest you meet with Lila (and the Ombudsperson, if she so desires) to discuss the issue with Zack's planned meeting with the students.

And also hear what happened during the Writing Program meeting where she is saying Zack harassed her and Grace. You may want to speak with Grace separately (and maybe with the Ombudsperson, if he witnessed what happened in that meeting), to hear from Grace what happened during that meeting. Gather the information and we'll discuss if this requires further investigation from our office. You may want to let them know that you'll be consulting with appropriate offices.

I need to schedule a meeting with Zack, but I may wait until  the issue of the meeting/workshop he planned with the students is addressed. The other issue should be addressed separately.

Carmen

**From:** Baer, Friederike <fbb10@psu.edu>
**Sent:** Monday, October 18, 2021 2:21 PM
**To:** Borges, Carmen B <cbb1@psu.edu>
**Subject:** Fw: Zack De Piero (English Majors and Writing and English Minors) just sent you a message in Canvas.

Hi, Carmen,

Please see below for a message from Lila. What do you suggest re. next steps?

Friederike Baer, Ph.D. (she, her)

Division Head, Arts and Humanities

Associate Professor of History

Penn State Abington

2

PSU-DE PIERO-002552

1600 Woodland Road
Abington, PA 19001
fbb10@psu.edu
215.881.7593
https://friederikebaer.com/

---

**From:** Liliana Naydan <lmn122@psu.edu>
**Sent:** Monday, October 18, 2021 2:13 PM
**To:** Baer, Friederike <fbb10@psu.edu>
**Cc:** Salguero, Pierce <salguero@psu.edu>
**Subject:** Re: Zack De Piero (English Majors and Writing and English Minors) just sent you a message in Canvas.

Dear Friederike,

Meeting today at 4:30 works for me. I would also like Pierce to attend as Ombudsperson, so I've copied him on this message. I've been talking to him about this situation in recent days and am growing increasingly upset about it, and I would like him present with me at the meeting.

I also want to share that Grace and I just ran a Writing Program meeting about an article about colorblind racism and were harrassed by Zack at the meeting. Is Grace able to come to the meeting at 4:30 today? Could she come at 5pm so she doesn't hear about things that don't pertain to her? Or could she and I meet with you and Andy with Pierce present at another time? This situation is urgent and I need your support. I imagine Grace is feeling much like I am feeling right now, too, and I think it would help her to be able to come today if you would permit it. I've not copied Grace on this message but I know she's free.

Lila

Liliana M. Naydan, Ph.D.
Associate Professor of English

Writing Program Coordinator

English Program Chair

Sutherland 320A
Penn State Abington
1600 Woodland Road
Abington, PA 19001

3

PSU-DE PIERO-002553

215-881-7585 (Office)

(Pronouns: she, her, hers)

On Mon, Oct 18, 2021 at 12:42 PM Baer, Friederike <fbb10@psu.edu> wrote:

Hi Lila,

How would 4:30 work for you?

Friederike Baer, Ph.D. (she, her)

Division Head, Arts and Humanities

Associate Professor of History

Penn State Abington
1600 Woodland Road
Abington, PA 19001
fbb10@psu.edu
215.881.7593
https://friederikebaer.com/

**From:** Liliana Naydan <lmn122@psu.edu>
**Sent:** Sunday, October 17, 2021 10:20 PM
**To:** Baer, Friederike <fbb10@psu.edu>
**Cc:** Borges, Carmen B <cbb1@psu.edu>
**Subject:** Re: Zack De Piero (English Majors and Writing and English Minors) just sent you a message in Canvas.

Hi Friederike,

4

PSU-DE PIERO-002554

I would very much like to talk tomorrow.. thank you. I have numerous meetings and appointments tomorrow / Monday, but I could move things around and make myself free any time between 1:30 and 3:15pm or between 4:30 and 5pm. Does something during those times work for you?

Lila

On Sun, Oct 17, 2021, 6:52 PM Baer, Friederike <fbb10@psu.edu> wrote:

Hi Lila,

I agree that these kind of activities should be coordinated by or with the program chair. Let's talk tomorrow.

Friederike

Get Outlook for iOS

**From:** Liliana Naydan <lmn122@psu.edu>
**Sent:** Sunday, October 17, 2021 5:14:33 PM
**To:** Baer, Friederike <fbb10@psu.edu>
**Cc:** Borges, Carmen B <cbb1@psu.edu>
**Subject:** Fwd: Zack De Piero (English Majors and Writing and English Minors) just sent you a message in Canvas.

Hi Friederike,

Zack De Piero just sent out the email below and didn't coordinate with me about this announcement or meeting, which involves the major and minors that I oversee through my two leadership roles at Penn State Abington. I regularly plan an agenda of meetings for majors and minors to help them apply to graduate or professional school and find jobs. I have an agenda for this academic year and faculty in English and Writing have volunteered to help with different meetings, often collaborating with one another by co-facilitating meetings. What do you think about this announcement? Is this something that happens in other programs? I am concerned not so much about this meeting that Zack wants to hold, but about Zack's approach, and I would like to talk with you about my concern. I've copied Carmen Borges on this message so she is aware that I'm writing to you.

PSU-DE PIERO-002555

Lila

---------- Forwarded message ---------
From: **Zack De Piero** <notifications@instructure.com>
Date: Sun, Oct 17, 2021, 4:41 PM
Subject: Zack De Piero (English Majors and Writing and English Minors) just sent you a message in Canvas.
To: <lmn122@psu.edu>

## Upcoming Workshop on Oct 27: Jobs/Careers for English Majors and Writing Minors

Dear PSU English majors and Writing minors,

Wondering what you can do with an English degree or Writing minor? Not totally sure what jobs are out there, which companies/organizations might be worth checking out, or how to navigate this whole process? Well, you're certainly not alone. Most of us have been in your shoes (myself included!), so I'd like to share some strategies that I think you'll find helpful.

On Wednesday, October 27 from 12:15 - 1:15 (Common Break), feel free to join me in my Zoom room (psu.zoom.us/my/depiero) for an *informal* workshop about all of this. We'll spend some time looking at actual job descriptions -- specifically, entry-level positions for English majors and Writing minors. I want to draw your attention to different positions (e.g. staff writer, copyeditor, storyteller, tutor) across a range of fields (e.g. media, advertising, education, science) so that you might walk away from this workshop with a heightened awareness of your skill-set as a PSU English major.

During this workshop/meeting, I'm also happy to help talk you through any questions that you have.

No need to RSVP or anything. Hope to see you there.

Prof De Piero


**Zack De Piero**
zud82@psu.edu

You can reply to this message in Canvas by replying directly to this email. If you need to include an attachment, please log in to Canvas and reply through the Inbox.

Attached Files:
- 10-27 Jobs Workshop - English and Writing students.png - 343 KB [download]
- 10-27 Jobs Workshop - English and Writing students.pdf - 72.1 KB [download]



View this message in Conversations  |  Update your notification settings

6

PSU-DE PIERO-002556

 Gmail

**Zack De Piero <zack.depiero@gmail.com>**

## NEW ENGLISH/WRITING MEETING TOMORROW: Monday, 6/15, from noon to 1pm
24 messages

**Liliana Naydan** <lmn122@psu.edu>                                                 Sun, Jun 14, 2020 at 9:51 PM
To: "Knodt, Ellen Andrews" <eak1@psu.edu>, "Miller, Linda Patterson" <lpm2@psu.edu>, "Weekes, Karen" <kew16@psu.edu>, "Nicosia, Marissa O" <mon4@psu.edu>, "Walters, Alisha Renee" <arw67@psu.edu>, "Heise, Thomas" <ThomasHeise@psu.edu>, "Morgan, M Winifred" <mwm1@psu.edu>, "Esposito, Carolyn T" <cte105@psu.edu>, "Pack Jr., Jimmy Joseph" <jjp18@psu.edu>, "Archer, Charles" <cta10@psu.edu>, "Horwitz, Wendy Ann" <wah5115@psu.edu>, "Cohen, Stephen F" <uuc91@psu.edu>, "DePiero, Zack" <zud82@psu.edu>, mjr339 <mjr339@psu.edu>, "Vado,Karina A" <kvado1224@ufl.edu>

Hi Colleagues,

I know many of you have heard the news from Old Main and expressed an interest in discussing the fall situation (https://news.psu.edu/story/623188/2020/06/14/penn-state-plans-resume-campus-work-and-learning-fall-semester).  Since things will likely move quickly with scheduling and other matters at this point, I think we should meet tomorrow, **Monday, 6/15, from noon to 1pm** in my Zoom room:

https://psu.zoom.us/j/7424598805

Sorry for the short notice, but this is, like every other summer meeting, an optional meeting.  That said, I hope it'll give us an opportunity to talk about the news and next steps.

I hope to see you there.

Lila

P.S. We'll also have our regularly scheduled (also optional) meeting on Friday.

Liliana M. Naydan, Ph.D.
Associate Professor of English
Writing Program Coordinator
English Program Chair
Sutherland 320A
Penn State Abington
1600 Woodland Road
Abington, PA 19001
215-881-7585 (Office)
(Pronouns: she, her, hers)

---

**Horwitz, Wendy Ann** <wah5115@psu.edu>                                         Mon, Jun 15, 2020 at 11:30 AM
To: "Naydan, Liliana Marika" <lmn122@psu.edu>, "Knodt, Ellen Andrews" <eak1@psu.edu>, "Miller, Linda Patterson" <lpm2@psu.edu>, "Weekes, Karen" <kew16@psu.edu>, "Nicosia, Marissa O" <mon4@psu.edu>, "Walters, Alisha Renee" <arw67@psu.edu>, "Heise, Thomas" <ThomasHeise@psu.edu>, "Morgan, M Winifred" <mwm1@psu.edu>, "Esposito, Carolyn T" <cte105@psu.edu>, "Pack Jr., Jimmy Joseph" <jjp18@psu.edu>, "Archer, Charles" <cta10@psu.edu>, "Cohen, Stephen F" <uuc91@psu.edu>, "DePiero, Zack" <zud82@psu.edu>, "Rigilano, Matthew J" <mjr339@psu.edu>, "Vado,Karina A" <kvado1224@ufl.edu>

I don't usually reply all, but our Temple colleague's editorial in the Times today makes a crucial point. (Larry is an expert on this.)

ZDP_00119

Thank you, Lila. See you soon.
Wendy

https://www.nytimes.com/2020/06/15/opinion/coronavirus-college-safe.html



### Opinion | Expecting Students to Play It Safe if Colleges Reopen Is a Fantasy - The New York Times

Safety plans border on delusional and could lead to outbreaks of Covid-19 among students, faculty and staff. By Laurence Steinberg Dr. Steinberg is a professor of psychology at Temple University ...

www.nytimes.com

**Wendy A. Horwitz, PhD**

Assistant Teaching Professor
Writing and English Programs
Bioethics and Medical Humanities Minor
Penn State Abington
1600 Woodland Rd.
Abington, PA 19001

---

**From:** Liliana Naydan <lmn122@psu.edu>
**Sent:** Sunday, June 14, 2020 9:51 PM
**To:** Knodt, Ellen Andrews <eak1@psu.edu>; Miller, Linda Patterson <lpm2@psu.edu>; Weekes, Karen <kew16@psu.edu>; Nicosia, Marissa O <mon4@psu.edu>; Walters, Alisha Renee <arw67@psu.edu>; Heise, Thomas <ThomasHeise@psu.edu>; Morgan, M Winifred <mwm1@psu.edu>; Esposito, Carolyn T <cte105@psu.edu>; Pack Jr., Jimmy Joseph <jjp18@psu.edu>; Archer, Charles <cta10@psu.edu>; Horwitz, Wendy Ann <wah5115@psu.edu>; Cohen, Stephen F <uuc91@psu.edu>; DePiero, Zack <zud82@psu.edu>; Rigilano, Matthew J <mjr339@psu.edu>; Vado,Karina A <kvado1224@ufl.edu>
**Subject:** NEW ENGLISH/WRITING MEETING TOMORROW: Monday, 6/15, from noon to 1pm

[Quoted text hidden]

---

**Cohen, Stephen F** <uuc91@psu.edu>                                    Mon, Jun 15, 2020 at 11:36 AM
To: "Horwitz, Wendy Ann" <wah5115@psu.edu>
Cc: "Naydan, Liliana Marika" <lmn122@psu.edu>, "Knodt, Ellen Andrews" <eak1@psu.edu>, "Miller, Linda Patterson" <lpm2@psu.edu>, "Weekes, Karen" <kew16@psu.edu>, "Nicosia, Marissa O" <mon4@psu.edu>, "Walters, Alisha Renee" <arw67@psu.edu>, "Heise, Thomas" <ThomasHeise@psu.edu>, "Morgan, M Winifred" <mwm1@psu.edu>, "Esposito, Carolyn T" <cte105@psu.edu>, "Pack Jr., Jimmy Joseph" <jjp18@psu.edu>, "Archer, Charles" <cta10@psu.edu>, "DePiero, Zack" <zud82@psu.edu>, "Rigilano, Matthew J" <mjr339@psu.edu>, "Vado,Karina A" <kvado1224@ufl.edu>

ZDP_00120

I'm with Wendy on this. And I'd like to add that other schools who brought athletes back over the summer are *already* experiencing COVID cases. What makes Penn State different?

https://www.thegazette.com/subject/sports/iowa-state-cyclones/iowa-state-cyclones-athletics-coronavirus-cases-20200613

Stephen Cohen
Lecturer in English,
Penn State Abington
301 Sutherland
215.881.7975
[Quoted text hidden]

---

**Walters, Alisha Renee** <arw67@psu.edu>                          Mon, Jun 15, 2020 at 11:53 AM
To: "Cohen, Stephen F" <uuc91@psu.edu>, "Horwitz, Wendy Ann" <wah5115@psu.edu>
Cc: "Naydan, Liliana Marika" <lmn122@psu.edu>, "Knodt, Ellen Andrews" <eak1@psu.edu>, "Miller, Linda Patterson" <lpm2@psu.edu>, "Weekes, Karen" <kew16@psu.edu>, "Nicosia, Marissa O" <mon4@psu.edu>, "Heise, Thomas" <ThomasHeise@psu.edu>, "Morgan, M Winifred" <mwm1@psu.edu>, "Esposito, Carolyn T" <cte105@psu.edu>, "Pack Jr., Jimmy Joseph" <jjp18@psu.edu>, "Archer, Charles" <cta10@psu.edu>, "DePiero, Zack" <zud82@psu.edu>, "Rigilano, Matthew J" <mjr339@psu.edu>, "Vado,Karina A" <kvado1224@ufl.edu>

Wendy: thanks for sharing this!

Stephen: an extraordinary exercise in magical thinking.


See you all soon!

ARW

---
Alisha R. Walters
Assistant Professor of English
Penn State University, Abington College
1600 Woodland Rd, PA 19001
Rm. 415 Sutherland
215-881-7952
arw67@psu.edu
alisha.walters@gmail.com

---

**From:** Cohen, Stephen F <uuc91@psu.edu>
**Sent:** Monday, June 15, 2020 11:36 AM
**To:** Horwitz, Wendy Ann <wah5115@psu.edu>
**Cc:** Naydan, Liliana Marika <lmn122@psu.edu>; Knodt, Ellen Andrews <eak1@psu.edu>; Miller, Linda Patterson <lpm2@psu.edu>; Weekes, Karen <kew16@psu.edu>; Nicosia, Marissa O <mon4@psu.edu>; Walters, Alisha Renee <arw67@psu.edu>; Heise, Thomas <ThomasHeise@psu.edu>; Morgan, M Winifred <mwm1@psu.edu>; Esposito, Carolyn T <cte105@psu.edu>; Pack Jr., Jimmy Joseph <jjp18@psu.edu>; Archer, Charles <cta10@psu.edu>; DePiero, Zack <zud82@psu.edu>; Rigilano, Matthew J <mjr339@psu.edu>; Vado,Karina A <kvado1224@ufl.edu>
**Subject:** Re: NEW ENGLISH/WRITING MEETING TOMORROW: Monday, 6/15, from noon to 1pm

[Quoted text hidden]

ZDP_00121

**Pack Jr., Jimmy Joseph** <jjp18@psu.edu>                              Mon, Jun 15, 2020 at 1:36 PM
To: "Walters, Alisha Renee" <arw67@psu.edu>, "Cohen, Stephen F" <uuc91@psu.edu>, "Horwitz, Wendy Ann"
<wah5115@psu.edu>
Cc: "Naydan, Liliana Marika" <lmn122@psu.edu>, "Knodt, Ellen Andrews" <eak1@psu.edu>, "Miller, Linda
Patterson" <lpm2@psu.edu>, "Weekes, Karen" <kew16@psu.edu>, "Nicosia, Marissa O" <mon4@psu.edu>,
"Heise, Thomas" <ThomasHeise@psu.edu>, "Morgan, M Winifred" <mwm1@psu.edu>, "Esposito, Carolyn T"
<cte105@psu.edu>, "Archer, Charles" <cta10@psu.edu>, "DePiero, Zack" <zud82@psu.edu>, "Rigilano, Matthew
J" <mjr339@psu.edu>, "Vado,Karina A" <kvado1224@ufl.edu>

Off topic: The U.S. Supreme Court has ruled that the 1964 Civil Rights Law protects Gay
and Transgendered workers. One of the things I love about reading these opinions is the
mental gymnastics involved in the arguments, particularly of conservative judges who
hide their agenda under a blanket "Originalism." Take a look at Alito's dissent:
https://nam01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.
supremecourt.gov%2Fopinions%2F19pdf%2F17-1618_hfci.pdf%3FreferringSource%
3DarticleShare&amp;data=02%7C01%7Cjjp18%40psu.edu%
7Ceb3d925b495b49185c7a08d8113c78bf%7C7cf48d453ddb4389a9c1c115526e
b52e%7C0%7C1%7C637278298701771660&amp;sdata=JdpjUDCunfFrPvdA0yT7HVl%
2FZn2SWORpzkL95wb49cQ%3D&amp;reserved=0

Sorry for ranting today. I'm frustrated on many fronts with our duties and the decisions
being made. If less than 2% of the nation has been infected with a disease, and 70% is
needed for herd immunity, we've got a lot of people to get sick, and looking at those odds
at my age makes me incredibly hesitant to play against the house.

I hope you are all well and productive,
Jimmy J. Pack Jr., MFA/MA, English-Creative Writing
**Advisor, *The Abington Review***
207 Sutherland
Penn State Abington
Abington, PA 19118
Pronouns: He/Him



---

**From:** Walters, Alisha Renee <arw67@psu.edu>
**Sent:** Monday, June 15, 2020 11:53 AM
**To:** Cohen, Stephen F <uuc91@psu.edu>; Horwitz, Wendy Ann <wah5115@psu.edu>
**Cc:** Naydan, Liliana Marika <lmn122@psu.edu>; Knodt, Ellen Andrews <eak1@psu.edu>; Miller,
Linda Patterson <lpm2@psu.edu>; Weekes, Karen <kew16@psu.edu>; Nicosia, Marissa O
<mon4@psu.edu>; Heise, Thomas <ThomasHeise@psu.edu>; Morgan, M Winifred
<mwm1@psu.edu>; Esposito, Carolyn T <cte105@psu.edu>; Pack Jr., Jimmy Joseph
<jjp18@psu.edu>; Archer, Charles <cta10@psu.edu>; DePiero, Zack <zud82@psu.edu>;
Rigilano, Matthew J <mjr339@psu.edu>; Vado,Karina A <kvado1224@ufl.edu>

ZDP_00122

[Quoted text hidden]

[Quoted text hidden]

---

**Nicosia, Marissa O** <mon4@psu.edu>                      Mon, Jun 15, 2020 at 2:34 PM
To: "Pack Jr., Jimmy Joseph" <jjp18@psu.edu>, "Walters, Alisha Renee" <arw67@psu.edu>, "Cohen, Stephen F"
<uuc91@psu.edu>, "Horwitz, Wendy Ann" <wah5115@psu.edu>
Cc: "Naydan, Liliana Marika" <lmn122@psu.edu>, "Knodt, Ellen Andrews" <eak1@psu.edu>, "Miller, Linda
Patterson" <lpm2@psu.edu>, "Weekes, Karen" <kew16@psu.edu>, "Heise, Thomas" <ThomasHeise@psu.edu>,
"Morgan, M Winifred" <mwm1@psu.edu>, "Esposito, Carolyn T" <cte105@psu.edu>, "Archer, Charles"
<cta10@psu.edu>, "DePiero, Zack" <zud82@psu.edu>, "Rigilano, Matthew J" <mjr339@psu.edu>, "Vado,Karina
A" <kvado1224@ufl.edu>

Hi everyone,

If you're interested in reading more about how faculty identity plays into student
evaluations, as well as behavioral dynamics in the classroom, this article is a good place
to start: https://slate.com/human-interest/2018/03/student-evaluations-are-discriminatory-
against-female-professors.amp

All best,

Marissa

--
Marissa Nicosia
Assistant Professor of English
Pennsylvania State University, Abington College
mon4@psu.edu
marissa.nicosia@gmail.com

*Cooking in the Archives*
*Historical Futures*

Secretary, Society of Fellows in Critical Bibliography, the Rare Book School
https://rarebookschool.org/sofcb/

---

**From:** Pack Jr., Jimmy Joseph <jjp18@psu.edu>
**Sent:** Monday, June 15, 2020 1:36 PM
**To:** Walters, Alisha Renee <arw67@psu.edu>; Cohen, Stephen F <uuc91@psu.edu>; Horwitz,
Wendy Ann <wah5115@psu.edu>
**Cc:** Naydan, Liliana Marika <lmn122@psu.edu>; Knodt, Ellen Andrews <eak1@psu.edu>; Miller,
Linda Patterson <lpm2@psu.edu>; Weekes, Karen <kew16@psu.edu>; Nicosia, Marissa O
<mon4@psu.edu>; Heise, Thomas <ThomasHeise@psu.edu>; Morgan, M Winifred
<mwm1@psu.edu>; Esposito, Carolyn T <cte105@psu.edu>; Archer, Charles <cta10@psu.edu>;
DePiero, Zack <zud82@psu.edu>; Rigilano, Matthew J <mjr339@psu.edu>; Vado,Karina A
<kvado1224@ufl.edu>
[Quoted text hidden]

[Quoted text hidden]

---

**Pack Jr., Jimmy Joseph** <jjp18@psu.edu>                 Mon, Jun 15, 2020 at 2:42 PM
To: "Nicosia, Marissa O" <mon4@psu.edu>, "Walters, Alisha Renee" <arw67@psu.edu>, "Cohen, Stephen F"
<uuc91@psu.edu>, "Horwitz, Wendy Ann" <wah5115@psu.edu>

ZDP_00123

Cc: "Naydan, Liliana Marika" <lmn122@psu.edu>, "Knodt, Ellen Andrews" <eak1@psu.edu>, "Miller, Linda Patterson" <lpm2@psu.edu>, "Weekes, Karen" <kew16@psu.edu>, "Heise, Thomas" <ThomasHeise@psu.edu>, "Morgan, M Winifred" <mwm1@psu.edu>, "Esposito, Carolyn T" <cte105@psu.edu>, "Archer, Charles" <cta10@psu.edu>, "DePiero, Zack" <zud82@psu.edu>, "Rigilano, Matthew J" <mjr339@psu.edu>, "Vado,Karina A" <kvado1224@ufl.edu>

Thank you for this, Marissa. Reflecting on our discussion, I wonder if we should create a think-tank to develop ways to encourage more diversity in our majors? Thoughts?

Jimmy J. Pack Jr., MFA/MA, English-Creative Writing
**Advisor, *The Abington Review***
207 Sutherland
Penn State Abington
Abington, PA 19118
Pronouns: He/Him



---

**From:** Nicosia, Marissa O <mon4@psu.edu>
**Sent:** Monday, June 15, 2020 2:34 PM
**To:** Pack Jr., Jimmy Joseph <jjp18@psu.edu>; Walters, Alisha Renee <arw67@psu.edu>; Cohen, Stephen F <uuc91@psu.edu>; Horwitz, Wendy Ann <wah5115@psu.edu>
**Cc:** Naydan, Liliana Marika <lmn122@psu.edu>; Knodt, Ellen Andrews <eak1@psu.edu>; Miller, Linda Patterson <lpm2@psu.edu>; Weekes, Karen <kew16@psu.edu>; Heise, Thomas <ThomasHeise@psu.edu>; Morgan, M Winifred <mwm1@psu.edu>; Esposito, Carolyn T <cte105@psu.edu>; Archer, Charles <cta10@psu.edu>; DePiero, Zack <zud82@psu.edu>; Rigilano, Matthew J <mjr339@psu.edu>; Vado,Karina A <kvado1224@ufl.edu>

[Quoted text hidden]

[Quoted text hidden]

---

**Liliana Naydan** <lmn122@psu.edu>                                     Mon, Jun 15, 2020 at 3:15 PM
To: "Nicosia, Marissa O" <mon4@psu.edu>
Cc: "Pack Jr., Jimmy Joseph" <jjp18@psu.edu>, "Walters, Alisha Renee" <arw67@psu.edu>, "Cohen, Stephen F" <uuc91@psu.edu>, "Horwitz, Wendy Ann" <wah5115@psu.edu>, "Knodt, Ellen Andrews" <eak1@psu.edu>, "Miller, Linda Patterson" <lpm2@psu.edu>, "Weekes, Karen" <kew16@psu.edu>, "Heise, Thomas" <ThomasHeise@psu.edu>, "Morgan, M Winifred" <mwm1@psu.edu>, "Esposito, Carolyn T" <cte105@psu.edu>, "Archer, Charles" <cta10@psu.edu>, "DePiero, Zack" <zud82@psu.edu>, "Rigilano, Matthew J" <mjr339@psu.edu>, "Vado,Karina A" <kvado1224@ufl.edu>

Hi Colleagues,

Thanks for the conversation today.  Here's the list of questions we developed:

1.) How can we account for extra labor that hybrid teaching might create?

2.) What is the procedure if a faculty member's teaching schedule doesn't meet their needs?

ZDP_00124

3.) How are you testing faculty for COVID-19?

4.) What systems are in place to support sick faculty and students?

5) What is the procedure for under-enrolled courses?  Will everyone receive full pay even if their courses don't fill to desired class-size limits?

6.) What procedures are in place to assure mask compliance in classrooms?

7.) What University-based support exists in the case of illness or legal liability?  Will you pay for our lawyers should students sue us and for our hospital expenses should we fall ill?

I will pass these questions on to Andy, Friederike, and Dave.  If I missed or misrepresented anything, please let me know.  Also, you might also consider sending your questions to Joe Oakes so he can ask Andy to answer them during Wednesday's 5pm meeting.

By the way, to complement Marissa's excellent source, you might check out this book to think more about how issues involving identity play out for faculty members in higher ed:

https://upcolorado.com/utah-state-university-press/item/3529-defining-locating-and-addressing-bullying-in-the-wpa-workplace

Lila

Liliana M. Naydan, Ph.D.
Associate Professor of English
Writing Program Coordinator
English Program Chair
Sutherland 320A
Penn State Abington
1600 Woodland Road
Abington, PA 19001
215-881-7585 (Office)
(Pronouns: she, her, hers)

[Quoted text hidden]

---

**Zack De Piero** <zack.depiero@gmail.com>                           Mon, Jun 15, 2020 at 4:36 PM
To: Liliana Naydan <lmn122@psu.edu>
Cc: "Nicosia, Marissa O" <mon4@psu.edu>, "Pack Jr., Jimmy Joseph" <jjp18@psu.edu>, "Walters, Alisha Renee" <arw67@psu.edu>, "Cohen, Stephen F" <uuc91@psu.edu>, "Horwitz, Wendy Ann" <wah5115@psu.edu>, "Knodt, Ellen Andrews" <eak1@psu.edu>, "Miller, Linda Patterson" <lpm2@psu.edu>, "Weekes, Karen" <kew16@psu.edu>, "Heise, Thomas" <ThomasHeise@psu.edu>, "Morgan, M Winifred" <mwm1@psu.edu>, "Esposito, Carolyn T" <cte105@psu.edu>, "Archer, Charles" <cta10@psu.edu>, "Rigilano, Matthew J" <mjr339@psu.edu>, "Vado,Karina A" <kvado1224@ufl.edu>

1. I'd like to go on the record in saying that building positive communities/cultures in online learning environments is certainly possible -- some students might even have an easier time with making connections with classmates through virtual means.  The challenges and quirks of constructing an online identity(ies) opens up even more affordances for writing courses, specifically.  In my mind, this seems like a reasonable point in making an argument FOR offering online courses -- not against them.

2.  The way I think through that in more concrete terms -- and again, this is just my 2 cents, so if that's not worth anything to you, so be it -- is by starting the course with some low-stakes, breaking-bread-on-a-human-level type of assignments or activities.  I've taught a handful of courses fully online (doing 2 ENGL 15s right now), and I begin the course by asking students to offer a quick autobiographical blurb.  From there, students

ZDP_00125

can get to know a little bit more info behind their name + face.  If you want to take that a step further, they could offer feedback to each other, etc.  Admittedly, posting all this info on a Canvas can feel a bit like performative "playing school" but I think that's built into the cake -- not too dissimilar from icebreakers on the first day of class.

Canvas has a chat function, and while I've never enabled that, I think about how that could be used in effective/engaging ways.  Most people wouldn't consider that "writing" in a formal sense, but I think you could practice skills + tackle various intellectual questions through using the chat feature as the medium/interface.  Maybe it's just me, but chatting with people can feel fun -- if not for a 1-off-novelty-thing for the fall semester.

I'm not on social media except for LinkedIn and NextDoor, but social media-type sites + apps strike me as having a lot of possibilities for starting + sustaining positive online learning communities.  I understand Matt Rigilano -- yeah, Matt, I'm talkin to you! -- has used Twitter in the classroom, and that sounds pretty neat to me every time he talks about it, so maybe that's another way to make this happen.  During grad school, I had a classmate in a "Digital Literacy" course who used SecondLife -- what you might think of as, basically, a 3rd person avatar+chat videogame -- for teaching.  He had us try it out one class, and it was a bit too all-over-the-place for me, but I could see it working volumes for building a fun online class community.

All told, while teaching online -- and more specifically, building cultures and communities and all that -- might not be ideal for teachers or students, like anything in life, it's difficult the first time you try it out, but I don't see how that's a legitimate reason for requiring f2f classes.  I think Wendy mentioned imagination + creativity on today's phone call: yeah!

3.  One more thought about our phone call today, as you mentioned, Lila, I'm trying to picture that hypothetical student that would wear a N95/cloth mask in a white faculty member's class but not in a non-white faculty member's class, and that feels like a stretch to me.  No?  I understand, and empathize, with concerns about contracting or spreading illness in a f2f classroom this fall, but is that scenario of somebody breaching both university policy + public health across identity-oriented lines a legitimate concern?  If it is, then I think we should treat this as seriously as we possibly could; that would pose an immediate danger -- possibly even bordering on a hate crime if the student was knowingly trying to transmit something, right?  Is there reason to think that would happen?  That sounds like a nightmare scenario -- and from what I understand, definitely illegal.  If it's not quite all that, though, I don't see how including/mentioning that would help make a more persuasive argument for erring on the side of safety + security with online classes.  This seems to be an issue that concerns all of us + our extended families, while of course, concerning immunocompromised colleagues even more.

4. Marissa, thanks for passing along that piece on gender + race + bias in evaluations.  I find this stuff super interesting and important, and I want to learn more -- in part, because I've got a big project on the backburner about observing writing instructors, and more broadly, evaluating teachers.  (Note: in the traditional sense, I'm not a fan b/c they're usually so top-down and reductive.)  In any event, I've heard numerous times that women faculty and faculty of color both receive lower/harsher evaluations than others.  When I hear it -- from casual conversations to my FAR meeting -- it's usually paired with a "the research says" justification.  I don't know what that research is, though, and I'm very interested in it -- not just for my selfish research purposes but also in the interest of pushing back against any discriminatory institutional policies with how we're treating people at Abington.  All that said, if anybody has a go-to study or two they could pass my way -- especially empirically driven studies with sizable data sets -- I'd appreciate it.  In the past half hour, I *just* started looking through some of Kristina Mitchell's work, and it seems mostly anecdotal and theoretical.  I understand that's one part of the equation, but I'm especially interested in looking at research from a social science-oriented approach.

5.  I almost didn't send this email.  Sat on it a couple times... how dumb will I look for having said/written X?  (On a 1-10 scale, I usually average a 7.  Worse on Mondays.  Even worse during pandemics.)  Isn't it easier to just be seen and not heard?  (Sadly, I think, yes...)  It's tricky to voice your two cents as a NTT faculty member on a year-to-year contract.   I'm just trying to help shape what we're doing and how we think about what we're doing.  It's hard for me to *not* want to add to our conversations.

Great hearing all your voices today.

Z

ZDP_00126

[Quoted text hidden]

--
**Zack K. De Piero, Ph.D., M.Ed.**

Assistant Teaching Professor of English and Composition
Penn State Abington
**Zoom** Personal Meeting ID: 243-756-6839 (psu.zoom.us/my/**depiero**)

---

**Miller, Linda Patterson** <lpm2@psu.edu>                    Mon, Jun 15, 2020 at 4:51 PM
To: Zack De Piero <zack.depiero@gmail.com>, "Naydan, Liliana Marika" <lmn122@psu.edu>
Cc: "Nicosia, Marissa O" <mon4@psu.edu>, "Pack Jr., Jimmy Joseph" <jjp18@psu.edu>, "Walters, Alisha Renee"
<arw67@psu.edu>, "Cohen, Stephen F" <uuc91@psu.edu>, "Horwitz, Wendy Ann" <wah5115@psu.edu>,
"Knodt, Ellen Andrews" <eak1@psu.edu>, "Weekes, Karen" <kew16@psu.edu>, "Heise, Thomas"
<ThomasHeise@psu.edu>, "Morgan, M Winifred" <mwm1@psu.edu>, "Esposito, Carolyn T <cte105@psu.edu>,
"Archer, Charles" <cta10@psu.edu>, "Rigilano, Matthew J" <mjr339@psu.edu>, "Vado, Karina A"
<kvado1224@ufl.edu>

Thanks, Zach, for all of this intriguing and creative feedback.  I love your zest and
willingness to explore what we can do and not what we can't, and your care in carefully
thinking this through and presenting this to us (I take your message to heart).  You are an
inspiration to us all, particularly during these times when (and I speak for myself but
maybe for others too) we are feeling totally overwhelmed.  Linda

---

**From:** Zack De Piero <zack.depiero@gmail.com>
**Sent:** Monday, June 15, 2020 4:36 PM
**To:** Naydan, Liliana Marika <lmn122@psu.edu>
**Cc:** Nicosia, Marissa O <mon4@psu.edu>; Pack Jr., Jimmy Joseph <jjp18@psu.edu>; Walters,
Alisha Renee <arw67@psu.edu>; Cohen, Stephen F <uuc91@psu.edu>; Horwitz, Wendy Ann
<wah5115@psu.edu>; Knodt, Ellen Andrews <eak1@psu.edu>; Miller, Linda Patterson
<lpm2@psu.edu>; Weekes, Karen <kew16@psu.edu>; Heise, Thomas
<ThomasHeise@psu.edu>; Morgan, M Winifred <mwm1@psu.edu>; Esposito, Carolyn T
<cte105@psu.edu>; Archer, Charles <cta10@psu.edu>; Rigilano, Matthew J
<mjr339@psu.edu>; Vado, Karina A <kvado1224@ufl.edu>

[Quoted text hidden]


[Quoted text hidden]

---

**Knodt, Ellen Andrews** <eak1@psu.edu>                    Mon, Jun 15, 2020 at 5:27 PM
To: "Miller, Linda Patterson" <lpm2@psu.edu>, Zack De Piero <zack.depiero@gmail.com>, "Naydan, Liliana
Marika" <lmn122@psu.edu>
Cc: "Nicosia, Marissa O" <mon4@psu.edu>, "Pack Jr., Jimmy Joseph" <jjp18@psu.edu>, "Walters, Alisha Renee"
<arw67@psu.edu>, "Cohen, Stephen F" <uuc91@psu.edu>, "Horwitz, Wendy Ann" <wah5115@psu.edu>,
"Weekes, Karen" <kew16@psu.edu>, "Heise, Thomas" <ThomasHeise@psu.edu>, "Morgan, M Winifred"
<mwm1@psu.edu>, "Esposito, Carolyn T" <cte105@psu.edu>, "Archer, Charles" <cta10@psu.edu>, "Rigilano,
Matthew J" <mjr339@psu.edu>, "Vado, Karina A" <kvado1224@ufl.edu>

Zack,
 Never apologize for writing your thoughts! We love to hear them!  You have a wealth of
experiences, research, colleagues that we can all learn from.

All best,  Ellen

---

ZDP_00127

**From:** Miller, Linda Patterson <lpm2@psu.edu>
**Sent:** Monday, June 15, 2020 4:51 PM
**To:** Zack De Piero <zack.depiero@gmail.com>; Naydan, Liliana Marika <lmn122@psu.edu>
**Cc:** Nicosia, Marissa O <mon4@psu.edu>; Pack Jr., Jimmy Joseph <jjp18@psu.edu>; Walters, Alisha Renee <arw67@psu.edu>; Cohen, Stephen F <uuc91@psu.edu>; Horwitz, Wendy Ann <wah5115@psu.edu>; Knodt, Ellen Andrews <eak1@psu.edu>; Weekes, Karen <kew16@psu.edu>; Heise, Thomas <ThomasHeise@psu.edu>; Morgan, M Winifred <mwm1@psu.edu>; Esposito, Carolyn T <cte105@psu.edu>; Archer, Charles <cta10@psu.edu>; Rigilano, Matthew J <mjr339@psu.edu>; Vado,Karina A <kvado1224@ufl.edu>

[Quoted text hidden]

[Quoted text hidden]

---

**Nicosia, Marissa O** <mon4@psu.edu>                              Mon, Jun 15, 2020 at 5:36 PM
To: "Miller, Linda Patterson" <lpm2@psu.edu>, Zack De Piero <zack.depiero@gmail.com>, "Naydan, Liliana Marika" <lmn122@psu.edu>
Cc: "Pack Jr., Jimmy Joseph" <jjp18@psu.edu>, "Walters, Alisha Renee" <arw67@psu.edu>, "Cohen, Stephen F" <uuc91@psu.edu>, "Horwitz, Wendy Ann" <wah5115@psu.edu>, "Knodt, Ellen Andrews" <eak1@psu.edu>, "Weekes, Karen" <kew16@psu.edu>, "Heise, Thomas" <ThomasHeise@psu.edu>, "Morgan, M Winifred" <mwm1@psu.edu>, "Esposito, Carolyn T" <cte105@psu.edu>, "Archer, Charles" <cta10@psu.edu>, "Rigilano, Matthew J" <mjr339@psu.edu>, "Vado,Karina A" <kvado1224@ufl.edu>

Hi everyone,

To address Zack's points 3 and 4 in response to our conversation earlier:

I have had many experiences as a professor where students (especially men) have challenged very basic instructions or feedback that that I've given. I have also been physically threatened by students in the classroom (including an incident that I reported at Abington). From my reading in sexism and racism in the academy, I know that am not alone in being challenged more than my male colleagues or older colleagues on seemingly small issues. For this reason, I am concerned that masks and classroom management issues will unequally impact faculty who are women and people of color.

I do not have any peer reviewed studies to send your way, Zack, but I trust that you can find them. As part of my life as a faculty member I regularly read about issues of equity in the profession. Lately, I've been moved by the stories that faculty of color are telling on the #blackintheivory hashtag of Twitter. I also found that this article from n+1 last year deeply spoke to my experiences as a female faculty member:
https://nplusonemag.com/issue-34/essays/sexism-in-the-academy/

There is MUCH more out there to read on these issues!

And I'd love to talk about Zack's ENGL 15 and social media ideas in the working group that Steve is putting together.

All best,

Marissa

Marissa Nicosia
Assistant Professor of English
Pennsylvania State University, Abington College
mon4@psu.edu
marissa.nicosia@gmail.com

Cooking in the Archives
www.rarecooking.com
Historical Futures

ZDP_00128

www.marissanicosia.wordpress.com

Secretary, Society of Fellows in Critical Bibliography at Rare Book School
https://rarebookschool.org/sofcb/

**From:** Miller, Linda Patterson <lpm2@psu.edu>
**Sent:** Monday, June 15, 2020 4:51:42 PM
**To:** Zack De Piero <zack.depiero@gmail.com>; Naydan, Liliana Marika <lmn122@psu.edu>
**Cc:** Nicosia, Marissa O <mon4@psu.edu>; Pack Jr., Jimmy Joseph <jjp18@psu.edu>; Walters, Alisha Renee <arw67@psu.edu>; Cohen, Stephen F <uuc91@psu.edu>; Horwitz, Wendy Ann <wah5115@psu.edu>; Knodt, Ellen Andrews <eak1@psu.edu>; Weekes, Karen <kew16@psu.edu>; Heise, Thomas <ThomasHeise@psu.edu>; Morgan, M Winifred <mwm1@psu.edu>; Esposito, Carolyn T <cte105@psu.edu>; Archer, Charles <cta10@psu.edu>; Rigilano, Matthew J <mjr339@psu.edu>; Vado,Karina A <kvado1224@ufl.edu>

[Quoted text hidden]

[Quoted text hidden]

---

**Zack K. De Piero** <zud82@psu.edu>                          Mon, Jun 15, 2020 at 7:23 PM
To: "Knodt, Ellen Andrews" <eak1@psu.edu>

Thanks for the encouragement, Ellen. Having (what seem like) ordinary conversations with people feels like it's getting harder and harder to do. I worry about everybody's ability to feel like they have a voice -- not just at Abington, but everywhere, on all sides. The world of civil discourse feels gridlocked at the moment.

Z

[Quoted text hidden]

---

**Zack De Piero** <zack.depiero@gmail.com>                    Mon, Jun 15, 2020 at 7:29 PM
To: "Miller, Linda Patterson" <lpm2@psu.edu>

I appreciate your kind words, Linda. I'm overwhelmed too! From time to time, I feel somewhat liberated in thinking/knowing: no matter what I do in the classroom, despite my best efforts, it isn't gonna work for somebody. Somebody would've wanted me to slow down, speed up, be funnier, be less funny, use rubrics, not use rubrics, call on them in class, not call on them in class. Is that your experience too?

So yeah, on the one hand: no matter what I do, somebody will think I suck. In practice, it burns me up every time I get a crappy eval from a student or 2 per class, but... it's life, right? People are people, and we're all very different and weird -- myself included, I guess!

Z

[Quoted text hidden]

---

**Liliana Naydan** <lmn122@psu.edu>                          Mon, Jun 15, 2020 at 9:09 PM
To: "Nicosia, Marissa O" <mon4@psu.edu>
Cc: "Miller, Linda Patterson" <lpm2@psu.edu>, Zack De Piero <zack.depiero@gmail.com>, "Pack Jr., Jimmy Joseph" <jjp18@psu.edu>, "Walters, Alisha Renee" <arw67@psu.edu>, "Cohen, Stephen F" <uuc91@psu.edu>, "Horwitz, Wendy Ann" <wah5115@psu.edu>, "Knodt, Ellen Andrews" <eak1@psu.edu>, "Weekes, Karen" <kew16@psu.edu>, "Heise, Thomas" <ThomasHeise@psu.edu>, "Morgan, M Winifred" <mwm1@psu.edu>, "Esposito, Carolyn T" <cte105@psu.edu>, "Archer, Charles" <cta10@psu.edu>, "Rigilano, Matthew J" <mjr339@psu.edu>, "Vado,Karina A" <kvado1224@ufl.edu>

Hi Zack and All,

ZDP_00129

I like the idea of building community online.  I think we're positioned to do it well, and I'm excited about our conversations on this subject.

Also, Zack, I think your question is important.  I have no way to predict what will happen with mask compliance, but based on my own and others' lived experiences and existing research, I think that women and faculty of color will face challenges with enforcing mask compliance that other faculty won't face or won't face in the same way.  These challenges might not be classifiable as hate crimes.  They might be everyday microagressions.  I would personally feel afraid to enforce mask compliance.  This isn't to say that a man wouldn't feel afraid of enforcing it as well.  But I think our identities put us in different kinds of situations, and those differences matter.

In my view, Marissa is right that we need to take responsibility for educating ourselves, and like Marissa, I keep working to do that in my own life.  That said, I know of some useful sources on gender bias in higher ed of the kind that Zack is looking for that might inform how we think about gender dynamics that play out in our pandemic classrooms, so I'm providing links to them here:

https://doi.org/10.1080/19407882.2016.1199385

https://www.researchgate.net/publication/247746745_Motivated_Stereotyping_of_Women_She's_Fine_if_She_Praised_Me_but_Incompetent_if_She_Criticized_Me

https://www.cambridge.org/core/journals/ps-political-science-and-politics/article/gender-bias-in-student-evaluations/1224BE475C0AE75A2C2D8553210C4E27

https://link.springer.com/article/10.1007/s10755-014-9313-4

The sources I've read on racism mostly have to do with students' experiences, not faculty experiences, and they tend not to be RAD research studies, but they provide important insight.  In the field of Writing Studies, I appreciate the work of Vershawn Ashanti Young, Frankie Condon, and Asao Inoue.

As I mentioned, I think conversations like the one we had today are challenging and perhaps uncomfortable for lots of reasons.  But the thing I appreciate most about my job is the opportunity to continue to keep learning, and I personally learn most when I get out of my comfort zone.  Thanks to everyone on this email for challenging me, talking with me, and pushing me to learn more about myself and others.


Lila

Liliana M. Naydan, Ph.D.
Associate Professor of English
Writing Program Coordinator
English Program Chair
Sutherland 320A
Penn State Abington
1600 Woodland Road
Abington, PA 19001
215-881-7585 (Office)
(Pronouns: she, her, hers)

[Quoted text hidden]

---

**Miller, Linda Patterson** <lpm2@psu.edu>                              Mon, Jun 15, 2020 at 10:09 PM
To: Zack De Piero <zack.depiero@gmail.com>

You're so right, Zack! I agree with all you've said.  It tears me up when I feel I haven't reached each student; and those random criticisms are so hard to shake.  I know I should not take so much of the teaching personally, but I do.  That's just the reality.  I like to think it's what makes us effective teachers, teachers who truly care.  And clearly you do care, which is why I find  you so inspirational.  Because of wanting not to do a half-ass job, I despair over the idea of the on line teaching wherein I feel so separated from my students; but

your creative input gives me hope.  **Thank you!   (Here's an example of my technological incompetence.  How the heck did this print suddenly shift?  I"m sure you'll know as you are so wonderfully savvy about all of this!)  Take good care, and thanks for being such a great colleague.   Linda**

**rom:** Zack De Piero <zack.depiero@gmail.com>
**Sent:** Monday, June 15, 2020 7:29 PM
**To:** Miller, Linda Patterson <lpm2@psu.edu>

[Quoted text hidden]

[Quoted text hidden]

---

**Zack De Piero** <zack.depiero@gmail.com>                          Mon, Jun 15, 2020 at 11:01 PM
To: Liliana Naydan <lmn122@psu.edu>
Cc: "Nicosia, Marissa O" <mon4@psu.edu>, "Miller, Linda Patterson" <lpm2@psu.edu>, "Pack Jr., Jimmy Joseph" <jjp18@psu.edu>, "Walters, Alisha Renee" <arw67@psu.edu>, "Cohen, Stephen F" <uuc91@psu.edu>, "Horwitz, Wendy Ann" <wah5115@psu.edu>, "Knodt, Ellen Andrews" <eak1@psu.edu>, "Weekes, Karen" <kew16@psu.edu>, "Heise, Thomas" <ThomasHeise@psu.edu>, "Morgan, M Winifred" <mwm1@psu.edu>, "Esposito, Carolyn T" <cte105@psu.edu>, "Archer, Charles" <cta10@psu.edu>, "Rigilano, Matthew J" <mjr339@psu.edu>, "Vado,Karina A" <kvado1224@ufl.edu>

This is great -- in a very depressing way.  Thanks, Marissa and Lila.  I'd like to start working my way through this in the coming months.

I'm not trying to stir the pot here, but us discussing a need to enforce students wearing masks in classrooms is a strange conversation to be having.  Question #6, in Lila's above list, addresses this: "What procedures are in place to assure mask compliance in classrooms?"  Is it also worth taking a step back and asking, more broadly: does admin envision uniform school-wide policies with regard to faculty + student masks/safety, or will they grant any exceptions -- and if so, under what circumstances?  Getting some language there might be another way of feeling more protected on campus -- or, ya know, not...

I forgot to say "hi" in my previous email, by the way.  So a belated "hi", and now, a good night.

Z

[Quoted text hidden]

---

**Archer, Charles** <cta10@psu.edu>                          Tue, Jun 16, 2020 at 7:00 AM
To: Zack De Piero <zack.depiero@gmail.com>, "Naydan, Liliana Marika" <lmn122@psu.edu>
Cc: "Nicosia, Marissa O" <mon4@psu.edu>, "Miller, Linda Patterson" <lpm2@psu.edu>, "Pack Jr., Jimmy Joseph" <jjp18@psu.edu>, "Walters, Alisha Renee" <arw67@psu.edu>, "Cohen, Stephen F" <uuc91@psu.edu>, "Horwitz, Wendy Ann" <wah5115@psu.edu>, "Knodt, Ellen Andrews" <eak1@psu.edu>, "Weekes, Karen" <kew16@psu.edu>, "Heise, Thomas" <ThomasHeise@psu.edu>, "Morgan, M Winifred" <mwm1@psu.edu>, "Esposito, Carolyn T" <cte105@psu.edu>, "Rigilano, Matthew J" <mjr339@psu.edu>, "Vado,Karina A" <kvado1224@ufl.edu>

Thank you, all, for your wisdom and your willingness to talk, exchange ideas, and share readings. It's amazing to be a part of this group, and I'm grateful for that every day. I myself had the honor of marrying a history-major-turned-social worker, and Leslie is more than happy to school my a** on history and white male privilege at any time.

One general resource that I learned about even before I knew Les and that has always stuck with me is Jane Elliott's anti-racism work. I suspect you already know about her, but, in the spirit of sharing, her name did come to mind and so I thought I'd share here. I

ZDP_00131

think she's been at it since the '60s now. Here's a link to her "Brown Eye, Blue Eyes" experiment in action: https://www.youtube.com/watch?v=jPZEJHJPwIw

Meanwhile, like you, I'm looking forward to seeing how fall 2020 at Abington campus will play out. Like you, I'm also concerned about it, and I have no idea how the logistics of masks, glass panels, and social distancing is supposed to work in our classrooms and hallways. One can already see a mile away that there will be some who resist wearing masks, etc. Such resistance is also more likely to be led by white males and in classrooms taught by women and people of color.

Hopefully, our recent resolution will still have an impact on the decision-making processes at Abington. I keep my fingers crossed that Abington will be online in the fall and that we still have Damian for another couple of weeks. From a senate perspective, some good news is that Stephen will be chair of Faculty Affairs and Ola El-Rashiedy and Ahmed Nuriye have agreed to stay on another year as co-chairs of the Academic Environment Committee.

All best, and take care,

Chuck

---

**From:** Zack De Piero <zack.depiero@gmail.com>
**Sent:** Monday, June 15, 2020 11:01 PM
**To:** Naydan, Liliana Marika <lmn122@psu.edu>
**Cc:** Nicosia, Marissa O <mon4@psu.edu>; Miller, Linda Patterson <lpm2@psu.edu>; Pack Jr., Jimmy Joseph <jjp18@psu.edu>; Walters, Alisha Renee <arw67@psu.edu>; Cohen, Stephen F <uuc91@psu.edu>; Horwitz, Wendy Ann <wah5115@psu.edu>; Knodt, Ellen Andrews <eak1@psu.edu>; Weekes, Karen <kew16@psu.edu>; Heise, Thomas <ThomasHeise@psu.edu>; Morgan, M Winifred <mwm1@psu.edu>; Esposito, Carolyn T <cte105@psu.edu>; Archer, Charles <cta10@psu.edu>; Rigilano, Matthew J <mjr339@psu.edu>; Vado,Karina A <kvado1224@ufl.edu>

[Quoted text hidden]

[Quoted text hidden]

---

**Rigilano, Matthew J** <mjr339@psu.edu>                    Tue, Jun 16, 2020 at 10:05 AM
To: "Archer, Charles" <cta10@psu.edu>, Zack De Piero <zack.depiero@gmail.com>, "Naydan, Liliana Marika" <lmn122@psu.edu>
Cc: "Nicosia, Marissa O" <mon4@psu.edu>, "Miller, Linda Patterson" <lpm2@psu.edu>, "Pack Jr., Jimmy Joseph" <jjp18@psu.edu>, "Walters, Alisha Renee" <arw67@psu.edu>, "Cohen, Stephen F" <uuc91@psu.edu>, "Horwitz, Wendy Ann" <wah5115@psu.edu>, "Knodt, Ellen Andrews" <eak1@psu.edu>, "Weekes, Karen" <kew16@psu.edu>, "Heise, Thomas" <ThomasHeise@psu.edu>, "Morgan, M Winifred" <mwm1@psu.edu>, "Esposito, Carolyn T" <cte105@psu.edu>, "Vado,Karina A" <kvado1224@ufl.edu>

Hi all,

I just wanted to say *hello* and respond to a few of the issues on the table. I am in the midst of moving and so I couldn't really be a part of the conversation during (and after) the meeting yesterday.

I agree entirely with Lila's argument that, given the difficulties attending pandemic-era f2f instruction, online instruction will likely produce better outcomes in terms of both pedagogy and community building. (I really hope this argument gains traction with those administrators making these crucial decisions.) And,

ZDP_00132

like Zack, I think there are many ways to foster community building in our virtual classrooms. But, sometimes, "building community" sounds like an empty abstraction. What exactly does it signify? Community requires trust, friendship, shared norms, a common telos, etc, etc. Moreover, I find that any robust concept of community entails a particular paradox: in order to be a part of a community, you often need to be able to take a certain critical distance from that community. You cannot, for instance, simply subscribe to the normative discourse or structures of meaning in the community, you need to be able to look askance at those structures. Students produce that distance in their pre- and post-class chit-chat, their small groups (sometimes), and through myriad other subtle forms of intersubjective engagement. It is often the case that interstitial small talk produces the affective conditions for subscribing to the "big talk" that comprises the course itself. It is important to acknowledge that the campus provides the institutional, physical, and cultural backdrop for much of this interaction.

So, how do we foster this paradoxical element on Zoom, for instance, which I imagine for some students feels like a digital panopticon, where all conversation is recorded and reviewed for relevance? I agree with Zack that some sort of social media platform (Canvas chat, Twitter, Slack, and so on) might be helpful here, but it is difficult to get students to buy in to this sort of informal engagement. And this brings up a difficult and somewhat novel labor issue: chatting to a classmate on campus is not considered work, but being required to log in to some social media platform to casually chat smacks of neoliberal ideology, where all relationships are transactional and the private sphere is wholly commodified. The problem seems to be this: in online teaching we can control the message, but we have much less control over the medium. What supplies the formal backdrop or frame in the absence of the campus?

I look forward to talking about some of these ideas at greater length in future meetings. Finally, if you have the time and/or inclination, consider attending the virtual teaching training, where I hope we can discuss some practical uses of technology in online teaching. I might add that even if many of us are f2f, we will no doubt be trying to virtualize as much as possible (handouts, submissions, small group discussions, peer feedback, and so on).

Best,

Matt

---

**From:** Archer, Charles <cta10@psu.edu>
**Sent:** Tuesday, June 16, 2020 7:00 AM
**To:** Zack De Piero <zack.depiero@gmail.com>; Naydan, Liliana Marika <lmn122@psu.edu>
**Cc:** Nicosia, Marissa O <mon4@psu.edu>; Miller, Linda Patterson <lpm2@psu.edu>; Pack Jr., Jimmy Joseph <jjp18@psu.edu>; Walters, Alisha Renee <arw67@psu.edu>; Cohen, Stephen F <uuc91@psu.edu>; Horwitz, Wendy Ann <wah5115@psu.edu>; Knodt, Ellen Andrews <eak1@psu.edu>; Weekes, Karen <kew16@psu.edu>; Heise, Thomas <ThomasHeise@psu.edu>; Morgan, M Winifred <mwm1@psu.edu>; Esposito, Carolyn T <cte105@psu.edu>; Rigilano, Matthew J <mjr339@psu.edu>; Vado,Karina A <kvado1224@ufl.edu>

[Quoted text hidden]

[Quoted text hidden]

---

**Thomas Heise** <thomaswheise@gmail.com>                          Tue, Jun 16, 2020 at 10:53 AM
To: "Rigilano, Matthew J" <mjr339@psu.edu>
Cc: "Archer, Charles" <cta10@psu.edu>, Zack De Piero <zack.depiero@gmail.com>, "Naydan, Liliana Marika" <lmn122@psu.edu>, "Nicosia, Marissa O <mon4@psu.edu>, "Miller, Linda Patterson" <lpm2@psu.edu>, "Pack Jr., Jimmy Joseph" <jjp18@psu.edu>, "Walters, Alisha Renee" <arw67@psu.edu>, "Cohen, Stephen F" <uuc91@psu.edu>, "Horwitz, Wendy Ann" <wah5115@psu.edu>, "Knodt, Ellen Andrews" <eak1@psu.edu>,

ZDP_00133

"Weekes, Karen" <kew16@psu.edu>, "Heise, Thomas" <ThomasHeise@psu.edu>, "Morgan, M Winifred" <mwm1@psu.edu>, "Esposito, Carolyn T" <cte105@psu.edu>, "Vado,Karina A" <kvado1224@ufl.edu>

Thank you for this ongoing conversation and for the resources you are sharing. So many great insights here into difficult and probably irresolvable problems that we can, at best, manage, mitigate, and make a little better. I've been listening in, while trying to juggle life behind the scenes.

Best,
Thomas

[Quoted text hidden]

--
website: http://www.thomasheise.net/

---

**Knodt, Ellen Andrews** <eak1@psu.edu>                                      Tue, Jun 16, 2020 at 11:28 AM
To: Thomas Heise <thomaswheise@gmail.com>, "Rigilano, Matthew J" <mjr339@psu.edu>
Cc: "Archer, Charles" <cta10@psu.edu>, Zack De Piero <zack.depiero@gmail.com>, "Naydan, Liliana Marika" <lmn122@psu.edu>, "Nicosia, Marissa O" <mon4@psu.edu>, "Miller, Linda Patterson" <lpm2@psu.edu>, "Pack Jr., Jimmy Joseph" <jjp18@psu.edu>, "Walters, Alisha Renee" <arw67@psu.edu>, "Cohen, Stephen F" <uuc91@psu.edu>, "Horwitz, Wendy Ann" <wah5115@psu.edu>, "Weekes, Karen" <kew16@psu.edu>, "Heise, Thomas" <ThomasHeise@psu.edu>, "Morgan, M Winifred" <mwm1@psu.edu>, "Esposito, Carolyn T" <cte105@psu.edu>, "Vado,Karina A" <kvado1224@ufl.edu>

Colleagues,
It's wonderful to hear so many ideas about how to make the best of this situation. But also it is helpful to lament what we are missing.  Matt's comments remind us about how community builds from all the tiny moments of interactions between instructors and students  that are lost over Zoom and probably even face to face with masks and six foot distancing. Those incidental connections with students have "fueled" me over the years I have been at Abington. While I love to see students appreciate the literature I teach, it's often the little asides, confidences, ambitions, and even problems shared that have made teaching so rewarding for me.  This past semester as I taught three Zoom classes which went surprisingly well despite my only basic knowledge of the platform, I quickly realized that I was more the "professor" that I had had when I was an undergraduate--more distant, more the fount of all knowledge-- rather than than the conductor of the orchestra of voices in my classroom.

All best,  Ellen

---

**From:** Thomas Heise <thomaswheise@gmail.com>
**Sent:** Tuesday, June 16, 2020 10:53 AM
**To:** Rigilano, Matthew J <mjr339@psu.edu>
**Cc:** Archer, Charles <cta10@psu.edu>; Zack De Piero <zack.depiero@gmail.com>; Naydan, Liliana Marika <lmn122@psu.edu>; Nicosia, Marissa O <mon4@psu.edu>; Miller, Linda Patterson <lpm2@psu.edu>; Pack Jr., Jimmy Joseph <jjp18@psu.edu>; Walters, Alisha Renee <arw67@psu.edu>; Cohen, Stephen F <uuc91@psu.edu>; Horwitz, Wendy Ann <wah5115@psu.edu>; Knodt, Ellen Andrews <eak1@psu.edu>; Weekes, Karen <kew16@psu.edu>; Heise, Thomas <ThomasHeise@psu.edu>; Morgan, M Winifred <mwm1@psu.edu>; Esposito, Carolyn T <cte105@psu.edu>; Vado,Karina A <kvado1224@ufl.edu>

[Quoted text hidden]

[Quoted text hidden]

ZDP_00134

**Pack Jr., Jimmy Joseph** <jjp18@psu.edu>                    Wed, Jun 17, 2020 at 11:54 PM
To: "Knodt, Ellen Andrews" <eak1@psu.edu>, Thomas Heise <thomaswheise@gmail.com>, "Rigilano, Matthew J" <mjr339@psu.edu>
Cc: "Archer, Charles" <cta10@psu.edu>, Zack De Piero <zack.depiero@gmail.com>, "Naydan, Liliana Marika" <lmn122@psu.edu>, "Nicosia, Marissa O <mon4@psu.edu>, "Miller, Linda Patterson" <lpm2@psu.edu>, "Walters, Alisha Renee" <arw67@psu.edu>, "Cohen, Stephen F <uuc91@psu.edu>, "Horwitz, Wendy Ann" <wah5115@psu.edu>, "Weekes, Karen" <kew16@psu.edu>, "Heise, Thomas" <ThomasHeise@psu.edu>, "Morgan, M Winifred" <mwm1@psu.edu>, "Esposito, Carolyn T" <cte105@psu.edu>, "Vado,Karina A" <kvado1224@ufl.edu>

Hello, all. I hope this email finds you well and healthy.
I am wondering if we can start Friday's meeting off talking about something that was constantly stated in today's webinar about our return to campus.Over and over I kept hearing the word "flexibility," but there were not many examples of how flexibility will be applied in designing and teaching our courses. Can we talk about how flexibility will be translated in terms of helping faculty feel safe while teaching?
Thoughts?
Jimmy J. Pack Jr., MFA/MA, English-Creative Writing
**Advisor, *The Abington Review***
207 Sutherland
Penn State Abington
Abington, PA 19118
Pronouns: He/Him




**From:** Knodt, Ellen Andrews <eak1@psu.edu>
**Sent:** Tuesday, June 16, 2020 11:28 AM
**To:** Thomas Heise <thomaswheise@gmail.com>; Rigilano, Matthew J <mjr339@psu.edu>
**Cc:** Archer, Charles <cta10@psu.edu>; Zack De Piero <zack.depiero@gmail.com>; Naydan, Liliana Marika <lmn122@psu.edu>; Nicosia, Marissa O <mon4@psu.edu>; Miller, Linda Patterson <lpm2@psu.edu>; Pack Jr., Jimmy Joseph <jjp18@psu.edu>; Walters, Alisha Renee <arw67@psu.edu>; Cohen, Stephen F <uuc91@psu.edu>; Horwitz, Wendy Ann <wah5115@psu.edu>; Weekes, Karen <kew16@psu.edu>; Heise, Thomas <ThomasHeise@psu.edu>; Morgan, M Winifred <mwm1@psu.edu>; Esposito, Carolyn T <cte105@psu.edu>; Vado,Karina A <kvado1224@ufl.edu>

[Quoted text hidden]


[Quoted text hidden]

**Liliana Naydan** <lmn122@psu.edu>                         Thu, Jun 18, 2020 at 9:12 AM
To: "Pack Jr., Jimmy Joseph" <jjp18@psu.edu>
Cc: "Knodt, Ellen Andrews" <eak1@psu.edu>, Thomas Heise <thomaswheise@gmail.com>, "Rigilano, Matthew J" <mjr339@psu.edu>, "Archer, Charles" <cta10@psu.edu>, Zack De Piero <zack.depiero@gmail.com>, "Nicosia, Marissa O" <mon4@psu.edu>, "Miller, Linda Patterson" <lpm2@psu.edu>, "Walters, Alisha Renee"

ZDP_00135

<arw67@psu.edu>", "Cohen, Stephen F <uuc91@psu.edu>, "Horwitz, Wendy Ann" <wah5115@psu.edu>, "Weekes, Karen" <kew16@psu.edu>, "Heise, Thomas" <ThomasHeise@psu.edu>, "Morgan, M Winifred" <mwm1@psu.edu>, "Esposito, Carolyn T" <cte105@psu.edu>, "Vado,Karina A" <kvado1224@ufl.edu>

Great idea for a focus for our conversation, Jimmy!  If everyone hasn't checked out this Q&A, please consider doing so: https://virusinfo.psu.edu/faq/topic/back-to-state.  It provides guidance on some important questions, including (to some degree) the flexibility question.

Lila

Liliana M. Naydan, Ph.D.
Associate Professor of English
Writing Program Coordinator
English Program Chair
Sutherland 320A
Penn State Abington
1600 Woodland Road
Abington, PA 19001
215-881-7585 (Office)
(Pronouns: she, her, hers)

[Quoted text hidden]

---

**Archer, Charles** <cta10@psu.edu>                                    Thu, Jun 18, 2020 at 10:05 AM
To: "Naydan, Liliana Marika" <lmn122@psu.edu>, "Pack Jr., Jimmy Joseph" <jjp18@psu.edu>
Cc: "Knodt, Ellen Andrews" <eak1@psu.edu>, Thomas Heise <thomaswheise@gmail.com>, "Rigilano, Matthew J" <mjr339@psu.edu>, Zack De Piero <zack.depiero@gmail.com>, "Nicosia, Marissa O" <mon4@psu.edu>, "Miller, Linda Patterson" <lpm2@psu.edu>, "Walters, Alisha Renee" <arw67@psu.edu>, "Cohen, Stephen F" <uuc91@psu.edu>, "Horwitz, Wendy Ann" <wah5115@psu.edu>, "Weekes, Karen" <kew16@psu.edu>, "Heise, Thomas" <ThomasHeise@psu.edu>, "Morgan, M Winifred" <mwm1@psu.edu>, "Esposito, Carolyn T" <cte105@psu.edu>, "Vado,Karina A" <kvado1224@ufl.edu>

I'm flexible.

---

**From:** Liliana Naydan <lmn122@psu.edu>
**Sent:** Thursday, June 18, 2020 9:12 AM
**To:** Pack Jr., Jimmy Joseph <jjp18@psu.edu>
**Cc:** Knodt, Ellen Andrews <eak1@psu.edu>; Thomas Heise <thomaswheise@gmail.com>; Rigilano, Matthew J <mjr339@psu.edu>; Archer, Charles <cta10@psu.edu>; Zack De Piero <zack.depiero@gmail.com>; Nicosia, Marissa O <mon4@psu.edu>; Miller, Linda Patterson <lpm2@psu.edu>; Walters, Alisha Renee <arw67@psu.edu>; Cohen, Stephen F <uuc91@psu.edu>; Horwitz, Wendy Ann <wah5115@psu.edu>; Weekes, Karen <kew16@psu.edu>; Heise, Thomas <ThomasHeise@psu.edu>; Morgan, M Winifred <mwm1@psu.edu>; Esposito, Carolyn T <cte105@psu.edu>; Vado,Karina A <kvado1224@ufl.edu>

[Quoted text hidden]

[Quoted text hidden]

ZDP_00136

To:  PSU - Liliana Naydan

Details

SMS with +1 (814) 777-6871
8/17/18, 5:22 PM

This message is just to say that I'm so happy you're working at Penn State Abington. Anything I can do, just say the word. You're the best. And it was such a pleasure to meet your wife. Enjoy your vacation!

8/17/18, 7:16 PM

No, YOURE the best. Thank you, sister—those sentiments are all much appreciated and reciprocated.  Sabira was real happy to meet the crew.

I can tell it's already going to be a great year.  Everybody in the English department seems super cool and smart and funny and normal — Dream Team.  And that culture stems from u and ellen, so... nice goin!



In case u dont get those
Emojis, we're lookin at:

Thumbs up, pray/gratitude, cowabunga, crabs, beer, and karaoke.

8/20/18, 4:51 PM

Hey Lila. Hope u had a great first day. Quick q to double check: we should have 5 office hrs per week, right??

Yes!  Exactly.

Ideally on 2 different days of the week. But I don't police people.

Cool cool.  That's my plan, so all good.  

I meant 3 and not 2. But you could always offer an hour on Skype on another day of the week.

Ah ok.  And that sounds like a great idea, esp for a (predominantly) commuter campus

I agree. You should be aware that it's not policy. But others do it. And I completely understand why and I'm fine with it.

I'll do that.  I set up a GChat (google chat) thing in the past and that seemed to work out well.  A lot more kids "visited" than during traditional f2f office hrs.

Not saying it should replace f2f, but it's a pretty neat supplement to them

I agree. I think we should change the policy but some stodgy folks disagree.

ZDP_00191

To: **PSU – Liliana Naydan**                                                                                                    Details

I've been thinking about you since yesterday and am so grateful to get this update and I'm happy you're ok. Take care of yourself, Zack.

12/2/18, 7:21 PM



Aw. You two are the cutest. You're welcome. I'm glad you're up and about, too.

Thank you.  And me too.  I hope + pray there aren't any setbacks in my recovery...  slow + steady

ZDP_00192

To: PSU – Liliana Naydan                                                                      Details

12/1/18, 7:03 AM

Gmornin, Lila.  Just wanted to give u an update.

I SURVIVED!  So, so happy to be alive.

I'm still in the hospital, and I'm still in a decent amount of pain, but I'm feeling better than I was right after the op, which was pretty gnarly.  From what I can tell based on convos w all the hospital folks, it sounds like everything has been a success so far, so I'm real lucky.

That's all.  Thank you for being a supersupportive colleague and a good friend throughout all this.  I'll touch base w you again later this week about grading all my kids' final projects.  I kid, I kid!  What a ridiculous(ly thoughtful) offer!

Have a great weekend. 

I've been thinking about you since yesterday and am so grateful to get this update and I'm happy you're ok. Take care of yourself, Zack.

12/2/18, 7:21 PM



ZDP_00193

To:  PSU – Liliana Naydan

Details



Aw. You two are the cutest. You're welcome. I'm glad you're up and about, too.

Thank you.  And me too.  I hope + pray there aren't any setbacks in my recovery...  slow + steady

Speaking of praying, I wanted to tell you: I've had something close to 15 of my kids tell me that they're praying for me / I'm in their prayers.  and wow, just so flattering, ya know?  Abington kids are really unique.

That's so beautiful. It sounds like your students really love you. I hope you have a speedy recovery and a wonderful holiday, Zack.

ZDP_00194



To: **PSU – Liliana Naydan**

Details

1/15/19, 4:06 PM

Heyo. Thanks for checkin in. No f2f tuberculosis scares today.

Can the English dept pay for donuts and or coffee?  If so, I think u should take the lead.

Hi. I just texted with Steve and apparently he's coming too and bringing donuts, so I'll give him some cash. Apparently the English Program isn't paying for these breakfasts? I'm really not sure. But I know money in the division is now really tight.

Fyi I'm not trying to pressure you to pay for anything! I don't think it's fair for us to have to pay.

Yay steve!  And you aren't making me feel pressured at all, but appreciate you acknowledging my thoughts/feelings!  Best boss/supe/colleague ever

You're a totally great colleague, too! I'm looking forward to Tuesday.

ZDP_00195

To:  PSU - Liliana Naydan

Details

3/1/19, 11:26 AM

You proposing to CWPA?  It Baltimore.

*it's in

I'm whipping mine up right now.  Just about done

I wasn't going to propose. Cs and IWCA Collaborative travel are eating all of my conference budget. But Baltimore IS super close. What are you proposing?

Reading meets labor meets assessment

Pretty much turning that article I passed along to everybody into Qs for an interactive discussion

Labor!! Woot for labor! I love that angle you're taking. You might actually really like the labor presentation I'm giving at Cs because of your labor interest.

Hey, ps, while I have your ear -- I was gonna email you but I might as well just let you know: I'm really, really happy for you with the prospective tenure + stepping into the Eng Dept Chair role.  Like REALLY happy for you.

I wish I had spoken up at the meeting.  We all admire you.  You're a very smart and empathetic and progressive/open-minded colleague.

I'm gonna be there!  I pushed my trip back to sat afternoon.  so... your Cs thing is my last stop

I see myself differently than you see me. I see myself as overworked! But I so appreciate what you're saying. I think Ellen wants me to move into English Chair only in a year or two but I keep telling her that I love the Writing Program and don't think I want that. Linda won't work as English Chair, though, because it's so much work. So that leaves me and Karen Weekes. Last night I had a major anxiety attack about trying to do both jobs, but then I played out what my life /our lives would look like if I didn't do both jobs and I didn't like scenario. Ellen doesn't like the way that scenario plays out, either. So that's how I landed in this pretty intimidating situation.

That's just between us, please.

Sensitive stuff is always between us, esp when there are names involved.  Id never make u look bad- no way- and ive got enough restraint to not let something like that accidentally slip somehow.  Plz dont worry about me w anything like that.  Backend exchanges are necessary here and there-  keeps us human.

I gotta do something for 10min but i have a couple more thoughts i wanted to pass along, re WK.

So back to your penultimate text there -- yeah, that's a uhhh....  An un-ideal situation.  You should be due for a very big raise and perhaps a clone so you can try to make all those ends meet.

i wanted to tell you about 1 part of my FAR review chat w/friederike, which seemed to go really well.  I like her a lot.  She's normal.

ZDP_00196

To: **PSU - Liliana Naydan**

Details

2/7/20, 12:26 PM

I feel like I keep putting it out there that I want to talk about the new option and the rollout. And I feel like we keep talking about two people's teaching schedules. I'm losing my mind with this circular and circumscribed conversation. English 015 is a whole new can of worms. I can't make tenure-line faculty teach English 015. I can't change that they don't want to teach it and adjuncts do. And I don't think that's bad. Maybe I'm an asshole for not thinking that's bad, but would a bunch of lit focused 015s be a good thing? I don't think so.

You should talk more in English Program meetings. You see the big picture and aren't just telling me about your ideal teaching schedule. We all have an ideal teaching schedule and it's likely that none of us are getting it. Or maybe two people are and that's why they're fighting to keep what they have? I really don't know.

2/7/20, 1:28 PM

Get back to u in a bit

2/7/20, 2:31 PM

Alright im back...

The idea that two people—no matter their rank or whatever sorta arbitrary power crap that exists— hold up an entire dept is absurd.

I know!

Arghhhh!!a

People are employed by penn st— the english dept and or wprogram — to teach

If u have a very sizable latitude of freedom to teach what/how u like..., say no more!  Be grateful!  Take what u can get!  And if its only 2 preps a semester, consider that a professional blessing!

The world will go on if u don't teach Shakespeares Underpants.  Its not that serious. And students wouldnt ever think it was that serious either

I dont have yer patience -   U say that youre not but you most definitely are.

ZDP_00197

To: PSU - Liliana Naydan

Details

> Honestly, u cant lose by taking the chuck archer stance... dropping in 1 line and 1 q per meetings. He found the formula for going undetected

Ha! I like it.

> All that said, I'll take your offer to speak up more about the English 15 dynamic because that's my wheelhouse and it's also a pretty easy fight... The other side of that debate really doesn't make any sense to me whatsoever

The teach lit in 015 side? My God. I can't even.

> To go back to your last text about the voting thing, yeah I just voted for the new flexible option. Why wouldn't I? It makes sense!

> I don't know this for sure, but I imagine people are probably reluctant to speak their minds based on their NTT status, and then I also imagine some folks don't want to look like the bad guy or naysayer. I just think people should be able to get beyond all that though

It's hard. The whole thing is hard and I don't know what to do other than keep pointing out the benefits of the new option.

Did you see Marissa's face when I asked her if she would be ok with not teaching a 400-level course one semester per year?! She looked baffled and enraged.

> Get andy august in on it: ok guys, andy needs us to try something new.

> Yeah she's an odd bird

> She should be happy she's got a good gig

Maybe that's the solution. Blame Andy. He talks to me about this problem all the time. He's telling me that he's not going to keep approving our underenrolled courses.

ZDP_00198

To: **PSU - Liliana Naydan**                                                                    Details

3/5/20, 1:12 PM

Yo!  Cool of u to swing by.  I'm very happy with how everything went -  feel much better about everything, though I'm still not too thrilled about the accusation of age-ism but...  definitely not nearly as intense as racial discrimination.  Tough week dealing w this. Glad it's almost over. Thank you for making everybody feel heard and important (Kenny too).

Our jobs are hard, Zack. I have to listen to student concerns. But I also know who you are and know you're an excellent and caring teacher. I think every student should feel very lucky to have you, and I hope you don't encounter stressful situations like this in the future. If you do, though, I hope I can be the supportive kind of Coordinator you need. If you think I could have done something better, please let me know.

Loved "Our jobs are hard, Zack. I have to listen to student concerns. But I also know who you are and know you're an excellent and caring teacher. I think every student should feel very lucky to have you, and I hope you don't encounter stressful situations like this in the future. If you do, though, I hope I can be the supportive kind of Coordinator you need. If you think I could have done something better, please let me know."

I appreciate that

Ps, I'm very happy with how Friederike handled everything.  That's tough too.

3/6/20, 12:19 PM

I think last night might have been a turning point in the old/inflexible major dying out. If so, pretty cool!  And with the inter-domain crap working his way into the picture, nobody really loses out on there <u>wheelhouse</u>.  Wins all around as far as I understand it. 👍👍

Couldn't be a better outcome.  For what it's worth, the bucks partnership makes a lot of sense.  I'm more than happy to do on-campus whatever there.  5min from my folks' place.

That's great, Zack! Thanks. I really appreciated what you said at last night's meeting. You really helped move things out of the bizarre stasis we've been in.

3/11/20, 9:34 PM

Tom hanks has the coronavirus!

(But i think he's fine)

But that's crazy!

3/18/20, 3:34 PM

College is gonna be a lot different after all this

If we have an entering class, it's going to be small. I think we're going to be out for a year.

ZDP_00199



ZDP_00200

To:   PSU - Liliana Naydan                                                                                     Details

Ugh. I tinker too! I can't leave good enough alone. Maybe some day. Take care of yourself. And try to get at least a bit of a break if you can. It's been a rough year.

I'm growing restless. Feel like there could/should be compromises out there.  Feels too all or none.  I try to find the middle/gray whenever possible.  I'm also very frustrated by the lack of testing, the inconsistent messaging, etc.

I wish there were better testing, too. But because both of my parents are super-high risk, I haven't felt restless in quarantine yet. I just wish their county weren't in the yellow phase already, quite frankly. I think it's too soon for them and too risky. Luckily, they agree and still aren't leaving home. I had this realization when this whole thing started that I might never see them in person again. I so hope that's not the case. How I'd love a vaccine to be available this fall.



5/13/20, 2:41 PM

Hi! Do you want computer labs for all your courses?

For my 3 ENGL 15 sections, yes, def  For everything else (the Beatles + PSU 1), ideally no.  my dream set up would be starting + ending in Sutherland.

If that's too much for you/stayce to coordinate, I understand

I mean in spring 2021.

If you have 211 and 202.

Ah.  Yes, comp labs.

211, huh?  cool!

6/15/20, 12:46 PM

Can u hear me?  Im on this as a phone call...

Just wanted to say building online classroom communicaties isn't impossible?  It's not rocket science...  I'll follow up w an email.   Chatrooms.  Social media-ish threads.  People are people...  People's cool personalities can emerge online just like they do f2f

Hi! We couldn't hear you.

I can unmute you.

Want me to?

Im walkin w fi.  Dunno how tp get the sound back on at the moment

ZDP_00201

# Aja Martinez's Talk



**Liliana Marika Naydan**, Roxanna Myronivna Senyshyn, Trisha Travers  34 more

Writing Program - Penn State Abington

Nov 16, 2020 at 10:27pm

Hi Colleagues,

In case you missed Aja Martinez's talk on counterstory, I'm attaching materials from her talk for you here. Enjoy!

Lila



📎 Martinez Counterstory Talk.docx

📎 Martinez PP.pptx

PSU-DE PIERO-002168

# URGENT: Please Review the Spring 2022 Schedule Draft

Return to URGENT: Please Review the Spring 2022 Schedule Draft in Conversation ListReply for URGENT: Please Review the Spring 2022 Schedule DraftMore options for URGENT: Please Review the Spring 2022 Schedule Draft
**JS** **Judith Anne Shabbat** Writing Program - Penn State AbingtonJun 22, 2021 at 2:04pmReply to Judith ShabbatMore options for message from Judith ShabbatLila,

Thanks for your suggestions. The Cuba book is a good one, but out of date with the citation material. I used that one before. I contacted Alan Pine in the Bookstore and he gave me a few tips. I these don't pan out, I will contact those professors!
_____

From: Liliana Marika Naydan <notifications@instructure.com>
Sent: Thursday, June 17, 2021 10:38 PM
To: Shabbat, Judith Anne <jas1101@psu.edu>
Subject: Liliana Marika Naydan (Writing Program - Penn State Abington) just sent you a message in Canvas.

URGENT: Please Review the Spring 2022 Schedule Draft

Hi Judy,

These texts in all of their most recent editions might be up your alley:

*A Short Guide to Writing About Social Science* by Lee Cuba

*A Pocket Style Manual, APA Version* by Diana Hacker and Nancy Sommers

Lester, J. D. & Lester, Jr. J. D. (2006). *Writing research papers in the social sciences*. New York: Pearson/Longman.


Also, Matt Rigilano and Zack De Piero are excellent ENGL 202A instructors. You could reach out to them and I'm sure they'd be happy to help! I'm also happy to help further, too, if you need me to.

Take care and best wishes with course planning,

Lila

Liliana M. Naydan, Ph.D.
Associate Professor of English
Writing Program Coordinator
English Program Chair
Sutherland 320A

PSU-DE PIERO-002066

Penn State Abington
1600 Woodland Road
Abington, PA 19001
215-881-7585 (Office)
(Pronouns: she, her, hers)


On Wed, Jun 16, 2021 at 11:14 PM Judith Shabbat <
notifications@instructure.com> wrote:


show quoted text
show quoted text

[Liliana Marika Naydan]
Liliana Marika Naydan
lmn122@psu.edu <mailto:lmn122@psu.edu>

You can reply to this message in Canvas by replying directly to this email. If you need
to include an attachment, please log in to Canvas and reply through the Inbox.

[https://du11hjcvx0uqb.cloudfront.net/dist/images/email_signature-d2c5880612.png]
View this message in Conversations
<https://psu.instructure.com/conversations/33788975> | Update your notification
settings<https://psu.instructure.com/profile/communication>
**Liliana Marika Naydan**, Judith Anne ShabbatWriting Program - Penn State
AbingtonJun 17, 2021 at 10:38pmReply to Liliana NaydanMore options for message
from Liliana NaydanHi Judy,

These texts in all of their most recent editions might be up your alley:

*A Short Guide to Writing About Social Science* by Lee Cuba

*A Pocket Style Manual, APA Version* by Diana Hacker and Nancy Sommers

Lester, J. D. & Lester, Jr. J. D. (2006). *Writing research papers in the
social sciences*. New York: Pearson/Longman.


Also, Matt Rigilano and Zack De Piero are excellent ENGL 202A instructors.
You could reach out to them and I'm sure they'd be happy to help! I'm also
happy to help further, too, if you need me to.

Take care and best wishes with course planning,

Lila

PSU-DE PIERO-002067

Liliana M. Naydan, Ph.D.
Associate Professor of English
Writing Program Coordinator
English Program Chair
Sutherland 320A
Penn State Abington
1600 Woodland Road
Abington, PA 19001
215-881-7585 (Office)
(Pronouns: she, her, hers)


On Wed, Jun 16, 2021 at 11:14 PM Judith Shabbat <
notifications@instructure.com> wrote:

show quoted text

**JSJudith Anne Shabbat**Writing Program - Penn State AbingtonJun 16, 2021 at
11:14pmReply to Judith ShabbatMore options for message from Judith ShabbatLila,

This seems OK to me. I am looking for a book though. The one I used last time I taught
this class is exceptionally old and has a terribly outdated version of APA citation format.
I wrote an email to our rep from Pearson, the company that supplied the other book, but
have not heard back. Do you have any suggestions? That old book may still be
available (it was on Amazon!), and I could have them buy a handbook - Hacker just
came out with the new APA format version - if all else fails, but I think a new book would
be better. Maybe you could tell me who last taught the class and I could ask them. I'm
going to try the Macmillan rep, too.

Sorry to be such a pest!

Judi

_____
From: Liliana Marika Naydan <notifications@instructure.com>
Sent: Monday, June 14, 2021 4:11 PM
To: Shabbat, Judith Anne <jas1101@psu.edu>
Subject: Liliana Marika Naydan (Writing Program - Penn State Abington) just sent you a
message in Canvas.

URGENT: Please Review the Spring 2022 Schedule Draft

Hi Judi,

You have students coming in all together two days a week (MW) for 50
minutes. Then, instead of meeting on Friday from 4:40-5:30, your students
do some activity on the web, e.g. participate in a discussion board or an
asynchronous peer review.

PSU-DE PIERO-002068

Let me know if this plan works for you!

Lila

Liliana M. Naydan, Ph.D.
Associate Professor of English
Writing Program Coordinator
English Program Chair
Sutherland 320A
Penn State Abington
1600 Woodland Road
Abington, PA 19001
215-881-7585 (Office)
(Pronouns: she, her, hers)


On Mon, Jun 14, 2021 at 1:33 PM Judith Shabbat <
notifications@instructure.com> wrote:


show quoted text
show quoted text

[Liliana Marika Naydan]
Liliana Marika Naydan
lmn122@psu.edu <mailto:lmn122@psu.edu>

You can reply to this message in Canvas by replying directly to this email. If you need
to include an attachment, please log in to Canvas and reply through the Inbox.

[https://du11hjcvx0uqb.cloudfront.net/dist/images/email_signature-d2c5880612.png]
View this message in Conversations
<https://psu.instructure.com/conversations/33788975> | Update your notification
settings<https://psu.instructure.com/profile/communication>
**Carolyn T Esposito**Writing Program - Penn State AbingtonJun 16, 2021 at
9:01amReply to Carolyn EspositoMore options for message from Carolyn
EspositoLooks great!
Thank you.

_____
From: Liliana Marika Naydan <notifications@instructure.com>
Sent: Thursday, June 10, 2021 1:51 PM
To: Esposito, Carolyn T <cte105@psu.edu>
Subject: Liliana Marika Naydan (Writing Program - Penn State Abington) just sent you a
message in Canvas.

URGENT: Please Review the Spring 2022 Schedule Draft

PSU-DE PIERO-002069

Dear Colleagues,

The draft of the Spring 2022 schedule draft is complete and available for you to view here:

https://docs.google.com/spreadsheets/d/15k3hzwX9rM5xg2u4mGrbPkIIjre31gXVfRJufSnpGPk/edit?usp=sharing<https://nam10.safelinks.protection.outlook.com/?url=https%3A%2F%2Fdocs.google.com%2Fspreadsheets%2Fd%2F15k3hzwX9rM5xg2u4mGrbPkIIjre31gXVfRJufSnpGPk%2Fedit%3Fusp%3Dsharing&data=04%7C01%7Ccte105%40psu.edu%7C1c9e81d1de3349711ef908d92c385f7f%7C7cf48d453ddb4389a9c1c115526eb52e%7C0%7C0%7C637589442897360077%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&sdata=IJXXlPUR6jLN6BZVwHaYvx%2BKcN5MIsMZkCvnNsFVM8k%3D&reserved=0>

Please check your teaching days and times and let me know by THIS Monday, 6/14, at 8AM if you see errors that you need me to change. I need to submit the schedule on Monday morning.

Lila


[Liliana Marika Naydan]
Liliana Marika Naydan
lmn122@psu.edu <mailto:lmn122@psu.edu>

You can reply to this message in Canvas by replying directly to this email. If you need to include an attachment, please log in to Canvas and reply through the Inbox.

[https://du11hjcvx0uqb.cloudfront.net/dist/images/email_signature-d2c5880612.png]
View this message in Conversations
<https://psu.instructure.com/conversations/33788975> | Update your notification settings<https://psu.instructure.com/profile/communication>
**Liliana Marika Naydan**, Judith Anne ShabbatWriting Program - Penn State AbingtonJun 14, 2021 at 4:11pmReply to Liliana NaydanMore options for message from Liliana NaydanHi Judi,

You have students coming in all together two days a week (MW) for 50 minutes. Then, instead of meeting on Friday from 4:40-5:30, your students do some activity on the web, e.g. participate in a discussion board or an asynchronous peer review.

Let me know if this plan works for you!

Lila

PSU-DE PIERO-002070

Liliana M. Naydan, Ph.D.
Associate Professor of English
Writing Program Coordinator
English Program Chair
Sutherland 320A
Penn State Abington
1600 Woodland Road
Abington, PA 19001
215-881-7585 (Office)
(Pronouns: she, her, hers)


On Mon, Jun 14, 2021 at 1:33 PM Judith Shabbat <
notifications@instructure.com> wrote:

show quoted text

**JSJudith Anne Shabbat**Writing Program - Penn State AbingtonJun 14, 2021 at
1:33pmReply to Judith ShabbatMore options for message from Judith ShabbatThanks
for that clarification, Lila. Does everyone come in on the same day? I am considering
whether I have enough experience with this course to set it up in this format and have it
be successful. I will let you know ASAP. I don't want to short change the students.

Judi

_____
From: Liliana Marika Naydan <notifications@instructure.com>
Sent: Saturday, June 12, 2021 10:53 AM
To: Shabbat, Judith Anne <jas1101@psu.edu>
Subject: Liliana Marika Naydan (Writing Program - Penn State Abington) just sent you a
message in Canvas.

URGENT: Please Review the Spring 2022 Schedule Draft

Hi Judi,

"AND WEB" means that you have one day of asynchronous online / web
activities in place of class time for students. Also, these particular
courses are really the only ones I have available right now. I would be
able to give your section of 202A to someone else if you'd like, and then I
could give you a section of something else eventually if something becomes
available--which it often does, but I can't make a promise. Let me know
what you'd like to do. And sorry that I don't have your ideal courses and
formats. I wish I did.

Lila

Liliana M. Naydan, Ph.D.
Associate Professor of English

PSU-DE PIERO-002071

Writing Program Coordinator
English Program Chair
Sutherland 320A
Penn State Abington
1600 Woodland Road
Abington, PA 19001
215-881-7585 (Office)
(Pronouns: she, her, hers)


On Fri, Jun 11, 2021 at 10:55 PM Judith Shabbat <
notifications@instructure.com> wrote:


show quoted text
show quoted text

[Liliana Marika Naydan]
Liliana Marika Naydan
lmn122@psu.edu <mailto:lmn122@psu.edu>

You can reply to this message in Canvas by replying directly to this email. If you need
to include an attachment, please log in to Canvas and reply through the Inbox.

[https://du11hjcvx0uqb.cloudfront.net/dist/images/email_signature-d2c5880612.png]
View this message in Conversations
<https://psu.instructure.com/conversations/33788975> | Update your notification
settings<https://psu.instructure.com/profile/communication>
**Liliana Marika Naydan**, Judith Anne ShabbatWriting Program - Penn State
AbingtonJun 12, 2021 at 10:53amReply to Liliana NaydanMore options for message
from Liliana NaydanHi Judi,

"AND WEB" means that you have one day of asynchronous online / web
activities in place of class time for students. Also, these particular
courses are really the only ones I have available right now. I would be
able to give your section of 202A to someone else if you'd like, and then I
could give you a section of something else eventually if something becomes
available--which it often does, but I can't make a promise. Let me know
what you'd like to do. And sorry that I don't have your ideal courses and
formats. I wish I did.

Lila

Liliana M. Naydan, Ph.D.
Associate Professor of English
Writing Program Coordinator
English Program Chair

PSU-DE PIERO-002072

Sutherland 320A
Penn State Abington
1600 Woodland Road
Abington, PA 19001
215-881-7585 (Office)
(Pronouns: she, her, hers)


On Fri, Jun 11, 2021 at 10:55 PM Judith Shabbat <
notifications@instructure.com> wrote:
show quoted text
**JSJudith Anne Shabbat**Writing Program - Penn State AbingtonJun 11, 2021 at
10:54pmReply to Judith ShabbatMore options for message from Judith ShabbatLila,

I am a bit confused about the 202A class you assigned me. I don't think I requested a
202A class. I CAN and have taught it, but would prefer not to if possible. Second, what
does "and Web" mean? Is it a zoom class or a hybrid or something else altogether?
This may have been explained, but I seemed to have missed it. I have never taught a
Zoom class - up until now, all of my pandemic classes have been full online although I
will be teaching a face to face class in Summer 2 at another school, and that could
present a problem since I am weak at zooming. Frankly, if I could get that 20A switched
to something else, I would feel much more comfortable. I know that classes are not that
plentiful, but if you could do something, that would be great.

Thanks,

Judi
**Julie Rae Herskovitz**Writing Program - Penn State AbingtonJun 10, 2021 at
6:40pmReply to Julie HerskovitzMore options for message from Julie HerskovitzI
appreciate your efforts; I know things are challenging now. Thank you again!
_____
From: Liliana Marika Naydan <notifications@instructure.com>
Sent: Thursday, June 10, 2021 5:26 PM
To: Herskovitz, Julie Rae <jrh491@psu.edu>
Subject: Liliana Marika Naydan (Writing Program - Penn State Abington) just sent you a
message in Canvas.

URGENT: Please Review the Spring 2022 Schedule Draft

Of course, Julie. I'm trying so hard with this schedule. My hands are so
tied. It's awful. But I completely understand where you're coming from
and will always do my best to make something work for you.

Lila

Liliana M. Naydan, Ph.D.

PSU-DE PIERO-002073

Associate Professor of English
Writing Program Coordinator
English Program Chair
Sutherland 320A
Penn State Abington
1600 Woodland Road
Abington, PA 19001
215-881-7585 (Office)
(Pronouns: she, her, hers)


On Thu, Jun 10, 2021 at 5:16 PM Julie Herskovitz <
notifications@instructure.com> wrote:


show quoted text
show quoted text

[Liliana Marika Naydan]
Liliana Marika Naydan
lmn122@psu.edu <mailto:lmn122@psu.edu>

You can reply to this message in Canvas by replying directly to this email. If you need to include an attachment, please log in to Canvas and reply through the Inbox.

[https://du11hjcvx0uqb.cloudfront.net/dist/images/email_signature-d2c5880612.png]
View this message in Conversations
<https://psu.instructure.com/conversations/33788975> | Update your notification settings<https://psu.instructure.com/profile/communication>
**Liliana Marika Naydan**, Julie Rae HerskovitzWriting Program - Penn State AbingtonJun 10, 2021 at 5:26pmReply to Liliana NaydanMore options for message from Liliana NaydanOf course, Julie. I'm trying so hard with this schedule. My hands are so tied. It's awful. But I completely understand where you're coming from
and will always do my best to make something work for you.

Lila

Liliana M. Naydan, Ph.D.
Associate Professor of English
Writing Program Coordinator
English Program Chair
Sutherland 320A
Penn State Abington
1600 Woodland Road
Abington, PA 19001
215-881-7585 (Office)
(Pronouns: she, her, hers)

PSU-DE PIERO-002074

On Thu, Jun 10, 2021 at 5:16 PM Julie Herskovitz <
notifications@instructure.com> wrote:

show quoted text
**Julie Rae Herskovitz**Writing Program - Penn State AbingtonJun 10, 2021 at
5:11pmReply to Julie HerskovitzMore options for message from Julie HerskovitzYou
are amazing! Thank you, thank you, thank you. I feel so blessed to work with strong,
supportive fellow mommas! And frankly, I wish I had your focus and drive to write more.
I am a bit envious of the writing you do. ☺  Maybe one day I'll finally get around the the
projects in my head and outlined in a word document. ha!

Thank you again, Lila!

~Julie
_____
From: Liliana Marika Naydan <notifications@instructure.com>
Sent: Thursday, June 10, 2021 5:09 PM
To: Herskovitz, Julie Rae <jrh491@psu.edu>
Subject: Liliana Marika Naydan (Writing Program - Penn State Abington) just sent you a
message in Canvas.

URGENT: Please Review the Spring 2022 Schedule Draft

Hi Julie,

You've lucked out. I just had an opening on TR and you're entirely on TR
now. I'm glad I can do this for you. And I'm also going to try to get you
a web course so you'll have 9 credits with us. I really appreciate your
excellent teaching and want you to have a workable schedule.

Lila

Liliana M. Naydan, Ph.D.
Associate Professor of English
Writing Program Coordinator
English Program Chair
Sutherland 320A
Penn State Abington
1600 Woodland Road
Abington, PA 19001
215-881-7585 (Office)
(Pronouns: she, her, hers)


On Thu, Jun 10, 2021 at 4:06 PM Julie Herskovitz <

PSU-DE PIERO-002075

notifications@instructure.com> wrote:


show quoted text
show quoted text

[Liliana Marika Naydan]
Liliana Marika Naydan
lmn122@psu.edu <mailto:lmn122@psu.edu>

You can reply to this message in Canvas by replying directly to this email. If you need to include an attachment, please log in to Canvas and reply through the Inbox.

[https://du11hjcvx0uqb.cloudfront.net/dist/images/email_signature-d2c5880612.png]
View this message in Conversations
<https://psu.instructure.com/conversations/33788975> | Update your notification settings<https://psu.instructure.com/profile/communication>
**Liliana Marika Naydan**, Julie Rae HerskovitzWriting Program - Penn State AbingtonJun 10, 2021 at 5:04pmReply to Liliana NaydanMore options for message from Liliana NaydanHi Julie,

You've lucked out. I just had an opening on TR and you're entirely on TR now. I'm glad I can do this for you. And I'm also going to try to get you a web course so you'll have 9 credits with us. I really appreciate your excellent teaching and want you to have a workable schedule.

Lila

Liliana M. Naydan, Ph.D.
Associate Professor of English
Writing Program Coordinator
English Program Chair
Sutherland 320A
Penn State Abington
1600 Woodland Road
Abington, PA 19001
215-881-7585 (Office)
(Pronouns: she, her, hers)


On Thu, Jun 10, 2021 at 4:06 PM Julie Herskovitz < notifications@instructure.com> wrote:

show quoted text
**Julie Rae Herskovitz**Writing Program - Penn State AbingtonJun 10, 2021 at 4:06pmReply to Julie HerskovitzMore options for message from Julie HerskovitzHi Lila -

PSU-DE PIERO-002076

I noticed that I am teaching one class on TR and another on MW. Is there any way to teach the same days for both classes? It is hard for me to take classes elsewhere, even if they do start after 4:30 as I would have to leave Temple by 3pm and I wouldn't be able to take any 6pm classes at CHC (the program I teach in there runs 6pm - 10pm).

I understand if they cannot be shifted, but I am hoping they can be.

Thanks so much,
Julie
_____
From: Liliana Marika Naydan <notifications@instructure.com>
Sent: Thursday, June 10, 2021 1:51 PM
To: Herskovitz, Julie Rae <jrh491@psu.edu>
Subject: Liliana Marika Naydan (Writing Program - Penn State Abington) just sent you a message in Canvas.

URGENT: Please Review the Spring 2022 Schedule Draft

Dear Colleagues,

The draft of the Spring 2022 schedule draft is complete and available for you to view here:

https://docs.google.com/spreadsheets/d/15k3hzwX9rM5xg2u4mGrbPkIIjre31gXVfRJufS npGPk/edit?usp=sharing<https://nam10.safelinks.protection.outlook.com/?url=https%3 A%2F%2Fdocs.google.com%2Fspreadsheets%2Fd%2F15k3hzwX9rM5xg2u4mGrbPkII jre31gXVfRJufSnpGPk%2Fedit%3Fusp%3Dsharing&data=04%7C01%7Cjrh491%40ps u.edu%7C91cd628db7e147176a6708d92c386046%7C7cf48d453ddb4389a9c1c11552 6eb52e%7C0%7C0%7C637589442907596095%7CUnknown%7CTWFpbGZsb3d8eyJ WIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C100 0&sdata=qCkAIpIiYiBySwFN6qDMUYKQUO5ewX8nnHvFsQJlP8c%3D&reserved=0>

Please check your teaching days and times and let me know by THIS Monday, 6/14, at 8AM if you see errors that you need me to change. I need to submit the schedule on Monday morning.

Lila


[Liliana Marika Naydan]
Liliana Marika Naydan
lmn122@psu.edu <mailto:lmn122@psu.edu>

You can reply to this message in Canvas by replying directly to this email. If you need to include an attachment, please log in to Canvas and reply through the Inbox.

PSU-DE PIERO-002077

[https://du11hjcvx0uqb.cloudfront.net/dist/images/email_signature-d2c5880612.png]
View this message in Conversations
<https://psu.instructure.com/conversations/33788975> | Update your notification
settings<https://psu.instructure.com/profile/communication>
**TSTerri Stiles**Writing Program - Penn State AbingtonJun 10, 2021 at 2:28pmReply to
Terri StilesMore options for message from Terri StilesDear Liliana,

Thank you for a 202C. This will be wonderful for the computer nerd in me
and degree number two will now get a chance.
The only problem is I believe I will be teaching CAS for Ellen at 8 AM in
the spring.
Should I speak with Ellen or would you like to?
I can teach any other time for either of you.

I haven't found out yet when Stephanie and my co-teaching course will
(hopefully) be offered. It's a very exciting class we are developing
combining Kinesiology with GA components to empower students to speak out
about living well through art, music, theater, film, podcasts, and social
media. That class will probably be in the evening or T/TH morning.

Thank you again for thinking of me and the computer nerd inside of me is
overjoyed.

Gratefully yours,
Terri Stiles

On Thu, Jun 10, 2021 at 1:51 PM Liliana Marika Naydan <
notifications@instructure.com> wrote:

show quoted text
**Liliana Marika Naydan**, Roxanna Myronivna Senyshyn, Trisha Travers33 moreWriting
Program - Penn State AbingtonJun 10, 2021 at 1:50pmReply to Liliana NaydanMore
options for message from Liliana NaydanDear Colleagues,

The draft of the Spring 2022 schedule draft is complete and available for you to view
here:

https://docs.google.com/spreadsheets/d/15k3hzwX9rM5xg2u4mGrbPkIIjre31gXVfRJufS
npGPk/edit?usp=sharing

Please check your teaching days and times and let me know by THIS Monday, 6/14, at
8AM if you see errors that you need me to change. I need to submit the schedule on
Monday morning.

PSU-DE PIERO-002078

Lila

PSU-DE PIERO-002079

# Black Linguistic Justice

Return to Black Linguistic Justice in Conversation ListReply for Black Linguistic JusticeMore options for Black Linguistic Justice

**Stephen F Cohen**Writing Program - Penn State AbingtonAug 7, 2020 at 9:52pmReply to Stephen CohenMore options for message from Stephen CohenI can ask if you don't have the bandwidth. The ask seems easy. The hard part is identifying what/how we want to do. It seems like the rules are we need at least 5 people participating and they have to meet at least once a month and we get a budget of $400 to support that meeting, or books, or whatever we want to do. This seems like something Grace might want to work on, too, if she's got the time and energy (no pressure, Grace), so I'm looping her in now, too.

Mostly I'm asking you because I'd like to see you (Lila) channel communication about it so that it seems "official" and sanctioned by the English program (rather than just the community of practice I was going to put together with people who are teaching online). Who knows? It might grow! Of course, it might not, which would be alright too, but I think it stands a better chance of becoming something if it's an official English department thing.

What do you say? Grace, is this (whatever it is - I don't even know yet, but I know linguistic justice is something you care about) something you would want to try and shape with me? I Imagine it would start very low-key, people getting together to talk about how we can support this idea through our pedagogy in specific ways.

Lila, If I put together a group of people and an ask for the money, would you be willing to "sponsor" it as the English Program Chair? Like, by sending out the invitations?

Basically, I have very little expertise with this, but I care about it. So if I can build capacity for it by writing the small grant and taking care of drafting communications and scheduling things so that people with more informed opinions can use their limited time to do some good things, I'm very happy to do that.

What do we think? - There's no pressure here, just an idea I'm floating.


- Stephen

Stephen Cohen
Lecturer in English,
Penn State Abington
301 Sutherland
215.881.7975


On Aug 7, 2020, at 8:34 PM, Liliana Marika Naydan <notifications@instructure.com<mailto:notifications@instructure.com>> wrote:

PSU-DE PIERO-002125

Black Linguistic Justice

Hi! I think this is a great idea. I have only the vaguest of vague recollections about community of practice money, though. How do I ask for it? And whom do I ask?

Lila

Liliana M. Naydan, Ph.D.
Associate Professor of English
Writing Program Coordinator
English Program Chair
Sutherland 320A
Penn State Abington
1600 Woodland Road
Abington, PA 19001
215-881-7585 (Office)
(Pronouns: she, her, hers)


On Fri, Aug 7, 2020 at 7:23 PM Stephen Cohen
<notifications@instructure.com<mailto:notifications@instructure.com>>
wrote:


show quoted text<x-msg://137/#>

[Liliana Marika Naydan]
Liliana Marika Naydan
lmn122@psu.edu<mailto:lmn122@psu.edu>

You can reply to this message in Canvas by replying directly to this email. If you need to include an attachment, please log in to Canvas and reply through the Inbox.

[https://du11hjcvx0uqb.cloudfront.net/dist/images/email_signature-d2c5880612.png]
View this message in Conversations
<https://psu.instructure.com/conversations/28007761> | Update your notification settings<https://psu.instructure.com/profile/communication>
**Liliana Marika Naydan**, Stephen F CohenWriting Program - Penn State AbingtonAug 7, 2020 at 8:34pmReply to Liliana NaydanMore options for message from Liliana NaydanHi! I think this is a great idea. I have only the vaguest of vague recollections about community of practice money, though. How do I ask for it? And whom do I ask?

Lila

PSU-DE PIERO-002126

Liliana M. Naydan, Ph.D.
Associate Professor of English
Writing Program Coordinator
English Program Chair
Sutherland 320A
Penn State Abington
1600 Woodland Road
Abington, PA 19001
215-881-7585 (Office)
(Pronouns: she, her, hers)


On Fri, Aug 7, 2020 at 7:23 PM Stephen Cohen <notifications@instructure.com>
wrote:

show quoted text

**Stephen F Cohen**Writing Program - Penn State AbingtonAug 7, 2020 at 7:22pmReply
to Stephen CohenMore options for message from Stephen CohenThanks for sending
this, Lila. I'm wondering if there could be some use for the "community of practice"
money for an English initiative built around this idea. What do you think?

**Charles Archer**Writing Program - Penn State AbingtonAug 4, 2020 at 10:42amReply to
Charles ArcherMore options for message from Charles ArcherExcellent. Thank you for
sharing!

Chuck

**TSTerri Stiles**Writing Program - Penn State AbingtonAug 3, 2020 at 2:55pmReply to
Terri StilesMore options for message from Terri StilesThank you. Liliana,

Interesting read.

I am reading "How to be an anti-racist" for Karen's reading group. It is
very helpful for improving my lingual sensitivity. I recommend it to
everyone.

Terri


On Mon, Aug 3, 2020 at 2:49 PM Liliana Marika Naydan <
notifications@instructure.com> wrote:

show quoted text

**Liliana Marika Naydan**, Roxanna Myronivna Senyshyn, Trisha Travers34 moreWriting
Program - Penn State AbingtonAug 3, 2020 at 2:49pmReply to Liliana NaydanMore
options for message from Liliana NaydanDear Colleagues,

CCC, our professional organization, just publicized this statement, which I'm sharing

PSU-DE PIERO-002127

with you as you begin planning for Fall 2020: https://cccc.ncte.org/cccc/demand-for-black-linguistic-justice. It calls on all of us to engage in antiracist work through the thorny process of reviewing and revising our teaching materials and our perspectives. I hope you'll join me in this important work to assure that black students can find success in our classrooms and to assure that all students see that white supremacy manifests itself in language and in writing pedagogy.

Lila

PSU-DE PIERO-002128

# Recording of Today's Writing Program Meeting

Return to Recording of Today's Writing Program Meeting in Conversation ListReply for Recording of Today's Writing Program MeetingMore options for Recording of Today's Writing Program Meeting

**Liliana Marika Naydan**, Carolyn T EspositoWriting Program - Penn State AbingtonOct 5, 2020 at 11:11pmReply to Liliana NaydanMore options for message from Liliana NaydanHi Carolyn,

That was the English Program meeting I canceled, not the Writing Program meeting. They're different sets of meetings and you're invited to both sets if you'd like to attend them. We missed you today, but I hope you enjoyed the Fake News event. It sounded interesting!

Lila

Liliana M. Naydan, Ph.D.
Associate Professor of English
Writing Program Coordinator
English Program Chair
Sutherland 320A
Penn State Abington
1600 Woodland Road
Abington, PA 19001
215-881-7585 (Office)
(Pronouns: she, her, hers)


On Mon, Oct 5, 2020 at 11:05 PM Carolyn Esposito < notifications@instructure.com> wrote:

show quoted text
**Carolyn T Esposito**Writing Program - Penn State AbingtonOct 5, 2020 at 11:05pmReply to Carolyn EspositoMore options for message from Carolyn EspositoHi Lila-
I had this meeting on my calendar, but I thought you sent a message canceling it because of a meeting with Friederike. I went to the Fake News library event since I thought my calendar was open and I offered all of my students extra credit for going to the event. I'm sorry I missed the meeting. Thanks for sending the link.
Carolyn

Get Outlook for Android<https://aka.ms/ghei36>

_____
From: Liliana Marika Naydan <notifications@instructure.com>
Sent: Monday, October 5, 2020 10:40:47 PM
To: Esposito, Carolyn T <cte105@psu.edu>

PSU-DE PIERO-002162

Subject: Liliana Marika Naydan (Writing Program - Penn State Abington) just sent you a message in Canvas.

Recording of Today's Writing Program Meeting

Hi Colleagues,

We had a request to record today's Writing Program meeting, so I'm sending out the link for you here in case you'd like to view/listen to the conversation we had about approaches to supporting domestic multilingual students:

https://psu.zoom.us/rec/share/fegr3Hsf3mLzzVhvha42RyomkiMSvS2yTYYeEYyvi0a9d VKZaKTopxaqmkjbh75B.IUfV_p5QnmxQf6fT

Thanks to those of you who attended! And I hope everyone is able to make it to the third meeting of this semester. It's on racism and writing assessment. Details about that will come soonish from Stephen.

Lila

[Liliana Marika Naydan]
Liliana Marika Naydan
lmn122@psu.edu <mailto:lmn122@psu.edu>

You can reply to this message in Canvas by replying directly to this email. If you need to include an attachment, please log in to Canvas and reply through the Inbox.

[https://du11hjcvx0uqb.cloudfront.net/dist/images/email_signature-d2c5880612.png]
View this message in Conversations
<https://psu.instructure.com/conversations/29542130> | Update your notification settings<https://psu.instructure.com/profile/communication>
**Liliana Marika Naydan**, Roxanna Myronivna Senyshyn, Trisha Travers34 moreWriting Program - Penn State AbingtonOct 5, 2020 at 10:40pmReply to Liliana NaydanMore options for message from Liliana NaydanHi Colleagues,

We had a request to record today's Writing Program meeting, so I'm sending out the link for you here in case you'd like to view/listen to the conversation we had about approaches to supporting domestic multilingual students:

https://psu.zoom.us/rec/share/fegr3Hsf3mLzzVhvha42RyomkiMSvS2yTYYeEYyvi0a9d VKZaKTopxaqmkjbh75B.IUfV_p5QnmxQf6fT

Thanks to those of you who attended! And I hope everyone is able to make it to the third meeting of this semester. It's on racism and writing assessment. Details about that will come soonish from Stephen.

Lila

PSU-DE PIERO-002163

4:50 PM

Sep 24, 2020

Am I still doing the WP meeting on the 5th or did we move that?

6:13 PM

Also Andy did not read the statement on racism in the chancellors address to the senate

He didn't read other parts either, but it struck me that he didn't read that.

6:14 PM

That's very sad. I'm not surprised. Being a good leader is hard and he doesn't have it in him right now to do this. That much seems clear to me. Also, we moved your meeting. Now you and I are facilitating meeting 3 this semester. We're talking about the video and the first half of Asao's book.

6:44 PM

I thought so, but that never made it to my calendar, sonhad had a bit of a panic

6:46 PM

Counterstory: The Rhetoric and Writing of Critical Race Theory

I identify, first and foremost, as a storyteller within a legacy and genealogy of storytellers. Robert A. Williams, Jr. details the American Indian tradition of the "Storyteller" as "the one who bears the heavy responsibility for maintaining" the connections of community, "an intricate web of connections: kinship and blood, marriage and friendship, alliance and solidarity." And importantly, Williams centralizes the role of the ancestors, "our grandmothers and grandfathers, and their grandmothers and grandfathers"—all of whose stories are held sacred to the Storyteller—they who share all of the stories "so that the next generation will recall these narrative links between generations." To be a Storyteller, Williams asserts, "is to assume the burden of remembrance for a people," for the Storyteller "is the one who sacrifices everything in the tellings and retellings" of story.

My much-chronicled protagonist, Alejandra Prieto, is inspired in name and spirit by my grandfather, Alejandro Ayala Leyva. After completing an epic journey of 99 years, he passed peacefully into our spiritual *otro lado* on Sunday, December 10, 2017. As a narrative exercise in naming where we came from, how we got here, and where we're going, I begin this presentation on counterstory with an encomium to the hero-protagonist of my own stories, my real lived stories, and the imagined alter-egos and hyper-realities my research explores. In this tribute, I invite my audience to reflect on the narratives of their lives and on the carriers of those stories similarly—the ancestorship of the storytellers in our lives who have illuminated pathways for those of us who would continue the story.

My own grandfather, Alejandro Ayala Leyva, was my first and remains the most prominent storyteller in my life. And with a life such as his, it would be a small tragedy were he not the gifted storyteller that he was. His life spanned nearly 100 years, and his stories are

PSU-DE PIERO-002169

intricately linked to major events in U.S. history. The link was our own family's histories as they intersected with and were affected by our U.S. and Arizona/Mexico borderlands context. As my grampa's oral histories told, my Leyva family migrated to the U.S. Southwest from Durango, Durango, Mexico in 1913. At that time my nana Ignacia—my grampa Alejandro's mother—was 12-years-old. My grampa remembers his mother telling stories about our heritage as Huichol people, a people indigenous to the Sierra Madre Occidental range that spans several Mexican states, including Durango. Our people are known to outsiders as the Huichol, but we refer to ourselves as Wixáritari, or "the people."

Somewhere between 1910 and 1912, my nana Ignacia was "given" to my grampa's father, Victoriano Leyva, and in 1913, when my nana was 12-years-old, the entire Leyva clan, all the aunts, uncles, siblings, cousins, and many other extended relatives, heeded the call north, entering the U.S. through El Paso to find construction work on the ever-expanding U.S. railroads. My grampa had many stories relayed to him from family members about their time working on the railroad, ranging from experiences laboring alongside Chinese migrants, to living and setting up households (including stories about women making tortillas and giving birth to children) in boxcars. This particular detail of life in railway boxcars provides a certain foreshadowing for the time spent in boxcars a generation later during the Great Depression when Franklin Delano Roosevelt deported many Mexican families back to Mexico on rail lines they had built with their own hands.

As contracts involving the railroad drew to a close around 1916 or 1917, the Leyva clan, like many Mexican families of their time, splintered and went in various directions to follow agricultural work contracts to various parts of the U.S. Some traveled northeast to Illinois and eventually settled in Chicago; some spread throughout the New Mexico and Texas areas; and

PSU-DE PIERO-002170

others, like nana Ignacia and Victoriano Leyva, traveled to California. My grampa, Alejandro, the eldest of six siblings, was born May 16, 1918, in Los Angeles, California, and lived the early childhood years of his life in what's now ritzy-ass Marina del Rey, on Howard Street—close enough to the Pacific Ocean to put his toes in the sand and water, to gain a life-long love of swimming, and to gaze at the horizon with dreams of future travel and adventure.

When the Great Depression hit the U.S., many Mexicans were blamed for taking the scarce jobs that white Americans felt entitled to—and if this sounds familiar, it should. If we know anything about racism, rhetorics, and narratives, it's that they are cyclical and repetitive. Also familiar and repetitive are the mass deportations the U.S. has continually engaged in, which, in terms of nationalist American-benevolence rhetoric, was titled "Mexican Repatriation" during this 1930-1940s era. Within this context, my grampa and his family, which included his mother, father, and now two or three more siblings, found themselves loaded onto a boxcar on a train headed south of the border and out of the country, the same country in which my grampa and his siblings were born. However, as my grampa told it, his father knew well this detail of the birth-right citizenship of his children and complied with this U.S. governmental show of might, but only so far as a final bordertown destination—the very last possible point of departure for the Leyva family if they were to remain in the U.S.—Nogales, Arizona. In Nogales, my great-grandfather Victoriano Leyva instructed his family to get off the train because, as my grampa put it, "They had no business in Mexico." And in many ways, this was true. The whole of the Leyva clan, extended relations included, traveled north for the railroad contracts, so the likelihood that there was a place or a people to be "repatriated" to was slim to none. But above all, as my great-grandfather logically reasoned, his children were American citizens and effectually had "no business in Mexico."

PSU-DE PIERO-002171

Thus commenced the legacy of my grampa's life stories and adventures in Nogales, Arizona, on the borderlands and the eventual beyond. And these are the stories I was raised on. My grampa's oral histories fed and nurtured our family's sense of self and place as indigenous-Mexican people in a country that has historically crafted masternarratives that would cast us, and people like us, as those who have been conquered—as those who should shoulder a sense of shame at our indigenous status as Mexicans and our minoritized status as U.S people of color. Yet the sustenance infused in me and my family from my grampa's stories holds an illuminating candle of insight to other narratives, counternarratives to the overarching master tropes that would describe us as "outsiders" to be repatriated in my grampa's generation, "Americanized" in my parents' generation, assimilated in my generation, and victimized yet defiant in the face of colonization in all generations. My grampa's stories always provided us an agency through an alternative narrative: thus, my identity—my very existence and sense of being—has always been tied to counterstory.

A student once asked if there is ever a point in which we (minoritized folk) will get to stop justifying the methodological choice of telling our stories? I believe that we've *all* been telling stories *all* along, but some stories are elevated to the status of theory, scholarship, and literature, while, too often, minoritized perspectives are relegated to marginalized or overlooked "Cultural Rhetorics" methods or genres. While I don't know when or if these academic gatekeepers will arrive at a point of admission that all work, especially in the Humanities, is story, I do know that narrative has always been theoretical. My research makes a case for critical race counterstory as a rhetorical research methodology *and* method by reviewing counterstory through its Critical Race Theory methodological origins and influences, while also analyzing and illustrating the methods of Richard Delgado, Derrick A. Bell, and Patricia J. Williams, who I term "counterstory exemplars."

PSU-DE PIERO-002172

Delgado, Bell, and Williams are foundational critical race theorists whose respective counterstory methods of "Narrated Dialogue," "Fantasy/Allegory," and "Autobiographic Reflection" have set a precedent for other scholars. As such, counterstory as methodology is the verb, the process, the Critical Race Theory-informed justification for the work; whereas counterstory as method is the noun, the genre, the research tool.

My engagement in the CRT field builds particularly on the powerful work of critical race theorists who define critical race methodology as a challenge to "majoritarian" stories or "master narratives" of white privilege. This methodology rejects notions of "neutral" research or "objective" research and exposes research that silences and distorts epistemologies of people of color. Importantly, critical race methodology recognizes that experiential knowledge of people of color is legitimate and critical to understanding racism that is often well disguised in the rhetoric of normalized structural values and practices. A critical race methodology includes a range of methods such as family histories, biographies, autoethnography, *cuentos, testimonios¸* and counterstory.

Critical Race Theory is characterized by several major tenets that function as epistemological and ontological premises. The following tenets "inform the ways that CRT scholarship is conducted, especially as it relates to its activist orientation":

Beginning with "Permanence of Race and Racism," racism is endemic and a central, permanent, and "normal" part of U.S. society, operating concurrently within multiple forms of social oppression. Taylor asserts that "assumptions of White superiority are so ingrained in political, legal, and educational structures that they are almost unrecognizable [. . .] [and that] because it is all-encompassing and omnipresent, it cannot be easily recognized by its beneficiaries." Derrick Bell describes a racial realism as racism's permanence in addition to its

PSU-DE PIERO-002173

centrality through his assertion that "racism lies at the center, not the periphery; in the permanent, not in the fleeting; in the real lives of [. . .] [people of color] and white people."

In the effort to end all forms of oppression, CRT "Challenges Dominant Ideologies" and liberal claims of race neutrality, equal opportunity, objectivity, colorblindness, and merit. Concerning education and institutional injustice, CRT's second tenet questions arguments against policies like affirmative action and interrogates admissions and hiring practices that claim neutrality in their selection of candidates, while justifying a passing over of people of color on the "colorblind" basis of merit and "fit." As Solórzano and Delgado Bernal argue, racialized ideological "paradigms […] act as camouflage for the self-interest, power, and privilege of dominant groups in U.S. society." This self-interest informs CRT's third tenet, "Interest Convergence," most notably discussed by Derrick Bell within the context of racial progress discourses.

Bell's theory of interest convergence argues that "white elites will tolerate or encourage racial advances for [people of color] only when such advances also promote white self-interest," and this form of "racial progress" (and regression) is cyclical, rather than inevitable. The most commonly referenced example of this theory resides in the 1954 *Brown vs. the Board of Education* decision, which is generally taught and remembered as a moral victory for African Americans, but as Bell has pointed out, foreign policy concerns were likely the driving force behind this decision. As Taylor recalls, this case came to light during the Cold War era when televised images of U.S. racial brutality were more readily available to the world. Communist powers such as the former Soviet Union and China sparked international sensations by bringing forth stories and images of police brutality unleashed during peaceful protest and Ku Klux Klan lynchings. These stories and images effectively worked toward undermining the U.S. as a model

PSU-DE PIERO-002174

of democracy just as the country strove to position itself as a leading force of anticommunism. The *Brown* decision then came to represent not a blow to American racism but to communism and was heralded by the Justice Department and the Truman administration as such.

CRT's fourth tenet, "Race as Social Construct," overlaps with and is informed by another racial theory—most prominently, Michael Omi and Howard Winant's theory of racial formation. Although biologists, geneticists, anthropologists, and sociologists agree that race is not a biological determinant, humans nonetheless have and continue to taxonomize human bodies racially. As social constructs, these categories are the outcome of an unstable and "'decentered' complex of social meanings constantly being transformed by political struggle." Further, social constructs of race assert a permanence of race and describe the dimensions of race as maintained by racial projects that function to secure race as fundamental in the structuring and representing of the social world.

Sojourner Truth is one of the earliest U.S. rhetors to describe the first part of CRT's fifth tenet, "Intersectionality"—a lived reality theorized as an analytic framework by CRT scholar, Kimberlé Crenshaw. In her notable speech, "Ain't I a Woman?," Truth narrates one of the earliest U.S. expressions of an intersectional consciousness, calling attention to and turning on its head our society's tendency to organize along binaries. Beyond the black/white and woman/man binaries, Truth's lived reality demonstrates the intersecting aspects of her identities and "how their combinations play out in various settings." In 1989, Crenshaw theorized and named intersectionality in her landmark essay "Demarginalizing the Intersection of Race and Sex." Crenshaw's examination counters the single axis framework of binaristic racial or gendered analysis, and demonstrates how this analytic structure does not accurately account for the

PSU-DE PIERO-002175

intersections of race and gender, thus contributing to the marginalization and exclusion of Black women in feminist theory and in anti-racist politics.

Twin-skin to "Intersectionality" is, "Anti-essentialism," the second half of CRT's fifth tenet. CRT denounces essentialism, countering culturally racist assumptions that attempt to describe or explain socially constructed racial groups as homogenous in the way they think, act, and believe. For reasons of navigation, survival, activism and social justice (none of which are mutually exclusive), there can be a sense of solidarity among cultures or racial groups, however individuals within groups maintain rights to heterogeneity of perspective, experience, lifestyle, and identity. As such, CRT scholars caution against essentializing cultures and racial groups and believe an anti-essentialist method involves centering experiential knowledge so as to better elucidate lived reality *from* (intersectional) rather than *about* (essentialist) people of color.

Ladson-Billings has traced the history of Interdisciplinarity, as a sixth tenet, in legal scholarship, confirming "the use of other disciplinary traditions was considered heretical," and departures from canon, such as Delgado, Bell, and Williams's rule-breaking legal storytelling, were rejected. Specific to Education, the field where CRT most prominently progressed before branching out to other fields and disciplines, Ladson-Billings recalls a similar battle, stating "for much of its history, education research and scholarship was moored to psychology. Thus 'real' research was […] only scholarship that was 'neutral' and 'objective.'" In all, the premise of interdisciplinarity insists on carving pathways for scholars from disciplines steeped in unyielding commitments to canon. In the spirit of the 1960s activism that resulted in the establishment of Ethnic Studies, CRT pulls on a variety of scholarly traditions toward centralizing and making sense of experiential knowledge.

PSU-DE PIERO-002176

A commitment to the "Centrality of Experiential Knowledge" comprises CRT's seventh tenet. CRT scholars recognize and have developed the methodology of counterstory to relate the racial realities of people of color while also providing methods for minoritized people to challenge "the myths, presuppositions, and received wisdoms that make up the common culture about race." Further, as Bell has observed, the narrative voice, the teller, "is important to critical race theory in a way not understandable by those whose voices are tacitly deemed legitimate and authoritarian. The voice exposes, tells and retells, signals resistance and caring, and reiterates what kind of power is feared most—the power of commitment to change".

CRT's eighth tenet, a "Commitment to Social Justice," is arguably the most distinguishing characteristic for CRT's narrative method. While there are many stories and while many data are narrativized, counterstory is distinguished from other forms of storytelling due to its transparent commitment to a "liberatory and transformative response to racial, gender, and class oppression." CRT, then, and its methodology, counterstory, use a narrative method to theorize racialized experience. And as a necessary function of counterstory, these narratives serve the purpose of exposing stereotypes, expressing injustice, and offer additional truths through a narration of the researchers' lived experiences.

Through my years of work as a CRT researcher/writer of counterstory, I've learned first-hand of counterstory's potential for achieving social justice. A question I often encounter when speaking with audiences about counterstory is, are *all* marginalized narratives counterstory? While there are indeed many marginal/ized narratives, the measure remains whether the tellers and stories subscribe to CRT's tenets, particularly in their critique of a dominant ideology and their sustained focus on social justice as an objective. In other words, what are folk using counterstory to *do*? Expression of minoritized subjectivity is a good starting point, but it is equally important to

PSU-DE PIERO-002177

include the admission of and critical self-reflection on privilege. My privilege is that I am a very educated person with the platform of this project. The question then is what will I do with this platform and privilege? What kind of project will I craft? What is my contribution and, further, as an audience member once asked, "What is the political weight of [this] work?" I believe the answer lies in what I maintain as one additional tenet for CRT—accessibility. Derrick Bell's exemplary counterstories are bestsellers. Patricia Williams' work has been reviewed by mainstream presses as she continues to write a column for the popular press *The Nation*, and Richard Delgado's work, published in law reviews, yes, has also been reworked as an introductory text for high school students. Their work continues to inspire and resonate across generations and disciplines. My writing process has included and always will include my family, non-academics, because the work is for them, is sometimes about them, and is nearly always inspired by them. And if my work in counterstory is inaccessible to the very people it is for—well, then what's the point? Why do the work if it's inaccessible? Thus, in my contribution to defining CRT, I advocate for the premise of accessibility, in the sense that a methodological consideration for counterstory should always envision a multiplicity of audiences beyond the ivory tower, so as "to speak with (rather than for and over) others' communities."

I'll conclude this presentation with a discussion excerpted from the concluding chapter within my book, *Counterstory: The Rhetoric and Writing of Critical Race Theory*. This chapter serves as a call to action for educators, particularly those in rhetoric and writing studies, to consider CRT's implications and application in their own educational research and teaching practices. CRT has always been concerned with the colonizing functions of education that act as a conveyor for hegemonic whiteness—and CRT teacher-scholars have always aimed to disrupt this hegemony with transformative educational heuristics and praxis. Beyond crafting curricula with

PSU-DE PIERO-002178

CRT and counterstories as primary texts (Appendices A & B), the theory and methodology of CRT and counterstory can inform a transformational education that can be employed as a frame to revise, re-vision, and craft curricula in a plethora of disciplines (Appendices C & D).

Critical Race Theory arose out of the lived experiences of *students* and *teachers* in U.S. law schools who were witness and subject to liberal civil rights ideology that failed to address the "constrictive role that racial ideology plays in the composition and culture of American institutions." CRT scholar, Angela P. Harris, has reflected on her own miseducation as a law student, maintaining that students of color during her generation navigated their legal educations, never finding a place where discourses concerning lived realities and racial critiques entered the legal canon.  In fact, as Harris recalls "none of my professors talked about race or ethnicity; it was apparently irrelevant to the law [;] there was only one Law, a law that in its universal majesty applied to everyone without regard to race, color, gender, or creed."

Derrick Bell took active notice of these erasures and absences in the curriculum, and thus developed and taught legal doctrine from a race-conscious viewpoint and used racial politics as the organizing concept for his students' scholarly study. Bell crafted counterstories with pedagogical intent, meant to facilitate classroom discussion. Additionally, Bell's course textbook, *Race, Racism and American Law*—developed, published, and centralized within his own curriculum in the early 1970s—served as a foundation and a curriculum plan for "The Alternative Course," the student-led course on race and the law at Harvard Law School. This course is remembered as the first institutionalized expression of CRT as a movement, as it challenged the mainstream liberal notion of which subject matters were of enough value to include in a standardized core curriculum. Importantly, this student and teacher activism and the existence of

PSU-DE PIERO-002179

this course are evidence that a primary CRT concern has always been a critique of education and curriculum toward social transformation.

By the mid-1990s CRT was incorporated from legal studies into Education. At the 1994 American Educational Research Association (AERA) meeting, Gloria Ladson-Billings and William F. Tate's paper presentation identified the tenets of CRT's relevance to the study of race and racism in education. Reflecting on her contribution of CRT to Education, Ladson-Billings says, "I argued that CRT could serve as a *heuristic* for new understandings of multicultural education [;] CRT scholars were working to deploy 'race and racial theory as a challenge to traditional notions of diversity and social hierarchy.'" Informed by and overlapping with CRT's tenets (but also, from my perspective as a rhetoric scholar, aspects of the rhetorical situation), CRT's heuristic—as theorized by scholars in Education—offers the following guidelines to educators who aim to frame their pedagogy and the crafting of curricula with CRT:

- Educators should work from a premise that racism is prevalent in American society in general, and in education in particular (Tenet alignment: permanence of race and racism)

- Educators should question the dominant claims and discourses of their field(s) (Tenet alignment: challenge to dominant ideologies)

- Educators should historically ground their coursework, acknowledging the importance of context (Tenets alignment: permanence of race and racism, interest convergence, race as social construct)

- Educators should aim for interdisciplinarity, drawing from a range of literatures (Tenet alignment: interdisciplinarity)

PSU-DE PIERO-002180

Martinez, Aja Y. 13

- Educators should centralize the experiences and perspectives of the minoritized, as a focal point—not a passing glance for a day or week's thematic focus (Tenet alignment: centrality of experiential knowledge)
- As a follow-up to centralizing the experiences and perspectives of the minoritized, educators should acknowledge and make themselves aware that there is diversity within experience (Tenet alignment: intersectionality and anti-essentialism)

Ultimately, the goal of CRT is social transformation, and the heuristic of CRT in Education is aimed at the social transformation of educational research, classrooms, curricula, policy, the study of knowledge (epistemology), and teaching (pedagogy). As Daniella Ann Cook observes, CRT's maintained focus on the centrality of race "elucidates the fluid, shifting, yet consistent message of white supremacy and how it operates in the policies, practices, and everyday schooling experiences of students, teachers, and the larger community." Further, counterstory, as a methodological frame that centers the stories and lived experiences of people of color, embodies an "epistemology for how and why particular methods are chosen." A social transformation of education insists that educational researchers change the structures that prevent all students from receiving the same opportunities to learn and succeed. As Dixon and Rousseau argue, "just as the 'new' song of the spirituals was a call for freedom and justice in an unjust world, CRT not only puts in front of us the image of a 'heaven' in which *all* God's children are able to sing their song. It also demands that we find a way to get there"—and for me, that way is methodology—that way is counterstory.

At the core of my academic identity, I am a teacher-scholar who centralizes the theories and methodology of Critical Race Theory within my writing practices but also within my classroom. I actively work to extend the conversations about CRT counterstory as research and

PSU-DE PIERO-002181

Martinez, Aja Y. 14

writing method toward pedagogy and curriculum development for those who wish to put into practice the rich theories and histories of this methodology. As an example, I have instructed students in counterstory methods within my "Writing Critical Race Counterstory" writers' workshop/qualitative methods course. In this course, students learn about counterstory as a writing and research method of Critical Race Theory, founded in creative non-fiction genres of oral history, slave narrative, *corrido*, and *testimonio*. Through the course of the semester, students research and workshop counterstories in the methods of Delgado's "Narrated Dialogue," Bell's "Allegory/Fantasy," and Williams' "Autobiographic Reflection." The resulting counterstories are based on student personal experience and supported by data and literatures on students' chosen topics.

Happily, during my initial years at Syracuse University, I had the pleasure of working with fellow counterstory writer, Martín Alberto Gonzalez—a graduate student in my affiliate department, Cultural Foundations of Education. Through an Independent Study I directed, Gonzalez wrote *and* self-published his book of counterstories: *21 Miles of Scenic Beauty…and then Oxnard: Counterstories and Testimonies*. Intended as a series of stories to teach with, Gonzalez's highly popular and accessible collection of stories serves as a great companion to Delgado, Bell, and Williams' work, and my students and I spend class time learning about this method by first readings these works. In turn, we shift to crafting counterstories, and students brainstorm and then rigorously research possible topics toward gathering supporting materials to braid in with their own personal experiences. As a class, we engage the process of crafting context and characters and we progress to workshopping several drafts of counterstories, inclusive of in-class read-arounds and peer review.

PSU-DE PIERO-002182

### The What and Why of Counterstory: An Answer

In Rhetoric, Composition, and Writing Studies, Carmen Kynard has called for greater attention in the field toward Critical Race Theory in order to better prepare as teacher-scholar-administrators and activists to be institutionally and pedagogically anti-racist. Kynard has astutely observed that "despite everyone's seeming incessant discussion of critical theories from postcolonialism/decolonization to intersectionality [;] theories can become merely the stage for an academic performance, not a way of engaging the world and oppression in it." Following Kynard's example, my work suggests it is crucial to use theory, methodology, and pedagogy that counter those that seek to dismiss or decenter racism and those whose lives are daily affected by it. Counterstory, then, is both method and methodology—it is a method for telling stories of people whose experiences are not often told, and as informed by CRT, this methodology serves to expose, analyze, and challenge majoritarian stories of racialized privilege. Counterstory can help to strengthen traditions of social, political, and cultural survival, resistance, and justice. I conclude this presentation with a call to action to embrace our identities as students—students forever in the process of becoming—who are still capable of learning and reframing education in rhetoric and writing studies toward the social transformation called into action by Critical Race Theory and Counterstory. Whether presented as primary texts within class, assigned to students as writing and method, or applied as a framework by teachers to transform curriculum, counterstories teach us that "construction of another world—a socially and racially just world—is possible."

Thank You

PSU-DE PIERO-002183

Martinez, Aja Y. 16

## Appendix A: Race Critical Theories, Critical Race Rhetorics Syllabus

"Race" in the United States is defined by societal structure, human representation, and cultural representation to form a "common sense" regarding racial order, meanings, and identity. Race is endemic; it is deeply ingrained in American life through historical consciousness and ideological choices about race which then influence and shape societal structures such as education. This course will review foundational race critical theories through to the emergence of Critical Race Theory (CRT) from its origins in the field of law and through its development in civil rights scholarship and feminist thought. We will explore CRT's contemporary applications for analyzing overt and colorblind racist rhetorics and practices in academia, the field of rhetoric and writing studies, and as it applies to identity, national politics, and institutional policy. While this course will clearly be focused on race, it will also—must also—include essays that consider the connections between race, gender, sexuality, and class inequalities. You are encouraged to make these connections too. In our discussions and in addition to the primary texts, essays, and films we will use for this class, we will also draw from borderlands', Mestiza, feminist, queer, and disability rhetorics. Class will be conducted in a seminar format.

**Required Materials**
Crenshaw, Kimberlé, Neil Gotanda, Gary Peller, Kendall Thomas. 1995. *Critical Race Theory: The Key Writings that Formed the Movement.*

Delgado, Richard and Jean Stefancic. 2013. *Critical Race Theory: The Cutting Edge,* 3rd edition.

Essed, Philomena and David Theo Goldberg. 2001. *Race Critical Theories.*

**Online materials**
Online materials can be found on our Blackboard course site and are due to be read as indicated on our daily course syllabus.

**Suggested Materials**
Bonilla-Silva, Eduardo. 2013. *Racism without Racists: Color-Blind Racism and Racial Inequality in America*, 4th edition.

**Course Requirements**
Required Work [Assignment Sheets, if any, will be located on our Blackboard course website]

**Questions and Quotes (Q & Q's)**
This assignment will be due at the beginning of each class period from week two through week fourteen. Each week you will submit one question and one quote from each of the assigned readings (**i.e. if three texts were assigned, you will have, at minimum, three quotes—one from each text**). You should pose open-ended questions that generate conversation and cannot be answered with a "yes" or "no." Your question can address a specific reading or a theme running through several readings. Quotes may be anything from the readings that resonate with you. Along with the quote you will discuss why you find the quote significant. Personal reflections that are connected with the readings/discussions are perfectly appropriate for this assignment.

PSU-DE PIERO-002184

**Rhetorical Precis and Discussion Facilitation of Assigned Reading**
You are each expected to facilitate class discussion once in the semester. Sign up will be during week two. I will provide a detailed assignment sheet on Blackboard. **You are required to meet with me in my office five days prior to your scheduled facilitation in order to discuss the approaches you are considering and any questions you may have.** By the time of your scheduled facilitation you should have carefully and critically read through the week's readings. Before the day of your facilitation, you will submit to Blackboard a handout that includes rhetorical precis for the assigned readings/authors and an accompanying list of discussion questions. Finally, you should feel free to suggest up to 20 pages of additional readings for the class in anticipation of your own facilitation.

**Facilitation Reflection Paper**
A day or two after your facilitation, you will submit a 2-page reflection paper about your experience. Include a short summary of the discussion, including the ways it did and did not go according to your plan. Again, I will provide a detailed assignment sheet for this assignment on our course website.

**Seminar Project**
One seminar project in critical race counterstory. Details forthcoming.

## Daily Schedule

**Week 1 Race Literacy, Race Rhetorics**
- General introductions and course description
- Tenets of rhetoric
- Quiz: Race Literacy
- Handout: Ten Things Everyone Should Know About Race

**Week 2 Foundational Theories, Defining Race and Racism, part I**
- Tatum "Defining Racism: 'Can We Talk?'"
- Omi and Winant "Racial Formation," with "Reflections on 'Racial Formation'"
- West "A Genealogy of Modern Racism," with "Reflections on 'A Genealogy of Modern Racism"
- Davis "Education and Liberation: Black Woman's Perspective," with "Reflections on 'Education and Liberation'"

**Week 3 Foundational Theories, Defining Race and Racism, part II**
- Said "Imaginative Geography and Its Representations," with "Reflections on 'Imaginative Geography and Its Representations'"
- Bhabha "Of Mimicry and Man: The Ambivalence of Colonial Discourse," with "Reflections on 'Of Mimicry and Man'"
- Pérez "Introduction"
- Pérez "Sexing the Colonial Imaginary: (En)gendering Chicano History, Theory, and Consciousness"
- Mignolo "Introduction: Coloniality, The Darker Side of Western Modernity"

**Week 4 Foundational Theories, Defining Race and Racism, part III**
- Hall "Race, Articulation, and Societies Structured in Dominance," with "Reflections on 'Race, Articulation, and Societies Structured in Dominance'"

PSU-DE PIERO-002185

- Balibar "The Nation Form: History and Ideology," with "Reflections on 'The Nation Form: History and Ideology'"
- Guha "Preface to *Dominance Without Hegemony: History and Power in Colonial India*," with "Reflections on 'Preface to *Dominance Without Hegemony*'"
- Stoler "Racial Histories and Their Regimes of Truth," with "Reflections on 'Racial Histories and Their Regimes of Truth'"

**Week 5 Foundational Theories, Defining Race and Racism, part IV**
- Essed's "Everyday Racism: A New Approach to the Study of Racism," with "Reflections on 'Everyday Racism'"
- van Dijk "Denying Racism: Elite Discourse and Racism," with "Reflections on 'Denying Racism'"
- Hill Collins "Defining Black Feminist Thought," with "Reflections on 'Black Feminist Thought'"
- Roediger "Whiteness and Ethnicity in the History of 'White Ethnics' in the United States" with "Reflections on 'Whiteness and Ethnicity'"

Suggested Readings:
- Bonilla-Silva "The Strange Enigma of Race in Contemporary America"
- "The Central Frames of Color-Blind Racism"

**Week 6 Critical Race Theory: Its Origins and Histories**
- Martinez "Critical Race Theory: Its Origins, History, and Importance to the Discourses and Rhetorics of Race"
- Bell "Serving Two Masters: Integration Ideals and Client Interests in School Desegregation Litigation"
- Bell "Brown v. Board of Education and the Interest Convergence Dilemma"
- Bell "After We're Gone: Prudent Speculations on America in a Post-Racial Epoch"
- Delgado "Liberal McCarthyism and the Origins of Critical Race Theory"

Suggested Readings:
- Crenshaw, et al. "Forward," and "Introduction"

**Week 7 CRT, an Introduction**
- Bell "The Space Traders"
- Martinez "Critical Race Theory Counterstory as Allegory: A Rhetorical Trope to Raise Awareness About Arizona's Ban on Ethnic Studies"
- Olivas "The Chronicles, My Grandfather's Stories, and Immigration Law: The Slave Traders Chronicles as Racial History
- Gotanda "A Critique of 'Our Constitution is Color-Blind'"
- Freeman "Legitimizing Racial Discrimination through Antidiscrimination Law: A Critical Review of Supreme Court Doctrine"

**Week 8 Intersectionality**
- The Combahee River Collective "A Black Feminist Statement"
- Anzaldúa "*La conciencia de la mestiza:* Toward a New Consciousness"
- Crenshaw "Mapping the Margins: Intersectionality, Identity Politics, and Violence Against Women of Color"
- Harris "Race and Essentialism in Feminist Legal Theory"
- Caldwell "A Hair Piece: Perspectives on the Intersection of Race and Gender"
- MacKinnon "From Practice to Theory, or What is a White Woman Anyway?"

**Week 9 Spring Break**
**Week 10 Critical Race Feminisms**

PSU-DE PIERO-002186

Martinez, Aja Y. 19

- Roberts "Punishing Drug Addicts Who Have Babies: Women of Color, Equality, and the Right of Privacy"
- Evans "Stealing Away: Black Women, Outlaw Culture, and the Rhetoric of Rights"
- Montoya "*Máscaras, Trenzas, y Greñas*: (Un)Masking the Self While (Un)Braiding Latina Stories and Legal Discourse"
- Cho "Converging Stereotypes in Racialized Sexual Harassment: Where the Model Minority Meets Suzie Wong"
- Rosales Arriola "Of Women Born: Courage and Strength to Survive in the Maquiladoras of Reynosa and Río Bravo, Tamaulipas"

**Week 11 Beyond the Black/White Binary**
- Perea "The Black/White Binary Paradigm of Race"
- Chang "Toward an Asian American Legal Scholarship: Critical Race Theory, Post-Structuralism, and Narrative Space"
- Haney López "Race and Erasure: The Salience of Race to Latinos/as"
- Ahmad "A Rage Shared by Law: Post-September 11 Racial Violence as Crimes of Passion"
- Brooks and Widner "In Defense of the Black-White Binary: Reclaiming a Tradition of Civil Rights Scholarship"
- Prewitt "Racial Classifications in America: Where Do We Go From Here?"

**Week 12 Critical Whiteness Studies**
- Harris "Whiteness as Property"
- Haney López "White by Law"
- Ross "Innocence and Affirmative Action"
- Wildman and Davis "Language and Silence: Making Systems of Privilege Visible"
- Delgado "Rodrigo's Portent: California and the Coming Neocolonial Order"
- Bell "Property Rights in Whiteness: Their Legal Legacy, Their Economic Costs"

**Week 13 Counterstory: A Critical Race Methodology**
- Delgado "Storytelling for Oppositionists and Others: A Plea for Narrative"
- Williams "Alchemical Notes: Reconstructing Ideals from Deconstructed Rights"
- Solórzano and Yosso "Critical Race Methodology: Counterstorytelling as an Analytical Framework for Education Research"
- Baszile "Rhetorical Revolution: Critical Race Counterstorytelling and the Abolition of White Democracy"
- Martinez "A Plea for Critical Race Counterstory: Stock Story vs. Counterstory Concerning Alejandra's 'Fit' in the Academy"
- Martinez "Alejandra Writes a Book: A Critical Race Counterstory about Writing, Identity, and Being Chicanx in the Academy"

**Week 14 Seminar Project/Paper Workshops**
**Week 15 Writing Day**
**Week 16 Seminar Project /Paper Final Draft Due**

**Appendix B: Writing Critical Race Counterstory Syllabus**

**Course Description**

PSU-DE PIERO-002187

Martinez, Aja Y. 20

Counterstory is a writing and research method of Critical Race Theory, founded in creative non-fiction genres of oral history, slave narrative, and *testimonio*. As a narrative form, counterstory illuminates other(ed) perspectives about genre and dominant ideology, and functions as a method for social justice-oriented writers to intervene in and counter practices that dismiss or decenter racism and those whose lives are affected daily by it. Students will craft counterstories in genres of dialogue, autobiographic reflection, and allegory, based on personal experience and supported by data and literatures on their chosen topics.

This course will instruct on and concentrate on three genres of counterstory:
- Counterstory as narrated dialogue
- Counterstory as allegory/fantasy
- Counterstory as autobiographic reflection

Class sessions will alternate between:
- Discussion of varying examples of the three methods of counterstory, with examples to read by authors writing in these methods;
- Trying our hand at writing counterstory and sharing our drafts with each other through workshops—I am open to incorporating past writing projects into the genre specifications of counterstory

**Course Materials**
Delgado, Richard and Jean Stefancic, *Critical Race Theory: An Introduction,* 3rd edition, 2017

Online Blackboard materials: Online materials can be found on our course Blackboard site

**Course Requirements**
Required Work [Assignment Sheets, if any, will be located on our course Blackboard site]

**Questions and Quotes (Q & Q's)**
This assignment will be conducted at the beginning of each class period. Within this assignment you will come up with a question and quotes from the assigned daily reading(s). You should pose open-ended questions that generate conversation and cannot be answered with a "yes" or "no." Your question can address a specific reading or a theme running through several readings. Quotes may be anything from the reading that resonate with you. Along with the quote, write a paragraph or two explaining why you find the quote significant. Personal reflections that are connected with the readings/discussions are perfectly appropriate for this assignment. An assignment sheet will be provided on Blackboard for further details.

**Writing Prompts and Exercises**
I will hand out writing prompts each day that we will pursue through our specific writing sessions. I will make sure there are a variety of writing prompts available for you to choose from, and the prompts will tie into what we have been reading and learning about counterstory. However, these are "prompts," not must-do assignments, so you can feel free to depart from what I've suggested and pursue your own directions.

PSU-DE PIERO-002188

The prompts give you a chance to try your hand at different genres of counterstory and they push you to experiment with different forms and styles (keyed into the readings/examples of counterstory texts). These prompts also give you a body of writing to draw on as you think about your final projects. You will find that during the course of the week you may "hit upon" a rich vein of material or take a new direction in your writing that you did not anticipate.

I will give some time for writing in class (anywhere from 15-25 minutes). When we return from the writing sessions, we will have "read-arounds" (large and small group) where everyone reads a short excerpt or piece and specific workshop sessions where group members present a piece of writing they are developing for discussion and feedback.

**Final Course Project**
For the major course project, you will submit an extended piece or set of shorter pieces of counterstory. I will provide a specific assignment sheet mid-semester so you can think about how to focus your project.

## Daily Schedule

**Week 1 Introduction to class, brief introduction to key terms and concepts, CRT and Counterstory, a History**
- Delgado and Stefancic "I. Introduction"
- "Discussion" writing prompt(s)

**Week 2 CRT and Counterstory, a History**
- Delgado and Stefancic "II. Hallmark Critical Race Theory Themes"
- "Discussion" writing prompt(s)

**Week 3 CRT and Counterstory, a History**
- Delgado and Stefancic "III. Legal Storytelling and Narrative Analysis"
- Delgado and Stefancic "IV. Looking Inward"
- "Discussion" writing prompt(s)

**Week 4 Counterstory Genre, part I: Allegory and the Fantastic**
- Bell "Introduction" from *And We Are Not Saved*
- Bell "Prologue to Part I" from *And We Are Not Saved*
- Bell "The Real Status of Blacks Today" from *And We Are Not Saved*
- "Discussion" writing prompt(s)

**Week 5 Counterstory Genre, part I: Allegory and the Fantastic**
- Bell "The Space Traders" from *And We Are Not Saved*
- Martinez "Critical Race Theory Counterstory as Allegory: A Rhetorical Trope to Raise Awareness About Arizona's Ban on Ethnic Studies"
- "Men Against Fire" from *Black Mirror*, season 3, episode 5 (available on Netflix)
- "Discussion" writing prompt(s)

**Week 6 Counterstory Genre, part I: Allegory and the Fantastic**
- Prepare your CRT Allegory draft for in-class workshop
- Prepare your CRT Allegory draft for Writing Read-arounds

**Week 7 Counterstory Genre, part I: Allegory and the Fantastic**
- CRT Allegory Read-arounds and Peer Discussion/Feedback
- CRT Allegory Final Draft Due

**Week 8 CRT and Counterstory, a History**

PSU-DE PIERO-002189

Martinez, Aja Y. 22

- Delgado and Stefancic "V. Power and the Shape of Knowledge"
- Delgado and Stefancic "VI. Critiques and Responses to Criticism"
- "Discussion" writing prompt(s)

**Week 9 Counterstory Genre, part II: Narrated Dialogue**
- Delgado "Storytelling for Oppositionists and Others: A Plea for Narrative"
- Martinez "A Plea for Critical Race Theory Counterstory: Stock Story versus Counterstory Dialogues Concerning Alejandra's 'Fit' in the Academy"
- "Discussion" writing prompt(s)

**Week 10 Counterstory Genre, part II: Narrated Dialogue**
- Gonzalez "21 Miles of Scenic Beauty…and the Oxnard"
- Gonzalez "Boxnard"
- Gonzalez "Forget Microsoft Word"
- Gonzalez "35¢ Sodas"
- "Discussion" writing prompt(s)

**Week 11 Counterstory Genre, part II: Narrated Dialogue**
- Prepare your CRT Dialogue draft for in-class workshop
- Prepare your CRT Dialogue draft for Writing Read-arounds

**Week 12 Counterstory Genre, part II: Narrated Dialogue**
- CRT Dialogue Read-arounds and Peer Discussion/Feedback
- CRT Dialogue Final Draft Due

**Week 13 Thanksgiving Break**

**Week 14 Counterstory Genre, part III: Autobiographic Reflection and Chronicle**
- Williams "Excluding Voices: A Necklace of Thoughts on the Ideology of Style" from *The Alchemy of Race and Rights*
- Martinez "Alejandra Writes a Book: A Critical Race Counterstory About Writing, Identity, and Being Chicanx in the Academy"
- Prepare your CRT Narrative/Chronicle draft for in-class workshop
- Prepare your CRT Narrative/Chronicle draft for Writing Read-arounds

**Week 15 Counterstory Genre, part III: Autobiographic Reflection and Chronicle**
- CRT Narrative/Chronicle Read-arounds and Peer Discussion/Feedback

**Week 16**
- CRT Narrative/Chronicle Final Draft Due

PSU-DE PIERO-002190

Martinez, Aja Y. 23

## Appendix C: Theories and Histories of Rhetoric(s) Syllabus

This course will interrogate rhetorical studies' central concept of "truth," through surveys of contextually situated topics such as histories of rhetoric, literacy, social turns, and activism. Considering social constructs created by rhetoric(s), as they exist in cultural, historic, economic, and political contexts, students will engage the production of knowledge as a raced, gendered, ableist and contested process with material consequences that has served to normalize and legitimize some while de-legitimizing and even dehumanizing others. In all, this course examines difference and power as rhetoric is practiced across time, cultures, and publics.

### Required Materials
Bizzell, Patricia and Bruce Herzberg, eds. *The Rhetorical Tradition: Readings from Classical Times to the Present.* 2nd ed. Boston: Bedford/St. Martin's, 2001.

Foss, Sonja K. *Rhetorical Criticism.* 5th ed. Long Grove: Waveland Press, 2017.
Online materials can be found on our Blackboard course site and are due to be read as indicated on our daily course schedule.

### Course Requirements
Required Work [Assignment Sheets, if any, will be located on our Blackboard course website]

### Questions and Quotes (Q & Q's)
This assignment will be due at the beginning of each class period from week 2 through week 13. Each week you will submit one typed question and two typed quotes from the assigned readings. You should pose open-ended questions that generate conversation and cannot be answered with a "yes" or "no." Your question can address a specific reading or a theme running through several readings. Quotes may be anything from the readings that resonate with you. Along with the quote, write a paragraph or two explaining why you find the quote significant. Personal reflections that are connected with the readings/discussions are perfectly appropriate for this assignment.

### Rhetorical Criticism
Due at the end of week 6 and the beginning of week 12, you will write a 5-6 page Rhetorical Criticism short essay that will build toward your Multimodal Seminar Project. Each essay will undergo a writing process in which you will submit a first draft to me on Blackboard for feedback, in addition to a draft for in-class peer review. Final drafts will not be accepted without documented submission of first drafts, and grades are determined based on evidence of significant revision between first and final drafts.

### Multimodal Seminar Project
At the conclusion of the semester, you will present a project which you build on your arguments and writing from your Q&Qs, RPs, Rhetorical Criticism assignments, and other social media and media-oriented forms of documentation utilized throughout the course. In this assignment you will weave references to our readings, your own writing and documenting, and class discussions together to form an argument that you will also present in-class. Additional details forthcoming.

### Daily Schedule
### Week 1 Whose Rhetoric?
- Heinrichs "Introduction: Open Your Eyes"
- Booth "How Many 'Rhetorics'?"

PSU-DE PIERO-002191

Martinez, Aja Y. 24

- Foss "Introduction," and "The Nature of Rhetorical Criticism: Rhetoric"
- Bizzell and Herzberg "General Introduction"
- Kennedy "Traditional and Conceptual Rhetoric"

**Week 2 The Rhetorical Tradition or the *Euro-Western* Rhetorical Tradition?**
- Chávez "Beyond Inclusion: Rethinking Rhetoric's Historical Narrative"
- Glenn "Mapping the Silences, or Remapping Rhetorical Territory"
- Dolmage "Disability Studies of Rhetoric"
- Baca "Preface" and "te-ixtli: The 'Other Face' of the Americas"
- Gilyard "Introduction: Aspects of African American Rhetoric as a Field"
- Mao and Young "Performing Asian American Rhetoric into the American Imaginary"

**Week 3 Practicing Rhetorical Criticism, an Introduction**
- Foss "The Nature of Rhetorical Criticism: Rhetorical Criticism"
- Foss "Doing Rhetorical Criticism"
- Foss "Neo-Aristotelian Criticism: Genesis of Rhetorical Criticism"

**Week 4 Whose Truth? Or, It's all Sophistry!**
- Bizzell and Herzberg "Classical Rhetoric: Introduction"
- Anonymous "Dissoi Logoi"
- Plato "Phaedrus"
- Foss "Ideological Criticism"
- Gorgias "Encomium of Helen"
- Isocrates "Against the Sophists"

**Week 5 Rhetorical Women**
- Foss "Feminist Criticism"
- Glenn "Classical Rhetoric Conceptualized, or Vocal Men and Muted Women"
- Bizzell and Herzberg "Aspasia"
- Christine de Pizan "From *The Book of the City of Ladies*"
- Margaret Fell "Women's Speaking Justified, Proved, and Allowed by the Scriptures"
- Sor Juana Inés de la Cruz "The Poet's Answer to the Most Illustrious Sister Filotea de la Cruz"

**Week 6 Rhetorical Criticism 1 Due**

**Week 7 The Enlightenment Era: An Imperative for Racial Rhetorical Criticism**
- Flores "Between Abundance and Marginalization: The Imperative of Racial Rhetorical Criticism"
- Bizzell and Herzberg "Enlightenment Rhetoric: Introduction"
- West "A Genealogy of Modern Racism"
- Jefferson "*from* Notes on the State of Virginia"
- Locke "*from* An Essay Concerning Human Understanding"
- Hume "Of the Standard of Taste"

**Week 8 African American Rhetorics and Literacies**
- Foss "Generative Criticism"
- Bizzell and Herzberg "The Rhetorics of Men of Color"
- Jackson "When Will We All Matter: A Frank Discussion of Progressive Pedagogy"
- DuBois "Double Consciousness"
- Smitherman "From Africa to the New World and into the Space Age: Introduction and History of Black English Structure"
- Pritchard "Yearning to be What We Might Have Been: Queering Black Male Feminism"

**Week 9 Spring Break**

PSU-DE PIERO-002192

**Week 10 Through the Lens of Survivance—Cultural Rhetorics**
- Villanueva "Rhetoric of the First 'Indians': The Taínos of the Second Voyage of Columbus"
- Driskill "Decolonial Skillshares: Indigenous Rhetorics as Radical Practice"
- Castillo "*from* Massacre of the Dreamers"
- Anzaldúa "Borderlands/La Frontera"
- Powell, et. al "Our Story Begins Here: Constellating Cultural Rhetorics"
- Cobos, et. al "Interfacing Cultural Rhetorics: A History and a Call"

**Week 11 Cultural Rhetorics in Practice**
- Foss "Narrative Criticism"
- Sano-Franchini "Cultural Rhetorics and the Digital Humanities: Toward Cultural Reflexivity in Digital Making"
- Haas "Wampum as Hypertext: An American Indian Intellectual Tradition of Multimedia Theory and Practice"
- Faris "How to be gay with locative media: The rhetorical work of Grindr as a platform"
- Banks "Groove: Synchronizing African American Rhetoric and Multimedia Writing Through the Digital Griot"
- Kennedy "Designing for Human-Machine Collaboration: Smart Hearing Aids as Wearable Technologies"

**Week 12 Rhetorical Criticism 2 Due**

**Week 13 Cultural Rhetorics in Practice**
- Pandey "Departures and Returns: Literacy Practices across Borders"
- Ong "Transnational Asian American Rhetoric as a Diasporic Practice"
- Alvarez "Brokering the Immigrant Bargain: Second-Generation Immigrant Youth Negotiating Transnational Orientations to Literacy"
- Kynard "Stayin Woke: Race-Radical Literacies in the Makings of a Higher Education"
- Ore "Whiteness as Racialized Space: Obama and the Rhetorical Constraints of Phenotypical Blackness"
- Martinez "The Responsibility of Privilege"

**Week 14 Historical Rhetorics in Action and Practice**
- Truth "Ain't I A Woman"
- Malcolm X "The Ballot or the Bullet"
- Carmichael "Black Power"
- "The Black Panthers Ten Point Plan"
- The Combahee River Collective "A Black Feminist Statement"
- Davis "Rape, Racism and the Myth of the Black Rapist"
- Alexander "The New Jim Crow"

**Week 15 Seminar Project Draft 1 Due**

**Week 16 Seminar Project Final Draft Due**

PSU-DE PIERO-002193

**Appendix D: Contemporary Rhetorics—Cultural Rhetorics Syllabus**

Drawing primarily from ethnic studies, disability studies, queer theory, and feminist rhetorical theories, we will interrogate rhetorical studies central concept of "truth," through a survey of situated histories and theories of contemporary (1960s-present day) rhetorical studies. Considering social constructs created by rhetoric(s), as they exist in cultural, historic, economic, and political contexts, we will engage the production of knowledge as a raced, gendered, ableist and contested process with material consequences that has served to normalize and legitimize some while de-legitimizing and even dehumanizing others.  In all, this course examines difference and power as rhetoric is practiced across cultures and publics.

**Course Materials**
**Online Blackboard materials**
We will read excerpted journal articles or book chapters/essays located on our course Blackboard site.

**Recommended Books**
Dolmage, Jay. *Disabled Upon Arrival: Eugenics, Immigration, and the Construction of Race and Disability*, 2018

Foss, Sonja K. *Rhetorical Criticism*, 5th ed., 2017.

**Course Requirements**
Required Work [Assignment Sheets, if any, will be located on our Blackboard course website]

**Reader Response (R & R's)**
This assignment will be due at the beginning of each class period from week two through week fourteen. Each week you will submit one question and one quote from each of the assigned readings (i.e. if three texts were assigned, you will have, at minimum, three quotes—one from each text). You should pose open-ended questions that generate conversation and cannot be answered with a "yes" or "no." Your question can address a specific reading or a theme running through several readings. Quotes may be anything from the readings that resonate with you. Along with the quote you will discuss why you find the quote significant. Personal reflections that are connected with the readings/discussions are perfectly appropriate for this assignment.

**Rhetorical Precis and Discussion Facilitation of Assigned Reading**
You are each expected to facilitate class discussion once in the semester. Sign up will be during week two. I will provide a detailed assignment sheet on Blackboard. You are required to meet with me in my office five days prior to your scheduled facilitation in order to discuss the approaches you are considering and any questions you may have. By the time of your scheduled facilitation you should have carefully and critically read through the week's readings. Before the day of your facilitation, you will submit to Blackboard a handout that includes rhetorical precis for the assigned readings/authors and an accompanying list of discussion questions. Finally, you should feel free to suggest up to 20 pages of additional readings for the class in anticipation of your own facilitation.

**Facilitation Pedagogical Reflection Paper**

PSU-DE PIERO-002194

A day or two after your facilitation, you will submit a 2-page reflection paper about your experience, focusing specifically on pedagogy. Include a short summary of the discussion, including the ways it did and did not go according to your plan. Again, I will provide a detailed assignment sheet for this assignment on our course website.

**Seminar Project**
You will have two options for the seminar project: 1) A literature review of a Rhetorical Studies narrative of your choosing, or 2) A syllabus, with an accompanying theoretical framework, for a Rhetorical Studies core course. Details forthcoming.

## Daily Schedule

**Week 1 The Politics of Historiography**
- "The Politics of Historiography"
- "Octalog II"
- Brooks "Reviewing and Redescribing 'The Politics of Historiography': Octalog I 1988"
- "Octalog III"
- "Rhetorical Historiography and the Octalogs"

**Week 2 Defining terms, constructing analytic frameworks, part I**
- Dolmage "Introduction: Immigration Has Never Been About Immigration"
- Perez "Sexing the Colonial Imaginary"
- Combahee River Collective "A Black Feminist Statement"
- Flores "Between Abundance and Marginalization"
- Foss "The Nature of Rhetorical Criticism"
- Foss "Doing Rhetorical Criticism"

**Week 3 Defining terms, constructing analytic frameworks, part II**
- Booth "How Many Rhetorics"
- Ratcliffe "Rhetorical Listening: A Trope for Interpretive Invention and a 'Code of Cross-Cultural Conduct'"
- Gilyard "Introduction: Aspects of African American Rhetoric as a Field"
- Driskill "Decolonial Skillshares: Indigenous Rhetorics as Radical Practice"
- Baca "te-ixtli: The 'Other Face' of the Americas"
- Mao and Young "Performing Asian American Rhetoric into the American Imaginary"
- Dolmage "Disability Studies of Rhetoric"

**Week 4 Rhetorics of Queer World-Making**
- Cox and Faris "An Annotated Bibliography of LGBTQ Rhetorics" pg. 1-11
- Chávez "The Differential Visions of Queer Migration Manifestos"
- Chávez "Homonormativity and Violence against Immigrants"
- Pritchard "Yearning to be What We Might Have Been: Queering Black Male Feminism"
- Pritchard "Black Girls Queer (Re)Dress: Fashion as Literacy Performance in *Pariah*"
- Craig "Courting the Abject: A Taxonomy of Black Queer Rhetoric"
Suggested Readings:
- Pritchard "Grace Jones, Afro Punk, and Other Fierce Provocations: An Introduction to 'Sartorial Politics, Intersectionality, and Queer Worldmaking'"
- Pritchard "Black Supernovas: Black gay designers as critical resource for contemporary black fashion studies"

**Week 5 Rhetorics of Access and Embodiment**
- Ribero "Citizenship" from *Decolonizing Rhetoric and Composition Studies*

PSU-DE PIERO-002195

- Chávez "The Body: An Abstract and Actual Rhetorical Concept"
- Dolmage "Ellis Island and the inventions of Race and Disability"
- Licona "Borderland Rhetorics and Third-Space Sites"
- Licona "Embodied intersections: Reconsidering Subject Formation and Binary Bodies"
- Licona and Luibhéid "The Regime of Destruction: Separating Families and Caging Children"

Suggested Readings:
- Maldonado, Licona & Hendricks "Latin@ Immobilities and Altermobilities Within the U.S. Deportability Regime"

**Week 6 Digital Rhetorics, Technologies, and New Media**
- Haas "Wampum as Hypertext: An American Indian Intellectual Tradition of Multimedia Theory and Practice"
- Banks from *Digital Griots* "Scratch: Two Turntables and a Storytelling Tradition" and "Groove: Synchronizing African American Rhetoric and Multimedia Writing Through the Digital Griot"
- Faris "How to be gay with locative media: The rhetorical work of Grindr as a platform"
- Kennedy "Designing for Human-Machine Collaboration: Smart Hearing Aids as Wearable Technologies"
- Dolmage "Technologies of Immigration Restriction"
- Boyle "Introduction: Questions Concerning the Practice of Rhetoric" from *Rhetoric as Posthuman Practice*

**Week 7 Rhetorical Literacies: Rhetorical Situations for Learning**
- Alvarez "Literacy" from *Decolonizing Rhetoric and Composition Studies*
- Alvarez "Brokering the Immigrant Bargain: Second-Generation Immigrant Youth Negotiating Transnational Orientations to Literacy"
- Pandey "Departures and Returns: Literacy Practices across Borders" from *South Asian in the Mid-South: Migrations of Literacies*
- Nordquist "Introduction" and "Literacy in Place and Motion" from *Literacy and Mobility*
- Winn "Building a 'Lifetime Circle': English Education in the Age of #BlackLivesMatter"
- Kynard "Stayin Woke: Race-Radical Literacies in the Makings of a Higher Education"

Suggested Readings:
- Winn "Toward A Restorative English Education"
- Winn and Behizadeh "The Right to Be Literate: Literacy, Education, and the School-to-Prison Pipeline"

**Week 8 Rhetorics of Race, Racism, and Whiteness**
- Villanueva "On the Rhetoric and Precedents of Racism"
- Schell "Racialized Rhetorics of Food Politics: Black Farmers, the Case of Shirley Sherrod, and Struggle for Land Equity and Access"
- Ore "Whiteness as Racialized Space: Obama and the Rhetorical Constraints of Phenotypical Blackness" from *Rhetorics of Whiteness*
- Engles "Racialized Slacktivism: Social Media Performances of White Antiracism"
- Martinez "The Responsibility of Privilege" from *Rhetorics of Whiteness*
- Sanchez "Trump, the KKK, and the Versatility of White Supremacy Rhetoric"

**Week 9 Spring Break**

**Week 10 Decolonial Rhetorics, Cultural Rhetorics**
- Ruiz and Sánchez "Introduction: Delinking" from *Decolonizing Rhetoric and Composition Studies*

PSU-DE PIERO-002196

- The Cultural Rhetorics Theory Lab "Our Story Begins Here: Constellating Cultural Rhetorics"
- Villanueva "Rhetoric of the First 'Indians': The Taínos of the Second Voyage of Columbus" from *Rhetorics of the Americas*
- Ong "Transnational Asian American Rhetoric as a Diasporic Practice"
- Sano-Franchini "Cultural Rhetorics and the Digital Humanities: Toward Cultural Reflexivity in Digital Making"
- Cobos, et. al "Interfacing Cultural Rhetorics: A History and a Call"

**Week 11 Rhetorics of Access and "Diversity"**
- Ahmed "The Language of Diversity"
- Kerschbaum "The Market for Diversity in Higher Education"
- Dolmage "Eating Rhetorical Bodies"
- Wood "Rhetorical Disclosures: The Stakes of Disability Identity in Higher Education"
- Walters "Defining a Rhetoric of Touch"
- Hitt "Rhetorical Identification Across Difference and Disability"

**Week 12 The future of Contemporary Rhetorics: Looking back toward looking forward, part I**
- Burke "Traditional Principles of Rhetoric" from *A Rhetoric of Motives*
- Berlin "Revisionary Histories of Rhetoric: Politics, Power, and Plurality"
- Vitanza "Taking A-Count of a (Future Anterior) History of Rhetoric as 'Libidinalized Marxism' (A PM Pastiche)"
- Borrowman, et. al "Introduction: At the Conjunction of Rhetoric and Composition—The Contributions of Theresa J. Enos"
- Miller "The Impossible Rhetoric: The Impossible Composition"
- Crowley "Pure Rhetoric"

**Week 13 The future of Contemporary Rhetorics: Looking back toward looking forward, part II**
- Cortez "History" from *Decolonizing Rhetoric and Composition Studies*
- Chávez "Beyond Inclusion: Rethinking Rhetoric's Historical Narrative"
- Martinez "Core-Coursing Counterstory: On Master Narrative Histories of Rhetorical Studies Curricula"
- Wetherbee Phelps "Traveling Time's Arrow in Rhetoric and Composition: The Janus Face of Doctoral Education"
- Vitanza "An After/Word: Preparing to Meet the Faces That 'We' Will Have Met"

**Week 14 Seminar Project/Paper Workshops**
**Week 15 Writing Day**
**Week 16 Seminar Project /Paper Final Draft Due**

PSU-DE PIERO-002197

## RE: Complaint

### Marranzini, Lisa Rose <lrc3@psu.edu>

Wed 1/5/2022 5:25 PM

To:Naydan, Liliana Marika <lmn122@psu.edu>
Cc:Baer, Friederike <fbb10@psu.edu>;Salguero, Pierce <salguero@psu.edu>

Hi Lila. Thank you for sharing this concern. Friederike and I just met with the AAO staff, and we have a plan to formally address this situation. We will schedule a meeting with you once we are in a position to share outcomes from our related discussions. I appreciate your understanding and patience as we work through this.

Kind regards,
Lisa

Lisa Marranzini, M.S., SPHR, SHRM-SCP
Senior Director of Business Operations and Administration, Penn State Abington
Regional HR Strategic Partner, Penn State Abington/Brandywine/Great Valley
1600 Woodland Road
Abington, PA 19001
215.881.7308
https://hr.psu.edu/

---

**From:** Liliana Naydan <lmn122@psu.edu>
**Sent:** Wednesday, January 5, 2022 2:44 PM
**To:** Marranzini, Lisa Rose <lrc3@psu.edu>
**Cc:** Baer, Friederike <fbb10@psu.edu>; Salguero, Pierce <salguero@psu.edu>
**Subject:** Complaint

Hi Lisa,

I just got off of the phone with Friederike (copied here) to inform her that Zack De Peiro went around me yesterday by going to Stayce McMackin to change his Spring 2022 in-person Writing Program course to Zoom. I'm not comfortable with him going around me as I am his Program Coordinator, and I want HR to be aware that I am having another incident in a very long string of incidents with him.

Please let me know if there's anything I can do to formalize my complaint about Zack's disrespect of me at work and his insubordination. I've also copied Pierce because he's the ombudsperson and I'd like him to be aware of these incidents with Zack.

Lila

Liliana M. Naydan, Ph.D.
Associate Professor of English
Writing Program Coordinator
English Program Chair
Penn State Abington
1600 Woodland Road
Abington, PA 19001
(Pronouns: she, her, hers)

*Flat-World Fiction: Digital Humanity in Early Twenty-First-Century America*
https://ugapress.org/book/9780820360553/flat-world-fiction/

PSU-DE PIERO-002265

| **From:** | "Lee-Amuzie, Grace" <exl457@PSU.EDU> |
| **Sent:** | Thur 11/12/2020 5:58:28 AM (UTC-05:00) |
| **To:** | "AB-FACULTY@LISTS.PSU.EDU" <AB-FACULTY@LISTS.PSU.EDU> |
| **Subject:** | Counterstory: The Rhetoric and Writing of Critical Race Theory (Nov 13, 12:15 pm) |

Dear Colleagues,

Please consider attending the presentation by Dr. Aja Martinez for a conversation on antiracism and pedagogy. See the full description of the event below.
=============

You are invited to a presentation and dialogue about critical race theory and antiracism by Dr. Aja Martinez. This is the final scheduled presentation in our **Arts and Humanities as Activism** series. Note that this event will be focused on pedagogy and of interest primarily to faculty. Please join us for an engaging conversation on an important and timely topic.


# Counterstory: The Rhetoric and Writing of Critical Race Theory (Nov 13, 12:15 pm)
### Zoom: https://psu.zoom.us/j/93390335909

**AjaY. Martinez** is assistant professor of writing and rhetoric at the University of North Texas, and her work in counterstory as a critical race studies methodology speaks to ongoing dialogue about antiracism. Her single-authored monograph, *Counterstory: The Writing and Rhetoric of Critical Race Theory*, has been published with Studies in Writing and Rhetoric.

Organizing committee:Lila Naydan, Steve Cohen, and Grace Lee-Amuzie

PSU-DE PIERO-002371

# Counterstory

## THE RHETORIC AND WRITING OF CRITICAL RACE THEORY

AIMSS and The Writing Program Present:

# Counterstory: A Presentation by Aja Martinez

Aja Y. Martinez is assistant professor of writing and rhetoric at the University of North Texas; her work on counterstory as a critical race studies methodology speaks to ongoing dialogue on antiracism.

**FRIDAY, NOVEMBER 13 - 12:15-1:30PM**
HTTPS://PSU.ZOOM.US/J/93390335909

Funding provided by the Schreyer Institute



*Grace Eunhye Lee Amuzie, Ph.D*

PSU-DE PIERO-002372

*Assistant Teaching Professor of Applied Linguistics*
*Coordinator of Academic Integration for Multilingual Student Success (AIMSS)*
*Penn State University, Abington College*
*326 Sutherland Bldg, 1600 Woodland Road*
*Abington, PA 19001*
*215-881-7458*
*exl457@psu.edu*
*(pronouns: she/her)*

PSU-DE PIERO-002373

| | |
|---|---|
| **From:** | "Lee-Amuzie, Grace" <exl457@psu.edu> |
| **Sent:** | Wed 11/11/2020 12:15:09 PM (UTC-05:00) |
| **To:** | "Naydan, Liliana Marika" <lmn122@psu.edu>, "Cohen, Stephen F" <uuc91@psu.edu> |
| **Subject:** | Re: Checking in with Aja |

I just saw Lila's Canvas message to writing program faculty. Thanks, Lila!

I'll email the campus tomorrow through listserv and a final reminder to WP Canvas group on Friday. That way, WP faculty get to see the reminder every day, not twice on the same day.

---
*Grace Eunhye Lee Amuzie, Ph.D*
*Assistant Teaching Professor of Applied Linguistics*
*Coordinator of Academic Integration for Multilingual Student Success (AIMSS)*
*Penn State University, Abington College*
*326 Sutherland Bldg, 1600 Woodland Road*
*Abington, PA 19001*
*215-881-7458*
*exl457@psu.edu*
*(pronouns: she/her)*

---

**From:** Liliana Naydan <lmn122@psu.edu>
**Sent:** Wednesday, November 11, 2020 7:45 AM
**To:** Cohen, Stephen F <uuc91@psu.edu>; Lee-Amuzie, Grace <exl457@psu.edu>
**Subject:** Re: Checking in with Aja

Hi! I don't think it's too much. I also think I should be the one to send at least one reminder to the WP. How about I email Aja and the WP today and someone else email the campus listserv again any time and the WP Canvas group on Friday?

Lila

On Wed, Nov 11, 2020, 6:04 AM Cohen, Stephen F <uuc91@psu.edu> wrote:

I think maybe both? Do you all think a reminder today and then again on Friday right before the event is too much?

Sent from my iPhone

On Nov 11, 2020, at 5:27 AM, Lee-Amuzie, Grace <exl457@psu.edu> wrote:


Hi Both,

My last email to her was on 10/21. That's about three weeks ago. Can you send her one last confirmation email?

I'll send one last event reminder to writing program faculty via Canvas and all faculty via

PSU-DE PIERO-002418

listserv tomorrow. If you think today or Friday morning might be a better time to receive the reminder, let me know.

Grace

---
*Grace Eunhye Lee Amuzie, Ph.D*
*Assistant Teaching Professor of Applied Linguistics*
*Coordinator of Academic Integration for Multilingual Student Success (AIMSS)*
*Penn State University, Abington College*
*326 Sutherland Bldg, 1600 Woodland Road*
*Abington, PA 19001*
*215-881-7458*
*exl457@psu.edu*
*(pronouns: she/her)*

---

**From:** Liliana Naydan <lmn122@psu.edu>
**Sent:** Tuesday, November 10, 2020 9:33 PM
**To:** Cohen, Stephen F <uuc91@psu.edu>; Lee-Amuzie, Grace <exl457@psu.edu>
**Subject:** Checking in with Aja

Hi Both,

Should I write to Aja and check in with her to confirm that she's set for Friday?  Or has one of you written to her yet?  Let me know if I should write to her!

Lila

Liliana M. Naydan, Ph.D.
Associate Professor of English
Writing Program Coordinator
**English Program Chair**
Sutherland 320A
Penn State Abington
1600 Woodland Road
Abington, PA 19001
215-881-7585 (Office)
(Pronouns: she, her, hers)

PSU-DE PIERO-002419

| | |
|---|---|
| **From:** | "Lee-Amuzie, Grace" <exl457@psu.edu> |
| **Sent:** | Mon 8/17/2020 3:33:00 PM (UTC-04:00) |
| **To:** | "Naydan, Liliana Marika" <lmn122@psu.edu> |
| **Subject:** | Re: Re: Invitation |

Thanks. I'm using explicit racial expressions that I have avoided using in my past presentations in fear of making people uncomfortable. I'm learning to embrace the fear. If I don't learn how to do that now when there are people who are willing to listen for the first time, I feel like I might never be able to.

I had to arrange child care for tomorrow morning which was no fun because Covid 19. It's a crazy difficult to make a childcare arrangement. Don't feel like you have to attend my session. I'll let you know how it went if you don't make it.

---
*Grace Eunhye Lee Amuzie, Ph.D*
*Assistant Teaching Professor of Applied Linguistics*
*Coordinator of Academic Integration for Multilingual Student Success (AIMSS)*
*Penn State University, Abington College*
*326 Sutherland Bldg, 1600 Woodland Road*
*Abington, PA 19001*
*215-881-7458*
*exl457@psu.edu*
*(pronouns: she/her)*

---

**From:** Liliana Naydan <lmn122@psu.edu>
**Sent:** Monday, August 17, 2020 3:22 PM
**To:** Lee-Amuzie, Grace <exl457@psu.edu>
**Subject:** Re: Re: Invitation

Don't freak out!  It'll be great!  I'm hoping to be able to attend.
Lila

Liliana M. Naydan, Ph.D.
Associate Professor of English
Writing Program Coordinator
**English Program Chair**
Sutherland 320A
Penn State Abington
1600 Woodland Road
Abington, PA 19001
215-881-7585 (Office)
(Pronouns: she, her, hers)


On Mon, Aug 17, 2020 at 3:08 PM Lee-Amuzie, Grace <exl457@psu.edu> wrote:

Unless Steve met her before and wants to send an invitation, I'll do it tomorrow after Abington Academy.

I'm freaking out at the moment as I'm preparing for my session.

---
*Grace Eunhye Lee Amuzie, Ph.D*

PSU-DE PIERO-002458

*Assistant Teaching Professor of Applied Linguistics*
*Coordinator of Academic Integration for Multilingual Student Success (AIMSS)*
*Penn State University, Abington College*
*326 Sutherland Bldg, 1600 Woodland Road*
*Abington, PA 19001*
*215-881-7458*
*exl457@psu.edu*
*(pronouns: she/her)*

---

**From:** Liliana Naydan <lmn122@psu.edu>
**Sent:** Monday, August 17, 2020 1:33 PM
**To:** Lee-Amuzie, Grace <exl457@psu.edu>
**Cc:** Cohen, Stephen F <uuc91@psu.edu>
**Subject:** Re: Re: Invitation

Hi!  I don't know Aja, so I think it would be great if you sent the email to share the load, Grace--as long as Stephen likes the idea of contacting Aja.
Lila

Liliana M. Naydan, Ph.D.
Associate Professor of English
Writing Program Coordinator
**English Program Chair**
Sutherland 320A
Penn State Abington
1600 Woodland Road
Abington, PA 19001
215-881-7585 (Office)
(Pronouns: she, her, hers)


On Mon, Aug 17, 2020 at 12:08 PM Lee-Amuzie, Grace <exl457@psu.edu> wrote:

Hi both,

Thanks for this list of potential speakers, Lila.

How about we try Aja Martinez? I haven't read her work before, but I love the article you sent.

Has either of you met her in person or interacted with her in some ways? If not, I'm happy to send an invitation this time to share the load.

Grace

---
*Grace Eunhye Lee Amuzie, Ph.D*
*Assistant Teaching Professor of Applied Linguistics*
*Coordinator of Academic Integration for Multilingual Student Success (AIMSS)*
*Penn State University, Abington College*
*326 Sutherland Bldg, 1600 Woodland Road*
*Abington, PA 19001*
*215-881-7458*
*exl457@psu.edu*

PSU-DE PIERO-002459

*(pronouns: she/her)*

---

**From:** Liliana Naydan <lmn122@psu.edu>
**Sent:** Sunday, August 16, 2020 10:15 PM
**To:** Lee-Amuzie, Grace <exl457@psu.edu>
**Cc:** Cohen, Stephen F <uuc91@psu.edu>
**Subject:** Re: Re: Invitation

Hi Both,
I don't know if we could get to that high a sum ourselves.  We would have to make this a statewide event, I think, and I worry it wouldn't be worth $3000 as such.  I also asked around, and Vershawn Young and Frankie Condon would ask for at least 2k, so I don't know that it's worth asking them.  I have some other initial ideas for speakers, though:

https://thecollege.syr.edu/people/faculty/martinez-aja-y/

https://www.wcupa.edu/arts-humanities/english/sCraig.aspx

https://www.linkedin.com/in/collin-craig-b9072583/

https://writingrhetoric.nd.edu/faculty/talisha-haltiwanger-morrison/

I in particular think Aja Martinez would be great.  Have you read her scholarship?  I love the attached article in case you want to get a sense of her work.

Lila

Liliana M. Naydan, Ph.D.
Associate Professor of English
Writing Program Coordinator
**English Program Chair**
Sutherland 320A
Penn State Abington
1600 Woodland Road
Abington, PA 19001
215-881-7585 (Office)
(Pronouns: she, her, hers)

On Sun, Aug 16, 2020 at 10:02 PM Lee-Amuzie, Grace <exl457@psu.edu> wrote:

Even with an additional funding from AEC, we won't be getting close to what he is asking.

Are there other sources of funding we could tap into?

---
*Grace Eunhye Lee Amuzie, Ph.D*
*Assistant Teaching Professor of Applied Linguistics*
*Coordinator of Academic Integration for Multilingual Student Success (AIMSS)*
*Penn State University, Abington College*
*326 Sutherland Bldg, 1600 Woodland Road*

PSU-DE PIERO-002460

*Abington, PA 19001*
*215-881-7458*
*exl457@psu.edu*
*(pronouns: she/her)*

---

**From:** Liliana Naydan <lnaydan@gmail.com>
**Sent:** Sunday, August 16, 2020 8:52 PM
**To:** Lee-Amuzie, Grace <exl457@psu.edu>; Cohen, Stephen F <uuc91@psu.edu>
**Subject:** FW: Re: Invitation

See below...


Sent via the Samsung Galaxy S7, an AT&T 4G LTE smartphone


-------- Original message --------
From: Asao Inoue <asao@asu.edu>
Date: 8/16/20 8:21 PM (GMT-05:00)
To: Liliana Naydan <lmn122@psu.edu>
Subject: Re: Invitation


Hi Liliana,


So nice to hear from you and to get this really nice offer. I'm humbled you would like me to speak to your university faculty/community. I would love to do this. Were you thinking I'd do this in the fall or spring semester? I have time in both, and of course, likely this will be by Zoom or remotely.


Before we get to far, I should let you know that I'm asked a lot to do stuff like this, and I take each one very seriously, so I prepare carefully. It also means I cannot do all that I'm asked, particularly since I have lots of other commitments. To help with this, I have to ask for the same honorarium to all, unless there's some reason not to. I'm not sure I see that here. My typical honorarium for such speaking engagements is $3,000. I know, that's way more than you likely have. But this is how I help protect my time and sanity.


I hope we can do something, but I understand if it isn't possible. Let me know what is possible.


Peace


-- Asao B. Inoue

PSU-DE PIERO-002461

Professor & Associate Dean for Academic Affairs, Equity, and Inclusion

College of Integrative Sciences and Arts

**Arizona State University**

7271 E Sonoran Arroyo Mall

Mesa, AZ 85212-6415


Campus Office:

Mail Code: 0604

1000 S. Forest Mall
440A Ira D. Payne Education Hall (EDB)
Tempe, AZ 85281


Twitter: @AsaoBInoue

Pronouns: He/Him/His


**From:** Liliana Naydan <lmn122@psu.edu>
**Date:** Wednesday, August 12, 2020 at 6:53 PM
**To:** Asao Inoue <asao@asu.edu>
**Subject:** Invitation


Dear Professor Inoue,


I'm an English professor and the Writing Program Coordinator at Penn State Abington, and I'm writing to see whether you might have time to give a virtual talk to our campus community about your wonderful work on antiracism and writing pedagogy.  We're a small public liberal arts college in the greater Philadelphia area, and in some semesters, we have a majority minority student body.  We have a far less diverse faculty--one that is committed to our institutional social justice mission and one that would greatly benefit from a talk of the kind that I imagine you would give.  We'd be open to whatever specific subject you'd like to talk about it, and we'd be open to whatever format would suit you best.  We're also flexible about dates and largely flexible about times, though MWF 12:15 to 1:15 EST or EDT is when you would draw the biggest crowd because that's our common break (a time at which no one is teaching or taking courses).

PSU-DE PIERO-002462

I'm a big fan of your work and hope you'll consider this request.  If you're interested, we'd be happy to look into an honorarium.  In the past, we've been able to give approximately $300 per speaker.  That may have changed due to the current crisis, but we would push for that sum if you feel it's sufficient.

By the way, you gave a blurb to the back of my most recent co-edited book, *Out in the Center: Public Controversies and Private Struggles*.  If nothing else, I appreciate this opportunity to write to you to thank you for your kind words.

I'm looking forward to hearing from you.

Lila (pronounced lee-la)

Liliana M. Naydan, Ph.D.
Associate Professor of English

Writing Program Coordinator

## English Program Chair

Sutherland 320A
Penn State Abington
1600 Woodland Road
Abington, PA 19001

215-881-7585 (Office)

(Pronouns: she, her, hers)

PSU-DE PIERO-002463

# Articles

## A Plea for Critical Race Theory Counterstory: Stock Story versus Counterstory Dialogues Concerning Alejandra's "Fit" in the Academy

*Aja Y. Martinez*

This essay in counterstory suggests a method by which to incorporate critical race theory (CRT) in rhetoric and composition, as a contribution of other(ed) perspectives toward an ongoing conversation in the field about narrative, dominant ideology, and their intersecting influence on programmatic and curricular standards and practices. As a narrative form, counterstory functions as a method for marginalized people to intervene in research methods that would form master narratives based on ignorance and on assumptions about minoritized peoples like Chican@s. Through the formation of counterstories, or those stories that document the persistence of racism and other forms of subordination, voices from the margins become the voices of authority in the researching and relating of our own experiences. Counterstory serves as a natural extension of inquiry for theorists whose research recognizes and incorporates, as data, lived and embodied experiences of people of color. This essay argues it is thus crucial to use a narrative methodology that counters other methods that seek to dismiss or decenter racism and those whose lives are affected daily by it.

---

My story is grounded in research and experience acquired through my 28-year academic journey. I am Chican@,[1] student, professor, and am embedded in the academy. However, because I am Chicana[2], my path has been riddled with pain, anguish, and what Tara J. Yosso refers to as "survivor's guilt." Why me? Why did I "make it" out of the Southside of Tucson when so many of my classmates were left behind? "Why her?" is what I have painfully come to know others—peers, family, and colleagues—have wondered about me as well. During my time in the academy, I have met barriers of institutional racism, sexism, and classism in courses I have taken, courses I teach, and through interactions with colleagues and professors. Granted, prior to my time as a graduate student and as a faculty member in higher education, I was surely not beyond the reach of these various "-isms"; however, I have been awakened to an awareness of them through a combination of maturing into adulthood, taking courses in which literatures about social injustice

*Composition Studies 42.2 (2014): 33–55*

PSU-DE PIERO-002576

and post-colonialism have been provided, and unrelenting experiences in the institution in which my race is continually targeted by colleagues, students, and professors as a personal and professional deficit when I struggle, and as an unfair advantage when I succeed.

I am compelled to describe these experiences coupled with knowledge provided by other scholars who have found it necessary to speak from marginalized spaces like mine. And because I come from a culture in which the oral tradition as taken from lived personal experience is valued as "legitimate knowledge" (Delgado Bernal and Villalpando 169), I must write this essay as testimony because I cannot continue to forge an academic career without documenting the persistence of racism in the field of rhetoric and composition and in the academy at large. Through a method of storytelling that "challenges mainstream society's denial of the ongoing significance of race and racism" (Yosso 10), this essay illustrates a composite portrait told through counterstory (a methodology of critical race theory (CRT)) to inform our field as it faces a major demographic shift. I focus my work on Chican@s because this is the fastest growing population in the academy (U.S. Department of Education), a group from which I feel I can draw upon my "cultural intuition" (11). However, the theoretical, pedagogical, and methodological strategies based on CRT can certainly be adapted to assist other historically marginalized and underrepresented groups in the academy.

## The Pipeline: Reason for Concern

According to the 2010 United States Census, roughly fifty million or 16% of the United States population is Latin@ (Ennis et al.). Since the 2000 Census, the Latin@ population has grown 43%, with the largest growth occurring in the Chican@ community, which increased 54%. Currently, 65% of the now 16% United States Latin@ population are Chican@, making people of Mexican origin or decent the largest Latin@ population in the United States. College enrollment for Latin@s has jumped 65% since 2000; however, completion of degrees in higher education do not reflect this growth (U.S. Department of Education).

PSU-DE PIERO-002577



Fig. 1. The Chicana/o Educational Pipeline illustrating low academic outcomes at each point along the educational pipeline in 2000. (From Tara J. Yosso and Daniel G. Solorzano, *The Chicano and Chicano Educational Pipeline,* CSRC Policy and Issues Brief No. 13. Los Angeles: UCLA Chicano Studies Research Center Press, 2006).

In "The Chicana and Chicano Educational Pipeline," Tara J. Yosso and Daniel G. Solórzano illustrate the Chican@ educational pipeline as gathered from the 2000 United States Census (specific to the category "Hispanic," and disaggregated to account for Chican@s, see fig. 1). According to the 2000 Census, only 9% of Chican@s enroll in four-year colleges, 8% graduate with a bachelor's degree, and less than 1% of the latter graduate with a doctoral degree. In 2010 the United States Department of Education's National Center

PSU-DE PIERO-002578

for Education Statistics released a report on enrollment and completion trends based on the 2010 United States Census. Eight percent of Latin@s completed bachelor's degrees in 2010, compared to the 6% of Latin@s who completed them in 2000, translating to a 2% increase in ten years. Three percent of Latin@s completed doctorates in 2000 compared to 4% in 2010. If this data were disaggregated to account for Chican@s as an isolated category, the 2010 data would likely not reflect a significant increase in completion reflective of enrollment trends.

In "On the Rhetoric and Precedents of Racism," Victor Villanueva cites field-specific numbers concerning Latin@s/Chican@s in rhetoric and composition. Villanueva reports that in 1995, 26 of the 1,373 individuals who earned doctorates in English language and literature were Latin@, which rounds out to 2% (651). In 2010 there were a total of 1,334 doctorates in this discipline with 40 earned by Latin@s, thus representing only 3% of the degrees conferred, so in all, a 1% increase in fifteen years (U.S. Department of Education). As a more representative sample of the demographics specific to rhetoric and composition, Villanueva details the break down of CCCC membership, reporting that in 1999 Latin@s accounted for 1% of all members. As of 2012, Latin@ membership has risen to 2%, reflecting a 1% increase in approximately 10 years (Suchor). If I were to break down any of these statistics further, I am sure that someone like me—a first-generation Chicana, single mother resulting from a teen pregnancy—is an anomaly. Because of the numbers reflecting enrollment of Latin@s that are disproportionate to their success and completion rates, institutions and individual programs urgently need to examine the disconnect preventing entire fields from serving this burgeoning student demographic. The statistics on Latin@ student success and retention, and my own personal experience, reflect the fact that higher education, and particular to this study, rhetoric and composition, are in need of theory, practice, and methods that better serve individuals from underrepresented backgrounds.

## A Call for CRT

In "Working with Difference: Critical Race Studies and the Teaching of Composition," Gary A. Olson calls for greater attention in the field of rhetoric and composition on CRT so as to assist writing programs and their instructors to become better prepared, pedagogically and administratively, for underrepresented student populations (209). Olson contends that CRT provides our field with the tools by which to interrogate the effects of racial bias that actively impede success and retention in rhetoric and composition for marginalized students. Despite important contributions from scholars such as Keith Gilyard, Shirley Wilson Logan, and Jacqueline Jones Royster, Latin@s in this field have but two influences significantly referencing a theory on race schol-

PSU-DE PIERO-002579

arship concerning Latin@s—Gloria Anzaldúa and Victor Villanueva. Even so, as Olson suggests, "[rhetoric and composition] has witnessed no sustained examination of race, racism, and the effects of both on composition instruction and effective writing program administration" (209). Like Olson, I suggest we turn to CRT, but I extend this argument to focus on methodology, counterstory, in our field's pursuit of actively challenging the status quo with regard to institutionalized prejudices against racial minorities that proliferate in United States institutions of higher education.

Particular to CRT's counterstory, this method of research has potential for producing scholarship and informing pedagogy and mentorship in the field of rhetoric and composition. As an interdisciplinary method, CRT counterstory recognizes that the experiential and embodied knowledge of people of color is legitimate and critical to understanding racism that is often well disguised in the rhetoric of normalized structural values and practices. In this essay, I employ CRT counterstory as a hybrid form of scholarly inquiry and specifically rely on composite counterstorytelling as a writing genre. This form of counterstory differs from fictional storytelling by critically examining theoretical concepts and humanizing empirical data while also deriving material for counterstory's discourse, setting, and characters from sources. These include but are not limited to statistical data, existing literatures, social commentary, and professional/personal experiences concerning the topics addressed. As a writing form and a rhetorical methodology, I argue that counterstory has applications for both scholarly publication and craft in the composition classroom. However, the biggest hurdle to overcome in the present racialized era resides in programmatic and institutional recognition and acceptance of the ideology responsible for structural forms of inequality alive and well in the academy. In an effort to humanize this reality, this essay illustrates, through two tellings, a "stock story" and a counterstory, which serve as tellings of Chican@ experience along the educational pipeline, with a focus on the 0.2% completion rate of Chican@ PhDs. In an effort to provide talking points for our field to engage in pedagogical as well as programmatic planning (including admissions/hiring practices and mentoring), my counterstory contributes a perspective that expands dialogue and understanding as to why this completion rate of doctoral degrees for Chican@s is nearly non-existent.

## Richard Delgado and Counterstory versus Stock Story

In his foreword to Richard Delgado's *The Rodrigo Chronicles,* Robert A. Williams, Jr., calls Delgado's stories outsider stories. Williams says these stories "help us imagine the outside in America, a place where some of us have never been and some of us have always been, and where a few of us…shift-shape, like the trickster, asking the hard questions…without answers, questions

PSU-DE PIERO-002580

about what it means to be outside, what it means to be inside, and what it means to be in-between in America" (xii-xiii). Delgado characterizes counterstory as "a kind of counter-reality" created/experienced by "outgroups" subordinate to those atop the racial and gendered hierarchy. While those in power, or as Delgado offers, the "ingroup," craft stock stories to establish a shared sense of identity, reality, and naturalization of their superior position, the "outgroup aims to subvert that ingroup reality" ("Storytelling" 2412-13). Delgado describes stock stories as those that people in dominant positions collectively form and tell about themselves. These stories choose among available facts to present a picture of the world that best fits and supports their positions of relative power ("Storytelling" 2421). Stock stories feign neutrality and at all costs avoid any blame or responsibility for societal inequality. Powerful because they are often repeated until canonized or normalized, those who tell stock stories insist that their version of events is indeed reality, and any stories that counter these standardized tellings are deemed biased, self-interested, and ultimately not credible. Counterstory, then, is a method of telling stories by people whose experiences are not often told. Counterstory as methodology thus serves to expose, analyze, and challenge stock stories of racial privilege and can help to strengthen traditions of social, political, and cultural survival and resistance.

Delgado outlines several generic styles counterstories can take: chronicles, narratives, allegories, parables, and dialogues ("Storytelling" 2438). In this essay I extend his discussion of counterstory by crafting dialogues, with a nod to sophistic argument, that present two tellings of the same event. As a theoretical device, the dialogue is more than familiar in the field of rhetoric and composition and has been most notably employed by Plato to aid philosophical inquiry. Victor Villanueva reminds us that Plato's "writing is significant by virtue of its genre, an attempt at representation of dialogue, of storytelling…not as logocentric discourse but as representation of discourse *in action*" ("*Memoria*" 16; emphasis added). Also, Patricia Bizzell and Bruce Herzberg note the value Plato places on depicting oral exchanges because of their ability to respond "flexibly to *kairos,* the immediate social situation in which solutions to philosophical problems must be proposed" (81). Likewise, Delgado's specific method of placing two dialogues side-by-side provides him the opportunity to develop his ideas through exchanges between characters that represent and voice contending viewpoints on contemporary social issues. The audience is invited to first experience a version of the events from a status quo point of view, which in the case of this article's stock story represents that of the institution. Following the stock story, a counterstory is then presented to develop my marginalized viewpoint and to critique the viewpoint put forth by the stock story while offering alternative possibilities for the audience to

PSU-DE PIERO-002581

consider. I call this method of placing two dialogues concerning the same events side-by-side "stock story versus counterstory."

Beyond the styles of counterstory outlined by Delgado, Tara J. Yosso also explains these styles as generally composed in the autobiographical, biographical, or composite genre (10). For this essay, I compose my counterstories as composite dialogues, and an important feature of composite counterstory is the composite character. Composite characters are written into "social, historical, and political situations that allow the dialogue to speak to the research findings and creatively challenge racism and other forms of subordination" (Yosso 11). Because these characters are written as composites of many individuals, they do not have a one-to-one correspondence to any one individual (Delgado, *The Rodrigo Chronicles* xix). In many cases, and as is the case for this particular stock story versus counterstory, the composite characters are abstractions representing cultural or political ideologies, and could mistakenly be read as overly-stereotyped depictions of certain ideologies and politics. However, in the case of Delgado's work, and mine as well, composite characters in stock stories and counterstories represent more than just a single individual and are intentionally crafted to embody an ideology, such as institutional racism or a Chican@ academic identity. Accordingly, the stock story and counterstory crafted in this essay feature dialogues conducted among composite characters that represent university professor stocktypes, Chican@ students, and parents of underrepresented students.

## A Stock Story Discussing a Chicana Graduate Student's Status as Qualified to Proceed in her PhD Program

In the particular graduate program providing the setting for this story, a qualifying exam is conducted to assess students' potential for joining the professional conversation in the field of rhetoric and composition. This exam consists of a meeting between students and the program director during which the director engages in an assessment of each student's record in the program and the writing in her/his portfolio. The materials in the portfolio are meant to provide the director with a detailed sense of the student's analytical and writing skills. Aspects of the student's scholarship in the portfolio are evaluated based on a reflective essay and other academic writing (seminar papers) by the student. These writings indicate whether the student can step back from her/his writing and recognize her/his strengths and weaknesses as a scholarly writer and whether the student has developed a research trajectory indicative of her/his ability to perform graduate level work. In this story's program, the qualifying examination is intended as a mentoring opportunity for the student and program director to have useful conversations about the student's possibilities for writing and research. This particular step

PSU-DE PIERO-002582

in the graduate school process was chosen because it serves a programmatic gatekeeping function for graduate students and can be especially problematic for underrepresented students, like the student discussed next.

## The Stock Story

*Setting.* The program director and two professors are in a department conference room to discuss Alejandra Prieto, a Chicana graduate student who has failed her qualifying exam. In this program, as in others, if a student does not pass the qualifying exam, then a committee of professors will discuss the student, her portfolio, and her ability to continue in the program. The committee in this stock story consists of the program director and two professors, all of whom are white. The program director, D. Mosley, is male, from a middle class background, and tenured. One of the professors, F. Hayden, is male, from a working class background, and untenured, and the third professor, J. Tanner, is female, from an upper-middle class background, and tenured. Alejandra has completed her first full year of the PhD program after entering the program with a BA in sociology. The reasons for the committee's meeting are to discuss the student's failed attempt to pass her qualifying exam and faculty concerns about the student's research interests, writing ability, and an assigned final grade of C in a core program course (Cs in this graduate program constitute a failing grade; two Cs can result in expulsion.)

Mosley: Thank you for finding the time to meet today. I know the beginning of the semester is a busy time for us all, so I'm glad we could all decide on a time at last. Now I know you are unfamiliar with this sort of meeting, but it's official procedure after a student has failed his/her qualifying exam.

Tanner *[teasing]*: Yes, Mosley, I went ahead and double-checked the program handbook to see that this meeting was a legitimate way to proceed, considering we've *never* experienced a student failing her qualifying exam, at least not in the sixteen years I've been program faculty, not to mention the four additional years I served as chair.

Hayden: Well, that's not exactly true; I recall other faculty saying some students have been of questionable qualifying status before, but I hear they usually leave the program before we have to come to this stage of committee discussion.

Mosley: Either way, Alejandra's progress and status in the program have become a concern for those of us in the room today. After reviewing her course schedules for the past two semesters, I see that she's taken all but one of her courses from each of us, all courses in rhetorical theory and one in com-

PSU-DE PIERO-002583

position pedagogy with Dr. Burton. Of the four courses she's taken so far, Alejandra's grades are three A's, and one C, which Tanner assigned her. Now I met with Alejandra earlier this week regarding her qualifying exam and let her know concerns had been raised about her performance in class and her writing. I also had specific questions for her about the C she earned in your class, Tanner, to which she did not have an adequate answer. So I guess I'd like to start there with what happened in your class; what's your assessment of this student?

Tanner: Well, to be honest, she's a sweet girl, she really is. You know she even brought some sort of Mexican cake to class one day to share with everyone. Sweet girl. However, as I recall, I raised a major concern about this student when we were in committee meetings about new admits, and it's the same concern I'm raising now: Is this student a good *fit* for this program? You both served on the program admissions committee with me back when we were forming Alejandra's cohort and you both…

Hayden: Yes, Tanner, we remember how you objected to her admission because she would be starting the doctoral program with only a BA in what you deemed an unrelated field. But I also remember that she was one of a very few minority applicants that year, and, as an undergraduate, had impressive experience documented on her CV as a research assistant on nationally funded projects. Plus, with the direction our field needs to go concerning the changing demographics of student and faculty populations, it couldn't hurt to admit a student whose focus is on social issues related to race and education, rather than the mostly literature and creative writing folks we usually get. We need to be more interdisciplinary, you know that.

Tanner: That aside, Hayden, we're a top-five-ranked program, and we demand a lot from our students. Our curriculum is rigorous, and our students need to be the best and the brightest *in our field*, and it does nobody any favors to admit students who can't even tell you who and what the major theorists and journals of our time are!

Mosley: Okay, there's no reason to raise our voices. What we need is to return to the reason for this meeting, Alejandra's status as a student in this program. Talking about whether or not she should have been admitted is pointless because she's here, she's in the program, and we need to move forward and decide whether she should remain or go. Now, when I met with Alejandra for her qualifying exam, she was pretty emotional and not able to coherently discuss her progress in the program to this point. She even asked me outright if we admitted her as some sort of "affirmative action" recruit!

PSU-DE PIERO-002584

Tanner: [*mumbles something incoherent under her breath*]

Hayden: She didn't really ask that, did she? What did you say?

Mosley: She most certainly did, and I denied it, of course. This program, because of its ranking and rigor, is strictly merit-based, and I told her as much. Curiously she somehow knew she wasn't a first priority admit and was on our second list of admits.

Hayden: Well, I always thought it a bad idea to have grad student reps on admissions committees. They gossip too much, and sometimes damaging information falls into the ears of those never meant to hear it.

Mosley: Yes, well, back to the original question: Tanner, what happened in your class that resulted in this C on Alejandra's record?

Tanner: Right, well, did you ask her?

Mosley: I did, but I'd like to hear your perspective on the issue as well.

Tanner: Well, as I've said, again and again, Alejandra is just not a good fit for this program. She rarely spoke in my class, and the few times she did, her comments always drew the material back to her comfort zone of social oppression, particular to race. I mean sure, race is an issue, but it's all she wants to talk about! And then her writing! Her seminar paper was just not on par with the rest of the students, not in content or quality. She tried, in my opinion unsuccessfully, to tie everything she read and studied in my course back to what I feel are likely recycled papers from sociology courses or projects. That aside, this attempt she makes to fuse her old discipline and ours comes across as awkward, at best, in her prose. It's just not clear writing; there's no focus and no connection or contribution to the field. Plus, she doesn't even use MLA and seemingly makes no attempt to do so. I stand my ground and still contend she is not a good fit for this program. She *earned* that C in my course.

Hayden: Ouch, Tanner, a C may as well be an F in this program, but I hear what you're saying regarding her participation in class. I experienced the same thing in the course she took with me. She rarely ever spoke, which made me begin to question whether or not she read and, more so, if she even comprehended the material. I mean she was practically silent the whole semester.

Mosley: Did she ever miss class?

Tanner and Hayden: No.

PSU-DE PIERO-002585

Mosley: Yeah, she never missed a day of my course either, but I recall her silence as well. So Tanner, did you ever speak to her regarding your concerns about her classroom performance or her handling of course materials?

Tanner: She knew as well as any other student that I hold an open door policy. I am *always* happy to assist students in any way possible, and I set office hours and appointments with students whenever needed.

Mosley: Yes, I asked her during our meeting whether she ever visited you concerning her progress in your course or if she ever discussed her grade with you. She said she hadn't.

Tanner: No, she didn't, and as I've said, my door is *always* open to students.

Mosley: Well as the handbook states, the official purpose for this meeting is for us to discuss whether the student has made satisfactory progress, maintained a 3.5 grade point average, or had other problems in the program. We need to assess Alejandra's potential for joining the professional conversation in our field, and this is based on her record in the program, her writing in coursework, and her meeting with me as program director. After hearing both of your concerns, I'm pretty sure she shouldn't continue on toward the PhD. I'll be meeting with her again next week for a follow-up to her exam, and she and I will discuss a plan of what she should do next. I'm thinking it'll be in *her* best interest to just take the Master's and go. Are there any last topics either of you would like to discuss?

[*Tanner shakes her head no.*]

Hayden [*tentatively*]: You know, Mosely, I feel as if I'm pointing out the obvious, but I'm surprised this hasn't come up and that you're already considering she not continue in the program; despite Alejandra's C in Tanner's course, she did earn three A's in yours, mine, and Burton's courses. Does this not count as satisfactory progress? And come to think of it, for all the lack of contributions she made to course discussions, she did write really thoughtful, provocative reflection essays each week to the assigned reading in my course, so it was wrong of me to say and assume she didn't read or comprehend course material. And from what I remember, her seminar paper, while rough, was not any worse than those written by other first-years who came in with their BAs and, in fact, wasn't too far off the mark from what some MAs turn in. But Tanner, I think what makes her work…what's the word…difficult? Yes, I think her work is difficult for us to wrap our minds around because it's unconventional, probably by and large due to the fact that she approaches it from a perspective we're not trained in or accustomed to…

A Plea for Critical Race Theory Counterstory   43

PSU-DE PIERO-002586

Mosley: Yes, Hayden, I hear exactly what you're saying. In fact, she did speak at least once in my course, and it was to ask what the "Eastern canon of rhetoric" is? [*laughing*] Different perspective indeed!

Hayden: So then, maybe it's not that she doesn't show potential for joining the professional conversation in our field, but perhaps it's that she has potential to say things we're uncomfortable with because her research interests are beyond our areas of expertise and her approach is something we've just not experienced before. Potential…I think she has it but just requires a better investment in mentoring—on our part.

Mosley: Tanner?

Tanner [*shrugs*]: I'm just not interested in her work. I don't understand it. And to be perfectly honest, I feel we've all done the most we can to help this student be successful. Her difficulties and failures in this program are hers, not ours. And Hayden, for all the positives you point out, do they in all honesty outweigh this student's shortcomings? Are you seriously suggesting we all, as faculty, shoulder the responsibility of teaching her *how* to be a student, a scholar, and a professional in *our* field. It's a little late in the game for her to play catch up in that regard, and I'm not paid enough to take on this task. You're either ready or not. You're a good fit, or you're not, and from what I've seen, she's not prepared to jump in and be the graduate student our program has such a successful record of bringing to degree and placement. So what does taking on Alejandra's lack of preparedness mean for us? More work. You, Hayden, of all people should be wary of this situation, what with your teaching load and the fact you still have quite a publishing quota to meet before you go up for tenure in a couple years. Do you honestly have the time it's going to take to mentor an underprepared student like Alejandra? Can you truly commit to mentoring this individual and showing her the ropes of this profession while also juggling the responsibilities you have to your own career and to the students who *are* prepared and *truly* need you? A student like Alejandra is unfair to us as professors who are pressed for time as it is. As I've already said, I'm not paid enough to teach someone how to be a student, and even if I were, I just don't have the time, none of us do.

Hayden: I never really looked at it that way…but how about if we…

Mosley [*interrupting*]: Good points Tanner, I believe Hayden and I hear you loud and clear [*winks at Hayden*] [*Hayden shrugs, shakes his head and looks down*], and we share your concerns. There's never quite enough time or money, now is there? [*chuckles*] Okay, I'd like to thank you both for taking the

PSU-DE PIERO-002587

time to meet with me, and I'll take what you both have to say into serious consideration before meeting with Alejandra next week.

## A Counterstory in which a Chicana Graduate Student and Her Mother Discuss her Status as Qualified to Proceed in her PhD Program.

*Setting.* Alejandra has just left the office of D. Mosley, program director, after their follow-up meeting. The meeting consisted of Mosley recounting various talking points from the committee meeting (described in the stock story) and asking for Alejandra's response to the concerns raised by each professor in that meeting. The meeting lasted nearly an hour and resulted in Mosley suggesting that Alejandra consider finishing the program with the MA and perhaps seeking the PhD in another program or field. Tearfully, Alejandra calls her mother to discuss the meeting.

Alejandra: *¿Hola Mami, como estas?*

Mami [*concerned*]: *Bien. ¿Estás llorando mija? ¿Qué paso?* Was it your meeting?

Alejandra [*defeated*]: Yes…

Mami: Why, what happened?

Alejandra: He told me I should just take the Master's and go—

Mami: What?! And go? Go where? *¿Qué te dijo?*

Alejandra: I don't even know if it's worth getting into because he's right. I don't think I'm cut out for this program, maybe not even for grad school, I don't know…

Mami: Bullshit. *No es cierto mija.* You've worked too damn hard to start telling yourself "no" now…

Alejandra: I'm not telling myself "no" Mom; they are.

Mami: You have every right to be in that program, and no *pendejo* has the right to tell you that you can't…

Alejandra: But they're kicking me out.

Mami: Kicking you out? What exactly did he say?

Alejandra: Well, Dr. Mosley met with two of my professors to discuss my "progress and potential" in the program.

PSU-DE PIERO-002588

Mami: Which professors?

Alejandra: I've only taken four courses so far, and Dr. Burton is in Brazil for the semester, so beside Dr. Mosley, it had to be Dr. Hayden and Dr. Tanner.

Mami: Tanner? That *babosa* who gave you a C?

Alejandra: Yes, her…

Mami: Oh great.

Alejandra: So anyway, he said they all talked about my work in the program, and he told me they all "really like me as a person," and mentioned that Dr. Tanner had said how sweet I was because I brought Mexican cake to class one day to share with everyone…

Mami: That's nice *mija*, you did that?

Alejandra: No, I didn't; it was left-over cornbread from a barbeque place I went to the night before. And you raised me not to waste food, so I brought it in to share rather than throw it away.

Mami: What?! And because you're Mexican she assumes it's "Mexican cake"? Didn't you tell me once she's from the South? How can she not recognize cornbread when she sees it?

Alejandra: I don't know *Mami*; I think Dr. Mosley was just trying to give me a compliment before dropping the bomb.

Mami: Okay, so besides the cake, what else did he have to say?

Alejandra: He said each professor had specific concerns about my writing, my research interests, my classroom participation, and my overall "fit" for the program.

Mami: "Fit," what do they mean by that?

Alejandra: I don't know. Dr. Mosley's concerns about my research interests were really confusing. First, he asked how I think the fields of sociology and rhetoric and composition are related, but before he let me answer, he asked, "Do you really think the discussion of 'race' *still* has a place in this field?" Which I guess was his way of saying this field has already discussed race?

Mami: And so by "fit," is he saying your research interests in "race" aren't a fit for this field?

PSU-DE PIERO-002589

Alejandra: I don't know, but if you remember, one of the most racist things that ever happened to me was in Dr. Mosley's class.

Mami: *¿Qué?* Refresh my memory…

Alejandra: He gave us a list of fifteen theorists from this book called *The Rhetorical Tradition,* for the fifteen of us in the class to choose from and present to the rest of the class on their major contributions to our field. I don't know if people of color gravitate toward likeness, but the two of us in Dr. Mosley's class (me and this guy from St. Lucia) sat in the back corner, and by the time the list got to us, we looked at who was left and then both looked at each other with ironic grins. Guess who was left for us "colored" folks to choose from?

Mami: Who?

Alejandra: Frederick Douglass and Gloria Anzaldúa. You know who Douglass is right?

Mami: *Sí*, the black abolitionist, but I've never heard of Anzaldúa. *¿Es Mexicana?*

Alejandra: *Tejana,* and she identifies as Chicana, but isn't that crazy?

Mami: I know you're brown and got the *Tejana*, so does that mean the person who got Douglass is black?

Alejandra: Yep, Chev looks like what we'd classify as "black," but he's not African American. He's from the Caribbean, and me, well, I'm definitely not *Tejana,* and I've never called myself Chicana…

Mami: Right, you're Mexican. Your dad's Mexican, I'm Mexican, so you're Mexican.

Alejandra: Well, so I thought, but funny enough it was Dr. Mosley who called me "Chicana" today during our meeting. He said, "with your working class Chicana identity, you should have a wealth of cultural experiences to share and write about."

Mami: Why did he assume you're working class? If brown, then poor?

Alejandra: I know Mom; that's my point—it's all about assumptions in this program. No one bothers to ask me anything; they all just assume to know things about me, and it's like they all speak above me or around me, like I'm not here, as if it's easier for them to ignore me, unless I'm "sharing my wealth of cultural experiences"…

A Plea for Critical Race Theory Counterstory   47

PSU-DE PIERO-002590

Mami: Like the Mexican cake?

Alejandra [*chuckles*]: Yeah. Exactly.

Mami: So let me get this straight: Mosley doesn't want you to talk about race as it relates to his classroom or the field, but instead prefers that you talk about your culture? What's wrong with this picture? Only talk about race if it has to do with happy topics like *tamales*, *mariachi*, and *folklórico*? *No cambian las cosas.*

Alejandra: I feel like my presence makes the professors and students uncomfortable.

Mami: Okay, so I can see *they* don't understand the "fit" of your research interests, but what was all this *cagada* about your participation being a concern?

Alejandra: Oh that. Dr. Mosley said the faculty is worried because I never speak up in class.

Mami: You don't speak in class?

Alejandra: No, not really, but here's why: in Dr. Tanner's course, for example, I genuinely tried to engage the material because I really identified with the gender and socioeconomic class issues brought up by the theorists she had us read, but when I would ask in class why race wasn't part of the discussion, since I know race, class, and gender are so interconnected in this country, Tanner would shut me down, every time. She'd say things like "well that's not really rhet/comp material you're referring to," when I'd cite sociologists who discussed the same issues but with race as a focus. I felt unwelcome in her class, like the knowledge I brought with me, from sociology and from my personal perspective concerning race, was always automatically dismissed, because, according to her, I wasn't really using a rhet/comp perspective.

Mami: So you didn't feel like you could make a contribution to the conversation? But I thought they brought you into the program because of your sociology background, because it was—what was the word?

Alejandra: Interdisciplinary. Right, that's what I was told too, but now Dr. Mosley's saying they're unsure if I'm a good "fit." And maybe I'm not a good fit. In Tanner's class I just felt defeated. So silence became my refuge; it seemed like my only immediate option for survival.

Mami: Mija, I'm sorry, that sounds terrible, I had no idea…

PSU-DE PIERO-002591

Alejandra: It's alright, *Mami*. But what I guess I don't understand about the students I'm in class with is this constant chatter they engage in—and that, according to Dr. Mosley, they're expected to engage in. But it happens in every class I take, so I guess I understand the professors' concern that I don't speak, but Dr. Mosley actually asked if my silence was due to the fact that maybe I had trouble comprehending the material?

Mami: What?! What a terrible assumption to make!

Alejandra: *Mami*, to them silence equals lack of comprehension. And it wasn't that I didn't "get it"; I just wasn't prepared to contribute to half of the discussions taking place because I'm new to the field. I'm still learning. And the few times I did speak, I was either shut down or given strange looks as if I said something disturbing. So I decided silence would be my best strategy for the time being. It's as if there's some cultural standard in grad school that I don't understand and am completely out of place in.

Mami: It sounds more like a foreign country than just school, but what I don't fully understand yet is how you got to the point in the conversation where Mosley said you should take the Master's degree and go.

Alejandra: Oh right, well, he brought up the C in Dr. Tanner's course and said Dr. Tanner claimed I never spoke to her about it and never sought her out during the semester for help in the course. But I basically told Dr. Mosley I'm terrified of Dr. Tanner, that she was so hostile, unwelcoming, and discrediting toward me in her class that the last thing I wanted to do was put myself in a vulnerable position like office hours with her, especially after the heinous grade she assigned me. *Mami*, a C in this program is pretty much an F, and an F-U, for that matter. I hope never to work with her again and will avoid her at all costs.

Mami: So what did Mosley have to say about that?

Alejandra: Well, Mosley didn't like that I haven't attempted to resolve this grade issue with Dr. Tanner and pretty much concluded the meeting with his recommendation that I finish the Master's and perhaps look into other programs for doctoral work.

Mami: And how do you feel about his recommendation? I've noticed you're not crying anymore…

Alejandra: Well, to be honest *Mami*, now that I've had the opportunity to talk about it, I don't feel sad anymore. I'm kinda pissed. It makes me mad that

PSU-DE PIERO-002592

these professors would rather be rid of me than face working with a student who is unconventional and is then what? Scary? Threatening? A waste of time? What is it they dislike about me?

Mami: It's not that they dislike you; they don't *get* you.

Alejandra: And I guess that would make sense; it's not like there are any other Latina/os or Chicana/os in the program, not as students or faculty, so their discomfort has to be about more than just the fact that I come from another field. I think it's because I'm the first Latina/Chicana/Mexicana they've ever had in their program, and they don't know what to do with me.

Mami: Yes, as if accepting you into their program was all the work they needed to do to diversify. But what about making sure you succeed? No, apparently your success is not their problem and helping you succeed is definitely not what they're prepared to do.

Alejandra: I'm not gonna let them tell me "no." I'm going back to Dr. Mosley's office tomorrow for another meeting. We need to discuss what it's going to take for me to succeed in this program. I'm going to talk about race, I'm going to be interdisciplinary, and I'm going to make these people *see* me.

Mami: Good *mija*, that's what you need to do—get mad and get to work. Call me tomorrow to let me know how it goes; I've got to hang up and get *cena* going…

Alejandra: Mmmm, what are you making?

Mami: *Pues*, "Mexican cake," of course!

## A Plea for Narrative: A Place for Counterstory in Rhet/Comp

When commenting on the conventions of academic discourse, Victor Villanueva notes the strength of *logos* but the pronounced weakness of *pathos* in academic exchanges ("*Memoria*"). This leaning toward logic and reason to best communicate "serious" thought, and the pitting of logic against the assumed unreliability and volatility of emotion reaches far back into Aristotle's original suspicions that a too-heavy reliance on *pathos* leads the audience away from truth—the kind verifiable by facts and "proof." But as Villanueva argues, the personal, too often tied to emotions beyond logic and reason, "does not negate the need for the academic; it complements, provides an essential element on the rhetorical triangle, an essential element in the intellect—cognition *and* affect" ("*Memoria*" 13-14; emphasis in original). For people of color, the personal as related through narrative provides space and opportunity to assert

PSU-DE PIERO-002593

*our* stories within, and in many instances counter to, the hegemonic narratives of the institution.

Solórzano and Yosso characterize these hegemonic narratives as "majoritarian" stories that emerge from a legacy of racial privilege and naturalize racial privilege (27). These stories privilege whites, men, the middle and/or upper class, and heterosexuals by naming these social locations as natural or normative points of reference. A majoritarian story distorts and silences the experiences of people of color and others distanced from the norms such stories reproduce. A standard majoritarian methodology relies on stock stereotypes that covertly and overtly link people of color, women of color, and poverty with "bad," while emphasizing that white, middle and/or upper class people embody all that is "good" (Solórzano and Yosso 29).

Narratives counter to these majoritarian or stock stories, then, provide people of color the opportunity to validate, resonate, and awaken to the realization that we "haven't become clinically paranoid" in our observations and experiences of racism and discrimination within the institution (Villanueva, "*Memoria*" 15). In fact, as Villanueva points out, it is almost shocking to realize in the academic institution, where the sheer numbers of people of color are as exceptional as they are, how "our experiences are in no sense unique but are always analogous to other experiences from among those exceptions" ("*Memoria*" 15). What's more, as these experiences are narrated through spoken and increasingly written and published work, people of color come to realize not much by way of diversity and inclusiveness in the institution has changed. Thus, my work in narrative counterstory within this essay is inspired by narratives specific to rhetoric and composition, such as Anzaldúa's *Borderland/La Frontera*, Villanueva's *Bootstraps*, Gilyard's *Voices of the Self*, Vershawn Ashanti Young's *Your Average Nigga*, and Frankie Condon's *I Hope I Join the Band*. Each of these scholars uses a narrative voice to relate racialized experiences, and as a necessary function of counterstory, these narratives serve the purpose of exposing stereotypes, expressing arguments against injustice, and offering additional truths through narrating authors' lived experiences. My work extends this narrative trend already in use in rhetoric and composition by crafting counterstory, but deviates from more familiar forms of autobiographical or biographical narrative through using a composite approach to the formation of these narratives, an approach most notably employed by critical race theorists Derrick Bell, Richard Delgado, and Tara J. Yosso, and constitutes the methodological basis for my greater body of work (Martinez "Critical Race").

As noted in my reference above to Condon's work, whites can and do tell counterstories, and people of color in contrast, can and do tell majoritarian stories (Bonilla-Silva 151; Martinez, "The American Way" 586). The keepers and tellers of either majoritarian (stock) stories or counterstories reveal the

A Plea for Critical Race Theory Counterstory   51

PSU-DE PIERO-002594

social location of the storyteller as dominant or non-dominant, and these locations are always racialized, classed, and gendered. For example, Ward Connerly is African-American, from a working class background, male, and a prominent politician and academic. From his racialized position, Connerly is a minority, but speaks and represents himself from dominant gendered and classed locations. From the position of an upper class male, Connerly crafts stock stories to argue against affirmative action and to deny racial inequities. Alternatively, Condon's work narrativizes embodied whiteness and individual responsibility as a white ally. Although Condon is white, she is also a woman who speaks from a non-dominant social location, while as a white ally, she uses her dominant racialized location to craft critical race narratives that disrupt "discourses of transcendence" often responsible for leading audiences of white anti-racists to believe they are somehow "absolved from the responsibility of doing whiteness" (13).

Condon makes an especially powerful case for the necessity of narrative by stating, "We need to learn to read, to engage with one another's stories, not as voyeurs but as players, in a dramatic sense, within them, and as actors who may be changed not only by the telling of our own stories, but also by the practices of listening, attending, acknowledging, and honoring the stories of our students and colleagues of color as well" (32). In my crafted dialogues above, I take up Condon's call to write and invite audiences into a dramatic engagement with these dialogues in hopes that through the detailing of the stock story versus counterstory, my audience will locate their own subjective identities within the characters and thematic focuses of the text. Although I write the above narratives to commune with an audience of people of color whom I assume will identify with and have academic experiences similar to those of Alejandra, this audience in not my primary target. My primary audience is the audience Condon herself identifies as the more difficult to persuade: "academics…who hope to join in the work of antiracism [who] need to stop minimizing the complexity and significance of narrative, stop depoliticizing the personal, and start studying the rich epistemological and rhetorical traditions that inform the narratives of people of color" (33).

Thus, I position my work in counterstory within social scientific interests with an active Humanities perspective, maintaining three main objectives: First, raise awareness of issues affecting the access, retention, and success of Latin@s in higher education, particularly in rhetoric and composition. Second, I hope this work will motivate discussion of strategies that more effectively serve students from non-traditional backgrounds in various spaces and practices, such as the composition classroom, mentoring, and graduate programmatic requirements so as to *achieve* access, retention, and success. And third, I offer this demonstration of stock story versus counterstory as a guide for counterstory

PSU-DE PIERO-002595

not previously theorized by CRT, but which I believe will resonate with scholars in rhetoric and composition who are familiar with narrative forms spanning from Plato to contemporary scholars, and who seek options and variety in narrative forms to employ in the composition classroom and to publish work about these important issues.

As a narrative form, counterstory functions as a method for marginalized people to intervene in research methods that would form master narratives based on ignorance and on assumptions about minoritized peoples like Chican@s. Through the formation of counterstories or those stories that document the persistence of racism and other forms of subordination told "from the perspectives of those injured and victimized by its legacy" (Yosso 10), voices from the margins become the voices of authority in the researching and relating of our own experiences. Counterstory serves as a natural extension of inquiry for theorists whose research recognizes and incorporates lived and embodied experiences of people of color (Solórzano and Delgado Bernal 314). It is thus crucial to use a narrative methodology that counters other methods that seek to dismiss or decenter racism and those whose lives are affected daily by it. I have used personal stories as counterstory throughout this work to raise awareness about ongoing and historic social and racial injustices in the academy, combining reflection on lived experiences with literature and statistics (Yosso 10). This essay in counterstory suggests a method by which to incorporate CRT in rhetoric and composition, contributing to ongoing conversations in the field about narrative, dominant ideology, and their intersecting influence on programmatic and curricular standards and practices. I offer this essay as an argument for using narrative in our field, and as an invitation to those who would continue the story.

## Acknowledgments

I want to thank Jaime Armin Mejía, Cruz Medina, Adela C. Licona, and the Smitherman/Villanueva Writing Collective for providing feedback and encouragement with this essay through its very many various stages and drafts. I want especially to thank my mother, Ana Patricia Martinez, who took the time to sit with me and co-craft the Mami-Alejandra dialogue. The voices of the mother-daughter exchange would not/could not be genuine without my mother's touch.

## Notes

1. @: Sandra K. Soto states that her use of the "@" ending in Chican@ "signals a conscientious departure from the certainty, mastery, and wholeness, while still announcing a politicized collectivity" (2). This "@" keystroke serves as an expression of the author's "certain fatigue with the clunky post-1980s gender inclusive formula-

PSU-DE PIERO-002596

tions" of the word and announces a "politicized identity embraced by man or woman of Mexican descent who lives in the United States and who wants to forge connection to a collective identity politics" (2). It also serves to unsettle not only the gender binary but also the categories that constitute it.

2. Chican@ and Chicana/o are used in my work synonymously with Mexican-American. These terms are used in my work to refer to women and men of Mexican descent or heritage who live in the United States. According to Yosso, "Chican@ is a political term, referring to a people whose indigenous roots to North America and Mexico date back centuries" (16). Also see Acuña for more on the history and origins of this term.

## Works Cited

Acuña, Rudolfo F. *Occupied America: A History of Chicanos.* 7th ed. New York: Pearson Longman, 2010. Print.

Anzaldúa, Gloria. *Borderlands/La Frontera: The New Mestiza.* 3rd ed. San Francisco: Aunt Lute, 2007. Print.

Bell, Derrick. *And We Are Not Saved: The Elusive Quest for Racial Justice.* New York: Basic Books, 1987. Print.

---. *Faces at the Bottom of the Well.* New York: Basic Books, 1992. Print.

Bizzell, Patricia, and Bruce Herzberg. *The Rhetorical Tradition: Readings from Classical Times to the Present.* 2nd ed. New York: Bedford/St. Martin's, 2001. Print.

Bonilla-Silva, Eduardo. *Racism without Racists: Color-Blind Racism and the Persistence of Racial Inequality in the United States.* 2nd ed. Boulder: Rowman & Littlefield, 2006. Print.

Condon, Frankie. *I Hope I Join the Band: Narrative, Affiliation, and Antiracist Rhetoric.* Logan: Utah State UP, 2012. Print.

Connerly, Ward. *Creating Equal.* San Francisco: Encounter Books, 2000. Print.

Delgado Bernal, Dolores, and Octavio Villalpando. "An Apartheid of Knowledge in Academia: The Struggle over the 'Legitimate' Knowledge of Faculty of Color." *Equity and Excellence in Education* 35.2 (2002): 165-80. Print.

Delgado, Richard. *The Rodrigo Chronicles: Conversations about America and Race.* New York: New York UP, 1995. Print.

---. "Storytelling for Oppositionists and Others: A Plea for Narrative." *Michigan Law Review* 87.8 (1989): 2411-41. Print.

Ennis, Sharon R., Merarys Ríos-Vargas, and Nora G. Albert. "The Hispanic Population: 2010." U.S. Department of Commerce: Economics and Statistics Administration, U.S. Census Bureau, May 2011. Web. 19 Dec. 2011. <http://www.census. gov/prod/cen 2010/ briefs / c2010br-04.pdf>.

Gilyard, Keith. *Voices of the Self: A Study of Language Competence.* Detroit: Wayne State UP, 1991. Print.

Logan, Shirley Wilson. "*We Are Coming": The Persuasive Discourse of Nineteenth-Century Black Women.* Carbondale: SIUP, 1999. Print.

Martinez, Aja Y. "'The American Way': Resisting the Empire of Force and Color-Blind Racism." *College English* 71.6 (2009): 584-95. Print.

PSU-DE PIERO-002597

---. "Critical Race Theory Counterstory as Allegory: A Rhetorical Trope to Raise Awareness About Arizona's Ban on Ethnic Studies." *Across the Disciplines* Fall (2013). Web. 12 Nov. 2013. <http://wac.colostate.edu/atd/race/martinez.cfm>.

Olson, Gary A. "Working with Difference: Critical Race Studies and the Teaching of Composition." *Composition Studies in the New Millennium: Rereading the Past, Rewriting the Future.* Eds. Lynn Z. Bloom, Donald A. Daiker, Edward M. White. Carbondale: SIUP, 2003. 208-21. Print.

Royster, Jacqueline Jones. *Traces of a Stream: Literacy and Social Change Among African American Women.* Pittsburgh: U of Pittsburgh P, 2000. Print.

Solórzano, Daniel, and Dolores Delgado Bernal. "Examining Transformational Resistance Through Critical Race and LatCrit Theory Framework: Chicana and Chicano Students in an Urban Context." *Urban Education* 36.3 (2001): 308-42. Print.

Solórzano, Daniel, and Tara J. Yosso. "Critical Race Methodology: Counter-Storytelling as an Analytical Framework for Education Research." *Qualitative Inquiry* 8.1 (2002): 23-44. Print.

Soto, Sandra K. *Reading Chican@ Like a Queer: The De-Mastery of Desire.* Austin: U of Texas P, 2010. Print.

Suchor, Kristen. "FW: CCCC Demographics." Message to author. 14 Dec. 2011. E-mail. U.S. Department of Education, National Center for Educational Statistics. Integrated Postsecondary Education Data System. "Completions Survey." Washington: US Department of Education. 2010.

Villanueva, Victor. *Bootstraps: From an Academic of Color.* Urbana: NCTE, 1993. Print.

---. "*Memoria* Is a Friend of Ours: On the Discourse of Color." *College English* 67.1 (2004): 9-19. Print.

---. "On the Rhetoric and Precedents of Racism." *CCC* 50.4 (1999): 645-61. Print.

Williams, Robert A., Jr. "Forward." *The Rodrigo Chronicles: Conversations about America and Race.* New York: NYU P, 1995. Print.

Yosso, Tara J. *Critical Race Counterstories Along the Chicana/Chicano Educational Pipeline.* New York: Routledge, 2006. Print.

Yosso, Tara J., and Daniel G. Solórzano. "The Chicana and Chicano Educational Pipeline." *CSRC Policy and Issues Brief* 13 (2006): 1-4. Print.

Young, Vershawn Ashanti. *Your Average Nigga: Performing Race, Literacy, and Masculinity.* Detroit: Wayne State UP, 2007. Print.

PSU-DE PIERO-002598


United States®
Census
Bureau

**QuickFacts**
United States

QuickFacts provides statistics for all states and counties. Also for cities and towns with a ***population of 5,000 or more.***

| All Topics | | United States |
|---|---|---|
| **Population estimates, July 1, 2023, (V2023)** | | ⚠ **334,914,895** |
| 👤 **PEOPLE** | | |
| **Population** | | |
| **Population estimates, July 1, 2023, (V2023)** | | ⚠ **334,914,895** |
| Population Estimates, July 1, 2022, (V2022) | | ⚠ 333,271,411 |
| Population estimates base, April 1, 2020, (V2023) | | ⚠ 331,464,948 |
| Population estimates base, April 1, 2020, (V2022) | | ⚠ 331,464,948 |
| Population, percent change - April 1, 2020 (estimates base) to July 1, 2023, (V2023) | | ⚠ 1.0% |
| Population, percent change - April 1, 2020 (estimates base) to July 1, 2022, (V2022) | | ⚠ 0.5% |
| Population, Census, April 1, 2020 | | 331,449,281 |
| Population, Census, April 1, 2010 | | 308,745,538 |
| **Age and Sex** | | |
| Persons under 5 years, percent | | ⚠ 5.6% |
| Persons under 18 years, percent | | ⚠ 21.7% |
| Persons 65 years and over, percent | | ⚠ 17.3% |
| Female persons, percent | | ⚠ 50.4% |
| **Race and Hispanic Origin** | | |
| White alone, percent | | ⚠ 75.5% |
| Black or African American alone, percent   (a) | | ⚠ 13.6% |
| American Indian and Alaska Native alone, percent   (a) | | ⚠ 1.3% |
| Asian alone, percent   (a) | | ⚠ 6.3% |
| Native Hawaiian and Other Pacific Islander alone, percent   (a) | | ⚠ 0.3% |
| Two or More Races, percent | | ⚠ 3.0% |
| Hispanic or Latino, percent   (b) | | ⚠ 19.1% |
| White alone, not Hispanic or Latino, percent | | ⚠ 58.9% |
| **Population Characteristics** | | |
| Veterans, 2018-2022 | | 17,038,807 |
| Foreign born persons, percent, 2018-2022 | | 13.7% |
| **Housing** | | |
| Housing units, July 1, 2022, (V2022) | | 143,786,655 |
| Owner-occupied housing unit rate, 2018-2022 | | 64.8% |
| Median value of owner-occupied housing units, 2018-2022 | | $281,900 |
| Median selected monthly owner costs -with a mortgage, 2018-2022 | | $1,828 |
| Median selected monthly owner costs -without a mortgage, 2018-2022 | | $584 |
| Median gross rent, 2018-2022 | | $1,268 |
| Building permits, 2022 | | 1,665,088 |
| **Families & Living Arrangements** | | |
| Households, 2018-2022 | | 125,736,353 |
| Persons per household, 2018-2022 | | 2.57 |
| Living in same house 1 year ago, percent of persons age 1 year+, 2018-2022 | | 86.9% |
| Language other than English spoken at home, percent of persons age 5 years+, 2018-2022 | | 21.7% |
| **Computer and Internet Use** | | |
| Households with a computer, percent, 2018-2022 | | 94.0% |
| Households with a broadband Internet subscription, percent, 2018-2022 | | 88.3% |
| **Education** | | |
| High school graduate or higher, percent of persons age 25 years+, 2018-2022 | | 89.1% |
| Bachelor's degree or higher, percent of persons age 25 years+, 2018-2022 | | 34.3% |
| **Health** | | |
| With a disability, under age 65 years, percent, 2018-2022 | | 8.9% |
| Persons without health insurance, under age 65 years, percent | | ⚠ 9.3% |
| **Economy** | | |
| In civilian labor force, total, percent of population age 16 years+, 2018-2022 | | 63.0% |
| In civilian labor force, female, percent of population age 16 years+, 2018-2022 | | 58.5% |
| Total accommodation and food services sales, 2017 ($1,000)   (c) | | 938,237,077 |
| Total health care and social assistance receipts/revenue, 2017 ($1,000)   (c) | | 2,527,903,275 |
| Total transportation and warehousing receipts/revenue, 2017 ($1,000)   (c) | | 895,225,411 |
| Total retail sales, 2017 ($1,000)   (c) | | 4,949,601,481 |
| Total retail sales per capita, 2017   (c) | | $15,224 |

| | |
|---|---|
| Transportation | |
| Mean travel time to work (minutes), workers age 16 years+, 2018-2022 | 26.7 |
| **Income & Poverty** | |
| Median household income (in 2022 dollars), 2018-2022 | $75,149 |
| Per capita income in past 12 months (in 2022 dollars), 2018-2022 | $41,261 |
| Persons in poverty, percent | ⚠ 11.5% |

## 🏭 BUSINESSES

| Businesses | |
|---|---|
| Total employer establishments, 2021 | 8,148,606 |
| Total employment, 2021 | 128,346,299 |
| Total annual payroll, 2021 ($1,000) | 8,278,573,947 |
| Total employment, percent change, 2020-2021 | -4.3% |
| Total nonemployer establishments, 2021 | 28,477,518 |
| All employer firms, Reference year 2017 | 5,744,643 |
| Men-owned employer firms, Reference year 2017 | 3,480,438 |
| Women-owned employer firms, Reference year 2017 | 1,134,549 |
| Minority-owned employer firms, Reference year 2017 | 1,014,958 |
| Nonminority-owned employer firms, Reference year 2017 | 4,371,152 |
| Veteran-owned employer firms, Reference year 2017 | 351,237 |
| Nonveteran-owned employer firms, Reference year 2017 | 4,968,606 |

## 🌐 GEOGRAPHY

| Geography | |
|---|---|
| Population per square mile, 2020 | 93.8 |
| Population per square mile, 2010 | 87.4 |
| Land area in square miles, 2020 | 3,533,038.28 |
| Land area in square miles, 2010 | 3,531,905.43 |
| FIPS Code | 1 |

<u>About datasets used in this table</u>

**Value Notes**

⚠ Methodology differences may exist between data sources, and so estimates from different sources are not comparable.

Some estimates presented here come from sample data, and thus have sampling errors that may render some apparent differences between geographies statistically indistinguishable. Click the Quick Info ⓘ icon to the left of each row in TABLE view to learn about sampling error.

The vintage year (e.g., V2023) refers to the final year of the series (2020 thru 2023). Different vintage years of estimates are not comparable.

Users should exercise caution when comparing 2018-2022 ACS 5-year estimates to other ACS estimates. For more information, please visit the <u>2022 5-year ACS Comparison Guidance</u> page.

**Fact Notes**

|  |  |
|---|---|
| **(a)** | Includes persons reporting only one race |
| **(c)** | Economic Census - Puerto Rico data are not comparable to U.S. Economic Census data |
| **(b)** | Hispanics may be of any race, so also are included in applicable race categories |

**Value Flags**

|  |  |
|---|---|
| **-** | Either no or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in the lowest or upper interval of an open ended distribution. |
| **F** | Fewer than 25 firms |
| **D** | Suppressed to avoid disclosure of confidential information |
| **N** | Data for this geographic area cannot be displayed because the number of sample cases is too small. |
| **FN** | Footnote on this item in place of data |
| **X** | Not applicable |
| **S** | Suppressed; does not meet publication standards |
| **NA** | Not available |
| **Z** | Value greater than zero but less than half unit of measure shown |

QuickFacts data are derived from: Population Estimates, American Community Survey, Census of Population and Housing, Current Population Survey, Small Area Health Insurance Estimates, Small Area Income and Poverty Estimates, State and County Housing Unit Estimates, County Business Patterns, Nonemployer Statistics, Economic Census, Survey of Business Owners, Building Permits.



**United States® Census Bureau**

## QuickFacts

**Abington township, Montgomery County, Pennsylvania**

QuickFacts provides statistics for all states and counties. Also for cities and towns with a *population of 5,000 or more*.

| All Topics ▼ | Abington township, Montgomery County, Pennsylvania |
|---|---|
| **Black or African American alone, percent** (a) | ⚠ 12.0% |
| 👤 **PEOPLE** | |
| **Population** | |
| Population estimates, July 1, 2023, (V2023) | ⚠ 58,451 |
| Population estimates base, April 1, 2020, (V2023) | ⚠ 58,542 |
| Population, percent change - April 1, 2020 (estimates base) to July 1, 2023, (V2023) | ⚠ -0.2% |
| Population, Census, April 1, 2020 | 58,502 |
| Population, Census, April 1, 2010 | 55,310 |
| **Age and Sex** | |
| Persons under 5 years, percent | ⚠ 5.3% |
| Persons under 18 years, percent | ⚠ 22.1% |
| Persons 65 years and over, percent | ⚠ 19.8% |
| Female persons, percent | ⚠ 52.2% |
| **Race and Hispanic Origin** | |
| White alone, percent | ⚠ 74.2% |
| **Black or African American alone, percent** (a) | ⚠ 12.0% |
| American Indian and Alaska Native alone, percent (a) | ⚠ 0.0% |
| Asian alone, percent (a) | ⚠ 4.7% |
| Native Hawaiian and Other Pacific Islander alone, percent (a) | ⚠ 0.1% |
| Two or More Races, percent | ⚠ 6.9% |
| Hispanic or Latino, percent (b) | ⚠ 5.8% |
| White alone, not Hispanic or Latino, percent | ⚠ 72.0% |
| **Population Characteristics** | |
| Veterans, 2018-2022 | 2,249 |
| Foreign born persons, percent, 2018-2022 | 9.1% |
| **Housing** | |
| Housing Units, July 1, 2023, (V2023) | X |
| Owner-occupied housing unit rate, 2018-2022 | 78.2% |
| Median value of owner-occupied housing units, 2018-2022 | $352,300 |
| Median selected monthly owner costs -with a mortgage, 2018-2022 | $2,279 |
| Median selected monthly owner costs -without a mortgage, 2018-2022 | $870 |
| Median gross rent, 2018-2022 | $1,389 |
| Building Permits, 2023 | X |
| **Families & Living Arrangements** | |
| Households, 2018-2022 | 22,126 |
| Persons per household, 2018-2022 | 2.59 |
| Living in same house 1 year ago, percent of persons age 1 year+, 2018-2022 | 92.8% |
| Language other than English spoken at home, percent of persons age 5 years+, 2018-2022 | 12.3% |
| **Computer and Internet Use** | |
| Households with a computer, percent, 2018-2022 | 94.9% |
| Households with a broadband Internet subscription, percent, 2018-2022 | 93.7% |
| **Education** | |
| High school graduate or higher, percent of persons age 25 years+, 2018-2022 | 95.1% |
| Bachelor's degree or higher, percent of persons age 25 years+, 2018-2022 | 49.9% |
| **Health** | |
| With a disability, under age 65 years, percent, 2018-2022 | 7.1% |
| Persons without health insurance, under age 65 years, percent | ⚠ 4.7% |
| **Economy** | |
| In civilian labor force, total, percent of population age 16 years+, 2018-2022 | 66.9% |
| In civilian labor force, female, percent of population age 16 years+, 2018-2022 | 62.0% |
| Total accommodation and food services sales, 2017 ($1,000) (c) | 110,772 |
| Total health care and social assistance receipts/revenue, 2017 ($1,000) (c) | 1,644,955 |
| Total transportation and warehousing receipts/revenue, 2017 ($1,000) (c) | 11,612 |
| Total retail sales, 2017 ($1,000) (c) | 1,244,869 |
| Total retail sales per capita, 2017 (c) | $22,428 |
| **Transportation** | |
| Mean travel time to work (minutes), workers age 16 years+, 2018-2022 | 28.4 |

Clothing & Jewelry

| | |
|---|---|
| Median household income (in 2022 dollars), 2018-2022 | $102,923 |
| Per capita income in past 12 months (in 2022 dollars), 2018-2022 | $50,234 |
| Persons in poverty, percent | ⚠ 7.1% |

## ▬ BUSINESSES

**Businesses**

| | |
|---|---|
| Total employer establishments, 2022 | X |
| Total employment, 2022 | X |
| Total annual payroll, 2022 ($1,000) | X |
| Total employment, percent change, 2021-2022 | X |
| Total nonemployer establishments, 2021 | X |
| All employer firms, Reference year 2017 | 1,276 |
| Men-owned employer firms, Reference year 2017 | 811 |
| Women-owned employer firms, Reference year 2017 | S |
| Minority-owned employer firms, Reference year 2017 | 98 |
| Nonminority-owned employer firms, Reference year 2017 | 972 |
| Veteran-owned employer firms, Reference year 2017 | S |
| Nonveteran-owned employer firms, Reference year 2017 | 989 |

## 🌐 GEOGRAPHY

**Geography**

| | |
|---|---|
| Population per square mile, 2020 | 3,769.0 |
| Population per square mile, 2010 | 3,566.2 |
| Land area in square miles, 2020 | 15.52 |
| Land area in square miles, 2010 | 15.51 |
| FIPS Code | 4209100156 |

About datasets used in this table

**Value Notes**

⚠ Methodology differences may exist between data sources, and so estimates from different sources are not comparable.

Some estimates presented here come from sample data, and thus have sampling errors that may render some apparent differences between geographies statistically indistinguishable. Click the Quick Info ⓘ icon to the left of each row in TABLE view to learn about sampling error.

The vintage year (e.g., V2023) refers to the final year of the series (2020 thru 2023). Different vintage years of estimates are not comparable.

Users should exercise caution when comparing 2018-2022 ACS 5-year estimates to other ACS estimates. For more information, please visit the 2022 5-year ACS Comparison Guidance page.

**Fact Notes**

| | |
|---|---|
| **(a)** | Includes persons reporting only one race |
| **(b)** | Hispanics may be of any race, so also are included in applicable race categories |
| **(c)** | Economic Census - Puerto Rico data are not comparable to U.S. Economic Census data |

**Value Flags**

| | |
|---|---|
| **D** | Suppressed to avoid disclosure of confidential information |
| **F** | Fewer than 25 firms |
| **FN** | Footnote on this item in place of data |
| **NA** | Not available |
| **S** | Suppressed; does not meet publication standards |
| **X** | Not applicable |
| **Z** | Value greater than zero but less than half unit of measure shown |
| **-** | Either no or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in the lowest or upper interval of an open ended distribution. |
| **N** | Data for this geographic area cannot be displayed because the number of sample cases is too small. |

QuickFacts data are derived from: Population Estimates, American Community Survey, Census of Population and Housing, Current Population Survey, Small Area Health Insurance Estimates, Small Area Income and Poverty Estimates, State and County Housing Unit Estimates, County Business Patterns, Nonemployer Statistics, Economic Census, Survey of Business Owners, Building Permits.