



James A. Keller
Phone: (215) 972-1964
Fax: (215) 972-4152
James.Keller@saul.com
www.saul.com

October 21, 2024

**Via Hand Delivery**
Clerk of Court, EDPa
James A. Byrne U.S. Courthouse
Room 2609
601 Market Street
Philadelphia, PA 19106

Re:   *De Piero v. Pennsylvania State University, et al.,* **Case No. 2:23-cv-02281**

Dear Clerk of Court Byrne,

This firm represents Defendants The Pennsylvania State University, Liliana Naydan, Carmen Borges, Alina Wong, Friederike Baer, and Aneesah Smith in the above-captioned matter.[1] Enclosed please find the USB Flash Drive containing the recordings that are part of the Joint Appendix to Defendants' Motion for Summary Judgment, which was electronically filed with the Court today. *See* Dkt. Nos. 52, 52-1, 52-2, 53-3, 52-4, 52-5, 52-6, 52-7, 52-8, 52-9, 52-10, 52-11, 52-12, 52-13, 52-14, 52-15.

The password to access the videos and recordings on the USB Flash Drive is 20241021. Please note that the files are compressed in a zip file that will need to unzipped using this password before access is granted.

Please do not hesitate to contact me should you have any questions.

Respectfully submitted,

*/s/ James A. Keller*
James A. Keller, Esq.

Enclosures

Cc: Michael Allen (via email without enclosures)

---

[1] On September 10, 2024 the parties filed a Stipulation of Dismissal pursuant to FRCP 41(a)(1)(A)(ii) agreeing to the voluntary dismissal of defendants Damian Fernandez, Margo DelliCarpini, and Lisa Marranzini, with prejudice. *See* Dkt. No. 49. On September 12, 2024, the Court signed the Order dismissing those individuals. *See* Dkt. No. 50.

Marc A. Citron - Princeton Managing Partner
650 College Road East, Suite 4000 ♦ Princeton, NJ 08540-6603 ♦ Phone: (609) 452-3100 ♦ Fax: (609) 452-3122

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP