IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACK K. DE PIERO,<br>**Plaintiff,**<br><br>v.<br><br>PENNSYLVANIA STATE UNIVERSITY, MARGO DELLICARPINI, DAMIAN FERNANDEZ, LILIANA NAYDAN, CARME BORGES, ALINA WONG, LISA MARRANZINI, FRIEDERIKE BAER AND ANEESAH SMITH,<br>**Defendants.** | CIVIL ACTION<br><br><br><br>NO. 23-2281 |

# O R D E R

**AND NOW**, this 16th day of April, 2025, upon consideration Plaintiff's Response in Opposition (ECF No. 62) and Defendants' Reply (ECF No. 63), **IT IS HEREBY ORDERED** that summary judgment is **GRANTED** in Defendants' favor on the Title VII and PHRA retaliation claims as pleaded in Counts One and Five of the Amended Complaint all in accordance with the accompanying Memorandum Opinion.

The Clerk of Court is **DIRECTED** to **TERMINATE** this matter and mark it as **CLOSED**.

BY THE COURT:

S/ WENDY BEETLESTONE

**WENDY BEETLESTONE, J.**